CO-386-online
10/03

# United States District Court
# For the District of Columbia

Democracy Partners, LLC et al )
)
)
)
vs            Plaintiff   )   Civil Action No. 1:17-cv-1047
)
Project Veritas Action Fund, et al )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Democracy Partners LLC   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Democracy Partners LLC  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

255919
BAR IDENTIFICATION NO.

Joseph E. Sandler
Print Name

1025 Vermont Ave NW Suite 300
Address

Washington DC 20005
City        State        Zip Code

(202) 479-1111
Phone Number