IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Democracy Partners, LLC,** *et al.,* <br> Plaintiffs <br><br> **v.** <br><br> **Project Veritas Action Fund,** *et al.* <br> Defendants | Civil Action No.: 1:17-cv-1047-ESH |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please note the appearance of Daniel D. Mauler, Esq., of the law firm of Redmon, Peyton & Braswell, LLP, in this matter on behalf of:

- Defendant Project Veritas Action Fund,
- Defendant Project Veritas, and
- Defendant James O'Keefe.

                                                        Respectfully submitted,

                                                        Project Veritas Action Fund
                                                        Project Veritas
                                                        James O'Keefe
                                                        By Counsel

 /s/   Daniel D. Mauler
Daniel D. Mauler (D.C. Bar No. 977757)
REDMON, PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA  22314
Ph: (703) 684-2000
FAX: (703) 684-1509
dmauler@rpb-law.com
*Counsel for Defendants Project Veritas Action Fund,*
*Project Veritas, and James O'Keefe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

>Joesph E. Sandler
>SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
>1025 Vermont Ave., N.W. Suite 300
>Washington, D.C. 20005
>
>Yael Bromberg
>Aderson Francois
>INSTITUTE FOR PUBLIC REPRESENTATION
>GEORGETOWN UNIVERSITY LAW CENTER
>600 New Jersey Avenue, NW, Suite 312
>Washington, DC 20001
>
>*Counsel for Plaintiffs*

>  /s/  Daniel D. Mauler
>Daniel D. Mauler (D.C. Bar No. 977757)
>REDMON, PEYTON & BRASWELL LLP
>510 King Street, Suite 301
>Alexandria, VA 22314
>Ph: (703) 684-2000
>Fax: (703) 684-1509
>dmauler@rpb-law.com
>*Counsel for Defendants Project Veritas Action*
>*Fund, Project Veritas, and James O'Keefe*