IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Democracy Partners, LLC**, *et al.*,<br>    Plaintiffs;<br><br>    **v.**<br><br>**Project Veritas Action Fund**, *et al.*,<br>    Defendants. | Civil Action No.: 1:17-cv-1047-ESH |

### SPECIAL MOTION TO DISMISS, PURSUANT TO THE D.C. ANTI-SLAPP ACT, BY THE PROJECT VERITAS DEFENDANTS

The claims asserted in the Complaint in this case arise from acts in furtherance of the right of advocacy on issues of public interest. Pursuant to the District of Columbia's Anti-SLAPP Act (D.C. Code § 16-5502(a)), Defendants Project Veritas Action Fund, Project Veritas, and James O'Keefe (collectively, the "Project Veritas Defendants") move to dismiss with prejudice all claims set forth in the Complaint filed by Plaintiffs Democracy Partners, LLC; Strategic Consulting Group, NA, Inc.; and Robert Creamer. The Project Veritas Defendants also move for an award of attorney's fees against the Plaintiffs, pursuant to D.C. Code § 16-5504(a). The grounds for this motion are specifically set forth in an accompanying memorandum filed on this same date.

– 2 –

                          Respectfully submitted,
                          **Project Veritas Action Fund**
                          **Project Veritas**
                          **James O'Keefe**
                          By Counsel

| /s/   Daniel D. Mauler | /s/   Stephen R. Klein |
|---|---|
| Daniel D. Mauler | Stephen R. Klein |
| (D.C. Bar No. 977757) | (Admitted *pro hac vice*) |
| REDMON, PEYTON & BRASWELL, LLP | LAW OFFICE OF STEPHEN R. KLEIN |
| 510 King Street, Suite 301 | 500 Madison Street #419 |
| Alexandria, VA  22314 | Alexandria, VA 22314 |
| Tel: (703) 684-2000 | Tel: (734) 233-1705 |
| Fax: (703) 684-1509 | stephen.klein.esq@gmail.com |
| dmauler@rpb-law.com | |

/s/   Benjamin T. Barr
Benjamin T. Barr
(Admitted *pro hac vice*)
THE LAW OFFICE OF BENJAMIN BARR
444 North Michigan Avenue
Suite 1200
Chicago, Illinois 60611
Tel: (202) 595-4671
B@benjaminbarr.com

*Counsel for Defendants Project Veritas Action Fund,*
*Project Veritas, and James O'Keefe*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

>Joseph E. Sandler
>SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
>1025 Vermont Ave., N.W. Suite 300
>Washington, D.C. 20005
>
>Yael Bromberg
>Aderson Francois
>INSTITUTE FOR PUBLIC REPRESENTATION
>GEORGETOWN UNIVERSITY LAW CENTER
>600 New Jersey Avenue, NW, Suite 312
>Washington, DC 20001
>
>*Counsel for Plaintiffs*

>  /s/   Daniel D. Mauler
> Daniel D. Mauler (D.C. Bar No. 977757)
> REDMON, PEYTON & BRASWELL LLP
> 510 King Street, Suite 301
> Alexandria, VA  22314
> Ph: (703) 684-2000
> Fax: (703) 684-1509
> dmauler@rpb-law.com
> *Counsel for Defendants Project Veritas Action Fund, Project Veritas, and James O'Keefe*