# Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civ. No. 1:17-cv-1047-ESH |
| v. | ) |
| | ) |
| PROJECT VERITAS ACTION FUND, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JOSEPH E. SANDLER

I, Joseph E. Sandler, do hereby declare:

1. I am an attorney at law admitted to practice before the courts of the District of Columbia. I serve as one of the attorneys for Plaintiffs in the above-captioned case. I have first-hand knowledge of the facts set forth herein and if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a screenshot of two pages of the website of Circa News, located at https://www.circa.com visited on November 20, 2017. The information appearing on this screenshot—the address for Circa and the listing and picture of Allison Maass—is identical to the information appearing on the website of Circa during June and July of 2017.

3. Attached hereto as Exhibit B is a true and correct copy of a screenshot of a printout of the PeopleMap data from Westlaw, for Allison Maas, viewed on November 20, 2017. This is identical to the information for Ms. Maass from this same database viewed during June and July of 2017.

4. Attached hereto as Exhibit C is a true and correct copy of an e-mail sent by me to Daniel Mauler, Esq. on August 30, 2017.  Neither I nor any of Plaintiffs' counsel have received a response to this e-mail, as of today.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of November 2017.

Joseph E. Sandler

# Exhibit A

Secure | https://www.circa.com/our-people




circa



**SAMANTHA LOSS**
Senior Social Media Editor



**ASA MERRITT**
Regional Producer



**THOMAS LOCASTRO**
Journalist, Documentarian & Filmmaker



**CAROLINE MCKEE**
National Security Producer



**MATTHEW LOCASTRO**
Journalist, Documentarian & Filmmaker





**ALLISON MAASS**
Multimedia Journalist



# Exhibit B

## Possible People Information

**Person Overview**

| | |
|---|---|
| **ALLISON MAASS**<br><br>2000 N ADAMS ST<br>ARLINGTON, VA 22201-3747 \| ARLINGTON County<br><br>**Phone Number(s):**<br><br>763-234-4197 |  |

**Addresses**

| Address |
|---|
| **2000 N ADAMS ST, ARLINGTON, VA 22201-3747 \| ARLINGTON County**<br>*Reported 05/13/2017 - 05/13/2017*<br>By Utility 05/13/2017 - 05/13/2017                                    Utility |

**Utility Records**

| Type of Utility | Address | Connection Date | Confidence Score | View Full Text |
|---|---|---|---|---|
| CONVENIENCE | 2000 ADAMS ST N UNIT 316 ARLINGTON, VA 22201-3724 | 05/13/2017 | 99% | Full-Text |

**Phone Numbers**

| Phone | Source |
|---|---|
| 763-234-4197 | Utility |

## Possible Adverse Information

**Risk Flags Analysis**

## List of Possible Risk Flags

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

# Exhibit C

## Joseph E. Sandler

| | |
|---|---|
| **From:** | Joseph E. Sandler |
| **Sent:** | Wednesday, August 30, 2017 6:03 PM |
| **To:** | 'Dan Mauler'; yael.bromberg@law.georgetown.edu; abf48@georgetown.edu |
| **Cc:** | Mark Smith; Benjamin Barr; Steve Klein (stephen.klein.esq@gmail.com) |
| **Subject:** | RE: Democracy Partners v Project Veritas Action Fund  -- Service of other defendants |

Dan—

Despite significant efforts through multiple means, we have been unable to locate and serve the other two defendants in this case—Allison Maass and Daniel Sandini.  We want to ask you:

(1) Whether your clients have any information concerning the current residence or business addresses of Ms. Maass or Mr. Sandini;

(2) Whether your clients would be willing to consent to a motion under Fed R Civ P 4(m) to extend the time limit for service on these two defendants for another 30 days.

Thanks,

Joe

Joseph E. Sandler
Sandler, Reiff, Lamb, Rosenstein & Birkenstock PC
1090 Vermont Ave., N.W.  Suite 750
Washington, D.C. 20005
Telephone: 202 479 -1111
Fax: 202-479-1115
Cell:  202 607 0700

---

**From:** Dan Mauler [mailto:dmauler@rpb-law.com]
**Sent:** Monday, August 07, 2017 11:53 AM
**To:** Joseph E. Sandler <sandler@sandlerreiff.com>; yael.bromberg@law.georgetown.edu; abf48@georgetown.edu
**Cc:** Mark Smith <msmith@svlaw.com>; Benjamin Barr <b@benjaminbarr.com>; Steve Klein
(stephen.klein.esq@gmail.com) <stephen.klein.esq@gmail.com>
**Subject:** RE: Democracy Partners v Project Veritas Action Fund --Request for consent to extension of time

Joe,

Attached is a draft Consent Motion and proposed order.  I've set the signature block for filing by you, since this is technically the Plaintiffs' motion.  Let me know if any issues.

Thanks,
Dan


DANIEL D. MAULER
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314
703.879.1948 (Direct)
703.684.2000 (Main)
703.684.5109 (Fax)

1

dmauler@rpb-law.com
**www.rpb-law.com**
Visit the EDVA Update Blog:  http://www.rpb-law.com/EDVAUpdate/

This communication is from an attorney and is confidential.  It is intended to be privileged pursuant to applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this E-mail in error, please immediately contact the sender.

---

**From:** Joseph E. Sandler [mailto:sandler@sandlerreiff.com]
**Sent:** Thursday, August 3, 2017 11:19 AM
**To:** Dan Mauler <dmauler@rpb-law.com>; yael.bromberg@law.georgetown.edu; abf48@georgetown.edu
**Cc:** Mark Smith <msmith@svlaw.com>; Benjamin Barr <b@benjaminbarr.com>; Steve Klein (stephen.klein.esq@gmail.com) <stephen.klein.esq@gmail.com>
**Subject:** RE: Democracy Partners v Project Veritas Action Fund --Request for consent to extension of time

Dan—Thanks for your prompt response and we can certainly agree to the week extension for your Reply brief. Please do go ahead and circulate a draft consent motion and order for both extensions –
Thanks very much,

Joe

Joseph E. Sandler
Sandler, Reiff, Lamb, Rosenstein & Birkenstock PC
1025 Vermont Ave., N.W.  Suite 300
Washington, D.C. 20005
Telephone: 202 479 -1111
Fax: 202-479-1115
Cell:  202 607 0700

---

**From:** Dan Mauler [mailto:dmauler@rpb-law.com]
**Sent:** Thursday, August 03, 2017 7:55 AM
**To:** Joseph E. Sandler <sandler@sandlerreiff.com>; yael.bromberg@law.georgetown.edu; abf48@georgetown.edu
**Cc:** Mark Smith <msmith@svlaw.com>; Benjamin Barr <b@benjaminbarr.com>; Steve Klein (stephen.klein.esq@gmail.com) <stephen.klein.esq@gmail.com>
**Subject:** RE: Democracy Partners v Project Veritas Action Fund --Request for consent to extension of time

Joe,

Yes, we can agree to the extension for your response until September 15th (especially since your side granted us a similar courtesy), but as a part of this, I would ask for a week extension to file our Reply brief.  If your Opposition comes in on September 15th, then under the default rules, our Reply would be due one week later.  I, however, have an argument in the Virginia Supreme Court that week which will take my focus.  So, can we agree that if your Opposition comes in on September 15th, then our Reply would be due two weeks later on September 29th?

If agreeable, I can circulate a consent motion and order.

Thanks,
Dan