IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Democracy Partners, LLC,** *et al.,*<br>Plaintiffs<br><br>**v.**<br><br>**Project Veritas Action Fund,** *et al.*<br>Defendants | Civil Action No.: 1:17-cv-1047-ESH |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Michael J. Madigan, Esq., of the Law Offices of Mike Madigan PLLC, in this matter on behalf of:

- Defendant James O'Keefe

                                            Respectfully submitted,

                                            James O'Keefe
                                            By Counsel

/s/   Michael J. Madigan
Michael J. Madigan (D.C. Bar No. 71183)
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court, NW
Washington, DC 20007
(202)255-2055
mjm20@mac.com
*Counsel for Defendant James O'Keefe*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

>Joesph E. Sandler
>SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
>1025 Vermont Ave., N.W. Suite 300
>Washington, D.C. 20005
>
>Yael Bromberg
>Aderson Francois
>INSTITUTE FOR PUBLIC REPRESENTATION
>GEORGETOWN UNIVERSITY LAW CENTER
>600 New Jersey Avenue, NW, Suite 312
>Washington, DC 20001
>
>*Counsel for Plaintiffs*

>  /s/   Michael J. Madigan
> Michael J. Madigan (D.C. Bar No. 71183)
> LAW OFFICES OF MIKE MADIGAN PLLC
> 3910 Hillandale Court, NW
> Washington, DC 20007
> (202)255-2055
> mjm20@mac.com
> *Counsel for Defendant James O'Keefe*