IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Democracy Partners, LLC,** *et al.*,<br>Plaintiffs<br><br>**v.**<br><br>**Project Veritas Action Fund,** *et al.*<br>Defendants | Civil Action No.: 1:17-cv-1047-ESH |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Joseph Scott Shannon, Esq., of the law firm of Redmon, Peyton & Braswell, LLP, in this matter on behalf of:

- Defendant Project Veritas Action Fund
- Defendant Project Veritas
- Defendant James O'Keefe
- Defendant Allison Maass

                          Respectfully submitted,

                          Defendants
                          By Counsel

 /s/Jos. Scott Shannon
Joseph Scott Shannon (DC Bar No. 1033622; USDC-DC Bar No. 1000412)
REDMON, PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA  22314
Ph: (703) 684-2000
FAX: (703) 684-1509
jsshannon@rpb-law.com
*Counsel for Defendants*

Dated: March 30, 2018

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 30, 2018, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

    Joseph E. Sandler
    SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
    1025 Vermont Ave., N.W. Suite 300
    Washington, D.C. 20005

    Yael Bromberg
    Aderson Francois
    INSTITUTE FOR PUBLIC REPRESENTATION
    GEORGETOWN UNIVERSITY LAW CENTER
    600 New Jersey Avenue, NW, Suite 312
    Washington, DC 20001

  *Counsel for Plaintiffs*

     */s/Jos. Scott Shannon*
    Joseph Scott Shannon (DC Bar No. 1033622;
    USDC-DC Bar No. 1000412)
    REDMON, PEYTON & BRASWELL LLP
    510 King Street, Suite 301
    Alexandria, VA  22314
    Ph: (703) 684-2000
    Fax: (703) 684-1509
    jsshannon@rpb-law.com
    *Counsel for Defendants*