# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **PROJECT VERITAS ACTION FUND,** *et al.*, <br><br> Defendants. | Civil Action No. 17-1047 (ESH) |

## ORDER

As stated during today's telephone conference with counsel, the Court has concluded that "clinical student-attorneys," law students who are authorized to practice law in the District of Columbia under D.C. Superior Court Rule 48, are not required to be certified by this Court pursuant to Local Civil Rule 83.4 in order to assist with case preparation and assistance, such as document review or research and analysis, and thus should be considered "affiliated attorneys" under the parties' Stipulated Protective Order.

**SO ORDERED.**

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 7, 2018