# EXHIBIT A

# PVA 0000554—0000561

# FILED UNDER SEAL