# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-01047-ESH |
| PROJECT VERITAS ACT FUND, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF HEATHER ABRAHAM

Plaintiffs respectfully move pursuant to Local Civil Rule 83.2(d) for the *pro hac vice* admission of Heather Abraham to the bar of this Court.  In support of this motion, attached hereto is the Declaration of Heather Abraham, to show that Ms. Abraham meets the requirements of LCvR 83.2(d).

                                                  Respectfully submitted,

                                                  */s/ Yael Bromberg*
                                                  Yael Bromberg, D.C. Bar No. 1045569
                                                  CIVIL RIGHTS CLINIC
                                                  GEORGETOWN UNIVERSITY LAW CENTER
                                                  600 New Jersey Avenue NW, Suite 531
                                                  Washington, DC 20001
                                                  Tel: (202) 662-9535
                                                  Yael.Bromberg@law.georgetown.edu

                                                  *Attorney for Plaintiff*

Dated: August 15, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2018, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically with the Clerk of the Court. The Electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                                                    /s/ Yael Bromberg_____
                                                    YAEL BROMBERG