IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al., )
)
Plaintiffs, )
)
v. ) No. 1:17-cv-01047-ESH
)
PROJECT VERITAS ACT FUND, et al., )
)
Defendants. )

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Yael Bromberg hereby withdraws as co-counsel for Plaintiffs Democracy Partners LLC, et al., in the above-captioned civil action. Pursuant to Local Rule 83.6(b), this notice is supported and signed by Mr. Robert Creamer.

PLEASE TAKE FURTHER NOTICE that Plaintiff continues to be represented by Aderson Bellegarde Francois and Heather Abraham of Georgetown University Law Center's Civil Rights Clinic, and by co-counsel Joe Sandler and Dara Lindenbaum of Sandler, Reiff, Lamb, Rosenstein & Birkenstock PC.

_/s/ Robert Creamer_
Robert Creamer

Respectfully Submitted,

September 14, 2018

/s/ Yael Bromberg
Yael Bromberg (D.C. Bar No. 1045569)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 312
Phone: (202) 662-9546
Fax: (202) 662-9634
yael.bromberg@law.georgetown.edu