# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 1:17-CV-1047-ESH |
| | : | |
| PROJECT VERITAS ACTION FUND, et al., | : | |
| | : | |
| Defendants. | : | |

## PROJECT VERITAS PARTIES' UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE DUE TO TRIAL CONFLICT

Lead counsel for the Project Veritas Parties has a trial conflict during the presently set January 22, 2019 Status Conference. Accordingly, good cause exists to reset the Status Conference, and the undersigned propose alternative dates of February 12, 13, or 14. Plaintiffs' counsel does not oppose this motion and is available on the proposed alternative dates.

The Court's January 23, 2018 Order [D.E. 33] set a Status Conference for January 22, 2019. Paul A. Calli is lead trial counsel for the Project Veritas Parties. Mr. Calli and Chas Short, both of Calli Law LLC, have a scheduling conflict due to a federal criminal trial in Hattiesburg, Mississippi, in the case of *United States v. Hope Thomley et al.*, No. 18-cr-00018-KS-MTP (S.D. Miss.). Trial begins on January 8, 2019 and is expected to last five weeks. There is no belief that the *Thomley* case will resolve without trial or be continued. Accordingly, good cause exists to reset the status conference so that lead counsel may appear at it on behalf of the Project Veritas Parties. *See* [D.E. 33] at ¶ 12 (good cause and leave of Court required to modify dates related to discovery,

status conferences, and motions). Resetting the status conference will not create any meaningful delay, nor will it prejudice any party. Plaintiffs do not oppose this Motion.

WHEREFORE, the Project Veritas Parties request that the January 22, 2019 Status Conference be rescheduled and propose alternative dates of February 12, 13, or 14, 2019.

Respectfully submitted,

By:  /s/ Paul A. Calli
Paul A. Calli, Esq.
Florida Bar No. 994121
Chas Short, Esq.
Florida Bar No. 70633
*Admitted pro hac vice*
CALLI LAW, LLC
One Flagler Building
14 Northeast 1st Avenue, Suite 1100
Miami, FL  33132
Telephone:    (786) 504-0911
Facsimile:    (786) 504-0912
Email: PCalli@Calli-Law.com
Email:  CShort@Calli-Law.com

By: /s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
DC Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
Email: kverdi@verdiogletree.com

By: /s/ Benjamin T. Barr
Benjamin Barr, Esq.
Illinois Bar No. 6274521
STATECRAFT PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: 202-595-4671
Email: ben@statecraftlaw.com
*Admitted pro hac vice*

By: /s/ Stephen R. Klein
Stephen R. Klein, Esq.
DC Bar No. 177056
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Email: steve@statecraftlaw.com

By:  /s/ Michael J. Madigan
Michael J. Madigan, Esq.
DC Bar No. 71183
3910 Hillandale Court NW
Washington, D.C
Email: mjm20@icloud.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**CERTIFICATE OF SERVICE**

      I CERTIFY that on November 5, 2018, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                            *[s] Paul A. Calli*  
                                            Paul A. Calli, Esq.