UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,                 CASE NO.: 1:17-CV-1047-ESH
et al.,

       Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

       Defendants.
_____/

## FACTUAL STIPULATION OF THE PARTIES

Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 56(c)(1)(A), stipulate to the following facts for purposes of Defendants' Motion for Summary Judgment:

1. Democracy Partners declared $14,000.00 in rent deductions on its tax returns in 2015;

2. Democracy Partners declared $0.00 in rent deductions on its tax returns in 2016;

3. Strategic Consulting Group declared $54,494.00 in rent deductions on its tax returns in 2015;

4. Strategic Consulting Group declared $55,336.00 in rent deductions on its tax returns in 2016.

[Remainder of Page Intentionally Left Blank]

                                          Respectfully submitted,

                                By:   /s/ Paul A. Calli
                                         Paul A. Calli
                                         Florida Bar No. 994121
                                         Chas Short
                                         Florida Bar No. 70633
                                         CALLI LAW, LLC
                                         14 NE 1st Ave, Suite 1100
                                         Miami, FL 33132
                                         Telephone: (786) 504-0911
                                         Facsimile (786) 504-0912
                                         PCalli@Calli-Law.com
                                         CShort@Calli-Law.com
                                         *Admitted pro hac vice*

| | |
|---|---|
| /s/ Kerry Brainard Verdi | /s/ Michael J. Madigan |
| Kerry Brainard Verdi, Esq. | Michael J. Madigan |
| Bar No. 478486 | Bar No. 71183 |
| Benjamin R. Ogletree | LAW OFFICES OF MIKE MADIGAN PLLC |
| Bar No. 475094 | 3910 Hillandale Court, NW |
| VERDI & OGLETREE PLLC | Washington DC 20007 |
| 1325 G Street, NW, Suite 500 | Telephone: (202) 255-2055 |
| Washington, DC 20005 | Mjm20@mac.com |
| Telephone: (202) 449-7703 | |
| Facsimile: (202) 449-7701 | |
| kverdi@verdiogletree.com | |
| | |
| /s/ Benjamin T. Barr | /s/ Stephen R. Klein |
| Benjamin Barr (Pro Hac Vice) | Stephen R. Klein |
| STATECRAFT PLLC | Bar No. 177056 |
| 444 N. Michigan Ave. #1200 | STATECRAFT PLLC |
| Chicago, Illinois 60611 | 1629 K Street NW |
| Telephone: 202-595-4671 | Suite 300 |
| ben@statecraftlaw.com | Washington, DC 20006 |
| | Telephone: 202-804-6676 |
| | steve@statecraftlaw.com |

*Counsel for Defendants*

/s/ Joseph Sandler

| | |
|---|---|
| Joseph Sandler (DC Bar #255919) | Heather Abraham (Pro Hac Vice) |
| Dara Lindenbaum (DC Bar # 1026799) | Aderson Francois (DC Bar # 798544) |
| SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C. | Civil Rights Clinic |
| | Georgetown University Law Center |
| 1090 Vermont Ave., N.W. Suite 750 | 600 New Jersey Avenue NW |
| Washington, D.C.  20005 | Suite 531 |
| Tel:  202-479-1111 | Washington, DC 20001 |
| Fax:  202-479-1115 | Tel: (202) 662-9546 |
| sandler@sandlerreiff.com | heather.abraham@georgetown.edu |
| lindenbaum@sandlerreiff.com | abf48@georgetown.edu |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2019, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

*/s/ Paul A. Calli*
Paul A. Calli, Esq.
