UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,　　　　　　　　　CASE NO.: 1:17-CV-1047-ESH
et al.,

    Plaintiffs,　　　　　　　　　　　　　　　**Oral Argument Requested**

v.

PROJECT VERITAS ACTION FUND,
et al.,

    Defendants.
_____/

## PROJECT VERITAS ACTION FUND, PROJECT VERITAS, JAMES O'KEEFE AND ALLISON MAASS'S MOTION FOR SUMMARY JUDGMENT

Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass ("Project Veritas Parties"), move pursuant to Federal Rule of Civil Procedure 56 for the entry of an Order granting them summary judgment on all counts of Plaintiffs' Complaint. *See* Dkt. 1. In support, the Project Veritas Parties refer the Court to the accompanying Memorandum of Points and Authorities in Support, which they incorporate fully by reference.

[Remainder of this page intentionally left blank]

                                               Respectfully submitted,

                                   By:    /s/ Paul A. Calli
                                                      Paul A. Calli
                                                      Florida Bar No. 994121
                                                      Chas Short
                                                      Florida Bar No. 70633
                                                      CALLI LAW, LLC
                                                      14 NE 1st Ave, Suite 1100
                                                      Miami, FL 33132
                                                      Telephone: (786) 504-0911
                                                      Facsimile (786) 504-0912
                                                      PCalli@Calli-Law.com
                                                      CShort@Calli-Law.com
                                                      *Admitted pro hac vice*

| /s/ Kerry Brainard Verdi | /s/ Michael J. Madigan |
|---|---|
| Kerry Brainard Verdi, Esq. | Michael J. Madigan |
| Bar No. 478486 | Bar No. 71183 |
| Benjamin R. Ogletree | LAW OFFICES OF MIKE MADIGAN PLLC |
| Bar No. 475094 | 3910 Hillandale Court NW |
| VERDI & OGLETREE PLLC | Washington DC 20007 |
| 1325 G Street, NW, Suite 500 | Telephone: (202) 255-2055 |
| Washington, DC 20005 | Mjm20@mac.com |
| Telephone: (202) 449-7703 | |
| Facsimile: (202) 449-7701 | |
| kverdi@verdiogletree.com | |

| /s/ Benjamin T. Barr | /s/ Stephen R. Klein |
|---|---|
| Benjamin Barr (Pro Hac Vice) | Stephen R. Klein |
| STATECRAFT PLLC | Bar No. 177056 |
| 444 N. Michigan Ave. #1200 | STATECRAFT PLLC |
| Chicago, Illinois 60611 | 1629 K Street NW, Suite 300 |
| Telephone: 202-595-4671 | Washington, DC 20006 |
| ben@statecraftlaw.com | Telephone: (202) 804-6676 |
| *admitted pro hac vice* | steve@statecraftlaw.com |

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on May 6, 2019, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

						*/s/ Paul A. Calli*
						Paul A. Calli, Esq.