# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,
et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-ESH

## AFFIDAVIT OF JAMES O'KEEFE

I, JAMES O'KEEFE, declare as follows:

1. I am over the age of 18 years and make this declaration of my own personal knowledge of the facts stated in this affidavit. If called as a witness in this proceeding, I could and would competently testify thereto.

2. I have served as the President of Project Veritas, a 501(c)(3) non-profit organization, incorporated in Virginia, since its founding. As part of my role, I have access to and knowledge of certain records and ordinary business practices and procedures of Project Veritas and in particular, with regard to the matters attested to in this affidavit.

3. I have served as the President of Project Veritas Action Fund ("PVA") a 501(c)(4) non-profit organization, incorporated in Virginia, since its founding in 2014. As part of my role, I have access to and knowledge of certain records and ordinary business practices and procedures of PVA and in particular, with regard to the matters attested to in this affidavit.

4. Project Veritas and PVA are media organizations on the forefront of undercover investigative journalism. Project Veritas and PVA reports average over 100,000 views online and these stories are often reported by other news outlets. PVA focuses on investigating and reporting

election and political campaign issues. Through its undercover investigative journalism, Project Veritas and PVA are able to educate and inform the public about issues of public interest.

5. Project Veritas and PVA have routinely engaged in undercover investigations utilizing secret recording, including in the District of Columbia, and, before the start of the "Rigging the Election" investigation, I knew that D.C. was a one party consent jurisdiction and relied in good faith on that fact.

6. In 2016, the Presidential Election was the key story. The election was, and remains, one of the most contentious public issues.

7. PVA launched its "Rigging the Election" investigation, as to Democracy Partners, in May 2016. The investigation sought to follow-up on statements by Scott Foval, including his comments about fomenting violence at rallies, and how far others would entertain a scenario of voter fraud.

8. The intent of this investigation—and all Project Veritas and PVA investigations—is to expose corruption, dishonesty, self-dealing, waste, fraud, and other misconduct in both public and private institutions in order to achieve a more ethical and transparent society.

9. PVA's "Rigging the Election" investigation led to four reports, published between October 17, 2016 and October 26, 2016. The reports disclosed candid opinions of Robert Creamer and his associates at Democracy Partners. *See Project Veritas Action: Democracy Partners Investigation*, PROJECT VERITAS ACTION, https://www.youtube.com/playlist?list=PLXvy1DRoSfZlzszVv2sw3-IUPL6YIER6_, for a true and correct copy of the foregoing reports. The reports were viewed over 10 million times on YouTube and widely reported on by other media outlets, including The New York Times, Fox News, and CNN.

10. Prior to this lawsuit, Project Veritas, PVA, and I were not aware of the details of the work performed by Robert Creamer, Strategic Consulting Group, or Democracy Partners on behalf of the American Federation of State, County and Municipal Employees (AFSCME). This work was not a focus of our investigation.

11. Prior to this lawsuit, Project Veritas, PVA, and I were not aware that AFSCME was a funding source of Americans United for Change.

12. Prior to this lawsuit, Project Veritas, PVA, and I were not aware Dialysis Patient Citizens even existed.

13. As with all of its efforts, PVA undertook the investigation into Democracy Partners in furtherance of its constitutional rights to free speech and the free press.

14. To further the investigation, PVA donated $20,000 to Americans United for Change. This money was returned after publication without request.

I declare under the penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

This affidavit was executed on May 6, 2019 at _____.

_____
James O'Keefe