# **EXHIBIT 4**

**From:**     Robert Creamer <rbcreamer@gmail.com>
**Sent:**      Thu, 27 Oct 2016 17:47:38 -0400
**Subject:**  Contract Termination
**To:**         Lindsey Reynolds <ReynoldsL@dnc.org>

Pursuant to the terms of the contact between Mobilize. Inc and the DNC dated June 8, 2016 we are writing to ask that our contract with the DNC be terminated as of the close of business October 18, 2016.

It has been a real pleasure working with the DNC over the last months. Hopefully our work together will help us all achieve victory on November 8th.

Sincerely,

Robert Creamer
For Mobilize, Inc
Cell 847-910-0363