# EXHIBIT 9

**Highly Confidential - Attorneys' Eyes Only**



## Transcript of **Christian Hartsock**

Thursday, August 9, 2018

*Democracy Partners et al. v. Project Veritas Action Fund, et al.*

Alderson Court Reporting
1-800-FOR-DEPO (367-9976)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 80135

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - X

 4   DEMOCRACY PARTNERS, ET AL.,    :

 5        Plaintiffs,               :

 6             v.                   :   Case No.

 7   PROJECT VERITAS ACTION FUND,   :   1:17-cv-1047-ESH

 8   ET AL.,                        :

 9        Defendants.               :

10   - - - - - - - - - - - - - - - X

11                             Washington, D.C.

12                             Thursday, August 9, 2018

13             Highly Confidential - Attorneys' Eyes Only

14             Deposition of CHRISTIAN HARTSOCK, a

15   witness herein, called for examination by counsel for

16   Plaintiffs in the above-entitled matter, pursuant to

17   notice, the witness being duly sworn by

18   JESSICA CROXFORD, a Notary Public in and for the

19   District of Columbia, taken at the offices of Sandler

20   Reiff Lamb Rosenstein & Birkenstock, PC, 1090 Vermont

21   Avenue, NW, Suite 750, Washington, D.C., at

22   9:40 a.m., Thursday, August 9, 2018, and the
```

 1  proceedings being taken down by Stenotype by

 2  JESSICA CROXFORD, RPR, and transcribed under her

 3  direction.

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1   answer -- same question for consultants.  During

 2   2016, did you have any communication with any

 3   consultant to the Donald Trump for President

 4   campaign?

 5        A.   Not that I recall.

 6        Q.   Okay.  All right.  You have met

 7   Scott Foval, right?

 8        A.   Yes.

 9        Q.   Where did you first meet him?  Where did

10   you first meet him?

11        A.   In Milwaukee.

12        Q.   At a particular place in Milwaukee?

13        A.   Yes.

14        Q.   And what was that place?

15        A.   The headquarters for Voces de la Frontera.

16        Q.   And when was that first meeting?

17        A.   The spring.

18        Q.   Of -- of what year?

19        A.   2016.

20        Q.   Okay.  And was this a meeting that you had

21   arranged with him?

22        A.   No.
```

```
 1      Q.   How did the meeting come about?
 2      A.   I went into the headquarters to volunteer,
 3 and he was standing in one of the rooms on his iPad.
 4 And he said hello and we chatted for a minute.
 5      Q.   And when you say you went into the
 6 headquarters to volunteer, the headquarters of what
 7 organization?
 8      A.   The Voces de la Frontera.
 9      Q.   And when you went to volunteer for them,
10 who did you say you were?
11      A.   Steve Packard.
12      Q.   And did you know of Mr. Foval before this
13 first conversation?
14      A.   No.
15      Q.   Okay.  When was the next time that you
16 spoke to him after this initial meeting at Voces?
17           THE REPORTER:  I'm sorry?
18           MR. SANDLER:  Initial meeting at Voces,
19 V-O-C-E-S.
20           THE WITNESS:  The following week.
21 BY MR. SANDLER:
22      Q.   Okay.  And how did that meeting come
```

Christian Hartsock
Case 1:17-cv-01047-ESH   Document 63-14   Filed 05/06/19   Page 7 of 13
Highly Confidential - Attorneys' Eyes Only
Washington, DC
8/9/2018
Page 37

```
 1   about?
 2       A.   I walked into a bar where there was an
 3   election -- primary election viewing party.  And he
 4   was there and we said hello.
 5       Q.   Did you know he was going to be there?
 6       A.   No.
 7       Q.   Why did you go -- the primary election
 8   party that was being held by what candidate or
 9   party -- who was it held by, candidate or party?
10       A.   I don't know.
11       Q.   So you didn't specifically seek him out at
12   that event?
13       A.   No.
14       Q.   Why did you go to the event?
15       A.   I was invited.
16       Q.   By whom?
17       A.   Some SEIU activist that I had met.
18       Q.   I didn't hear you.
19       A.   Some SEIU activist that I had met.
20       Q.   Okay.  And was this an SEIU activist you
21   had met while volunteering for Voces?
22       A.   No.
```

Christian Hartsock
Washington, DC
Case 1:17-cv-01047-ESH   Document 63-14   Filed 05/06/19   Page 8 of 13
Highly Confidential - Attorneys' Eyes Only
8/9/2018
Page 38

```
 1      Q.   How did you meet the SEIU activist?
 2      A.   I was volunteering for the SEIU's
 3  knock-and-drag campaign, and I was referred to them
 4  by someone whose name I don't recall.
 5      Q.   And the SEIU knock-and-drag campaign, what
 6  city was that in?
 7      A.   Milwaukee.
 8      Q.   And, again, you volunteered for that to
 9  work on that campaign?
10      A.   Yes.
11      Q.   And you used the name Steve Packard again?
12      A.   Yes.
13      Q.   Okay.  And after the party -- primary
14  night election party, when was the next time you
15  spoke to or met with Mr. Foval?
16      A.   Several weeks later.
17      Q.   Okay.  And how did that meeting or
18  conversation come about?
19      A.   I called him.  I called him.
20      Q.   And what did you say?
21      A.   I told him that the advice that he had
22  given me to relay to my client with regard to how to
```

Christian Hartsock
Case 1:17-cv-01047-ESH  Document 63-14  Filed 05/06/19  Page 9 of 13
Highly Confidential - Attorneys' Eyes Only
Washington, DC
8/9/2018
Page 45

```
 1     A.    Yes.

 2     Q.    And what was their reaction?

 3     A.    One was sympathetic to -- if -- as I

 4   recall, if I recall correctly, was sympathetic to the

 5   idea, but for -- for -- for reasons of potential --

 6   of potential personal hazards wouldn't touch it.  An

 7   SEIU driver said he liked to keep things above the

 8   fray -- above the board, were his terms.

 9     Q.    Okay.  Let me -- one question before we

10   leave the bar and the telephone call.  The -- when

11   you met Mr. Foval at the primary election night party

12   at the bar, was he intoxicated -- did he appear to

13   you to be intoxicated?

14     A.    No.

15           MR. SANDLER:  All right.  Let me ask that

16   this be marked as the next exhibit -- 5?

17           THE REPORTER:  Yes.

18                 (Hartsock Exhibit No. 5 was marked

19                  for identification.)

20           MR. CALLI:  Let him just read the whole

21   thing.

22           MR. SANDLER:  Sure.
```

```
 1   BY MR. SANDLER:

 2       Q.   Just let me know when you're finished

 3   reading it.

 4       A.   I'm finished.

 5       Q.   Okay.  Showing you what's been marked for

 6   identification as Hartsock Exhibit 5.  It appears to

 7   be an email from Steve Packard to James O'Keefe.

 8            Did you send this email?

 9       A.   Yes.

10       Q.   And it says, Subject:  Foval letter.  And

11   it's addressed to Scott.

12            Was this a draft of a proposed email to

13   Scott Foval?

14       A.   Yes.

15       Q.   Okay.  And why -- for what purpose were

16   you sending it to Mr. O'Keefe?

17       A.   To get his evaluation of it.

18       Q.   So he was reviewing it in draft form, in

19   effect, before you sent it to Mr. Foval?

20       A.   Yes.

21       Q.   And at the bottom, the signature line

22   says:  Best, Steve Packard, Breakthrough Development
```

 1   Group.  There's a phone number, and then there's a

 2   website, breakthroughdevgroup.com.

 3              Was that a -- did that website exist at or

 4   about the time of this email, April 18, 2016?

 5        A.   Yes.

 6        Q.   And who created that website?

 7        A.   I don't know.

 8        Q.   Was it an employee of Project Veritas?

 9        A.   Yes.

10        Q.   And do you recall what -- the website no

11   longer exists, so if I could ask, do you recall what

12   content was on it at the time, the nature of the

13   content as best you can recall?

14        A.   Some stock images.

15        Q.   Of?

16        A.   People walking into a building, I believe.

17   We call it the gif -- or a simulation -- a simulation

18   or a photograph and contact information and some

19   generic-sounding text.

20        Q.   Did the text describe in some way the

21   nature of the company's business?

22        A.   I believe vaguely.

```
 1                CERTIFICATE OF REPORTER
 2  UNITED STATES OF AMERICA ) ss.:
 3  DISTRICT OF COLUMBIA     )
 4       I, JESSICA CROXFORD, RPR, the officer before
 5  whom the foregoing proceedings were taken, do hereby
 6  certify that the foregoing transcript is a true and
 7  correct record of the proceedings; that said
 8  proceedings were taken by me stenographically to the
 9  best of my ability and thereafter reduced to
10  typewriting under my supervision; and that I am
11  neither counsel for, related to, nor employed by any
12  of the parties to this case and have no interest,
13  financial or otherwise, in its outcome.
14
15
16
17  ------------------------------
18                Notary Public in and for
19                The District of Columbia
20
21  My commission expires: May 14, 2022
22
```

| | |
|---|---|
| **From:** | Steve Packard |
| **Sent:** | Mon, 18 Apr 2016 19:48:46 -0400 (EDT) |
| **To:** | JAMESeokeefe█████████ [█████████████████] |
| **Subject:** | Foval letter |

Scott,

(Just to refresh we had drinks at Garfield's 502 on election night.) Dude I owe you a huge debt of gratitude. In our Monday conference call I relayed all your advice (taking full credit -- hope you don't mind) on the "surrogate voters" project. I was predicting my senior colleagues were already ahead of us on thinking of those potential fires and coming up with ways around them, so it was a risk in the event I came off as patronizing but it turns out they hadn't thought of ANY of it -- the rental cars vs. buses, school surveillance cams, expanding to MI and IN, etc. So thanks to you, I -- a junior consultant with two years experience at the firm -- am getting mad respect at the office. Shit, I might even be asked to help handle the account, which would expedite a promotion overnight. So thank you thank you thank you.

I'd love to keep in touch and if there's any way you could/would be willing to intro me to Ben, I'd love to pick his brain as it seems the firm is beginning to head more in the general direction of this kind of account, which is relatively new to us. Perhaps we might even be able to put our heads together on some projects; we seem to have similar sensibilities and ways of thinking. If there's anything in return I can do for you I'd be most obliged. Hope all's well and look forward to seeing the results of your New York operations in the coming days.

---

```
Best,
Steve Packard
Breakthrough Development Group
323.457.5462
breakthroughdevgroup.com
```



EXHIBIT
S
C. Hartsock