# EXHIBIT 13

**To:** Scott Frey[SFrey@afscme.org]
**From:** Bill Lurye
**Sent:** Thur 6/1/2017 6:37:08 PM
**Importance:** Normal
**Subject:** RE: Heads Up
**Received:** Thur 6/1/2017 6:37:09 PM

Probably. But not very smart if it is.

**From:** Scott Frey
**Sent:** Thursday, June 1, 2017 2:36 PM
**To:** Bill Lurye <BLurye@afscme.org>
**Subject:** Re: Heads Up

I suspect the loss of our contract and financial support will be included in their claims for damages.

Sent from my iPhone

> On Jun 1, 2017, at 2:31 PM, Bill Lurye <BLurye@afscme.org> wrote:
>
> No, I hadn't. I hope they do well.
>
> **From:** Scott Frey
> **Sent:** Thursday, June 1, 2017 1:51 PM
> **To:** Bill Lurye <BLurye@afscme.org>
> **Subject:** FW: Heads Up
>
>> FYI – In case you have not seen this.
>>
>> **From:** Robert Creamer [mailto:robertcreamer@democracypartners.com]
>> **Sent:** Thursday, June 01, 2017 11:35 AM
>> **To:** Scott Frey <SFrey@afscme.org>; Barbara Coufal <BCoufal@afscme.org>; Blaine Rummel <BRummel@afscme.org>; Ed Jayne <EJayne@afscme.org>
>> **Subject:** Heads Up
>>
>> Today we filed suit against O'Keefe, Project Veritas and O'Keefe's operatives, asking for over a million dollars in damages.
>>
>> The release is attached.
>>
>> Robert Creamer
>> robertcreamer@democracypartners.com
>> 847-910-0363