# EXHIBIT 14

**Strategic Consulting Group**

A Member of Democracy Partners
350 W. Hubbard Street, Ste. 200
Chicago, Illinois 60654

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2016 | 3800 |

**Bill To**

Americans United for Change
455 Massachusetts Ave., NW, Ste. 440
Washington, DC 20001

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | October 2016 Consulting | 11,000.00 | 11,000.00 |

Please remit to above address.

**Total** $11,000.00