# **EXHIBIT 15**

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
--------------------------------X
DEMOCRACY PARTNERS, LLC, et     :
al.,                            :
                                : Case No:
        Plaintiffs              : 1:17-CV-1047-ESH
                                :
          -vs-                  : Pages 1 - 15
                                :
PROJECT VERITAS ACTION FUND,    :
et al.,                         :
                                :
        Defendants              :
--------------------------------X

Videotape Deposition of Hrant Jamgochian
Washington, D.C.
Friday, February 22, 2019

Reported by: Kathleen M. Vaglica, RPR, RMR
Job No: 461985

MAGNA LEGAL SERVICES
(866) 624-6221



Page 2

1
2
3
4
5
6                              Friday, February 22, 2010
7                              (10:23 a.m.)
8
9   Videotape Deposition of Hrant Jamgochian, held at
10  the offices of:
11
12       Verdi & Ogletree PLLC
13       1325 G Street, N.W.
14       Suite 500
15       Washington, D.C.  20005
16
17
18  Pursuant to notice, before Kathleen M. Vaglica, RPR,
19  RMR, a Notary Public in and for the District of
20  Columbia.
21
22



1   affairs director.
2        Q.   And who's Stephen Campbell?
3        A.   He was a government affairs assistant,
4   administrative assistant, who left our organization
5   about four years ago.
6        Q.   What role do you serve at Dialysis
7   Patients?
8        A.   I'm currently the CEO for Dialysis Patient
9   Citizens.
10       Q.   And how long have you worked there?
11       A.   I've worked there, it will be eight years
12  in April.
13       Q.   Got a few questions now and I'm going to
14  be discussing doing business, and by that I mean did
15  you pay money or did dialysis patients pay money for
16  goods or services; is that clear?
17       A.   Yes.
18       Q.   Did Dialysis Patient Citizens do business
19  with Robert Creamer, Strategic Consulting Group, or
20  Democracy Partners prior to 2016?
21       A.   No, it has not.
22       Q.   In 2016 did Dialysis Patient Citizens



1  agree on services to be performed by Democracy
2  Partners, Strategic Consulting Group, or Robert
3  Creamer?
4      A.   No, we did not.
5      Q.   In 2016 did Dialysis Patient Citizens
6  agree on how much money would be paid to Democracy
7  Partners, Strategic Consulting Group, or Robert
8  Creamer?
9      A.   No, we did not.
10     Q.   Did Dialysis Patient Citizens have a
11 contract with Democracy Partners, Strategic
12 Consulting Group, or Robert Creamer in 2016?
13     A.   No, we did not.
14     Q.   Is it accurate to say that the only thing
15 close to business that occurred between Dialysis
16 Patient Citizens and Democracy Partners, Strategic
17 Consulting Group, or Robert Creamer in 2016 was you
18 scheduled and then canceled a meeting to discuss
19 potential opportunities to work together?
20     A.   Yes, that's accurate.
21     Q.   Mr. Jamgochian, I thank you very much for
22 your candor.  I may have some followups on redirect,



Page 11

1  but I'm done here.
2  EXAMINATION BY COUNSEL FOR THE PLAINTIFF, DEMOCRACY
3                    PARTNERS, ET AL.
4  BY MS. LINDENBAUM:
5      Q.   Mr. Jamgochian, did you watch any of the
6  videos that Project Veritas had posted of Robert
7  Creamer, Democracy Partners?
8      A.   I did not.  My staff had informed me of
9  some of the negative publicity, which is why I
10 decided to cancel pursuing our partnership or
11 potential partnership.
12     Q.   Were you concerned that Democracy Partners
13 or Bob Creamer had done anything illegal?
14     A.   Not illegal, but more PR.  I represent a
15 nonprofit organization, and for Dialysis Patient
16 Citizens need to make sure that we maintain the best
17 possible public image.
18     Q.   Would you have continued to pursue the
19 relationship with Bob Creamer in either Strategic
20 Partners -- Strategic Consulting or Democracy
21 Partners had it not been for the actions of Project
22 Veritas?



Page 15

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2              I, Kathleen M. Vaglica, the officer before
 3    whom the foregoing deposition was taken, do hereby
 4    certify that the witness whose testimony appears in
 5    the foregoing deposition was duly sworn by me; that
 6    the testimony of said witness was taken by me in
 7    stenotype and thereafter reduced to typewriting
 8    under my direction; that said deposition is a true
 9    record of the testimony given by said witness; that
10    I am neither counsel for, related to, nor employed
11    by any of the parties to the action in which this
12    deposition was taken; and, further, that I am not a
13    relative or employee of any attorney or counsel
14    employed by the parties hereto, nor financially or
15    otherwise interested in the outcome of the action.
16
17                              _____
18                              Notary Public in and for
19                              The District of Columbia
20
21    My Commission Expires:
22    February 28, 2021
```

