# EXHIBIT 16

| | |
|---|---|
| **From:** | Robert Creamer (robertcreamer@democracypartners.com) |
| **Sent:** | Wednesday, November 9, 2016 8:16:26 PM |
| **To:** | Hrant Jamgochian (hjamgochian@dialysispatients.org) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Here are some of the clippings referring to the debunking of this doctored video |
| **Attachments:** | 10-21 AUFC.pdf; Think Progress on 2 party consent.docx; Time on Donation.docx; Memo to Progressive Community.docx |

OKeefe ran a sophisticated spying operation  a latter day Watergate burglary  against our firm and the DNC. Note that the DNC operation which  which I also ran in 2008 and 2012  generated 370 events in 2016, none of which experienced any hint of violence  and most in fact were press conferences.


On the other hand, if you want contacts in the new Trump Administration, Im probably the wrong guy to give you advice anyway :-)



Robert Creamer
robertcreamer@democracypartners.com
847-910-0363