# **EXHIBIT 17**

\*\*\* HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

DEMOCRACY PARTNERS, et al.,

    Plaintiffs,

  v.                                      Civil Action No.

PROJECT VERITAS ACTION FUND,             1:17-CV-1047-ESH

et al.,

    Defendants.

---

    Video Deposition of JAMES E. O'KEEFE, III, a witness herein, at the law offices of , Reiff, Lamb, Rosenstein & Birkenstock, P.C., 1090 Vermont Avenue, N.W., Suite 750, Washington, D.C., commencing at 9:41 a.m. on Tuesday, February 12, 2019 and the proceedings being taken down by stenotype and transcribed by Catherine B. Crump, a Notary Public in and for the District of Columbia.

Page 2

```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3       JOSEPH E. SANDLER, ESQ.

 4       DARA LINDENBAUM, ESQ.

 5       Sandler, Reiff, Lamb,

 6       Rosenstein & Birkenstock, P.C.

 7       1090 Vermont Avenue, N.W.

 8       Suite 750

 9       Washington, D.C.  20005

10       (202) 479-1111

11       sandler@sandlerreiff.com

12

13

14

15

16

17

18

19

20

21

22
```

```
01:52:22  1    apologized for his behavior.
01:52:30  2            Q.   When did you first become aware of Bob
01:52:35  3    Creamer?
01:52:36  4            A.   I first became aware of Mr. Creamer when
01:52:38  5    Mr. Foval referred to him as the dark hat or the --
01:52:46  6    sort of the references that he made to Mr. Creamer at
01:52:49  7    Garfield in Wisconsin in 2016.
01:52:55  8            MR. SANDLER:  Okay.  Let me ask that this be
01:53:02  9    marked as the next exhibit.
01:53:03 10                          [O'Keefe Exhibit No. 12 was
01:53:04 11                          marked for identification.]
01:53:06 12          [Witness peruses exhibit.]
01:53:28 13          THE WITNESS:  Okay.
         14    BY MR. SANDLER:
01:53:32 15            Q.   I'm showing you what's been marked as
01:53:35 16    Exhibit 12, O'Keefe Exhibit 12.  Can you -- actually,
01:53:40 17    I want to call your attention to the E-mail beginning
01:53:43 18    in the middle of the first page of Exhibit 12 from
01:53:46 19    James O'Keefe dated Friday, June 24, 2016, Subject:
01:53:51 20    Archive Files on Bob Creamer.
01:53:53 21            A.   Okay.
01:53:53 22            Q.   Is that an E-mail that you sent on or
```

Page 210

```
 1                CERTIFICATE OF NOTARY PUBLIC
 2
 3          I, CATHERINE B. CRUMP, the officer before
 4   whom the foregoing deposition was taken, do hereby
 5   testify that the witness whose testimony appears in
 6   the foregoing deposition was duly sworn by me; that
 7   the testimony of said witness was taken by me
 8   stenographically and thereafter reduced to
 9   typewriting under my direction; that said deposition
10   is a true record of the testimony given by said
11   witness; that I am neither counsel for, related to,
12   nor employed by any of the parties to the action in
13   which this deposition was taken; and further, that I
14   am not a relative or employee of any attorney or
15   counsel employed by the parties hereto nor
16   financially or otherwise interested in the outcome of
17   the action.
18                              _____
19                              CATHERINE B. CRUMP
20                              Notary Public in and for the
21                              District of Columbia
22   My Commission Expires:  October 31, 2022
```