# EXHIBIT 18

| | |
|---|---|
| **From:** | Christian Hartsock |
| **Sent:** | Thu, 28 Jul 2016 19:47:22 -0400 (EDT) |
| **To:** | Allison Maass[amaass@projectveritas.com]; Joe Halderman [jhalderman@projectveritas.com]; James O'Keefe III[james@projectveritas.com]; dansandini@gmail.com[dansandini@gmail.com]; Ken Konstanzer [kkonstanzer@projectveritas.com] |
| **Subject:** | Democracy Partners in Wikileaks |
| **Attachments:** | Democracy Partners in Wikileaks.pdf |

Here are all the e-mails I've aggregated from Wikileaks across three separate document dumps regarding Democracy Partners and Robert Creamer. (Foval shows up nowhere)

I've gone through and color-coded much of the text as it pertains to our investigation and potential leads. Allison has volunteered to assist in following up on them with research.

The value of this as a whole, so far, is his verified coordination with the DNC, and whom in particular within the DNC he communicates with.

James, that clip you got of him walking into the DNC will be valuable b-roll symbolic of his affiliation with the DNC, particularly the ease with which he passes security.

Highly Confidential - Attorneys' Eyes Only



**FROM DNC E-MAILS:**

From: Helmstetter, TJ

Sent: Wednesday, May 18, 2016 5:41 PM

To: Regional Press

Subject: RE: Media calls on the docket Update below.

From: Helmstetter, TJ

Sent: Wednesday, May 18, 2016 5:23 PM

To: Regional Press

Subject: Media calls on the docket Tomorrow 2pm - NRA bracketing call - Kentucky focus.

John Yarmouth confirmed. KY dem chair and Louisville mayor invited. Creamer reaching out to Kentuckians for the Common Good group.

Tomorrow, 1pm ET (12pm central) - **Kansas Voting Rights Call**. Pratt, KS Dems chair confirmed. A Topeka Af Am legislator who is also a minister has been confirmed.

Friday, 11:15am - NRA bracketing call - gun focus. Elizabeth Esty and Robin Kelly and Brady prez and Po Murray (Newtown Action) confirmed. Chris Murphy invited, other House members invited. Creamer checking with Everytown and Giffords, they are probably no

We are canceling infrastructure call bc Carson had to pull out and other members weren't available/interested. Jenna/Rachel can you please reserve rooms and numbers for the two that are locked in? Also advisories for all three. I will circulate scripts for tomorrow's calls tonight. Thank you!

TJ Helmstetter Deputy
Director of Regional and Specialty Media
Democratic National Committee
202.863.8022 - desk 973.464.9224 - cell

Confidential

HelmstetterT@DNC.org<mailto:HelmstetterT@DNC.org>

---

From: MirandaL@dnc.org
To: WalkerE@dnc.org
RE: Action in front of RNC on Thursday morning for Trump/Ryan meeting
Date: 2016-05-11 12:00
Subject: RE: Action in front of RNC on Thursday morning for Trump/Ryan meeting

Has everything to do with Trump/Ryan, they would blow up the economy.

Luis Miranda, Communications Director Democratic National Committee
202-863-8148 - MirandaL@dnc.org @MiraLuisDC

---

From: Walker, Eric
Sent: Wednesday, May 11, 2016 9:50 AM
To: Miranda, Luis Cc: Paustenbach, Mark; Freundlich, Christina; Helmstetter, TJ
Subject: Re: Action in front of RNC on Thursday morning for Trump/Ryan meeting

AUFC has the first one covered and the second one has nothing to do with trump or Ryan

Ryan

On May 11, 2016, at 9:46 AM, Miranda, Luis MirandaL@dnc.org wrote:

I prefer these to stay on message:
"GOP + Trump: Dangerous, Divisive, Deceitful"
"14 MILLION NEW JOBS...NO GOING BACK"

Luis Miranda, Communications Director
Democratic National Committee 202-863-8148
@MiraLuisDC

---

From: Walker, Eric
Sent: Wednesday, May 11, 2016 9:22 AM

11

To: Miranda, Luis; Paustenbach, Mark Cc: Freundlich, Christina; Helmstetter, TJ

Subject: RE: Action in front of RNC on Thursday morning for Trump/Ryan meeting

Hey guys bumping these sign ideas for tomorrow's action in front of the RNC with groups.

* Reject the Trump-Ryan Agenda
* Dump Trump
* Love Trumps Hate (HFA tagline)
* Say No to Bigotry / Say No to Trump
* Trump + GOP = Make America Hate Again (I like this one the best)

Starts at 8:30 - would be a good idea for one of you to be out there. AUFC will be ID'ing people to talk to cameras - you should be in that group.

---

From: Walker, Eric
Sent: Tuesday, May 10, 2016 7:11 PM
To: Miranda, Luis; Paustenbach, Mark Cc: Freundlich, Christina; Helmstetter, TJ
Subject: RE: Action in front of RNC on Thursday morning for Trump/Ryan meeting

Actually AUFC signage is: "GOP + Trump: Dangerous, Divisive, Deceitful" (I really like that - better than my idea) "GOP = Party of Trump"

So I'm striking my suggestion below. Let me know what you all think.

---

From: Walker, Eric
Sent: Tuesday, May 10, 2016 6:58 PM
To: Miranda, Luis; Paustenbach, Mark Cc: Freundlich, Christina; Helmstetter, TJ
Subject: Action in front of RNC on Thursday morning for Trump/Ryan meeting

Discussed with Creamer, et. al. today. We are calling through allied groups to get some folks out front of the RNC before 9 a.m. There will be a separate action in front of the NRSC at 11:30 with the message being "Don't Let Republicans Trump the Supreme Court" - mostly being handled by woodhouse / groups that have been engaged on SCOTUS push I don't think there will be a speaking program - just a demonstration. We should come up with signs to pass out. A few ideas (throw some ideas down here if you have them):

12

Confidential                                                                                                    PVA00000918

* Reject the Trump-Ryan Agenda
* Donald Trump: Dangerous, Divisive, Disgraceful (my favorite)
* Dump Trump
* Love Trumps Hate (HFA tagline)
* Say No to Bigotry / Say No to Trump
* Trump = Make America Hate Again (2nd choice)

Luis and Mark - as our national spokespeople, I also think this is a good opportunity for you both to get some camera time while the media is waiting to catch a glimpse of Trump or Ryan or Reince. Alas I will not be here on Thursday morning so I'm adding Christina and TJ who can help handle.

Eric Walker
walkere@dnc.org
732-991-1489
@ericmwalker

---

From: HelmstetterT@dnc.org

To: MirandaL@dnc.org   Date: 2016-05-17 14:06

Subject: RE: Reminder -- Trump Rapid Response/Bracketing Call -- Today - Tues - May17 - 1PM Eastern

Ok

---

From: Miranda Luis

Sent: Tuesday, May 17, 2016 11:57 AM

To: Helmstetter, TJ

Cc: Paustenbach, Mark; Walker, Eric Subject: FW: Reminder -- Trump Rapid Response/Bracketing Call -- Today - Tues - May17 - 1PM Eastern

TJ, since Eric is out, please cover this call.

Luis Miranda, Communications Director
Democratic National Committee
202-863-8148 -- MirandaL@dnc.org @MiraLuisDC

---

13

From: **Robert Creamer** [mailto:creamer2@aol.com]

Sent: Tuesday, May 17, 2016 11:56 AM

To: Miranda, Luis

Subject: Reminder -- Trump Rapid Response/Bracketing Call -- Today - Tues - May17 - 1PM Eastern Reminder -- Trump Rapid Response/Bracketing Call -- Today - Tues - May17 - 1PM Eastern 641-715-3288 782537

Including updates on plans for Trump appearance at NRA Convention Friday... and New Jersey on Thursday.

**Robert Creamer**

**Democracy Partners**

creamer2@aol.com<mailto:creamer2@aol.com> 847-910-0363

---

05/13/2016 07:12 AM EDT

From: politicoplaybook@politico.com

To: kaplanj@dnc.org

Date: 2016-05-13 09:15

Subject: POLITICO Playbook, presented by the Alzheimer's Association: GUEST PLAYBOOKER: BuzzFeed's Ben Smith -- Trump's 'un-American' Media Blacklist — Inside the Ryan Meeting — The Abusive Guest Worker Program

By Ben Smith (ben@buzzfeed.com; @BuzzFeedBen) and Daniel Lippman (dlippman@politico.com; @dlippman)

Good Friday morning. It's 66 days to Cleveland, 73 days to Philly, 179 days to election. And mere minutes before my beloved former colleagues at POLITICO regret giving me the keys to Playbook!

Surrender or Rope-A-Dope? So was Paul Ryan's near-embrace of Trump a particularly humiliating sort of "kabuki as prelude to surrender," as my colleague John Stanton suggests? Or, as other observers think, a sort of rope-a-dope that will allow them to blame Trump for the inevitable meltdown? Nobody's made any money this cycle betting Washington Republicans are cleverer than they look, and Ryan sure was accomodating - even when, as Sherman and Bresnahan report, "the New York billionaire suddenly allowed a flock of his campaign advisers inside."
http://politi.co/1Yorg80

Confidential                                                                                                                          PVA00000920