# EXHIBIT 19

**From:** Scott Foval <scottfoval@fovalgroup.com>
**Sent:** Thu, 16 Jun 2016 17:20:23 -0500
**Subject:** Charles Roth
**To:** Robert Creamer <robertcreamer@democracypartners.com>, Michael Lux <mlux@progressivestrategies.net>

Hey guys...want to line up a call with you us and a potential funder. His name is Charles Roth, and he's from SFO.
I haven't sold him on a particular program, but my sense is that he's very interested in our RR work in multiple states. I have not yet vetted him, and think it would be best to have your help on this first one. It has been a very long time since I've done solo client work.

Are you free to have a conference call next week with us?

SF