# **EXHIBIT 20**

| | |
|---|---|
| **From:** | scottfoval@fovalgroup.com |
| **Sent:** | Fri, 24 Jun 2016 13:24:03 -0400 (EDT) |
| **To:** | charles@charlesroth.net; robertcreamer@democracypartners.com |
| **Subject:** | Updated Invitation: PHONE CALL: Charles Roth / Robert Creamer / Scott Foval @ Fri Jun 24, 2016 12:30pm - 1pm (CDT) (scottfoval@fovalgroup.com) |
| **Location:** | 202-827-6140/6141 |
| **Start Time:** | Fri, 24 Jun 2016 13:30:00 -0400 (EDT) |
| **End Time:** | Fri, 24 Jun 2016 14:00:00 -0400 (EDT) |
| **Attachments:** | invite.ics |

---

This event has been changed.

more details »

### PHONE CALL: Charles Roth / Robert Creamer / Scott Foval

This OFF THE RECORD call is an initial introductory discussion to cover possible collaboration opportunities for the 2016 cycle. Scott will guide the conversation.

When  Fri Jun 24, 2016 12:30pm – 1pm Central Time
Where  Changed: 202-827-6140/6141 (map)
Video call https://plus.google.com/hangouts/_/fovalgroup.com/phone-call
Calendar  scottfoval@fovalgroup.com
Who
- Scott Foval - organizer
- charles@charlesroth.net
- robertcreamer@democracypartners.com

Going?  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account charles@charlesroth.net because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.