# **EXHIBIT 21**

| | |
|---|---|
| **From:** | scottfoval@fovalgroup.com |
| **Sent:** | Thu, 14 Jul 2016 11:24:58 -0400 (EDT) |
| **To:** | charles@charlesroth.net; robertcreamer@democracypartners.com; scottfoval@fovalgroup.com |
| **Subject:** | Charles Roth / Bob Creamer Meeting |
| **Location:** | Marriott Marquis Washington, DC, 901 Massachusetts Ave NW, Washington, DC 20001, USA |
| **Start Time:** | Fri, 15 Jul 2016 11:00:00 -0400 (EDT) |
| **End Time:** | Fri, 15 Jul 2016 12:30:00 -0400 (EDT) |

This meeting is to further discuss participation in Democracy Partners' rapid response programs. This meeting will be in person between Bob and Charles only. --SF

This event has a Google Hangouts video call.
Join: https://plus.google.com/hangouts/_/fovalgroup.com/scottfoval?hceid=c2NvdHRmb3ZhbEBmb3ZhbGdyb3VwLmNvbQ._68o3egi36p2j2ba18l336b9k68pj6b9p8cp3eba38kq30

View your event at https://www.google.com/calendar/event?action=VIEW&eid=XzY4bzNlZ2kzNnAyajJiYTE4bDMzNmI5azY4cGo2Yjlw OGNwM2ViYTM4a3EzMGM5

PVA00000070