# EXHIBIT 22

| | |
|---|---|
| From: | "Emili EJ. Jack" <emili@auforchange.org> |
| To: | Caroline Ciccone <Caroline@auforchange.org>, Robert Creamer <robertcreamer@auforchange.org>, Brad Woodhouse <woodhouse@auforchange.org> |
| Subject: | RE: Charles Roth |
| Sent: | Thu, 18 Aug 2016 15:42:30 +0000 |

I've been searching every website I can find for this guy in both Portland, OR and San Fran and this is the only thing I have found: https://www.facebook.com/charlescrothiii

No donations after searching three different sites, or personal/work information on him.

-----Original Message-----
From: Caroline Ciccone
Sent: Thursday, August 18, 2016 9:53 AM
To: Robert Creamer <robertcreamer@auforchange.org>; Brad Woodhouse <woodhouse@auforchange.org>
Cc: Emili EJ. Jack <emili@auforchange.org>
Subject: RE: Charles Roth

Emili pull what you have into a report-- we need it by noon. Thanks.

-----Original Message-----
From: Robert Creamer
Sent: Thursday, August 18, 2016 9:48 AM
To: Brad Woodhouse <woodhouse@auforchange.org>
Cc: Emili EJ. Jack <emili@auforchange.org>; Caroline Ciccone <Caroline@auforchange.org>
Subject: Re: Charles Roth

I have a lot of his history - we need to chat

Robert Creamer
Democracy Partners
Cell 847-910-0363

> On Aug 18, 2016, at 9:29 AM, Brad Woodhouse <woodhouse@auforchange.org> wrote:
>
> Emili - pull everything you can on this Charles Roth guy - bio, giving history, etc.
>
> Sent from my iPhone