# EXHIBIT 23

| | |
|---|---|
| **From:** | Robert Creamer <robertcreamer@democracypartners.com> |
| **Sent:** | Fri, 15 Jul 2016 16:50:11 -0400 (EDT) |
| **To:** | Charles Roth <charles@charlesroth.net> |
| **Subject:** | Re: A favor... |

Great seeing you too... I'll give her a call.
Bob

> On Jul 15, 2016, at 4:47 PM, charles@charlesroth.net wrote:

Bob-

Great meeting you today.  I look forward to changing the world with you.

You said you might be able to help my niece out who has gone to Cleveland looking for some excitement.  She is fanatical Hillary supporter.   If you can help her connect with some activists out there I would be most grateful.

Her name is Angela Brandt.  Her number is 914-758-2485.  Email: angelabrandt94@gmail.com

Thanks and I will be in touch.

Charles

 Robert Creamer
Democracy Partners
robertcreamer@democracypartners.com
847-910-0363