# EXHIBIT 24

