# **EXHIBIT 25**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, :
et al., :
        :
    Plaintiffs, :
v. :    CASE NO.: 1:17-CV-1047-ESH
        :
PROJECT VERITAS ACTION FUND, :
et al., :
        :
    Defendants. :
_____ :

## PROJECT VERITAS'S FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF DEMOCRACY PARTNERS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Project Veritas propounds the following Requests for Admissions to Plaintiff Democracy Partners:

## INSTRUCTIONS

1. You must refer to the Definitions set forth below in responding to each request so that your answers will be fully responsive.

2. If for any reason you believe a definition or request to be ambiguous or vague, state as such and indicate what interpretation you are using in responding to the request.

3. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agent(s), employee(s), and representative(s), including but not limited to non-privileged information known to its attorneys and accountants.

## DEFINITIONS

1. Any reference to "Allison Maass" in these requests should be interpreted as a simultaneous reference to "Angela Brandt," as that name is used in the Complaint in this case.

2. Any reference to "Allison Maass's internship" in these requests refers to September 21, 2016 through October 14, 2016.

3. Any reference to "Legal Identification" in these requests refers to a driver's license, state issued identification, or any other form of government issued identification.

4. Any reference to an "NDA" in these requests refers to a Non-Disclosure Agreement executed between two or more parties related to the confidentiality of information.

## REQUESTS FOR ADMISSION

1. Admit that during Allison Maass's internship Democracy Partners shared an office space with Mike Lux Media, American Family Voices and Strategic Consulting Group.

2. Admit that during Allison Maass's internship Democracy Partners did not have a confidentiality agreement or NDA with Mike Lux Media.

3. Admit that during Allison Maass's internship Democracy Partners did not have a confidentiality agreement or NDA with American Family Voices.

4. Admit that during Allison Maass's internship Democracy Partners did not have a confidentiality agreement or NDA with Strategic Consulting Group.

5. Admit that Democracy Partners and its members did not discuss confidentiality with Allison Maass during her internship beyond telling her on September 21, 2016 that Lauren Windsor "has some kind of a nondisclosure agreement to sign or something."

6. Admit that Allison Maass did not provide a résumé to Democracy Partners or any of its members prior to September 23, 2016.

7. Admit that Democracy Partners or its members did not request that Allison Maass provide any form of Legal Identification as a condition to starting her internship.

8. Admit that Democracy Partners or its members continued a business relationship with Americans United for Change ("AUFC") after Allison Maass's internship until on or about AUFC's dissolution on March 30, 2017.

9. Admit that during Allison Maass's internship she gained no knowledge of or had any involvement with "patch-through" calls or other telephonic services provided by Democracy Partners or its members to AUFC.

10. Admit that during Allison Maass's internship she gained no knowledge of or had any involvement with "patch-through" calls or other telephonic services provided by Democracy Partners or its members to the American Federation of State, County and Municipal Employees ("AFSCME").

11. Admit that during Allison Maass's internship she gained no knowledge of or had any involvement with "patch-through" calls or other telephonic services provided by Democracy Partners or its members to any client of Democracy Partners.

12. Admit that in 2016 Democracy Partners or its members had no contract with AFSCME for regular "patch-through" calls or other telephonic services.

13. Admit that in 2016 Democracy Partners or its members had no contract with AUFC for regular "patch-through" calls or other telephonic services.

14. Admit that details about the "bracketing" efforts of Democracy Partners—including their time, place, and content—were revealed by its members or agents to PVA journalists other than Allison Maass prior to when those efforts occurred.

Dated:  November 15, 2018  Respectfully submitted,

By: /s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Email: PCalli@Calli-Law.com
Chas Short
Florida Bar No. 70633
Email:  CShort@Calli-Law.com
*Admitted pro hac vice*
CALLI LAW, LLC
One Flagler Building
 14 Northeast 1st Avenue, Suite 1100
Miami, FL  33132
Telephone:     (786) 504-0911
Facsimile:      (786) 504-0912


/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com


/s/ Stephen R. Klein
Stephen R. Klein
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
steve@statecraftlaw.com


*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*,     ) | |
|     ) | |
|   Plaintiffs,     ) | |
|     ) Civ. No. 1:17-cv-1047-ESH | |
|   v.     ) | |
|     ) | |
| PROJECT VERITAS ACTION FUND, LLC, *et al.*,     ) | |
|     ) | |
|   Defendants.     ) | |

**PLAINTIFF DEMOCRACY PARTNERS, LLC'S RESPONSES TO PROJECT VERITAS'S FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF DEMOCRACY PARTNERS**

Pursuant to Fed. R. Civ. P. 36(a), Plaintiff Democracy Partners, LLC hereby responds to Defendant Project Veritas's First Set of Requests for Admission Directed to Plaintiff Democracy Partners, as follows:

1. Admitted.

2. Admitted that during Allison Maass's internship Democracy Partners did not have a written confidentiality agreement or NDA with Mike Lux Media; otherwise denied.

3. Admitted that during Allison Maass's internship Democracy Partners did not have a written confidentiality agreement or NDA with American Family Voices; otherwise denied.

4. Admitted that during Allison Maass's internship Democracy Partners did not have a written confidentiality agreement or NDA with Strategic Consulting Group; otherwise denied.

5. Denied.

6. Admitted.

7. Admitted.

8. Denied.

9. Admitted.

10. Admitted.

11. Admitted

12. Admitted that Democracy Partners or its members had no long-term written contract with AFSCME for regular "patch through" calls or other telephonic services; otherwise denied.

13. Admitted that Democracy Partners or its members had no long-term written contract with AUFC for regular "patch through" calls or other telephonic services; otherwise denied.

14. Denied.

  /s/ Joseph E. Sandler

Joseph E. Sandler, D.C. Bar No. 255919
Dara Lindenbaum, D.C. Bar No. 1026799
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W.  Suite 750
Washington, D.C.  20005
Tel:  202-479-1111
Fax:  202-479-1115
sandler@sandlerreiff.com
lindenbaum@sandlerreiff.com