# **EXHIBIT 27**

**Subject:** Re: Angela resume
**From:** Robert Creamer <creamer2@aol.com>
**Sent:** Thu, 22 Sep 2016 17:43:56 -0400
**To:** Lauren Windsor <laurenwindsor27@gmail.com>

Noop --just ask her if you need it

Robert Creamer
Democracy Partners
Cell 847-910-0363

On Sep 22, 2016, at 5:39 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Bob, do you have a resume from her?
>
> Lauren Windsor
> Executive Director - American Family Voices
> Executive Producer - The Undercurrent
> www.theundercurrent.tv
> @_under_current
> 213.595.8011