# **EXHIBIT 28**

| | |
|---|---|
| **From:** | Lauren Windsor <laurenwindsor27@gmail.com> |
| **Subject:** | Resume   Case 1:17-cv-01047-ESH   Document 63-33   Filed 05/06/19   Page 2 of 2 |
| **Sent:** | Thu, 22 Sep 2016 17:56:11 -0400 |
| **Cc:** | Robert Creamer <creamer2@aol.com> |
| **To:** | angelabrandt94@gmail.com |

Hey, Angela,

Can you please send me a copy of your resumé? It will be helpful in determining projects for you.

Thanks,

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

DP_0000632