# EXHIBIT 33

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

DEMOCRACY PARTNERS, LLC, *et al.,*        )
                                          )
    Plaintiffs,                           )
                                          ) Civ. No. 1:17-cv-1047-ESH
        v.                              )
                                          )
PROJECT VERITAS ACTION FUND, LLC, *et al.,*   )
                                          )
    Defendants.                           )
_____)


## PLAINTIFF DEMOCRACY PARTNERS LLC'S RESPONSES TO
## DEFENDANT O'KEEFE'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Plaintiff Democracy Partners, LLC responds, answers, and/or objects to Defendant James O'Keefe's' First Set of Interrogatories to Plaintiff Democracy Partners, as follows.  Democracy Partners reserves the right to supplement or amend these responses should Democracy Partners become aware of additional information or documents.

## GENERAL OBJECTIONS

1.      Democracy Partners objects  to the definition of "you" and "Plaintiff" as vague, overbroad and unduly burdensome.  All of Democracy Partners' responses will be limited to Democracy Partners and its members and the owners or principals of those members.

2.      Democracy Partners' answers will be based upon its reasonable, good faith investigation of claims and defenses in this case to date, and documents within its possession and control as of the date of the Interrogatories.  Without waiving or prejudicing the foregoing

objections, Democracy Partners reserves its right to supplement or amend its response to any of the Interrogatories if Democracy Partners becomes become aware of additional information or documents.

## **RESPONSES TO INTERROGATORIES**

1.      For the period of September 21, 2016 through and including January 11, 2017, identify each person who subscribed to the Democracy Partners Google Group, not including members of Democracy Partners previously identified in response $4 of Plaintiffs' Responses to Defendants' First Set of Interrogatories on March 15, 2018

**Response:**

Patrick Pannett
Democracy Partners
1250 Eye Street, N.W.  Suite 330
Washington, D.C. 20005
(202) 258-2311
ppannett@gmail.com


Andrea Haverdink
Mike Lux Media
1250 Eye Street, N.W.  Suite 330
Washington, D.C. 20005
(202) 628-7771
andrea@mikeluxmedia.com


Christine Pelosi
sfpelosi@yahoo.com
(415) 298-1461


Joseph E. Sandler
Sandler Reiff Lamb Rosenstein & Birkenstock PC
1090 Vermont Ave., N.W.  Suite 750
Washington, D.C. 20005
(202) 479-1111

sandler@sandlerreiff.com

2.      For the period of September 21, 2016 through and including January 11, 2017, identify

each person who would receive an email sent to democracypartners@googlegroups.com, not

including members of Democracy Partners previously identified in response #4 of Plaintiffs'

Responses to Defendants' First Set of Interrogatories on March 15, 2018.

**Response:**

See Response to Interrogatory No.1

3.   For each person identified in Interrogatories # 1 and #2, identify the period for which that

person was part of the Democracy Partners Google Group or received emails from

democracypartners@googlegroups.com .

**Response:**

Each was part of the Google Group and received emails from

democracypartners@googlegroups.com  during the entire period indicated, that is, September 21,

2016 through and including January 11, 2017.


4.   Identify the termination date of Scott Foval's temporary subcontract in 2016, previously

identified in Response #15 of Plaintiffs' Responses to Defendants' First Set of Interrogatories

on March 15, 2018, and previously produced as DP 009294.

**Response:**

October 15, 2016.


5.   Describe the steps you took to vet "Charles Roth" following Scott Foval's June 16, 2016

e-mail (previously produced as DP_0001065) and before October 14, 2016.

3

Mr. Creamer whether Mr. Foval would be a suitable replacement; and also asked if Mr. Creamer

would have any objection to Mr. Foval working for AUFC, since Mr. Foval was already doing

certain work for Mr. Creamer.  Mr. Creamer indicated that he thought Mr. Foval would be a

good fit for the position, and that Mr. Creamer had no objection to Mr. Foval becoming an

employee of AUFC.


9.   Identify the date and location of any meting Robert Cramer had with Lee Saunders,

president of the American Federation of State, County and Municipal Employees, between

October 14, 2016 and March 31, 2017.

**Response:**

January 30, 2017 at AFSCME headquarters in Washington, D.C.

.

10.  Identify the date that Mobilize, Inc. ceased to be a member of Democracy Partners.

**Response:**

Mobilize, Inc.  is owned by a principal of a member company of Democracy Partners.

However, Mobilize, Inc. is not and never has been a member of Democracy Partners.


The undersigned certifies that he is authorized to answer the foregoing Interrogatories on

behalf of Democracy Partners, LLC and declares under penalties of perjury that the foregoing

answers are true and correct to the best of his present knowledge, information and belief.

Dated this 19th day of  January 2019

Robert Creamer, Managing Partner, Democracy Partners

As to objections and certification under Fed. R. Civ. P. 26(g)(1):

\_\_/s/ Joseph E. Sandler

Joseph E. Sandler, D.C. Bar No.255919

Dara Lindenbaum

SANDLER REIFF LAMB ROSENSTEIN

& BIRKENSTOCK, P.C.

1090 Vermont Ave., N.W. Suite 750

Washington, D.C. 20005

Tel: 202-479-1111

Fax: 202-479-1115

sandler@sandlerreiff.com

Aderson Francois, D.C. Bar No. 798544

Heather Abraham, *pro hac vice*

INSTITUTE FOR PUBLIC

REPRESENTATION

GEORGETOWN UNIVERSITY LAW

CENTER

600 New Jersey Avenue, N.W. Suite 312

Washington, DC 20001

Phone: (202) 662-9593

Fax: (202) 662-9634

Yael.bromberg@law.georgetown.edu

abf48@georgetown.edu

heather.abraham@georgetown.edu

*Counsel for Plaintiffs*

7