# EXHIBIT 34

Mobilize, Inc., NA

# Invoice

A Member of Democracy Partners
350 W. Hubbard St., Ste. 200
Chicago, IL   60654
Attn. Linda Saucedo

| Date | Invoice # |
|------|-----------|
| 10/20/2016 | 291 |

| Bill To |
|---------|
| Democratic National Committee<br>Attn. Chief Operating Officer<br>430 S. Capitol Street, SE<br>Washington, DC   20003 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | General Election Consulting Contract - Prorated for 10/1/2016 - 10/18/2016<br>　Management - $14,000/month -<br>　　Prorated to $8129.03 for 10/1/16 - 10/18/16<br>　Immigration Consultant - $8,000/month -<br>　　Prorated to $4645.16 for 10/1/16 - 10/18/16<br>　Rapid Response Consultants 4 @ $5,000/month/consultant -<br>　　Prorated to $2903.23 * 4 = $11,612.92 for 10/1/16 - 10/18/16<br>　Kelly Benjamin @ $500 (10/5 Tampa, FL Presser)<br>　Cristina Pachero @ $ 250 (10/11 Presser at MGM)<br>　Lucas Meyer @ $250 (9/29 Bedford, NH Presser) | 25,387.11 | 25,387.11 |

| Please remit by wire.  Confidential instructions attached. | **Total** | $25,387.11 |
|---|---|---|