# **EXHIBIT 35**

**From:** staff on behalf of Robert Creamer
**To:** STAFF@LIST.AMERICANSUNITEDFORCHANGE.ORG
**Sent:** 3/13/2015 2:14:10 PM
**Subject:** Re: PRESS RELEASE: Loretta Lynch AG Nomination Is Latest Gift to Wall Street

ugh… first of seen of this

On Mar 13, 2015, at 11:44 AM, Jeremy Funk <jeremyjfunk@GMAIL.COM> wrote:

Awesome shit from your office mate, Bob -- i emphasize the word "shit".

---------- Forwarded message ----------
From: **Mike Lux, American Family Voices** <admin@americanfamilyvoices.org>
Date: Fri, Mar 13, 2015 at 12:35 PM
Subject: PRESS RELEASE: Loretta Lynch AG Nomination Is Latest Gift to Wall Street
To: jeremyjfunk@gmail.com

BW0002818

## PRESS RELEASE

**Contact Information**

Name: Jillian Rucker, Operations Director

Phone: 202.628.7771

E-mail: jrucker@progressivestrategies.net

FOR IMMEDIATE RELEASE

## LORETTA LYNCH AG NOMINATION IS LATEST GIFT TO WALL STREET

Friday, March 13, 2015 – Washington, DC

American Family Voices has a long history of fighting Wall Street corruption, from exposing Enron to working with Elizabeth Warren on Dodd Frank and the Consumer Financial Protection Bureau to opposing the nomination of Larry Summers at the Federal Reserve. We support strong reforms to the financial industry because we believe that the outsize influence of Wall Street financiers is corrupting the political process in Washington, and hurting American families in the process. We deserve an economic system that works for all of us, not one engineered for hedge fund managers willing to gamble market security chasing bigger returns.

To realize such a system, we need a Justice Department committed to prosecuting banks that break the law, regardless of their size or influence. No bank should be Too Big to Jail, a consideration Eric Holder and his deputy, Lanny Breuer, admitted to in their decision not to prosecute bankers for the 2008 meltdown. In 2012, the Department of Justice reached a deferred prosecution agreement with the British bank HSBC, declining to prosecute any of its executives for their egregious crimes -- laundering money for Mexican drug cartels and terrorist organizations. That deal was negotiated by the current nominee to replace Eric Holder at the Justice Department, Loretta Lynch.

Writing about the HSBC settlement for Rolling Stone in 2013, Matt Taibbi said:

"Flooring politicians, lawyers and investigators all over the world, the U.S. Justice Department granted a total walk to executives of the British-based bank HSBC for the largest drug-and-terrorism money-laundering case ever. Yes, they issued a fine – $1.9 billion, or about five weeks' profit – but they didn't extract so much as one

BW0002820

dollar or one day in jail from any individual, despite a decade of stupefying abuses."

The DOJ's terms required HSBC to fully cooperate in other investigations and not commit any crimes for five years. Last month, an international collaboration of major news organizations revealed leaked documents showing that HSBC's Swiss subsidiary had been helping wealthy clients evade taxes and conceal millions of dollars of assets derived from criminal activity. According to the Guardian: "Lynch told CBS News at the time that she expected HSBC to **'literally turn their company inside out'** as part of the agreement."

AFV opposes the nomination of Loretta Lynch to Attorney General because we do not support a continuation of Eric Holder's Too-Big-To-Jail philosophy. We call on Congress to reject Lynch and overturn the deferred prosecution agreement for HSBC.

From AFV President Mike Lux: "Wall Street bankers have already proven that they will continue to flout financial regulations because they know that the DOJ will not pursue charges. It's time to prosecute bankers for criminal activity, period."

###



This email was sent to: jeremyjfunk@GMAIL.COM

To unsubscribe, go to: http://www.americanfamilyvoices.org/unsubscribe

---

To unsubscribe from the STAFF list, click the following link:
http://list.americansunitedforchange.org/scripts/wa.exe?TICKET=NzM1NzAwIFJvYmVydENyZWFtZXJAREVNT0NSQUNZUEFSVE5FUlMuQ09NIFNUQUZGIKqXZx9QuGnj&c=SIGNOFF

Robert Creamer
Democracy Partners
robertcreamer@democracypartners.com
Cell 847-910-0363
DC 202-470-6955

BW0002821