# EXHIBIT 37

**From:** Shannon Williams
**To:** lelasko@aol.com
**Sent:** 10/7/2011 10:03:56 PM
**Subject:** FW: Invoicing Info
**Attachments:** Eye Street Rent Breakdown.xlsx; Final Move Budget.xls

Hey Linda-

As I mentioned to you before (well I think I did) our bookkeeper will handle our invoicing for us in the future. Attached is everything that I sent to her. I figured that this may help you understand the new office share breakdowns as well. To simplify things, we will pay all of the bills for the office and we'll invoice each group for their expenses. Numbers are still based on "number of staff," as it always has. Here are some highlights from the email concerning SCG that you should know:

-Bob paid his first month's rent and the security deposit for SCG and he also generously paid a portion of PTV's overhead expenses. So SCG paid $8,150 of $10,400.00 that was owed (for both groups) for the new security deposit and the first month's rent. For the month of September, the only thing that SCG will be billed for is one time moving/installation expense, which are one-time expenses.

-We are charging a monthly bookkeeping fee, Bob's is like $3.25 per month (2nd tab on the Final Move Budget Spreadsheet) and that number is subject to change due a spreadsheet mistake. I'll let you know what the new charge will be when we determine what that is.

-PS & AU added an admin fee, which has been in the works for years now yet never implemented. Bob's is $250 per month. This will be split amongst AUFC & PS as they share many of the office's burdens/meltdowns with me…Phones, internet, building stuff, etc. We will talk on Monday to make sure that everyone is comfortable with their admin numbers.

-As you can see , Bob's new rent, including his monthly expenses is now $2,065.90. (He just HAD to have that nice big sunny office *sigh*) Just fyi- I for one was NOT for this costly move, lol!

-Our accountant had some questions on how we're billing SCG and he may recommend that we receive a check instead of deducting the costs from his monthly bill. Just a heads up, will let you know what the deal is asap.

-I'm going to try to get around charging Bob for Qualatech expenses (which is our IT service), againJ Unfortunately, this time we have to charge for internet expenses, etc. because we're taking a huge hit by subsidizing other groups (not SCG). Bob is also subsidizing a lot for Dan and he's taking quite a hit too, so he's feeling some of our pain.

Will keep you posted.

Let me know if you have any questions about the breakdowns. Have a great weekend! Sorry for typos, I'm tired!

Shannon

**From:** Shannon Williams
**Sent:** Friday, October 07, 2011 9:25 PM
**To:** Kristin (dncbooks@aol.com)
**Subject:** Invoicing Info

Kristin-

-The first attachment outlines our rent breakdown (divided amongst AUFC, PTV aka Manatt Media, PS, and SCG) + security deposit splits for our new office.

-The second attachment is a spreadsheet which has 2 tabs. The first tab outlines our "one time" fees (moving fees, installation fees for phones & internet, etc..) that we must invoice the other groups for and the 2nd tab outlines the monthly fees for each company, October and beyond.

- Our breakdown is based on "number of employees," which determines how everything is divided. AU is 50%, PS is 30%, SCG is 10%, and PTV is 10%.

-You will find the totals for all expenses on the bottom of each spreadsheet and those are the numbers that you should use for monthly invoicing. All of the details and itemizations are done within the spreadsheet, let me know what questions you have.

-In regards to the one time fees in the first tab, PS and SCG HAVE paid their first month's rent and their security deposits. **They should be invoiced only for the one-time fee expenses.**

-PTV should be invoiced for one time fee's, September rent + Security Deposit, however we need to invoice him a different amount than what's on the spreadsheet; **just this one time**. Here is why. SCG & PTV have a partnership and SCG paid a portion of PTV's moving expenses. Combined, PTV & SCG (also labeled as Bob & Dan in the first attachment) owed $10,400 for each of their first month's rent and security deposits. SCG paid $8,150 of that $10,400.00 leaving a balance of $2,250.00. The outstanding balance is to be paid by PTV. So we should make sure to invoice PTV $2,250.00 for September Rent & Sec Deposit expenses due plus all of the one-time fees.

- We have come up with a monthly stipend to charge each group (outside of rent). You will see on the bottom of the second tab "Monthly charges INCLUDING RENT." This is what each group (minus AUFC) should be invoiced for every month for the 1st year. We will have adjustments in our rent and when those changes occur, I will let you know the changes.

-Since AUFC is paying all of the bills for the office, we should not be invoiced for anything. Everything that we bill will be reimbursements or money owed to us.

-Until further notice, PS should get a monthly $187.50 discount (or deduction) off of their monthly bill. This is due to us splitting charges for our admin fee, which is labeled as Common Area Maintenance (CAM) per Mark's advice. AU & PS spends an awful lot of time doing administrative work for the entire office, so we've agreed that we will bill SCG and PTV for our time…hence the admin fee/CAM. Mark said that we should be careful about labeling with this, since it should not look like income for AU. It should be labeled as an reimbursement or an expense.

-We are also charging a monthly bookkeeping fee, which will contribute towards the money that we pay for you to handle invoicing for us. I just caught a glitch in the spreadsheet, however. We (AUFC) should not be paying towards our bookkeeping fee. The numbers need to be adjusted. I'll let you know asap how we'll adjust that, since that will change the final monthly totals.

-Please copy me on all invoices, emailed.


Invoicing Emails:

**Manatt Media/PTV**
Attn: Dan Manatt
dan@manattmedia.com

**Strategic Consulting Group (SCG)**
Attn: Linda Lasko-Saucedo
lelasko@aol.com

**Progressive Strategies (PS)**
Attn: Amin Shaheen
ashaheen@progressivestrategies.net

I'm sure that I forgot something, just let me know. Have a nice weekend, Kristin.

Shannon