# **EXHIBIT 38**

| | |
|---|---|
| From: | Shannon Williams |
| To: | Creamer2 aol.com; Lauren@AmericanFamilyVoices.org; 'Robert Creamer (robertcreamer@democracypartners.com)' |
| Sent: | 1/3/2017 1:31:23 PM |
| Subject: | Moving Plans-Furniture Removal |

Happy New Year!

We're having our belongings at the 1250 Eye St office space removed on Friday Jan 13th. AU owns a few of the brown executive styled desks, the black table set in Patrick's office, some of the contents in the blue cabinets, wall signs, a few bookcases, supply room stuff, and most of the contents in the coat closet. MLM & DP owns everything else and will be responsible for removing your property before Tues Feb 28th.

I'm happy to do a walk through this week if you need it. These are shared items left to be settled:

-We paid for the 2 reception chairs as a group, would you all like to keep them? If not, we will remove them.

-As I understand it, per Carla, the artwork was borrowed from a friend and will need to be returned. Mike may know who the pieces belong to, if not, you should reach out to Carla for return instructions.

-We do not own the conference room table, so they will be left.

-If any of the walls have been painted (additional accent walls, etc), if so the building may require us to revert the paint color back to the original color.

-Are there any wall holes or damages to the office that I should know about now?

-If you have any belongings inside of our desks or furniture, make sure to remove them prior to 1/13…ie Brad's old office.

Lastly…Internet, Phones, Cable, Copier, Water- All will be terminated after 2/28.

Let me know if I'm missing anything. Thanks.


Shannon Williams
Director of Operations
Americans United for Change
202.558.4631 office
202.257.2080 cell
202.331.0131 fax
Williams@americansunitedforchange.org

BW0003399