# **EXHIBIT 39**

| | |
|---|---|
| **From:** | Shannon Williams |
| **To:** | Jillian Rucker; Creamer, Bob (CreamerB@dnc.org) |
| **CC:** | Brad Woodhouse |
| **Sent:** | 2/12/2015 3:00:27 PM |
| **Subject:** | Office Share Meeting |
| **Attachments:** | Office share rent and Fees and FINAL MOVE BUDGET -1250 Eye St.xls |

Jillian, Bob-

Here's the rental breakdown & split information attached: It includes rent and utilities. It's a bit thorough, so I'm happy to go over it so that all parties are clear on what each groups responsibilities are.

We will need to go over the following things:

- Rental breakdown
- Office share/utility breakdown
- Keys and Access
- Internet Access
- Copier/Printer Access
- Tech support
- Security Deposit
- Subtenant Contract
- Insurance
- Invoicing
- Admin responsibilities
- Account/building authorizations
- One time Subtenant Fee

See you all at 4pm.

# Shannon Williams
Director of Operations
Americans United for Change
202.558.4631 office
202.257.2080 cell
202.331.0131 fax
Williams@americansunitedforchange.org