# **EXHIBIT 42**

| | |
|---|---|
| Sent: | Thu, 4 Jun 2015 14:55:19 -0500 |
| Subject: | Re: Invoice from Americans United for Change |
| From: | Linda Saucedo <LindaSaucedo@DemocracyPartners.com> |
| To: | Shannon Williams <williams@americansunitedforchange.org> |

Thanks.

FYI, I got a chance to talk to Bob about how he wants to handle the Patrick office rent invoices. Those will be paid by Democracy Partners. I don't have an ETA yet. Once I know, I will be in touch.

Also, Bob mentioned to me that the Aaron Black office rent invoices will be paid by Mike Lux's operation. Not sure what entity over there to bill though.

Best-

Linda Saucedo, SCG/Democracy Partners
(847) 910-0364 (cell)

P.S. I can pay out the rent/expense for Bob as soon as I get the June consulting for Bob.


On Wed, Jun 3, 2015 at 3:12 PM, Shannon Williams <williams@americansunitedforchange.org> wrote:

> Hi Linda! Attached is June's invoice. Thanks!
>
>
> Shannon Williams
> Director of Operations
> Americans United for Change
> 202.558.4631 office
> 202.257.2080 cell
> 202.331.0131 fax
> Williams@americansunitedforchange.org
>
>
>
>
> --
> We have moved!
> Please update your records with our new address:
> Strategic Consulting Group
> 350 W. Hubbard St., Ste. 200
> Chicago, IL   60654

DP_0000193