# **EXHIBIT 45**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civ. No. 1:17-cv-1047-ESH |
| v. | ) |
| | ) |
| PROJECT VERITAS ACTION FUND, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFFS' RESPONSES AND OBJECTIONS TO
## DEFENDANTS' SECOND SET OF DOCUMENT / ESI REQUESTS TO PLAINTIFFS

Pursuant to Fed. R. Civ. P. 34(b)(2), Plaintiffs hereby provide their responses and objections to Defendants' Second Set of Document / ESI Requests to Plaintiffs.

### GENERAL OBJECTIONS

1. Plaintiffs object to providing documents and ESI that constitute the work product of its attorneys and is, accordingly, beyond the scope of permissible discovery. Any inadvertent production of privileged documents or information shall not be deemed a waiver of the applicable privilege or this objection.

2. Plaintiffs object to providing documents or ESI embodying communications between or among it and its attorneys on the grounds that such information constitutes privileged attorney-client communications. Any inadvertent production of such documents shall not be deemed a waiver of the applicable privilege or this objection.

3.      Plaintiffs' responses are based upon its reasonable, good faith investigation of claims and defenses in this case to date and documents within its possession and control as of the date of the Requests. Without waiving or prejudicing the foregoing objections, Plaintiffs reserve their right to supplement or amend their response to any of the Requests if Plaintiffs become aware of additional information or documents.

4.      The foregoing General Objections are hereby incorporated by reference into the objection made with respect to each individual Request.  Accordingly, the inclusion in any response below of any specific objection to a specific Request is neither intended as, nor shall in any way be deemed, a waiver of any General Objection or of any other specific objection made herein or that may be asserted at a later date.

## SPECIFIC OBJECTIONS AND RESPONSES

**Request 1:**

Produce all documents in the possession, custody or control of Plaintiffs that they may use to support their claims.

**Response:**

Plaintiffs have already produced all documents they intend to use to support their claims, other than documents produced by Defendants.  Plaintiffs will supplement or amend this response, and their production of documents, if they subsequently determine that any additional documents may be used  to support their claims.

/s/  Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Dara Lindenbaum
SANDLER REIFF LAMB ROSENSTEIN
& BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W.,  Suite 750
Washington, D.C.  20005
Tel:  (202) 479-1111
Fax:  (202) 479-1115
sandler@sandlerreiff.com
lindenbaum@sandlerreiff.com

/s/ Heather Abraham
Aderson Francois, D.C. Bar No. 798544
Heather Abraham, *Pro Hac Vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue N.W., Suite 312
Washington, D.C. 20001
Tel: (202) 662-9593
Fax: (202) 662-9634
abf48@georgetown.edu
heather.abraham@georgetown.edu

September 24, 2018

3