# **EXHIBIT 46**

**From:** Robert Creamer
**To:** Creamer2 aol.com
**CC:** Shannon Williams
**Sent:** 3/20/2015 11:29:25 AM
**Subject:** Re: Lease


On Mar 20, 2015, at 9:31 AM, Robert Creamer <creamer2@aol.com> wrote:

Here is lease for Picture Motion…. other still in process
<Partially Executed Sublease Agreement_Americans United for Change_Picture Motion - Feb 7, 2015, 12-47 AM.pdf>

I signed as per Brad's instructions
On Mar 19, 2015, at 3:33 PM, Shannon Williams <williams@americansunitedforchange.org> wrote:

I need a copy of the lease for all new tenants. As the primary lease holder we need certificates of insurance from each listing AU and the building landlord as additionally insured. I need to see what your agreement says.

**From:** Lupe Lopez [mailto:llopez@allianceforcitizenship.org]
**Sent:** Thursday, March 19, 2015 2:57 PM
**To:** Shannon Williams
**Cc:** Jillian Rucker
**Subject:** Re: Introduction: Shannon williams and Lupe Lopez

Hi Shannon,

Thanks for getting back to me.

I forward your request for the certificate of insurance to our fiscal agent, The Advocacy Fund, and they replied they can do it but need to have the lease agreement first, before adding the office.

Did Bob work with you on the lease agreement?

We need three keys, if you can drop them by the two that you have today or tomorrow that would be great.

I will have the general and emergency information for the staff ready for you today.

Lupe

*Lupe Lopez*
*Executive Director*
*Alliance for Citizenship*
*Phone: 202-360-7603*
*E-mail: llopez@allianceforcitizenship.org*
*Follow-us in Twitter at @Citizenship4All*

On Thu, Mar 19, 2015 at 11:44 AM, Shannon Williams <williams@americansunitedforchange.org> wrote:
Thanks Jillian.

Hi Lupe, welcome aboard! J

How many keys will you all need in total? I have a couple that I can drop off this evening.

I'll need a couple of things from you:

-A certificate of insurance listing the building landlord and Americans United for Change as additionally insured. (email me directly for more info)
-General and emergency contact information for each individual who'll be working in the office.

Thank you,

Shannon Williams
Director of Operations
Americans United for Change
202.558.4631 office
202.257.2080 cell
202.331.0131 fax
Williams@americansunitedforchange.org

---

**From:** Lupe Lopez [mailto:llopez@allianceforcitizenship.org]
**Sent:** Wednesday, March 18, 2015 12:31 PM
**To:** Jillian Rucker
**Cc:** Shannon Williams
**Subject:** Re: Introduction: Shannon williams and Lupe Lopez

Thanks Jillian,

Hi Shannon, great to connect with you. Please let me know what you need from us.

Looking forward to meeting you in person soon,

Best, Lupe

*Lupe Lopez*
*Executive Director*
*Alliance for Citizenship*
*Phone: 202-360-7603*
*E-mail: llopez@allianceforcitizenship.org*
*Follow-us in Twitter at @Citizenship4All*

On Wed, Mar 18, 2015 at 10:34 AM, Jillian Rucker <jrucker@progressivestrategies.net> wrote:
Hey Shannon,

I am not sure if you have been connected to Lupe, the ED of Alliance for Citizenship. I know their people will need key cards, but I am not sure exactly how many they will need.

Her contact information is below:
*Lupe Lopez*
*Executive Director*
*Alliance for Citizenship*
*Phone: 202-360-7603*
*E-mail: llopez@allianceforcitizenship.org*
*Follow-us in Twitter at @Citizenship4All*

Lupe,

Shannon is the Ops Director at AUFC, I don't believe you two have been formally introduced.

I am of the understanding that Bob is working on a lease for A4C at the moment.

Please let me know if you ladies need anything.

Best,

Jillian Rucker
Director of Operations
Progressive Strategies
Proud Member of Democracy Partners

(202) 628-7771

Robert Creamer
Democracy Partners
creamer2@aol.com
847-910-0363

Robert Creamer
rbcreamer@gmail.com

---

**Total Control Panel**                                                                 Login

To: williams@americansunitedforchange.org          Remove this sender from my allow list
From: rbcreamer@gmail.com

*You received this message because the sender is on your allow list.*