# EXHIBIT 47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,           CASE NO.: 1:17-CV-1047-ESH
et al.,

    Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

    Defendants.
_____/

# FACTUAL STIPULATION OF THE PARTIES

Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 56(c)(1)(A), stipulate to the following facts for purposes of Defendants' Motion for Summary Judgment:

1. Democracy Partners declared $14,000.00 in rent deductions on its tax returns in 2015;

2. Democracy Partners declared $0.00 in rent deductions on its tax returns in 2016;

3. Strategic Consulting Group declared $54,494.00 in rent deductions on its tax returns in 2015;

4. Strategic Consulting Group declared $55,336.00 in rent deductions on its tax returns in 2016.

[Remainder of Page Intentionally Left Blank]

Respectfully submitted,

By:   /s/ Paul A. Calli
    Paul A. Calli
    Florida Bar No. 994121
    Chas Short
    Florida Bar No. 70633
    CALLI LAW, LLC
    14 NE 1st Ave, Suite 1100
    Miami, FL 33132
    Telephone: (786) 504-0911
    Facsimile (786) 504-0912
    PCalli@Calli-Law.com
    CShort@Calli-Law.com
    *Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court, NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
STATECRAFT PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: 202-595-4671
ben@statecraftlaw.com

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-804-6676
steve@statecraftlaw.com

*Counsel for Defendants*

/s/ Joseph Sandler

| | |
|---|---|
| Joseph Sandler (DC Bar #255919) | Heather Abraham (Pro Hac Vice) |
| Dara Lindenbaum (DC Bar # 1026799) | Aderson Francois (DC Bar # 798544) |
| SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C. | Civil Rights Clinic Georgetown University Law Center |
| 1090 Vermont Ave., N.W. Suite 750 | 600 New Jersey Avenue NW |
| Washington, D.C. 20005 | Suite 531 |
| Tel: 202-479-1111 | Washington, DC 20001 |
| Fax: 202-479-1115 | Tel: (202) 662-9546 |
| sandler@sandlerreiff.com | heather.abraham@georgetown.edu |
| lindenbaum@sandlerreiff.com | abf48@georgetown.edu |

*Counsel for Plaintiffs*