# **EXHIBIT 50**

**Highly Confidential - Attorneys' Eyes Only - Pursuant to Confidentiality Order**



# Transcript of **Allison Marie Maass**

Friday, August 10, 2018

*Democracy Partners et al. v. Project Veritas Action Fund, et al.*

Alderson Court Reporting
1-800-FOR-DEPO (367-9976)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 80136

Case 1:17-cv-01047-ESH Document 69-55 Filed 05/06/19 Page 3 of 6

Allison Marie Maass     Highly Confidential - Attorneys' Eyes Only Pursuant to Confidentiality Order     8/10/2018
Washington, DC                                                                                            Page 1

```
 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3      - - - - - - - - - - - - - - - X

 4      DEMOCRACY PARTNERS, et al.,    :

 5          Plaintiffs,                :

 6             v.                      :   Civil Action No.

 7      PROJECT VERITAS ACTION FUND,   :   17-1047 (ESH)

 8      et al.,                        :

 9          Defendants.                :

10      - - - - - - - - - - - - - - - X

11                                  Washington, DC

12                                  Friday, August 10, 2018

13         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14               PURSUANT TO CONFIDENTIALITY ORDER

15               Videotaped Deposition of ALLISON MARIE

16   MAASS, a defendant herein, called for examination by

17   counsel for Plaintiffs in the above-entitled matter,

18   pursuant to notice, the witness being duly sworn by

19   Rebecca L. Stonerock, a Notary Public in and for the

20   District of Columbia, taken at the offices of

21   Sandler, Reiff, Lamb, Rosenstein & Birkenstock, 1090

22   Vermont Avenue NW, Washington, DC, at 9:38 a.m.,
```

1  Friday, August 10, 2018, and the proceedings being

2  taken down by Stenotype by Rebecca L. Stonerock, RPR,

3  and transcribed under her direction.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1   of, so the extensions weren't working.  So she asked

 2   me to fix that.

 3       Q.   I see.  Okay.  And what did you do to fix

 4   it?

 5       A.   I just fixed it so when somebody called, I

 6   could pass it on to their extension, because that

 7   wasn't working before.

 8       Q.   Okay.

 9       A.   It was very -- very basic.

10       Q.   Okay.  You were given a keycard for access

11   to the Democracy Partners' suite, right?

12       A.   Yep.

13       Q.   And during the day -- on the days when you

14   interned at Democracy Partners, were the doors to the

15   suite generally open at the time you arrived?

16       A.   Yep.

17       Q.   And was somebody else in the office

18   generally when you arrived?

19       A.   Yep.

20       Q.   Okay.  Had you been introduced to

21   everybody in the office?

22       A.   The people who worked there continuously.
```

```
 1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2      I, Rebecca L. Stonerock, Registered Professional
 3  Reporter, the officer before whom the foregoing
 4  proceedings were taken, do hereby certify that the
 5  foregoing transcript is a true and correct record of
 6  the proceedings; that said proceedings were taken by
 7  me stenographically and thereafter reduced to
 8  typewriting under my supervision; and that I am
 9  neither counsel for, related to, nor employed by any
10  of the parties to this case and have no interest,
11  financial or otherwise, in its outcome.
12
13  My commission expires:
14  October 14, 2022
15
16
                _____
                NOTARY PUBLIC IN AND FOR
                THE DISTRICT OF COLUMBIA
22
```