# EXHIBIT 51

**From:** "Michael Lux" <mlux@progressivestrategies.net>
**To:** "'Andrew Brown'" <BrownA@dnc.org>, "'Doug Thornell'" <dthornell@skdknick.com>, "'Lindsey Reynolds'" <ReynoldsL@dnc.org>, <Creamer2@aol.com>
**Cc:** "Adam Hodge" <HodgeA@dnc.org>, "Donna Brazile" <donnabrazile@me.com>, "Tom McMahon" <tom@newpartners.com>, "Patrice Taylor" <TaylorP@dnc.org>, "Tessa Simonds" <SimondsT@dnc.org>, "Brandon Davis" <bdavis@victory2016.org>
**Subject:** RE: security issue
**Sent:** Fri, 14 Oct 2016 14:22:13 -0500


Adding Creamer. She had a key card for about the last 2 weeks, so she had access to the ofc. We checked with bldg. security and she only used the key card twice which means people were here most of the time, and one of the times she used it was in the middle of the day when other people were here. The other time was early in the morning, not sure if anyone was here then but maybe not. But it is possible she had access to offices when people were here.

She took off, taking her computer and other personal stuff, late morning, shortly before Creamer was confronted by a reporter from Sinclair who had a recording of some kind of mtg, and ahe hasn't been reachable since, so we are assuming she was a plant.

---------------------------------------------------------------------------------
Mike Lux
1250 Eye St., N.W., Suite 250
Washington, D.C. 20005
(202) 628-7771
A Proud Member of Democracy Partners


**From:** Andrew Brown [mailto:BrownA@dnc.org]
**Sent:** Friday, October 14, 2016 3:12 PM
**To:** Doug Thornell; Lindsey Reynolds; Michael Lux
**Cc:** Adam Hodge; Donna Brazile; Tom McMahon; Patrice Taylor; Tessa Simonds; Brandon Davis
**Subject:** Re: security issue

Mike, what kind of access did this person have to your office? Were they allowed unsupervised in the office. Did they have a company email account? Access to company files, online accounts, computer systems, etc?

How did you find out she was not who she said she was?

What type of information from the DNC would she have had access to? Was she on email chains, and what was discussed on those chains? Were DNC materials shared with her?



**From:** Doug Thornell <DThornell@skdknick.com>
**Date:** Friday, October 14, 2016 at 2:55 PM
**To:** Lindsey Reynolds <ReynoldsL@dnc.org>, Michael Lux <mlux@progressivestrategies.net>
**Cc:** Adam Hodge <HodgeA@dnc.org>, Donna Brazile <donnabrazile@me.com>, Tom McMahon <tom@newpartners.com>, Patrice Taylor <TaylorP@dnc.org>, Tessa Simonds <SimondsT@dnc.org>, Andrew Brown <BrownA@dnc.org>, Brandon Davis <bdavis@victory2016.org>
**Subject:** RE: security issue

Plus Brandon



Doug Thornell
*Managing Director* - **SDK**Knickerbocker
1150 18th Street, NW; Suite 800, Washington, DC 20036
202-464-6918 (O) 301-466-4968 (C)
Twitter: @dthornell | LinkedIn: dougthornell
Twitter: @SKDKnick | www.SKDKnick.com

CONFIDENTIAL
DP_0005258

**From:** Lindsey Reynolds [mailto:ReynoldsL@dnc.org]
**Sent:** Friday, October 14, 2016 2:51 PM
**To:** Michael Lux <mlux@progressivestrategies.net>
**Cc:** Adam Hodge <HodgeA@dnc.org>; Donna Brazile <donnabrazile@me.com>; Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Doug Thornell <DThornell@skdknick.com>; Andrew Brown <BrownA@dnc.org>
**Subject:** Re: security issue

I'm working with our Security team to determine what day she was here. I should also be able to get photo - depending on when she was in building.

Sent from my iPhone

> On Oct 14, 2016, at 2:34 PM, Michael Lux <mlux@progressivestrategies.net> wrote:
>
> She hasn't been here very long, maybe 3 weeks. Somebody got a copy of her resume, which I will get y'all. We have her pictures from the security camera downstairs, will get those to you as well, and will check what the photo ID story is.
>
> I have a call into Bob re the reporter confrontation.
>
> ---
> Mike Lux
> 1250 Eye St., N.W., Suite 250
> Washington, D.C. 20005
> (202) 628-7771
> A Proud Member of Democracy Partners
>
> **From:** Adam Hodge [mailto:HodgeA@dnc.org]
> **Sent:** Friday, October 14, 2016 2:30 PM
> **To:** Michael Lux; Lindsey Reynolds; Donna Brazile
> **Cc:** Tom McMahon; Patrice Taylor; Tessa Simonds; Doug Thornell; Andrew Brown
> **Subject:** RE: security issue
>
> Did Bob answer questions? Did he get the reporters name?
>
> Did she provide a photo ID to get a badge of some sorts? Any sense of how long she was working with you guys?
>
> **From:** Michael Lux [mailto:mlux@progressivestrategies.net]
> **Sent:** Friday, October 14, 2016 2:28 PM
> **To:** Lindsey Reynolds <ReynoldsL@dnc.org>; Donna Brazile <donnabrazile@me.com>
> **Cc:** Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Adam Hodge <HodgeA@dnc.org>; Doug Thornell <dthornell@skdknick.com>; Andrew Brown <BrownA@dnc.org>
> **Subject:** RE: security issue
>
> Angela Brandt is the name she gave us, have no idea if that is her real name.
>
> ---
> Mike Lux
> 1250 Eye St., N.W., Suite 250
> Washington, D.C. 20005
> (202) 628-7771
> A Proud Member of Democracy Partners

CONFIDENTIAL

DP_0005259

**From:** Lindsey Reynolds [mailto:ReynoldsL@dnc.org]
**Sent:** Friday, October 14, 2016 2:14 PM
**To:** Donna Brazile
**Cc:** Michael Lux; Tom McMahon; Patrice Taylor; Tessa Simonds; Adam Hodge; Doug Thornell; Andrew Brown
**Subject:** Re: security issue

What was her name?

Sent from my iPhone

> On Oct 14, 2016, at 2:10 PM, Donna Brazile <donnabrazile@me.com> wrote:
>
> Let's make Lindsey and Andrew aware.
>
> Sent from Donna's I Pad. Follow me on twitter @donnabrazile
>
>> On Oct 14, 2016, at 1:08 PM, Michael Lux <mlux@progressivestrategies.net> wrote:
>>
>> There was a volunteer working out of our offices, helping Creamer and Aaron on the bracketing operation, who was apparently a plant. I don't have many details yet, but she had claimed to be the niece of a friend of Bob's who is active in Dem politics, and we found out today she wasn't. Bob was just confronted by some reporter affiliated with Sinclair Broadcasting (a right wing site) who allegedly had a recording of some mtg of theirs.
>>
>> I think she went over to the DNC bldg. at least once for a bracketing mtg.
>>
>> I have no idea how deep this went, and I have no idea whether she or associates compromised the whole offices computers. We are having a security service come right over and sweep the phones and computers so we know what if anything else was compromised. Anything else you want me to do right away? Call me if you want to talk this through.
>>
>> --------------------------------------------------------------------------------
>> Mike Lux
>> 1250 Eye St., N.W., Suite 250
>> Washington, D.C. 20005
>> (202) 628-7771
>> A Proud Member of Democracy Partners

CONFIDENTIAL