# **EXHIBIT 52**

**From:** Robert Creamer <robertcreamer@democracypartners.com>
**Subject:** Wanted to loop you guys in together
**Sent:** Wed, 28 Sep 2016 12:34:16 -0400
**To:** Jenna Price <pricej@dnc.org>, Eric Walker <walkere@dnc.org>, Angela Brandt <angelabrandt94@gmail.com>

Angela is a new intern at our office.   Please be in touch with her to let her know how she could be useful with press calls or clips.

Thanks,

Bob

her contact info is:

Angela Brandt
angelabrandt@gmail.com
914-758-2485

Robert Creamer
Democracy Partners
robertcreamer@democracypartners.com
847-910-0363

DP_0004322