# **EXHIBIT 54**

**From:** Robert Creamer <robertcreamer@democracypartners.com>
**Subject:** Re: Updated Approx. Number of Signs
**Sent:** Thu, 22 Sep 2016 19:45:55 -0500
**To:** Angela Brandt <angelabrandt94@gmail.com>

Great -- thanks

Sent from my iPad

> On Sep 22, 2016, at 1:52 PM, Angela Brandt <angelabrandt94@gmail.com> wrote:
>
>
> <Approx. number of signs .xlsx>

DP_0001303