# **EXHIBIT 55**

|  |  |
|---|---|
| **From:** | Robert Creamer |
| **Sent:** | Thu, 22 Sep 2016 09:36:59 -0400 (EDT) |
| **To:** | Angela Brandt[angelabrandt94@gmail.com] |
| **Subject:** | Call in number fo 10AM call 641-715-3288 782537 |

Robert Creamer
Democracy Partners
robertcreamer@democracypartners.com
847-910-0363