# **EXHIBIT 56**

| | |
|---|---|
| **Subject:** | Re: Heads up |
| **From:** | Robert Creamer <creamer2@aol.com> |
| **Sent:** | Sat, 23 Jul 2016 16:44:35 -0500 |
| **Cc:** | Aaron Black <aaronblack@democracypartners.com>, Lauren Windsor <laurenwindsor27@gmail.com> |
| **To:** | Michael Lux <mlux@progressivestrategies.net> |

Bracketing calls

Robert Creamer
Democracy Partners
Cell 847-910-0363

On Jul 23, 2016, at 3:30 PM, Michael Lux <mlux@progressivestrategies.net> wrote:

> I don't know exactly what this means. Thoughts?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Melissa Byrne <melissachristine@gmail.com>
>> **Date:** July 22, 2016 at 7:26:29 PM EDT
>> **To:** Michael Lux <mlux@progressivestrategies.net>
>> **Subject: Heads up**
>>
>> Dem partners is in the wiki dump.
>
> Nothing bad per se just showing the coordinating on protest events.

CONFIDENTIAL
DP_0005318