# **EXHIBIT 57**

**From:** Lauren Windsor <laurenwindsor27@gmail.com>
**Subject:** Fwd: Can our intern run quick errand?
**Sent:** Sat, 15 Oct 2016 11:09:03 -0400
**To:** Robert Creamer <creamer2@aol.com>

> Begin forwarded message:
>
> **From:** "wyatt@bigbowlofideas.com" <wyatt@bigbowlofideas.com>
> **Subject: Re: Can our intern run quick errand?**
> **Date:** October 6, 2016 at 6:27:06 PM EDT
> **To:** Angela Brandt <angelabrandt94@gmail.com>
> **Cc:** Lauren Windsor <laurenwindsor27@gmail.com>, Robert Creamer <robertcreamer@democracypartners.com>, Patrick Pannett <patrickpannett@democracypartners.com>

Thanks Angela. Its a big help. The client is the Lawyers' Committee for Civil Rights Under Law.
Their address is 1401 New York Avenue, NW #400 (very close to DP offices)
The contact for pick-up is Lula Thomas.

The location in Navy Yard is 301 Tingey Street. It is no more than 3 blocks for Navy Yard metro if that makes a difference.

On Thu, Oct 6, 2016 at 3:26 PM, Angela Brandt <angelabrandt94@gmail.com> wrote:

> Hi Wyatt,
> I am happy to. What is your clients' address and the address in the Navy Yard that the envelope needs to be delivered to?

Angela

On Thu, Oct 6, 2016 at 3:24 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Looping in Angela.
>
>> On Oct 6, 2016, at 3:14 PM, Patrick Pannett <patrickpannett@democracypartners.com> wrote:

Yes, Bob or Lauren can likely connect if she's around.

Patrick Pannett
202-258-2311

On Oct 6, 2016 14:58, "Wyatt - BBOI" <wyatt@bigbowlofideas.com> wrote:

> I need someone to go to a clients office and pick up an envelope and then drop it in the Navy Yard area. Is that possible?

Wyatt Closs | BigBowlofIdeas.com
Msg sent on the run from phone.

Lauren Windsor

DP_0000541

Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

--

**wyatt closs || bigbowlofideas.com**

*affiliated with the mighty democracy partners crew*

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

DP_0000542