# **EXHIBIT 58**

**From:** Angela Brandt <angelabrandt94@gmail.com>
**Sent:** Wed, 21 Sep 2016 16:56:03 -0400
**Subject:** Re: phone system information
**To:** Lauren Windsor <laurenwindsor27@gmail.com>

PhoneLabel.pdf

PDF version

On Wed, Sep 21, 2016 at 4:42 PM, Angela Brandt <angelabrandt94@gmail.com> wrote:

When you have a free second could you please print out 6 of these phone key labels out for me from this link: https://officesuite8.broadviewnet.net/webadmin/PdfFormFiller.do?subId=15216&pdf=/webadmin/common/pdf/phone_label_Mitel_MN5324.pdf&deviceModelName=MN5324&currTime=1474488662675

Thank you!

On Wed, Sep 21, 2016 at 2:13 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

## MLM Broadview OfficeSuite (the phone systems)

https://officesuite8.broadviewnet.net/webadmin/login/2025584631?LangCode=en&MessageID=

Extension: 1956 (Mike), 1957 (Admin), 1959 (Carla)

Pin #: 1234


Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

# 24-Key (5324)
# Print Phone Key Label

**Label for programmable memory keys**



**Insert label for programmable memory keys here.**

Instructions:

Use this template to print the Phone Key Labels for each memory key page of your phone. These labels are not be required if your phone has an LCD area for key labels, but you may want to print them for your reference.

This PDF file can be printed by selecting the Print button at the top of the window.

Print with the Page Scaling print option set to None.

| | |
|---|---|
| Park/Retrieve | Bob 1955 |
| Park/Retrieve | Mike 1956 |
| | Lauren 1957 |
| | Aaron 1858 |
| | Patrick 1705 |
| | AFV 1352 |
| | |
| | |
| | |
| | Line |
| Forward to Prompt | Line |
| Forward to Voicemail | Line |
| 1690 | |

© 2002-2010 Broadview Networks, Inc.                                     v1.1