# **EXHIBIT 59**

| | |
|---|---|
| From: | Lauren Windsor <laurenwindsor27@gmail.com> |
| Subject: | Fwd: Myron Ebell Dossier |
| Sent: | Wed, 21 Dec 2016 17:13:13 -0500 |
| To: | "Joseph E. Sandler" <sandler@sandlerreiff.com> |

Myron Ebell Dossier.docx

> Begin forwarded message:
>
> From: Angela Brandt <angelabrandt94@gmail.com>
> Subject: Myron Ebell Dossier
> Date: October 5, 2016 at 7:24:03 PM EDT
> To: Lauren Windsor <laurenwindsor27@gmail.com>
>
> Attached is the dossier on Myron Ebell.
>
>

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

---

Begin forwarded message:

**From:** Angela Brandt <angelabrandt94@gmail.com>
**Subject: Myron Ebell Dossier**
**Date:** October 5, 2016 at 7:24:03 PM EDT
**To:** Lauren Windsor <laurenwindsor27@gmail.com>

Attached is the dossier on Myron Ebell.

DP_0000530

Myron Ebell

**Born:** Bakers County, Oregon

**Education:**

- B.A. from Colorado College
- M.Sc. from London School of Economics
- Graduate work at University of California at San Diego, Peterhouse College, Cambridge University

**Titles:**

- Director of Global Warming and International Environmental Policy at the Competitive Enterprise Institute (CEI)
- Head of Donald Trump 2016 presidential campaign's EPA transition team
- Chairman of the Cooler Heads Coalition
- Previously director of Freedom Action
- Previously policy director at Frontiers of Freedom
- Previously senior legislative assistant to Rep. John Shadegg (R-AZ)

**Work:**

- "Climate of Doubt" Frontline episode on PBS.

"Four years ago, climate change was a hot issue and politicians from both sides seemed poised to act. Today public opinion on the climate issue has cooled considerably. Politicians either ignore it or proclaim their skepticism. What's behind this massive reversal? FRONTLINE goes inside the organizations that fought the scientific establishment to shift the direction of the climate debate."

Source: http://www.pbs.org/wgbh/frontline/film/climate-of-doubt/

"Discussing the Competitive Enterprise Institute's efforts to oppose efforts to slow climate change, Ebell, in a 2012 interview on public television's Frontline documentary show, said "we did it because we believed that the consensus was phony. We believed that the so-called global warming consensus was not based on science, but was a political consensus, which included a number of scientists."

Source: https://www.washingtonpost.com/news/energy-environment/wp/2016/09/26/trumps-transition-team-includes-a-major-skeptic-of-mainstream-climate-change-science/?utm_term=.038935ac234e

- Contributes to Cooler Heads Digest at http://www.globalwarming.org

**Views:**

1. Disagrees with curbing carbon emissions during climate change panel in West Virginia:

*"But economist Myron Ebell, director of the Competitive Enterprise Institute, says consensus is limited to this: Carbon dioxide is a greenhouse gas, more is going into the atmosphere, and it will affect climate.*

*"Everything else beyond that consensus is politics," he said, including how much it will warm the planet and whether that warming is harmful or even significant.*

*Limiting energy production and use are tactics for solving what he calls "a very speculative problem."*

*"The policies being promoted are insane," Ebell said. "If you believe energy poverty is a good thing, you should support controls on carbon emissions. But most of the world disagrees with that."*

Soruce:http://web.archive.org/web/20130608014210/http://www.mysanantonio.com/business/energy/article/Climate-change-scientists-deniers-clash-in-W-Va-4559775.php

2. A blog post for his Cooler Heads Digest Ebell mocked Obama's Clean Air Act and called it illegal:

"The Existing Source Performance Standards (or ESPS) being applied under section 111d of the Clean Air Act to coal- and gas-fired power plants already in operation are called by the EPA the "Clean Power" Plan. Don't buy it.  More accurate names would be the Costly Power Plan or the Skyrocketing Rates Power Plan (h/t Alan Carlin) or the Obama Power Grab (h/t Senator McConnell's office) or the National Energy Tax (h/t Speaker Boehner's office)."

"The final ESPS is just as obviously illegal as the proposed rule.  Whether the D. C. Circuit Court of Appeals and ultimately the Supreme Court will see it that way is another matter."

Source: http://www.globalwarming.org/2015/08/07/with-clean-power-plan-obama-fulfills-campaign-promise/

3. Claims the UN's Paris Climate Deal is a "disaster" and that it's unconstitutional for Obama to agree to join it:

"What could be more insulting to our Constitution than 'ratifying' it in the presence of the Chinese president-dictator?" asked Mr. Ebell, who opposes the deal. "And what could be more appropriate, since, like Xi, Obama is unaccountable?"

Source: http://www.washingtontimes.com/news/2016/aug/29/obama-will-bypass-senate-ratify-paris-climate-acco/

"I don't want to say it's a disaster, but I think it is potentially a disaster for humankind and not necessarily any good for the planet," Ebell said.

Source: https://www.acast.com/thefederalistradiohour/myron-ebell-returns-from-paris-climate-conference-with-concerns

4. Receives funding from ExxonMobil "to challenge the existence of global warming."

Source: http://www.democracynow.org/2005/4/22/report_exxonmobil_spends_millions_funding_global

5. Supported Rick Perry's plan to "to increase oil and gas production quickly and substantially on federal lands and offshore areas; block or repeal all the Obama Administration's new Clean Air Act regulations, including regulation of greenhouse gas emissions; radically downsize the Environmental Protection Agency and turn local environmental issues over to the States; stop allowing environmental law to be made by settling lawsuits with environmental pressure groups with consent decrees; and eliminate all federal energy mandates and subsidies."

Source: http://www.globalwarming.org/2011/10/16/this-week-in-washington/

6. Spoke out against the EPA's Clean Power Plan:

*"Myron Ebell, CEI's director of the Center for Energy and Enviroment released a state-by-state comparison showing Colorado's 9.49 cents per kilowatt hour is lower than the national average of 10.11 cents. But he said California, which has extensive power plant regulation and has consumers paying 15.11 cents, is a warning for the rest of the country if the Clean Power Plan is instituted.*

*"This is about keeping the lights on for America's economy, for Colorado's economy," he said, adding any additional costs for energy will take away consumer purchasing power for other goods."*

Source: http://watchdog.org/256850/expert-reversing-clean-power-plan-keeping-lights-economy/

7. Advocates for an increase in oil production in the U.S.:

*"When gas reached four dollars a gallon, the American people were shocked to discover that most of our domestic oil reserves were locked up by the federal government. They demanded change," said Competitive Enterprise Institute Director of Energy Policy Myron Ebell.*

*"Anyone who sees this as a step in the right direction should remember that President Obama still supports energy-rationing policies to address global warming that would cause electricity prices to, in his own words, 'necessarily skyrocket' and would require gas prices of at least seven dollars a gallon according to a recent Harvard study," said Ebell. "I guess when gas hits seven dollars as a result of Obama's policies, Americans can take comfort in the fact that a bit more of it is being produced in the U.S."*