# EXHIBIT 60

We need to have some text in there explaining who Ebell is, and we need a good hashtag. Any hashtag ideas?
Eg: Donald Trump hired renowned climate denier Myron Ebell as his top EPA adviser. According to Ebell, "xyz" The planet cannot afford a Trump presidency.


On Oct 15, 2016, at 12:49 AM, Andrea Haverdink <haverdan@mail.gvsu.edu> wrote:

Here are a couple basic rough drafts. Let me know what direction you'd like me to head from there. I was thinking of a tagline across the bottom of both designs, maybe an explanation of who Myron ebell is and/or a hashtag to push?
I've isolated 6 quotes to use

$200 sounds great to me!

I was thinking of doing a navy/lime theme as well, but didn't have time today and wanted to get you some ideas yet tonight.

Thanks!
Andrea

On Fri, Oct 14, 2016 at 1:05 AM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

I don't have time to condense everything down right now, but here are the clips for you to review. Find the best snippets for memes and send me 2 different concepts for the design. Then you'll do 7 FB and Twitter memes from the design concept I like best. I think we had talked about $20 per meme set (1 FB & 1 Twitter) before, but I can't find the e-mails where we discussed this.

What if we pay you $200 for the entire project?

L.


Begin forwarded message:

**From:** Angela Brandt <angelabrandt94@gmail.com>
**Subject: Myron Ebell Clips**
**Date:** October 12, 2016 at 3:58:48 PM EDT
**To:** Lauren Windsor <laurenwindsor27@gmail.com>


https://www.youtube.com/watch?v=WoFkzdKaj_M


At 2:21 "When you don't have, when you're not able to debate things at an intellectual level you resort to slander. I'm used to that from the far left."


At 2:43 "I hope whoever is selected president in 2017 of whatever party will undo the EPA power plant regs and some of the other regs that are very harmful to our economy."

https://www.youtube.com/watch?v=K9JBiUKQCr0

At 16:06 "We need to divide and conquer. We need to drive wedges into the support for cap and trade. This is standard political strategy I think everyone recognizes it. You need to break them up into little pieces. The thieves fall out once they start discussing how the booty is to be divided. We need that to happen before they actually have the booty in their hands."

https://www.youtube.com/watch?v=VpGHq44WRE0

At 6:41 (About climate change and the public) "It's the scare of the day and its had its day."

https://www.youtube.com/watch?v=zpsGEWswGlw

At 7:39 "They looked at the methodology and the data and it showed that it's a fabrication. It's a methodological fabrication. So now we're to the original consensus. We've had a medieval warm period, then a little ice age and now we have some warming. Consensus come and go and there are many consensuses within the climate science field many of which I think are correct and some will disappear and be replaced by other consensus. To James's point that we've all agreed now global warming is some big social economic problem that we have to do something about. No, I don't think any of the studies that have been done demonstrate that there is a consensus in the scientific community of qualified climate scientists, not just there are lots of scientists who are not climate scientists, but it's a vast problem that has to be confronted by the world's governments. That is the political agenda and there is an attempt to claim that there is a scientific consensus behind it. In fact, there is a political consensus of a small group of scientists who promote this."

At 25:52 "I don't see that consensus. I don't see that strong consensus that global warming is a huge problem. Yes, we have had a bit of warming. Most of those effects so far have been beneficial to humankind and to the planet. If you've noticed during the 20th century crop production has gone way up. Why is that? Part of it is due to climate and part of it is due to higher CO2 in the atmosphere since plants depend upon CO2 to photosynthesize. And I don't see these large impacts that are going to be so disastrous. What I do see is some very expensive policy. And I don't think we should base public policy that is going to over several decades cost trillions of dollars on a very small cadre of very politicized scientists saying, they say, trust us."

https://www.youtube.com/watch?v=wqT838oRYzA

At 4:49 "The environmental movement is based on a bias against human power over nature. What is it that gives us power over nature? Energy, modern energy. And therefore they have been waging war on the use of energy ever since the first earth day on Lennon's birthday in 1970 April 22nd."

DP_0000527

https://www.youtube.com/watch?v=U9Vj50KhTwg

From 0:38 Ebell: "I'd like to see a lot more funding from all of those companies, but unfortunately many of the coal companies are now going bankrupt. The point is…"

Jeremy Symons: "You don't represent the companies but you want more money from the companies?"

Ebell: "I would like to have more funding so that I could combat the nonsense put out by the environmental movement."

https://www.youtube.com/watch?v=_88VJzIp5vQ

At 1:38 "One of the problems with the global warming debate is that the people pushing it overestimate the amount of global warming. They overestimate the impacts, the severity of the impact. And they grossly overestimate the costs of dealing with it. And so we are continually being told that if we just make a few little sacrifices. Buy hybrid automobiles and turn down the thermostat a little bit when the air-conditioning is on all will be well, but that is not the casse.

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

<Screen Shot 2016-10-14 at 10.20.00 PM.png><Screen Shot 2016-10-14 at 10.20.11 PM.png>

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011