# **EXHIBIT 61**

**From:** "wyatt@bigbowlofideas.com" <wyatt@bigbowlofideas.com>
**Sent:** Sat, 15 Oct 2016 09:22:16 -0400
**Subject:** Re: Can our intern run quick errand?
**To:** Lauren Windsor <laurenwindsor27@gmail.com>
**Cc:** Robert Creamer <creamer2@aol.com>, Mike Lux <mlux@progressivestrategies.net>

Yes! Sorry for not confirming earlier.

On Fri, Oct 14, 2016 at 6:40 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Did you/your client get this package?

>> Begin forwarded message:

>> **From:** "wyatt@bigbowlofideas.com" <wyatt@bigbowlofideas.com>
>> **Subject: Re: Can our intern run quick errand?**
>> **Date:** October 6, 2016 at 6:27:06 PM EDT
>> **To:** Angela Brandt <angelabrandt94@gmail.com>
>> **Cc:** Lauren Windsor <laurenwindsor27@gmail.com>, Robert Creamer
>> <robertcreamer@democracypartners.com>, Patrick Pannett
>> <patrickpannett@democracypartners.com>

Thanks Angela. Its a big help. The client is the Lawyers' Committee for Civil Rights Under Law.
Their address is 1401 New York Avenue, NW #400 (very close to DP offices)
The contact for pick-up is Lula Thomas.

The location in Navy Yard is 301 Tingey Street. It is no more than 3 blocks for Navy Yard metro if that makes a
    difference.


Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011



--

**wyatt closs || bigbowlofideas.com**


*affiliated with the mighty democracy partners crew*