# **EXHIBIT 62**

**From:** "Michael Lux" <mlux@progressivestrategies.net>
**To:** "Barbara Lux&Michael Lux" <barandmlux@earthlink.net>
**Subject:** For neighbor
**Sent:** Sat, 15 Oct 2016 16:46:07 -0500

Sent from my iPhone

Begin forwarded message:

> **From:** Donna Brazile <donnabrazile@me.com>
> **Date:** October 15, 2016 at 5:44:02 PM EDT
> **To:** Michael Lux <mlux@progressivestrategies.net>
> **Cc:** Lauren Dillon <DillonL@dnc.org>, Adam Hodge <HodgeA@dnc.org>, Andrew Brown <BrownA@dnc.org>, Brandon Davis <bdavis@victory2016.org>, Doug Thornell <dthornell@skdknick.com>, Lindsey Reynolds <ReynoldsL@dnc.org>, Tom McMahon <tom@newpartners.com>, Patrice Taylor <TaylorP@dnc.org>, Tessa Simonds <SimondsT@dnc.org>, Mark Paustenbach <PaustenbachM@dnc.org>
> **Subject: Re: security issue**
>
> Amazing

1. Check your voter registration and ask your friends to do so too. Go to: http://iwillvote.com
2. Sign up to travel to a another state at http://hrc.io/2bD4x81
3. Are you a lawyer who can help with voter protection? Sign up here: www.hillaryclinton.com/protectthevote
4. Enter your location to find volunteer shifts near you at HillaryClinton.com/GOTV
5. Make some calls at http://HillaryClinton.com/calls
6. Become a grassroots tweeter at my.democrats.org/2016-tweeters

*Need help getting plugged in somewhere else? Please call the DNC Grassroots Customer Service Center at 202-863-8100 or email boilerroom@dnc.org .*

On Oct 15, 2016, at 5:42 PM, Michael Lux <mlux@progressivestrategies.net> wrote:

> I know Doug has been working closely with Creamer and Brooklyn to work out a strategy. Sinclair is coming out with a story tomorrow, Creamer has given them a statement. While I am sure O'Keefe and Sinclair will try to spin it, there isn't much there there. They had some guys posing as donors wanting to fund illegal voter reg activities which were turned down. The plant in our office didn't seem to come away with much of anything.

Sent from my iPhone

On Oct 15, 2016, at 5:15 PM, Donna Brazile <donnabrazile@me.com> wrote:

> What's the latest?

1. Check your voter registration and ask your friends to do so too. Go to: http://iwillvote.com
2. Sign up to travel to a another state at http://hrc.io/2bD4x81
3. Are you a lawyer who can help with voter protection? Sign up here: www.hillaryclinton.com/protectthevote
4. Enter your location to find volunteer shifts near you at HillaryClinton.com/GOTV
5. Make some calls at http://HillaryClinton.com/calls

CONFIDENTIAL

DP_0005264

6. Become a grassroots tweeter at my.democrats.org/2016-tweeters

6. Become a grassroots tweeter at my.democrats.org/2016-tweeters

*Need help getting plugged in somewhere else? Please call the DNC Grassroots Customer Service Center at 202-863-8100 or email boilerroom@dnc.org .*

On Oct 14, 2016, at 6:21 PM, Michael Lux <mlux@progressivestrategies.net> wrote:

> Yep, same one. She had changed her hair style and color, had some glasses, different clothing style.

Sent from my iPhone

On Oct 14, 2016, at 6:05 PM, Lauren Dillon <DillonL@dnc.org> wrote:

> Sounds like this person http://time.com/4456711/democratic-senate-campaign-catches-conservative-infiltrator/
>
> **From:** Adam Hodge
> **Sent:** Friday, October 14, 2016 5:52 PM
> **To:** Michael Lux <mlux@progressivestrategies.net>; Andrew Brown <BrownA@dnc.org>; Brandon Davis <bdavis@victory2016.org>
> **Cc:** Doug Thornell <dthornell@skdknick.com>; Lindsey Reynolds <ReynoldsL@dnc.org>; Donna Brazile <donnabrazile@me.com>; Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Mark Paustenbach <PaustenbachM@dnc.org>; Lauren Dillon <DillonL@dnc.org>
> **Subject:** RE: security issue
>
> + Lauren Dillon
>
> **From:** Michael Lux [mailto:mlux@progressivestrategies.net]
> **Sent:** Friday, October 14, 2016 5:49 PM
> **To:** Andrew Brown <BrownA@dnc.org>; Adam Hodge <HodgeA@dnc.org>; Brandon Davis <bdavis@victory2016.org>
> **Cc:** Doug Thornell <dthornell@skdknick.com>; Lindsey Reynolds <ReynoldsL@dnc.org>; Donna Brazile <donnabrazile@me.com>; Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Mark Paustenbach <PaustenbachM@dnc.org>
> **Subject:** RE: security issue
>
> O'Keefe just released the first of his videos on this project, a sting of some Feingold campaign events that as far as I can tell just report Russ saying what is already public information. The same person who was in our offices, whose real name we have now learned is Alison Ross, was involved in the Feingold operation, she is on the tape.
>
> --------------------------------------------------------------------------------
> Mike Lux
> 1250 Eye St., N.W., Suite 250
> Washington, D.C. 20005
> (202) 628-7771
> A Proud Member of Democracy Partners

CONFIDENTIAL
DP_0005265

**From:** Andrew Brown [mailto:BrownA@dnc.org]
**Sent:** Friday, October 14, 2016 4:23 PM
**To:** Adam Hodge; Brandon Davis
**Cc:** Doug Thornell; Lindsey Reynolds; Michael Lux; Donna Brazile; Tom McMahon; Patrice Taylor; Tessa Simonds; Mark Paustenbach
**Subject:** Re: security issue

> I've found 35 emails sent to or from that email address to dnc.org accounts. Picture attached of subjects and authors

**From:** Adam Hodge <HodgeA@dnc.org>
**Date:** Friday, October 14, 2016 at 3:22 PM
**To:** Brandon Davis <bdavis@victory2016.org>, Andrew Brown <BrownA@dnc.org>
**Cc:** Doug Thornell <dthornell@skdknick.com>, Lindsey Reynolds <ReynoldsL@dnc.org>, Michael Lux <mlux@progressivestrategies.net>, Donna Brazile <donnabrazile@me.com>, Tom McMahon <tom@newpartners.com>, Patrice Taylor <TaylorP@dnc.org>, Tessa Simonds <SimondsT@dnc.org>, Mark Paustenbach <PaustenbachM@dnc.org>
**Subject:** RE: security issue

> Absolutely. Adding Mark who is pulling some info as well.
>
> **From:** Brandon Davis [mailto:bdavis@victory2016.org]
> **Sent:** Friday, October 14, 2016 3:16 PM
> **To:** Andrew Brown <BrownA@dnc.org>
> **Cc:** Doug Thornell <dthornell@skdknick.com>; Lindsey Reynolds <ReynoldsL@dnc.org>; Michael Lux <mlux@progressivestrategies.net>; Adam Hodge <HodgeA@dnc.org>; Donna Brazile <donnabrazile@me.com>; Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>
> **Subject:** Re: security issue
>
>> I just talked to Mike and Doug is reaching out to Bob.
>>
>> Lindsey -- can you figure out when and if this person was in our office and check the ID scan?
>>
>> The name is Angela Brandt.
>>
>> Let's figure out those things and then pull together a call -- let's not try to do this by email and stay on task till we understand more.
>>
>> Comms -- please flag immediately any press inquiry that sounds connected.
>>
>> -------------------------------------------
>> Brandon L. Davis
>> Gen. Election Chief of Staff, DNC
>> 202.460.9886
>> On Oct 14, 2016, at 3:12 PM, Andrew Brown

CONFIDENTIAL

<BrownA@dnc.org> wrote:

Mike, what kind of access did this person have to your office? Were they allowed unsupervised in the office. Did they have a company email account? Access to company files, online accounts, computer systems, etc?

How did you find out she was not who she said she was?

What type of information from the DNC would she have had access to? Was she on email chains, and what was discussed on those chains? Were DNC materials shared with her?

**From:** Doug Thornell <DThornell@skdknick.com>
**Date:** Friday, October 14, 2016 at 2:55 PM
**To:** Lindsey Reynolds <ReynoldsL@dnc.org>, Michael Lux <mlux@progressivestrategies.net>
**Cc:** Adam Hodge <HodgeA@dnc.org>, Donna Brazile <donnabrazile@me.com>, Tom McMahon <tom@newpartners.com>, Patrice Taylor <TaylorP@dnc.org>, Tessa Simonds <SimondsT@dnc.org>, Andrew Brown <BrownA@dnc.org>, Brandon Davis <bdavis@victory2016.org>
**Subject:** RE: security issue

Plus Brandon

Doug Thornell
*Managing Director -* **SKD**Knickerbocker
1150 18th Street, NW; Suite 800,
Washington, DC 20036
202-464-6918 (O) 301-466-4968 (C)
Twitter: @dthornell | LinkedIn: dougthornell
Twitter: @SKDKnick | www.SKDKnick.com

***\*\*\* 2015 & 2016 PA Agency of the Year***
*Holmes Report\*\*\**

**From:** Lindsey Reynolds [mailto:ReynoldsL@dnc.org]
**Sent:** Friday, October 14, 2016 2:51 PM
**To:** Michael Lux <mlux@progressivestrategies.net>
**Cc:** Adam Hodge <HodgeA@dnc.org>; Donna Brazile <donnabrazile@me.com>; Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Doug Thornell <DThornell@skdknick.com>; Andrew Brown <BrownA@dnc.org>

> I'm working with our Security team to determine what day she was here. I should also be able to get photo - depending on when she was in building.

Sent from my iPhone

> On Oct 14, 2016, at 2:34 PM, Michael Lux <mlux@progressivestrategies.net> wrote:
>
>> She hasn't been here very long, maybe 3 weeks. Somebody got a copy of her resume, which I will get y'all. We have her pictures from the security camera downstairs, will get those to you as well, and will check what the photo ID story is.
>>
>> I have a call into Bob re the reporter confrontation.
>>
>> -------------------------------------------------------------------------------
>> Mike Lux
>> 1250 Eye St., N.W., Suite 250
>> Washington, D.C. 20005
>> (202) 628-7771
>> A Proud Member of Democracy Partners
>>
>> **From:** Adam Hodge [mailto:HodgeA@dnc.org]
>> **Sent:** Friday, October 14, 2016 2:30 PM
>> **To:** Michael Lux; Lindsey Reynolds; Donna Brazile
>> **Cc:** Tom McMahon; Patrice Taylor; Tessa Simonds; Doug Thornell; Andrew Brown
>> **Subject:** RE: security issue
>>
>>> Did Bob answer questions? Did he get the reporters name?
>>>
>>> Did she provide a photo ID to get a badge of some sorts? Any sense of how long she was working with you guys?
>>>
>>> **From:** Michael Lux [mailto:mlux@progressivestrategies.net]
>>> **Sent:** Friday, October 14, 2016 2:28 PM
>>> **To:** Lindsey Reynolds <ReynoldsL@dnc.org>; Donna Brazile <donnabrazile@me.com>
>>> **Cc:** Tom McMahon <tom@newpartners.com>; Patrice Taylor <TaylorP@dnc.org>; Tessa Simonds <SimondsT@dnc.org>; Adam Hodge <HodgeA@dnc.org>; Doug Thornell <dthornell@skdknick.com>; Andrew Brown <BrownA@dnc.org>
>>> **Subject:** RE: security issue
>>>
>>>> Angela Brandt is the name she gave

CONFIDENTIAL
DP_0005268

us, have no idea if that is her real name.

---

Mike Lux
1250 Eye St., N.W., Suite 250
Washington, D.C. 20005
(202) 628-7771
A Proud Member of Democracy Partners

**From:** Lindsey Reynolds [mailto:ReynoldsL@dnc.org]
**Sent:** Friday, October 14, 2016 2:14 PM
**To:** Donna Brazile
**Cc:** Michael Lux; Tom McMahon; Patrice Taylor; Tessa Simonds; Adam Hodge; Doug Thornell; Andrew Brown
**Subject:** Re: security issue

What was her name?

Sent from my iPhone

On Oct 14, 2016, at 2:10 PM, Donna Brazile <donnabrazile@me.com> wrote:

> Let's make Lindsey and Andrew aware.
>
> Sent from Donna's I Pad. Follow me on twitter @donnabrazile
>
>> On Oct 14, 2016, at 1:08 PM, Michael Lux <mlux@progressivestrategies.net> wrote:
>>
>>> There was a volunteer working out of our offices, helping Creamer and Aaron on the bracketing operation, who was apparently a plant. I don't have many details yet, but she had claimed to be the niece of a

friend of Bob's who is active in Dem politics, and we found out today she wasn't. Bob was just confronted by some reporter affiliated with Sinclair Broadcasting (a right wing site) who allegedly had a recording of some mtg of theirs.

I think she went over to the DNC bldg. at least once for a bracketing mtg.

I have no idea how deep this went, and I have no idea whether she or associates compromised the whole offices computers. We are having a security service come right over and

CONFIDENTIAL
DP_0005270

sweep the phones and computers so we know what if anything else was compromised. Anything else you want me to do right away? Call me if you want to talk this through.

---

Mike Lux
1250 Eye St., N.W., Suite 250
Washington, D.C. 20005
(202) 628-7771
<u>A Proud Member of Democracy Partners</u>

CONFIDENTIAL
DP_0005271