UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,            CASE NO.: 1:17-CV-1047-ESH
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.
_____/

## PROJECT VERITAS PARTIES' NOTICE OF FILING PURSUANT TO LOCAL CIVIL RULE 5.4(e)(1)

Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass ("the Project Veritas Parties") file this Notice Pursuant to Local Civil Rule 5.4(e)(1).

On May 6, 2019, the Project Veritas Parties filed a Motion for Summary Judgment. Dkt. 63. Contemporaneously with this filing, the Project Veritas Parties filed their Memorandum of Points and Authorities in Support of Motion for Summary Judgment, as well as a Statement of Material Facts and exhibits. *Id.*

Among the exhibits to the Statement of Material Facts are Exhibits 1, 3, 10, 24, 30, 31, 40, 48 and 49. (Dkt. 63-6, 63-8, 63-15, 63-29, 63-35, 63-36, 63-45, 63-53 and 63-54.) Because those exhibits are not in a format compatible with electronic filing, they were submitted to the Court on two discs. The Project Veritas parties give notice that the custodian for purposes of Local Civil Rule 5.4(e)(1) shall be:

[Remainder of this page intentionally left blank]

Stephen R. Klein
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-804-6676
steve@statecraftlaw.com

Respectfully submitted,

By:

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-804-6676
steve@statecraftlaw.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to the attorneys of record.

                                                       By:    /s/ Stephen R. Klein
                                                                    Stephen R. Klein