UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,            CASE NO.: 1:17-CV-1047-ESH
et al.,

     Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

     Defendants.
_____/

## PROJECT VERITAS PARTIES' NOTICE OF CONSTITUTIONAL QUESTIONS

Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass ("the Project Veritas Parties") file this notice pursuant to Federal Rule of Civil Procedure 5.1(a).

On May 6, 2019, the Project Veritas Parties filed a Motion for Summary Judgment. Dkt. 63. Contemporaneously with this filing, the Project Veritas Parties filed their Memorandum in Support of Motion for Summary Judgment, which calls into question the constitutionality of a federal statute, 18 U.S.C. § 2511(2)(d), and a statute of the District of Columbia, D.C. Code § 23-542(b)(3). *See* Dkt. 63-1 at 25–31.

[Remainder of this page intentionally left blank]

Respectfully submitted,

By:

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-804-6676
steve@statecraftlaw.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to the attorneys of record.

By: /s/ Stephen R. Klein
Stephen R. Klein