UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.

_____/

CASE NO.: 1:17-CV-1047-ESH

## **PROJECT VERITAS PARTIES' PROOF OF SERVICE**

Project Veritas, Project Veritas Action Fund, James O'Keefe, and Allison Maass ("Project Veritas Parties") file this Notice to certify their compliance with the Court's May 7, 2019 Minute Order and Fed. R. Civ. P. 5.1(a)(2). The undersigned served the following on both the Attorney General of the United States and the District of Columbia Attorney General via certified mail:

1. Copies of the Project Veritas Parties' Fed. R. Civ. P. 5.1(a) Notice. Dkt. 65.

2. Copies of the Project Veritas Parties' Memorandum in Support of Summary Judgment. Dkt. 63-1.

The Project Veritas Parties attach return receipts from the Attorney General of the United States (May 9, 2019) and the District of Columbia Attorney General (May 8, 2019) as Attachments A and B, respectively.

[Remainder of this page intentionally left blank]

Respectfully submitted,

By:

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
Telephone: 202-804-6676
steve@statecraftlaw.com

/s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
STATECRAFT PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: 202-595-4671
ben@statecraftlaw.com
*admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to the attorneys of record.

By:   /s/ Stephen R. Klein
      Stephen R. Klein
