UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **PROJECT VERITAS ACTION FUND**, *et al.*, <br><br> Defendants. | Civil Action No. 17-1047 (ESH) |

## CERTIFICATION

Pursuant to Fed. R. Civ. P. 5.1(b) and 28 U.S.C. § 2403(b), the Court hereby certifies (1) to the Attorney General of the United States that a constitutional challenge to a federal statute has been presented in this case; and (2) to the Attorney General of the District of Columbia that a constitutional challenge to a District of Columbia statute has been presented in this case.

On May 6, 2019, the defendants in this case filed a motion for summary judgment (ECF No. 63).  That same day they filed a Notice of Constitutional Questions (ECF 65), indicating that the memorandum filed in support of the summary judgment motion (ECF No. 63-1) calls into question the constitutionality of a federal statute, 18 U.S.C. § 2511(2)(d), and a statute of the District of Columbia, D.C. Code § 23-542(b)(3).  On May 9, 2019, defendants certified they had served both Attorney General of the United States and the District of Columbia Attorney General via certified mail with copies of the notice and the memorandum.  (*See* Proof of Service, ECF No. 66.)

Accordingly, the Clerk of Court is hereby **ORDERED** to serve a copy of this Certification on the Office of the United States Attorney General and the Office of the District of

Columbia Attorney General via certified mail.  Pursuant to Fed. R. Civ. P. 5.1(c), if either Attorney General chooses to intervene, he must do so no later than sixty (60) days from the date defendants filed their Notice of Constitutional Questions.



ELLEN S. HUVELLE
United States District Judge

Date:   May 10, 2019