# EXHIBIT 3

**From:** James O'Keefe III
**Sent:** Mon, 3 Oct 2016 13:06:31 -0400 (EDT)
**To:** Edward Hulse[ehulse@hulseassoc.com]
**Subject:** FW: Big Money Bonus for You

James O'Keefe
Founder / Creative Director
Project Veritas
Office: 914.908.2300
Cell: 201.637.0564

**From:** James OKeefe <james@projectveritas.com>
**Date:** Monday, October 3, 2016 at 1:03 PM
**Subject:** Big Money Bonus for You

Dear Staff,

The next four weeks are going to be very intense. What happens over the next 14 days will be instrumental in our grown over the next couple years. For example, CH has a meeting with target "V" tomorrow that could chance everything for us.

With the knowledge that "Content is King," I've decided to challenge the organization with a rallying focus. I've laid out below specific goals that when achieved will reward each and every full-time employee and several others intimately involved in the investigations. If you have questions about the incentive plan itself, please direct them to Ken. Questions about these goals and objectives will be at my discretion and should be directed to me.

**1)   $1,000 bonus to every qualified participant IF we get the content we need on Democracy Partners:**

Objective- Prior to October 14th, PV obtains Video and Audio OR Written collaboration where individuals directly connected to the Creamer / Foval element (or some derivative directly connected to same) state that they participate in some form of voter fraud. The words "Voter Fraud" don't need to be mentioned, however the activities addressed must contain elements of Voter Fraud. Such as "we bus "x" in to the area from out of state" or "we offer money to homeless people to vote," etc.

**If Christian meets this objective tomorrow afternoon in New York, you all get $1,000.00 immediately. He can get it through our folks or on encrypted texting with the subject.**

**2)   $1,000 bonus to every qualified participant IF Trump or HRC mentions/MSM print/National Tv coverage:**
Objective- If our release on Foval/Creamer story gets mentioned by either Presidential candidate **OR we GET TV or Print coverage in** Washington Post, New York Times, WSJ, Associated Press, National CBS, National NBC, National ABC, Fox News, CNN, or MSNBC



Highly Confidential - Attorneys' Eyes Only

PVA00010280
Document Number

**3)   $2,500 bonus to every qualified participant if we get mentioned in Presidential Debates**

Objective- If Donald Trump mentions our videos in the Oct 19th debate, with or without attribution to PV.

**4)   $500 bonus to every qualified participant on Senate Race Objectives:**

Objective- In any individual senate race investigation of ours that makes the FRONT PAGE of any local mainstream newspaper, OR leads the Local TV news (CBS, NBC, ABC, FOX) $500 to everyone. Maximum of three race (if three races qualify, a total of $1500 is the maximum paid).

We are a team and we sink or swim as a team. If you one of makes this happen, everyone wins. If nobody makes it happen, nobody wins.

I can't wait to write dozens of bonus checks.

James O'Keefe
Founder / Creative Director
Project Veritas
1214 W. Boston Post Road No. 145
Mamaroneck, NY 10543a
james@projectveritas.com
Office: 914-908-2300
Cell: 201-637-0564
Fax: 914-908-2301



**This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**