# EXHIBIT 6

| | |
|---|---|
| **From:** | Christian Hartsock <chartsock@projectveritas.com> |
| **Sent:** | Wed, 11 May 2016 21:18:36 -0400 (EDT) |
| **To:** | Ken Konstanzer <kkonstanzer@projectveritas.com>; James O'Keefe III<james@projectveritas.com>; Carl Higbie <chigbie@projectveritas.com>; Brittney Rivera <brivera@projectveritas.com>; Allison Maass<amaass@projectveritas.com>; Joe Halderman <jhalderman@projectveritas.com>; Russell Verney <rverney@projectveritas.com> |
| **Subject:** | PFAW/Dem. Partners |
| **Attachments:** | Surrogate Voter Investigation.pdf |



Highly Confidential - Attorneys' Eyes Only            PVA00011936

# FOVAL-CREAMER/DEMOCRACY PARTNERS-PEOPLE FOR THE AMERICAN WAY "SURROGATE VOTER" INVESTIGATION

## Summary:

This is an extension of my video of SCOTT FOVAL, Political Director of People for the American Way (PFAW). The focal points of Foval's self-incrimination, which we'll be seeking to rediscover in other targets, are as follows:

- Encouraging and elaborately advising me on my "surrogate voter" scheme* and on how to circumvent the law and avoid getting caught.

- Morally defending activities he himself acknowledged as felonious and fraudulent as a means to political ends.

- Encouraging me to *expand* the operation to a "much bigger scale," specifying Indiana and Michigan as additional venues given the political need for it in those states as well as the lesser likelihood of getting caught due to legal structures.

- Revealing that the controversial, media-hyped skirmishes at Trump rallies and at least one Walker rally have been partially false flags; that he and his colleagues "scenario" them and recruit volunteers to get beat up to project negative optics against the Trump campaign, and explaining the stagecraft. (Plus teasing a then-upcoming prank in New York that he assured would be "like nothing we've seen before" and would effectively "kill" the Trump campaign.)

- Confirming our suspicion as to the existence of buses used by left-wing organizers to shuttle union activists into Wisconsin from out of state.

- Affirming his value as a target by revealing his sphere of influence in high echelons of Democrat politics.

- Associating on camera and demonstrating intimacy with Christine Neumann-Ortiz, a prominent Wisconsin player in charge of the Working Families Party/Voces de la Frontera, and noting his work with the organization.

- Educating me on the internal backstage politics of the organized left from the Clinton administration, the Wisconsin Capitol protests, the Walker recall effort, the 2014 election to now.

- Divulging inside information as to the tactics used by the organized left to circumvent legal and political recourse.

- Associating himself with other prospective targets who by his accounts are even more Machiavellian than he; namely Ben Creamer of Democracy Partners, whom he not only suspected was involved in my fictitious scheme, but noted as someone especially seasoned in the political dark arts and what he calls "Chicago antics" -- specifically describing him as "diabolical."

- Finally boasting "we have mentally ill people that we pay" to do "crazy stuff," and the extent to which union activists, particularly "the head of the AFL-CIO" are willing to pull dirty tricks.

- Expounding upon his personal history of dirty tricks through the '80s and '90s.

# FOVAL-CREAMER/DEMOCRACY PARTNERS-PEOPLE FOR THE AMERICAN WAY "SURROGATE VOTER" INVESTIGATION

### *Surrogate Voting Scheme:

The scheme involves a left-wing political philanthropist who is convinced that both voter ID laws as well as a Donald Trump presidency are the death knell of the progressive movement, and has a plan to circumvent them on a mass scale, citing moral equivalence as justification as well as the consequent voter turnout loss which the scheme will merely "offset" (according to personally hired statisticians). The surrogate voters are doing a mitzvah; they're voting on behalf of the minorities and undocumented immigrants who have been unjustly disenfranchised by voter ID laws, the latter of whom have the most to lose under a Trump administration. The philosophy is that there is no virtue in abiding by rules that were created by the enemy to rig the game, especially when the guaranteed losers are minorities, immigrants, the poor, and by extension all aggrieved victim groups who will suffer under a Republican autocracy.

The plan, at least as far as Wisconsin goes, is to use the allowance of employer-issued IDs and the existence of foreclosed and abandoned home addresses to skirt the law. The philanthropist has created a fully funded shell company with which to "hire" a legion of out-of-county and even out-of-state voters as well as illegal immigrants, issue them IDs that can be used at the polls, and paychecks which are both proof of employment with the stubs as well as the actual compensation for participating in the scheme.

The only missing ingredients are the addresses to postmark on the pay stubs to demonstrate residency. And that is half of where the targets come in. Since progressive GOTV organizations (many of which DP clients and PFAW affiliates) canvass primarily in poor and inner-city neighborhoods, canvassers will find many foreclosed and abandoned homes. If they can be instructed to log all addresses to those (they needn't be told why), the addresses can be used to corroborate our surrogate voters' residencies on their pay stubs, check envelopes or earnings statements.

### Undercover Identities and Backgrounds:

As with the Common Core investigation, we are junior consultants with Breakthrough Development Group, a bicoastal lobbying and consulting firm which helps candidates and legislators locate their donor bases and private entities identify candidates and legislators whose platforms are conducive to their business climates, and forging mutual beneficial relationships between.

We are mindful of a unique account being handled by senior staff, which has been left dormant for some time yet which we see great opportunity in, both for ourselves in advancing in our positions as well as for the survival of the progressive movement. It is high-risk but high-reward, and my colleague and I have a knack for risk-taking, insubordination and out-of-the-box thinking. We've expressed our desire for the account to management, and while it's not been granted us and we're not being commissioned for it at this time, we've been told that if we can prove ourselves on spec, we may be entrusted with it and hence promoted.

The client on the account is the aforementioned political philanthropist. He is paying our firm 10% of that paid to every surrogate voter -- thus incentivizing high volumes of both recruitments and addresses, plus an unidentified lump sum front in hazard pay, given legal risks associated. We also need surrogate voter recruits -- the kind Foval describes as being willing to get beaten up at Trump rallies -- and many of them. We will scatter them throughout battleground counties en masse in (per Foval's advice) used auction cars with appropriate license plates with which to get to the polls.

2

## FOVAL-CREAMER/DEMOCRACY PARTNERS-PEOPLE FOR THE AMERICAN WAY "SURROGATE VOTER" INVESTIGATION

**Targets:**

- **BOB CREAMER**

  - VALUE: Referred by Foval. Described as "diabolical." Head of Democracy Partners. Married to sitting congresswoman Jan Schakowsky (D-IL).

  - PURPOSE FOR MEETING: Having been glowingly told about him by his protege Scott Foval, we felt he'd be a great mentor and potential ally to us on this project. We honestly don't know if he's already the one consulting our client, as Foval suspected, because only senior staff is privileged with that information. ALT.: ▮▮▮▮▮ goes in as donor himself.

    - No, we can't divulge any more details -- as we've not only already incriminated ourselves by expressing the intent, but we've already overstepped our bounds as junior staff -- at least until Creamer assures us he will work with us and we can trust him.

  - DESIRED CONTENT:

    - Creamer essentially reiterates the Foval transcript.

    - Expresses moral approval of the scheme.

    - Agrees to advise us in the scheme. Provides further advice on how not to get caught.

    - BONUS: Reveals additional inside information on his operations and those of the organized left/admits to previous activities of similar nature.

    - BONUS: Incriminates political associates/provides targets.

- **DEMOCRACY PARTNERS (DP)**

  - VALUE: Bob Creamer's organization. Hundreds of clients including: **The DNC, Working Families Party, Nancy Pelosi, Wendy Davis, Jan Schakowsky, Cory Booker, Liz Warren, Chuck Schumer, Howard Dean, DailyKos, MoveOn.org, Media Matters, NAACP, Planned Parenthood, Brady Campaign, AFL-CIO, SEIU, AFSCME, Citizen Action, We Are Ohio, Immigration Reform for America, Environmental Law & Policy Center, HealthCare for America Now, Bulgarian Association for Fair Elections, Committee for Ukrainian Voters, Democratic Party of Slovakia, other clients in Gaza, Hungaray, Israel, Moldova, Nigeria, Romania**, etc. etc. etc. etc. etc.

  - PURPOSE FOR MEETING: Consultation, potential partnership on the project (consulting fees may need to be expensed), affiliate orgs that can furnish addresses and/or surrogate voter recruits.but no mention of Foval or Creamer. But we can insinuate knowledge of Trump stunts as we need those types of recruits Also:  ALT.: ▮▮▮ goes as donor.

  - DESIRED CONTENT:

    - Moral approval of scheme.

    - Agreement to form alliance/provide consultation

    - Referrals for targets/incriminations of associates.

    - BONUS: Admission of similar previous activities by DP.

3

# FOVAL-CREAMER/DEMOCRACY PARTNERS-PEOPLE FOR THE AMERICAN WAY
## "SURROGATE VOTER" INVESTIGATION

- LOCATIONS:

EAST COAST (Allison, )/                    WEST COAST (CH, Britt)/

- Maine (May 9-13)
  27 Clear Brook Crossing
  Kennebunk, ME 04043

  •California (May 18)
  660 Howard St--2nd floor
  San Francisco, CA 94105

- Florida (May 23-27)
  4081 N.E. Sugarhill Ave
  Jenen Beach, FL 34957

  •Oregon (May 25)
  615 SW Broadway
  Portland, OR 97205

FINAL SHOWDOWN (CH, Allison, )

- Washington, DC (June; Adjacent retreat)
  1250 Eye Street, NW, Ste. 250
  Washington, DC 20005
            and/or:
- Illinois ("")
  350 W. Hubbard St. Ste. 200
  Chicago, Illinois 60654
(Whichever Creamer is based out of).


- **PEOPLE FOR THE AMERICAN WAY (PFAW)**

  - VALUE: Foval's organizaiton. Founded by **Norman Lear.** Monitors "right-wing activities." Sponsors <u>RightWingWatch.org</u>. Memebers include: **Alec Baldwin, Seth McFarlane, Julian Bond, etc.** Major donors include: **George Soros' Open Society Institute.**

  - PURPOSE FOR MEETING: Same as aforementioned. Forval name-drop TBD.

  - LOCATIONS/DATES

EAST COAST (Allison, )/                   FINAL SHOWDOWN (CH, Allison)/

- Florida (May 9-13)
  1550 Melvin St
  Tallahassee, FL 32301

  •Washington, DC (June, adjacent retreat)
  1101 15th St. NW
  Washington, DC 2005

4