# EXHIBIT 7

**From:** Christian Hartsock
**Sent:** Thu, 26 May 2016 12:56:12 -0400 (EDT)
**To:** Joe Halderman[jhalderman@projectveritas.com]
**Subject:** Fwd: Roth-Focal-Creamer
**Attachments:** Roth-Foval-Creamer Plan.pdf;ATT00001.txt

\>



Confidential

PVA00004928

**THE TARGET:** Robert Creamer, Community Organizer, Democracy Partners

**THE LIAISON:** Scott Foval (protege), Deputy Political Director, People for the American Way
scottfoval@fovalgroup.com 608.469.7876

## WHO IS CHARLES ROTH?

-Charles Roth is a budding progressive political philanthropist based in Sausalito, CA who amassed his fortune in North Bay real estate on top of old money inherited from his father, Clayton Roth, a Hungarian immigrant and civil engineer who played a key role in redeveloping San Francisco during the 1950s. As the city-commissioned urban renewal effort led to the massive displacements of blacks from the Fillmore District, Gilmore quit in protest and joined WACO (Western Addition Community Organization), an advocacy group on behalf of the Fillmore residents, using his earnings to help finance their relocations and fund the organization. This was shortly before his death in 1971, of asbestos poisoning.

-Roth, Jr. is determined to follow in his father's footsteps by using his wealth to empower disenfranchised communities, particularly blacks and immigrants, given his father's immigrant background and advocacy on behalf of the blacks. He is convinced that both voter ID laws as well as a Donald Trump presidency are the death knell of the progressive movement — and are and has a plan to circumvent them on a mass scale, on behalf of the two chiefly targeted groups; one of which his father dedicated the last years of his life to fighting for, the other of which his father belonged to.

## THE PLAN

-The plan, at least as far as Wisconsin goes, is to use the allowance of employer-issued IDs and the existence of foreclosed and abandoned home addresses to skirt the law. Charles Roth has created a fully funded shell company with which to "hire" a legion of out-of-county and even out-of-state voters as well as undocumented immigrants, issue them IDs that can be used at the polls, and paychecks which are both proof of employment with the stubs as well as the actual compensation for participating in the scheme.

-Going forward, the plan is to expand the operation to Michigan and Indiana, per Foval's advice, both to contain the traceability of the plot to law enforcement, and to maximize effectiveness.

## THE MAU-MAUS

-There is no virtue in abiding by rules that were created by the enemy to rig the game, especially when the guaranteed losers are minorities, immigrants, the poor, and by extension all aggrieved victim groups who will suffer under a Republican autocracy.

-They surrogates are voting on behalf of the minorities and undocumented immigrants who have been unjustly disenfranchised by voter ID laws, the latter of whom have the most to lose under a Trump administration.

-The loss in voter turnout due to new voter suppression policies is simply going to be "offset" by the surrogate voters. It is not unethical; the GOP knows what they are doing with blocking paths to citizenship, passing voter ID laws, and keeping felons from voting. All we're doing is reclaiming the votes (albeit vicariously) that are inevitably suppressed as a deliberate consequence of their policies.

-Charles Roth's father, Clayton Roth, was an immigrant. The folks he sought to advocate for after leaving his city-commissioned civil engineer post in protest were the black families displaced by the redevelopments — with his civil engineering wealth he had earned at their expense. That money has been sitting and growing since his untimely death in 1971. Half a century later, blacks and immigrants are still as under attack as ever — *especially* given the prospect of a President Trump. He must continue his father's legacy with the wealth entrusted with him.

**THE NEEDS**

-Addresses are needed to postmark on the paychecks distributed to surrogates to demonstrate residency. Since progressive GOTV organizations canvass primarily in poor and inner-city neighborhoods, canvassers will find many foreclosed and abandoned homes. If they can be instructed to log all addresses to those (they needn't be told why), the addresses can be used to corroborate our surrogate voters' residencies on their pay stubs, check envelopes or earnings statements. Roth wants help mobilizing Democracy Partners-affiliated GOTV campaigns to collect such addresses from their canvassers.

-Given the high-risk nature of the scheme, it has been difficult for Charles to find willing to partake. He wants to up with — or at least pick the brains of — fellow firebrands who have been around the block when it comes to dirty tricks.

-Roth dodged a bullet with the precautions suggested by Foval (used auction cars instead of buses, etc.), which the Breakthrough senior staff hadn't thought of. He cannot afford to have oversights like that backfire on him, therefore he *needs* more guidance from Foval and Creamer so all Is are dotted and Ts crossed.

-Having figured out the exploitable loopholes in Wisconsin voter ID law, Roth seeks guidance on those of other two states recommended by Foval for expansion: Michigan and Indiana.

-Such a high-risk operation requires brave souls who are dedicated to the cause at all costs; the kind of recruits Foval mentioned who are willing to be beat up at Trump rallies, and the union types who "will do what*evvvv*er you want." Roth needs help locating those recruits.