# EXHIBIT
# 8



AMERICAN PRAVDA

MY FIGHT FOR TRUTH IN THE ERA OF FAKE NEWS

JAMES O'KEEFE

BESTSELLING AUTHOR OF *BREAKTHROUGH*

# Working Our Way In

t was about this same time we were setting up our offshore companies that "Steve Packard" was discovering the wonderfully self-destructive Scott Foval in Milwaukee.

Without intending to have his family secrets broadcast—and thus the beauty of the hidden camera—Foval explained how voter fraud was not the myth the left claims it to be. We knew that. Over the years, Project Veritas has done numerous stories exposing voter fraud. Foval confirmed what we knew. Better still, he alerted us to the provocation of violence at Trump rallies and tipped his hand about his mentor, Bob Creamer of Democracy Partners, the "dark hat."

Creamer is a long-time political organizer and strategist, and a well-connected one at that. He is married to Chicago-area congresswoman Jan Schakowsky and is very close to both the Obamas and the Clintons. According to visitor logs, Creamer made more than 340 trips to the White House during the Obama years, many of those meetings with the president in attendance.

Democracy Partners has advised just about every major player on the left side of the political arena, among them, the DNC, Nancy Pelosi, Wendy Davis, Jan Schakowsky, Cory Booker, Elizabeth Warren, Chuck Schumer, Howard Dean, *Daily Kos*, MoveOn.org, Media Matters, the NAACP, Planned Parenthood, the Brady Campaign, AFL-CIO, SEIU, the Bulgarian Association for Fair Elections, the Committee for Ukrainian Voters, the Democratic Party of Slovakia, as well as clients in Gaza, Hungary, Israel, Moldova, Nigeria, and Romania.

We would learn soon enough that Creamer had been contracted by the Democratic National Committee and Hillary Clinton's campaign to "assist" in the election. It would take some time, a $20,000 donation, and a ton of work before we would begin to understand what that "assistance" entailed. Eventually we discovered Creamer was personally advising Hillary Clinton, through his own admission. By October 2016, Foval had realized his dream and was working directly for Creamer. Before the campaign was through, that dream would turn nightmarish for both of them.

Shortly after Steve's first meeting with Foval, we began to craft an alias for our new rich Democrat. The character we created was to be named "Charles Roth III." One of our more seasoned and experienced undercover journalists was to play the role. The fellow was perfect for this investigation. A well-educated, well-spoken man in his fifties, he can talk to anyone, from a longshoreman on a dock to an heiress on a yacht. He works for us without pay. As I have discovered, the best undercover journalists are the ones whose motives are other than financial. In this case, neither "Charles Roth" nor our British overseas investor needed any money. They both did well in their careers, one as an engineer and the other as a doctor. We only paid expenses. True, "Charles Roth III" does fly first class, but how else would a guy like Roth fly? That perk helped protect his cover. A few weeks after their first meeting, Steve sent Foval an appropriately unctuous email:

Scott,
(Just to refresh we had drinks at Garfield's 502 on election night.) Dude I owe you a huge debt of gratitude. In our Monday conference call I relayed all your advice (taking full credit—hope you don't mind) on the "surrogate voters" project. I was predicting my senior colleagues were already ahead of us on thinking of those potential fires and coming up with ways around them, so it was a risk in the event I came off as patronizing but it turns out they hadn't thought of ANY of it—the rental cars vs. buses, school surveillance cams, expanding to MI and IN, etc. So thanks to you, I—a junior consultant with two years experience at the firm—am getting mad respect at the office. Shit, I might even be asked to

help handle the account, which would expedite a promotion over-
night. So thank you thank you thank you.

Steve explained that he would love to talk to Creamer. "We seem
to have similar sensibilities and ways of thinking," he wrote and
signed off: "Best, Steve Packard, Breakthrough Development Group,
323.457.5462 breakthroughdevgroup.com."

We decided that Roth III would be a wealthy but reclusive North-
ern California real estate millionaire. In the way of backstory, Roth's
father emigrated from Hungary and made a fortune doing development
deals in and around San Francisco. Many of these deals displaced the
poor and minorities. As he grew older and wiser, this wealthy immi-
grant came to regret his actions and became a philanthropist, quietly
helping liberal causes.

His son, Charles III, followed in the old man's footsteps even more
aggressively. He became an active donor to liberal causes and candi-
dates, but of late had grown frustrated by the lack of results. Given
the way his father displaced the poor, Charles III was particularly sen-
sitive to the disenfranchisement of minorities by Republican voting
laws. Convinced as he was "that both voter ID laws as well as a Donald
Trump presidency are the death knell of the progressive movement,"
Roth III was prepared to circumvent the laws that would lead to the
lost votes.

Understandably, Foval wanted to talk to Roth on the phone before
he set up the meeting with Creamer. This was most likely a test to
make sure our donor was the real deal. So in May 2016, Roth called
Foval and pushed him to set up a meeting with Creamer. Before meet-
ing, Creamer also wanted to talk with Roth on the phone. That call
went well and led to discussion about a meeting. Creamer suggested
either Washington or Chicago, but Roth pushed for Washington.
Washington, you see, is a more legally friendly environment for one-
person consent recordings than Chicago. Needless to say, Roth did not
mention this.

The meeting took time to arrange, but in July Roth met Creamer
in the lobby of a posh Washington Hotel. Roth recorded the conver-
sation up close, but another one of our people recorded the meeting

from across the room. The meeting lasted more than an hour, with Roth leading the way through the conversation. Roth promised money if he could be assured of *real* action in return. He wanted Creamer to spell out what form this action might take.

Creamer was cautious. He had good reason to be, having served six months in federal prison for check floating in the previous decade. As Foval later told Steve, Creamer was wary of the surrogate voter scheme, but if others were willing to execute the scheme, well, that was another thing.

Despite Creamer's caution, the meeting with Roth went very well. Before the end of it Creamer was calling Roth "brother." The two men agreed to meet soon, the next time over dinner and fine wine. The hook was set. About a week after the meeting, we sent Creamer a case of Pinot Noir from Oregon where our journalist—and Roth, of course—was living at the time.

Over the phone, Roth told Creamer he had a niece who was interested in politics and wanted to volunteer. He asked if Creamer knew of an operation that could use her services. That he did. Creamer got back to Roth immediately and suggested that Roth's niece could help out at the Republican National Convention in Cleveland. That seemed to me like a perfect place to get one's feet wet.

# Going Deep

We immediately asked one of our best young journalists if she were willing to be Roth's "niece." It was a role that Allison Maass, aka "Pizza Girl," was literally born to play. Allison is young, pretty, soft spoken, and has the killer instincts of a mafia hitman. Her nickname comes from her diet consisting of carbs, candy, and pizza.

Graduating a year early from college, Allison is mature beyond her years. She is stoic, focused, and organized. I am still impressed by the places she was willing to go, the roles she was willing to play, and the obstacles she was able to overcome. When Creamer called Allison to see if she were willing to go to Cleveland, she was eager and ready. By volunteering to go, she would influence not only the future of Project Veritas but also the outcome of the 2016 election.

We spotted Allison just a year earlier fighting the good fight at the University of Minnesota, located in a state that did not necessarily welcome her brand of fight. The publication she edited, the *Minnesota Republic*, like all other publications at that university, got its funding through an entity called the Student Service Fees Committee (SSFC). When Allison's publication requested funding in 2015, the SSFC decided to review past issues and settled on a 2011 issue to feed its collective sense of outrage. The cover showed an Islamic terrorist, or a facsimile thereof, burning a copy of Allison's publication and saying in both English and Arabic, "The Minnesota Republic: Terrorists Hate It." In the future, the SSFC promised to monitor the publication

"to ensure that any material that is produced with student fee funds does not compromise the cultural harmony of the campus."[1]

Instead of rolling over as expected, Allison fought back publicly. The Drudge Report picked up her story. One of our people spotted it, and we invited Allison to come interview with us at Project Veritas. We appreciated her commitment to the First Amendment, just about the only political litmus test we have here at PV, and we certainly liked her spunk.

During her first summer as a full-time Project Veritas employee, Allison traveled around Iowa attending campaign events for Hillary Clinton. One day she was on the way to meet a Clinton campaign organizer for coffee when I called her from the office. A *Time* magazine reporter had phoned us to see what we knew about a young, blonde woman trying to infiltrate the Clinton campaign in Iowa. I was convinced he was talking about Allison, but I was not about to admit it. Still, I figured, if *Time* knew, the Clinton campaign surely knew. I needed to give Allison the heads up before she strolled into the lion's den unknowing.

We instructed Allison to continue on to the office and act as if nothing was out of the ordinary. When she arrived moments later, a whole crew of campaign workers was waiting for her. One of them, the woman she was supposed to meet, Sara Sterner, promptly took her outside to have a conversation.

"I got news from my boss that you are not allowed in any Hillary for Iowa offices or events anymore because they had reports that you've been to other places trying to fool staff and stuff like that," said Sterner almost apologetically. "So unfortunately you're not allowed in any of the offices anymore."[2]

"Me?" said Allison innocently.

"Yeah there are reports from other events like in Cedar Rapids and stuff. Yeah, so . . ."

"I have no idea what that is," added Allison, keeping her cool, but there was no way to talk herself out of this.

"Thank you," said Sterner, wrapping up the conversation. "Sorry about that."

This had to be nerve rattling, but Allison stayed in character the entire time. She played ignorant of the charges and indignant that they were made. Still, despite her best efforts, Allison was banned from the Iowa campaign. I am sure these Clinton staffers congratulated themselves for their shrewdness, but in that notoriously fragmented campaign, no one apparently kept their eyes on Allison. She would strike again, the next time much deeper into the campaign and very nearly to the White House.

Wiser for the experience, Allison undertook a project on her own. Still just twenty-one, she looked the part of a college student, and she certainly remembered how to play one. The role she chose for herself was "snowflake." What offended this particular snowflake, Allison decided, was the United States Constitution. Before she was through she captured on video university administrators shredding a copy of the Constitution to placate her and others freely denouncing the Constitution and the country it helps guide.

Allison had proved she was ready for the next step. It was a big one. She was to be part of our team going deep into the Hillary Clinton campaign. Getting her in the front door was surprisingly easy. Our make-believe major donor Charles Roth III paved the way with Bob Creamer for his niece, "Angela Brandt," to walk right in the front door.

Upon arrival at the Republican National Convention in Cleveland, Angela Brandt connected with Creamer's colleague Zulema Rodriguez. "Zully" was clearly one of the top ground organizers for the Democrats in Cleveland. The idea was to upstage and embarrass the Republicans at their Cleveland convention any way they could. Rodriguez told our journalist that this was no random effort. Everything was being coordinated at the national level.

"I just had a call with the campaign [Hillary for America] and the DNC. Every day at one o'clock," Rodriguez volunteered.[3]

"Do you work for the campaign?" asked Allison/Angela.

"I don't work for the actual campaign," said Rodriguez. "I work with Bob Creamer. We're doing a contract with the DNC. I did the Las Vegas caucus with the campaign."

Rodriguez told Angela about some of the "involvement" she'd had. "So B and I did the Chicago Trump event where we shut down like all the, yeah. . . ." Rodriguez was boasting that she and her colleagues were part of the violent demonstrations in March 2016 that forced Trump to cancel a large political rally in Chicago due to security concerns.

This was a big deal when it happened. According to the *New York Times*, "A large group opposing Mr. Trump merrily taunted the people entering the stadium with shouts of 'Donald Trump has got to go' and signs caricaturing Mr. Trump as a fascist with a Hitler mustache."[4] Par for the course, the media and Trump's Republican opposition put the onus on the Trump camp for the disruption and subsequent cancellation. Senators Marco Rubio and Ted Cruz and Governor John Kasich held Trump responsible "for the tenor of his rallies." Said Cruz of Trump, "He affirmatively encourages violence."[5]

The major media reported the Chicago event as a spontaneous protest. We were learning that these protests were no more "spontaneous" than those outside the Benghazi consulate four years earlier. The hand of Bob Creamer seemed to be touching a lot of things. Rodriguez was corroborating the story we had first heard from Foval.

"Oh and then we also did the Arizona one where we shut the highway down," Rodriguez boasted to Angela. That was March 18, just a week after Chicago, when anti-Trump protesters shut down a major highway just outside of Phoenix in an attempt to stop Trump supporters from attending a campaign rally. This too got widespread press coverage and fueled the impression that Trump was inspiring disorder. The media inevitably covered the protesters sympathetically, far more so than they had the lawful and orderly Tea Party protests during Obama's first term.

"Is it hard to do that?" Angela asked, referring to the highway shutdown.

"I mean I've done it before," said Rodriguez casually.

"So you know and you're really good at it. Cool."

"You have to slow down the traffic," Rodriguez explained. "And then I insisted on us being layers deep. So when the cops towed the first rows of cars there was still, people was still there. . . . So they kept

having to tow cars. And they thought this first row and then it was like the second row didn't move and the third row didn't move."

"That's awesome," said Angela, thinking on her feet. "I guess I never think like who started that. It's just a group of people but there has to be someone planning."

"I always have a diversion," said Rodriguez.

"That's so funny. Did you plan the diversion too?"

"Yeah."

"That's smart."

"Yeah always. Always got to have it."

Listening to the tape confirmed our suspicions. Again, we had actual testimony from the organizer of a "spontaneous" anti-Trump protest. Here she was admitting to our journalist that she helped plan major disruptions in Arizona and Illinois, the one leading to a well-publicized cancellation of a Trump event. And Rodriguez was no rogue operator. She worked for Creamer. He had a contract with the DNC and the Hillary Clinton campaign. The news stories we had all read about anti-Trump protests got just about everything wrong. And almost no one outside our office understood this.

Angela did her job well. Her goal was to gain not only information but also the confidence of her new friends, most notably Rodriguez. She would need a good reference to get her deeper into Democracy Partners' operation. Playing her role to its ultimate end, Angela actually joined in the protest at the Cleveland convention.

My role in this investigation was new for me. I was used to being on the front lines, wearing a hidden camera. But for better or for worse, I was now being recognized too often. Although I occasionally did fieldwork using makeup and disguises, my "pimp" days were likely numbered. During the Democracy Partners campaign, I planned strategy, directed operations, and advised the journalists in the field. This work lacked the thrill of working undercover, but Project Veritas had evolved. As eager as I was to be one of the troops on the ground, my team kept reminding me that I was now the CO. Fortunately, we had built a solid team of journalists, production people, and managers.

After the Republican convention in mid-July, we went several weeks without hearing from Creamer. In due time, we had Charles

Roth III email Creamer and ask for another DC meeting. Creamer agreed, and this time he came with a proposal in hand as to how Roth might invest his money. None of his ideas were, on the face of things, illegal. The meeting lasted two hours, and it went well enough that Creamer felt comfortable inviting Roth's niece to come work for him as an intern.

The following day, Creamer had Roth meet with him and Brad Woodhouse, the president of Americans United for Change (AUFC), at Woodhouse's office. At that time, Foval served under Woodhouse as national field director. In the meeting, Woodhouse was happy to talk about a subject that Creamer had raised the day before, "Donald Ducks." Roth recorded everything.

According to Woodhouse, the Democrats had an operative dress as a duck and show up at Trump and Pence rallies. At each rally, the duck called on Trump to release his tax returns. Since Trump refused to release the returns, the Democrats said he was "ducking."

"The key here is to have the visual, the costume and sign," said Woodhouse. "We got so much shit for that [media] blast. Reporters thought it was silly, and reporters still think it's silly. We are not talking to reporters. We are talking to voters."[6]

"And they love it," added Creamer.

"I tell you," said Roth. "That's a pretty clever idea, though, the duck."

Creamer weighed in, "Originally, we were going to do Uncle Sam, 'I want you to release your tax returns.' I agree it's not as good. It's a lot easier to execute."

Creamer then added the kicker: "In the end it was the candidate, Hillary Clinton, the future president of the United States, who wanted ducks on the ground. So by god we would get ducks on the ground."

"Oh she, so it's her. Wow!" said Roth.

"Don't repeat that to anybody," Creamer cautioned.

Of course not, Bob. Not a soul, other than the 10 million or so on YouTube, Facebook, and Twitter. It was yet another great revelation and further proof of how connected Creamer and his shenanigans were to the Hillary Clinton campaign. Clinton and the DNC wanted their Donald to "duck" his taxes at Trump and Pence events. The direct involvement of the Clinton campaign and the DNC with Americans

United for Change in this scheme smacked of illegally coordinated campaign expenditures.

Federal campaign law experts told us specifically, "The ducks on the ground are likely 'public communications' for purposes of the law. It's political activity opposing Trump paid for by Americans United for Change funds but controlled by Clinton/her campaign."

This was a violation of the law. Representatives of the Clinton campaign participated in daily conference calls with Creamer, AUFC managers, and their operatives. They were talking about where to send the duck and the "duck's message." The Democratic National Committee participated as well. This is not hearsay. Our people witnessed these calls. Donna Brazile, head of the DNC, would say in her tell-all, *Hacks*, "I watched O'Keefe's video with a sinking heart, knowing this was something we could not fight back against, not really."

Scott Foval told Steve about the duck campaign: "We have to clear this with DNC, with Democratic National Committee. We have to clear which message we're going to be targeting at which event, but they can insert into multiple events, now, through the end of the election on a continual, on a daily basis, but basically do a chase." This chase, by the way, went "all the way across the country."

Foval and Creamer told our people that the DNC didn't just help place Donald Duck at protests; they were *in charge* of the duck. For all their indiscretion, these guys really wanted to keep this a secret. They were undone by the cleverness of our journalists and the age-old tendency of most behind-the-scenes consultants to brag about their successes. Here is Creamer explaining how the whole process worked:

Oh, the duck. The duck has to be an Americans United for Change entity. This has to do only with the problem between Donna Brazile and ABC, which is owned by Disney, because there was a trademark issue. That's why. It's really silly. We originally launched this duck because Hillary Clinton wants the duck. In any case, so she really wanted this duck figure doing this stuff, so that was fine. So we put all these ducks out there and got a lot of coverage. And Trump taxes. And then ABC/Disney went crazy because our original slogan was "Donald ducks his taxes," releasing his tax

returns. They said it was a trademark issue. It's not, but anyway, Donna Brazile had a connection with them, and she didn't want to get sued. So we switched the ownership of the duck to Americans United for Change, and now our signs say Trump ducks releasing his tax returns. And we haven't had any more trouble.

We beat the *Wall Street Journal* to this story. In a matter-of-fact article that got little traction, the *Journal* reported on September 8 that the DNC had cut ties with the duck.[7] Formally, this was true, but behind the scenes the DNC and the Hillary Clinton campaign were still running the show and breaking federal campaign coordination laws in the process. Angela would later have this confirmed by Jenna Price, an assistant press secretary at the DNC.[8]

"We kind of divvy up responsibilities. So sometimes it will be, like, campaign owned. So sometimes you will see that they advised something, or they are taking credit for things," Price told Angela. "So, like, we aren't taking credit for the duck anymore. That's like, random ally groups. But it's still something that we're involved in."

Price explained her strategy: "We just have to be careful about these things, and the way we talk about them, and who knows about certain things; but you guys are [careful]. I trust that it will all be fine." It was not going to be fine.

By this time, Angela had accepted her internship at Democracy Partners and ingratiated herself with her new coworkers. This was a closely run thing. Angela started interning at Democracy Partners on September 21, 2016, just seven weeks before the election. The office where she worked sits in the heart of the Washington power complex, no more than a couple blocks from the White House. There it offers, or claims to, "cutting edge strategies for progressive values."[9]

Angela's first day at the office was an anxious one. Before entering the building, she looked in to see if she would have to pass through a metal detector, a common screening tool in post–September 11 Washington. There was none. That was good. She was wearing a wire.

There was, however, a security desk with a sign saying, "Visitors must sign in." That was not so good. Angela had no "Angela Brandt" identification beyond a fake college ID. She decided to brazen it out.

Dressed smartly in heels, black slacks, and a button-up blouse with black buttons—all the better to conceal a button camera—she walked crisply past the security guard and smiled as if she had walked past him a thousand times before. No one stopped her. She was in.

Unlike many people in his position, Creamer did not hit on his female staff at least as far as Angela could tell. He was patient. He seemed more a mentor than a letch. He introduced her to the staff and made her feel welcome. As nice a guy as he seemed, Creamer had already served a prison sentence for illegally floating checks. According to *USA Today*, he "was accused of swindling nine financial institutions of at least $2.3 million while he ran a public interest group in the 1990s."[10] And now he made his living plotting dirty tricks to use against Donald Trump. That is what Angela had come to capture. She would follow a useful Veritas rule: *In the digital era, tape is cheap. In fact, there is no literal "tape," so keep recording all the time, as long as it is legal to do so.*

Legal it was, every minute. People find it easy to talk to Angela. Creamer was no exception. At the end of the workday, he liked to unwind and tell stories out of school. She knew she was getting good stuff. Her one anxiety now, the one anxiety all of us at Project Veritas have felt at some point, was the fear of equipment failure, the fear that pearls were being dropped and she was missing them.

The life of an undercover journalist is, I repeat, not an easy one. Angela would work throughout the day and return after work alone to her Airbnb, there to review her footage and communicate with the office. Staying in character was hard enough during the workday. She did not want to jeopardize her mission by partying at night. Other journalists have lost their jobs at Project Veritas for doing that. A chance encounter with someone from her past could blow everything. In the morning she would take the Metro into the office, living the life not of a well-paid professional reporter but of an intern scraping by. Her daily movements had to reflect her assigned role. She was literally living out her character in America's capital city much as Americans overseas did in Moscow during the Cold War.

Angela disciplined herself to be the person Creamer thought she was. He liked that person well enough to take her with him when

he visited the Democratic National Committee headquarters, a few blocks south of the Capitol. The last time operatives got caught stealthily entering the DNC headquarters, those headquarters were in the Watergate complex. Remember that kerfuffle? Having no interest in bringing comparable hell down on ourselves or the nation, we reminded all of our staff of a timeless Veritas rule: *If busted, keep your mouth shut and get the hell out of Dodge.* By this point, we trusted Angela to do just that.

Never having been to the DNC offices, Angela did not know whether she would have to pass through a metal detector. This was not a question she could ask her colleagues in advance. So she prepared an evasive maneuver just in case. If she were compelled to go through screening, she would fake a phone call from her father, step outside to take it, and discreetly place her wire in her purse. That was the plan. She hoped she did not have use it.

As she and Creamer approached the building, he, always the gentleman, opened the door for Angela. Her heart almost leapt out of her chest when she saw the metal detector, but she caught a break. The security guard saw Creamer enter behind her and waved them both on by. "It's a lot of luck," Angela would tell me, "a lot of maneuvering, knowing how to manipulate situations." This was a reporter after my own heart.

At the DNC, as at Democracy Partners, Angela did a whole lot of nothing—counting anti-Trump signs and looking for news items about Democracy Partners' disruptive "Donald Duck" campaign—but she did her "nothing" steadily and conscientiously. Everything she did, she did for a purpose. She needed to be in the midst of the action, her camera always recording. As a fly on the wall, she was able to sit in on planning calls every day during which the DNC, the Hillary campaign, and other consultants like Creamer planned protests and events surrounding Trump rallies. She never knew when she would capture something worth sharing, even if it were just the Trump signs or a guy in a duck costume. By working her way into the target's nerve center and staying vigilant, Angela was able to gather immeasurably more information than she could have from the outside looking in. And unlike the Watergate burglars, she did it legally.

One day, Creamer explained to his wide-eyed intern how things worked. "At one o'clock we have our regular call," he told her. "It's our rapid response call. It's about bracketing." Creamer did not hesitate to tell Angela how "bracketing" worked.

"It's kind of a term of ours," he said, now in his professorial mode. "Wherever Trump and Pence are going to be, we have events. And we have a whole team across the country that does that. Both consultants [like Foval] and people from the Democratic Party, and people from the Democratic apparatus, and people from the campaign, the Clinton campaign." As to Creamer's role, it was "to manage all of that." That was the reason, he explained, for the daily phone calls, "seven days a week until the election."

Angela absorbed everything. In fact, she succeeded in establishing her cover almost too well. One Monday Creamer casually asked her what she was doing the next night, Tuesday. If free, he wondered if she might want to go with him to the White House for a roundtable discussion on the refugee crisis.

The White House! OMG! Angela's first thought was, *Fuck, yeah!* What intern would not jump at the chance to attend an after-hours event at the White House? If that intern were actually an undercover journalist investigating Democratic dirty tricks, this would be the invitation of a lifetime. Instinctively, Angela smiled and nodded her head.

Almost instantly, however, her training kicked in. All of our reporters had learned they could not enter a federal building with a fake ID, let alone the White House. Angela knew all about our New Orleans misadventure. Needless to say, I drilled this story deep into our reporters' heads. With Democrats still in control of the media and the deep state, we could not afford mistakes. "Don't give them the opportunity to punish us," I told our people. Angela learned the lesson well. Within seconds of being invited, her thought process switched from *How do I get into the White House?* to *How do I get out of this invitation?* It would not be easy.

"Okay," Angela told Creamer. "Let me just check my schedule."

"Great," said Creamer. "Just send me your basic information—date of birth, social security number, city you were born in—you were born in the U.S., right?"