# EXHIBIT 9

| | |
|---|---|
| **From:** | Christian Hartsock |
| **Sent:** | Tue, 23 Aug 2016 17:40:24 -0400 (EDT) |
| **To:** | Ken Konstanzer[kkonstanzer@projectveritas.com]; [██████████████] [███████████████]; Joe Halderman[jhalderman@projectveritas.com]; Allison Maass[amaass@projectveritas.com]; Russell Verney[rverney@projectveritas.com] |
| **Attachments:** | DPAUFC Strategy Proposal 82216.pdf; ███████████████████ |

I thought I'd sent this this morning but don't see it in my sent folder.

Since one of the strategies coalesces with the Pinnacle investigation, I've also included the ▉▉▉ strategy memo and target list just in case cross-reference .

EXHIBIT
14
C. Hartsock

Highly Confidential - Attorneys' Eyes Only

# DEMOCRACY PARTNERS/AMERICANS UNITED FOR CHANGE/PINNACLE
# NEXT STEPS

1) **Roth goes to Foval to re-engage him on implementing surrogate voting and Trump rally tactics, and by extension AUFC.**

   **REASONS:**

   a) Value has been added to Foval as a target. While he's no longer with People for the American Way, he *is* now with Americans United for Change (AUFC), which is the very group Creamer is advising. In fact, unlike Creamer, Foval is acting in an official capacity at AUFC.

   b) Contrary to Foval's characterization, it appears *Foval* is the "dark hat," and Creamer is the "white hat." This is likely because of Creamer's ex-convict status.

   c) We already know Foval is open to the surrogate voter scheme.

   d) Creamer has officiated Roth's relationship with AUFC; an outreach to Foval from Roth will not come out of left field.

   **STRATEGY:**

   a) ROTH to FOVAL:
      i) "Steve relayed to me the ideas you had as to how to get away with this (used car auctions, no buses, expand to Michigan and Indiana, etc.), and helped me dodge potential bullets."

      ii) "Per Steve's advice, I went to Creamer first. Having met Creamer, I've gauged that he is trying to keep things above the board. It's my opinion we cannot win by staying above the board because the opposition is *not*."

      iii) "Here's what I need from you, Scott:"
         - More advice like that which Steve relayed to me.
         - Willing activists to be the surrogate voters.
         - Foreclosed and abandoned addresses from canvassers to print on the paystubs distributed to surrogate voters.

      iv) "Here's what I can do for you:"
         - Help fund operations you stage at Trump rallies which Steve told me about (volunteers getting beat up).

Highly Confidential - Attorneys' Eyes Only                                                                                                       PVA00005034

- Help fund any operations in that same spirit. Tell me what you have.

"Here's why:"

- I am sick of Trump positioning himself as the law and order candidate. That is why I loved that strategy, which creates the appearance of chaos.

- I'm not convinced funding the usual ground game is enough.

- The opposition set up these rules. Our obedience to them *guarantees* their success.

- My father walked away in protest from his contract with the City of San Francisco to join the Western Addition Community Organization (WACO) and atone for his sins in the urban renewal and displacement of blacks from the Fillmore. This was a crime. My father took risks. I cannot say the same for myself. I need to atone for my lifelong complacency. I need to know that I did everything and broke every rule in my way to carry on his legacy and stop Donald Trump.

**GOALS:**

a) Confirm and uncover details of Trump rally tactics.

b) Find out planned dates for Trump rally tactics.

c) Send journalists into grassroots end to get visuals of the operations being conducted.

d) Get Foval blessing surrogate voter operation in an official AUFC capacity.

e) Get AUFC associates' hands dirty by engaging them on it too, especially Brad Woodhouse, so they can't have one fall guy.

**DATES OF IMPLEMENTATION:**

a) **Monday, August 29**: Call Foval. Set up meeting.

2

Highly Confidential - Attorneys' Eyes Only

PVA00005035

b) **Wednesday, Aug. 31 - Friday, Sept. 3**: Meet. Discuss implementation of surrogate voting. Inquire about Trump rally tactics. Volunteer Angela to help. Set up action meeting with Foval's associates in AUFC.

c) **Monday, Sept. 5 - Friday, Sept. 9**: Meet with AUFC associates, get

2) **Roth reaches out to Josh Hoyt, sets up meeting, pitches surrogate voting.**

   **REASONS:**

   a) Creamer has extended value to Hoyt as a target by association.

   b) Creamer has ostensibly deemed Hoyt a receptive ear to surrogate voting scheme.

   c) Hoyt, in his capacity as National Partnership for New Americans (NPNA), holds relevant interest in the goal of the surrogate voting operation.

   STRATEGY:
   a) Call Hoyt. Set up meeting.

   b) Meet and pitch.

   **GOALS:**

   a) Get recorded blessing from Hoyt on surrogate voter scheme.

   b) Get his associates' hands dirty in implementation.

   **DATES OF IMPLEMENTATION:**

   a) **Monday, August 29**: Call Foval. Set up meeting.

   b) **Wednesday, Aug. 31 - Friday, Sept. 3**: Meet. Discuss implementation of surrogate voting. Volunteer Angela to help. Set up action meeting with Foval's associates in AUFC.

3) <u>**Angela joins AUFC bus outreach.**</u>

   **REASONS:**

   a) We need eyes and ears on grassroots end of DP/AUFC operations.

3

Highly Confidential - Attorneys' Eyes Only
PVA00005036

b) We have been given the in.

**STRATEGY:**

a) Pending Friday's revelations re where we stand, Roth to volunteer Angela in reply to Creamer's proposal.

b) Send her in.

**GOALS:**

a) Capture any malfeasance.

b) Important visuals to associate elite end with ground game.

c) Network.

**DATES OF IMPLEMENTATION:**

a) Friday, August 26: Volunteer Angela in reply to Creamer proposal.

b) IF NO PROPOSAL RECEIVED: Monday, August 29. Reach out.

c) [Given bus tour dates]: Angela goes into field.

4) **Mike Hogan reaches out to Brad Woodhouse, either as Roth's associate or independent of Roth.**

   **REASONS:**

   a) For Hogan investigation, it is a better bet to access our existing targets by referral rather than cold calls.

   b) If we find out HuffPo burned us, we will need an independent party to keep targets in our crosshairs.

   **STRATEGY:**

   a) (IF ROTH ASSOCIATE) A partner of Roth's in some joint ventures also holds particular stakes in this election; needs help connecting with [Hogan targets].

Highly Confidential - Attorneys' Eyes Only                                                                                                PVA00005037

b) (IF INDEPENDENT) We locate an existing plausible mutual acquaintance, drop their name as the provider of contact info when reaching out to Woodhouse.

c) Hogan meets with Woodhouse, gains access to target list.

**GOALS:**

a) Gain access to our contact list for Hogan investigation; avoid need for cold calls.

b) Set meetings with listed targets.

c) Meet and run Pinnacle script on targets; confirm quid pro quo MO amongst Clinton Foundation proxies.

**DATES OF IMPLEMENTATION:**

a) (IF WE HEAR FROM CREAMER EARLY) **Friday, August 26:** Hogan calls Woodhouse.

b) **Friday, Sept. 3:** Hogan meets Woodhouse. Requests introduction to our targets.

c) **Monday, Sept. 5 - 8:** Hogan sets up meetings with targets.

d) **Every Friday until 2 weeks before election:** Hogan meets with a different target from our list. Runs script.

Highly Confidential - Attorneys' Eyes Only    PVA00005038