# EXHIBIT 10

**From:** Joe Halderman
**Sent:** Sat, 15 Oct 2016 13:37:45 -0400 (EDT)
**To:** John Solomon[jsolomon@circanews.com]; jokeefe@projectveritas.org [jokeefe@projectveritas.org]
**Subject:** Re: Quick questions

John,

Creamer says to Roth in one meeting that what he is talking about would probably be voter fraud. Would need to run ti by the legal team and it wouldn't pass. Foval and Vargas just say there isn't enough time in this cycle. Foval tells us that Bob "wouldn't touch that with a ten-foot pole."

First meeting with Foval was April. First Creamer meeting with Roth in D.C. was in July. Second meeting with Creamer in August. Money transferred in September. Foval meeting in September (3rd meeting) is when we get Vargas name. We meet Vargas in NYC on October 5th.

Project Veritas is a 501c3
Project Veritas Action (which is the umbrella we are using for this investigation) is a 501c4

Joe


On 10/15/16, 12:51 PM, "John Solomon" <jsolomon@circanews.com> wrote:

   Joe

      I know we asked this before but want to check one more time. Are there any videos in which foval, creamer or Vargas ever state they don't want to commit voter fraud? Just want to triple check we haven't missed anything?

      Second check. Want to make sure I have sequence right. PV started with Foval who hooked you up 2 Creamer who took the $20k and then u kept working with both. How soon after the creamer conversation about helping you with voter fraud did foval hook you up with Vargas?

   Could you give us the date sequence?

   For PV how are you recognized by IRS under both code status and mission?



Highly Confidential - Attorneys' Eyes Only

PVA00002736
Document Number