# EXHIBIT
# 11

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION


Case No. 1:17-cv-00256


- - - - - - - - - - - - - - - - - - - - - - - -


SHIRLEY TETER,


Plaintiff,


v.


PROJECT VERITAS ACTION FUND,

PROJECT VERITAS,

and JAMES E. O'KEEFE, III,


Defendants.


- - - - - - - - - - - - - - - - - - - - - - - -




- - - - - - - - - - - - - - - - - - - - - - - -

VIDEO DEPOSITION OF

SCOTT B. FOVAL

- - - - - - - - - - - - - - - - - - - - - - - -




Taken April 5, 2019        By Deanna Oaks

```
 1        was one of our activists," closed quote.  Do

 2        you remember that quote?

 3   A.   I do.

 4   Q.   Do you remember it also from viewing those

 5        videos?

 6   A.   I do.

 7   Q.   Who were you talking about when you said

 8        that?

 9   A.   There had been a couple different incidents

10        of activists being accosted at Trump rallies

11        in North Carolina.  We were seeing a lot of

12        that around the country, and I was speaking

13        about a secondhand knowledge that I had

14        learned about these incidents.

15   Q.   When you said, quote, "she was one of our

16        activists," closed quote, were you

17        referencing Shirley Teter?

18   A.   No, I was not.

19   Q.   Before you made that statement, did you know

20        who Shirley Teter was?

21   A.   No, I did not.

22   Q.   When did you first learn who Shirley Teter

23        was?

24   A.   After these videos in question were, were

25        shown -- were taken.
```

1  Q.  After they were published?

2  A.  Yeah.  I don't -- I do not believe I was

3      aware of who Shirley Teter was until after

4      the campaign was over actually.

5  Q.  And before you made the statement, quote,

6      "she was one of our activists," closed quote,

7      did anybody interviewing you mention Shirley

8      Teter's name?

9  A.  No.

10  Q.  And, again, before you made that statement,

11      were you aware of an older woman, a disabled,

12      older woman who had been punched at a rally

13      for Mr. Trump in Asheville, North Carolina?

14  A.  No.

15  Q.  Before you made the statement, quote, "she

16      was one of our activists," closed quote, was

17      Shirley Teter affiliated in any way with

18      Americans United For Change?

19  BY MR DEAN:

20      Objection.  Foundation.

21  BY MR. STREZA:

22  Q.  Go ahead.  You can answer.

23  BY MR. FOVAL:

24  A.  No, and I did not even know who Shirley Teter

25      was.  I'd never heard of her.  She was not in

```
 1        my activist list nor was she part of any ally

 2        groups that I was aware of.

 3    Q.  All right.  When you were an independent

 4        contractor for Americans United For Change,

 5        did you have knowledge of those folks who

 6        were affiliated with Americans United For

 7        Change?

 8    A.  I had direct access to the entire activist

 9        list in order to build lists for other

10        consultants around the country.

11    Q.  And, again, was Shirley Teter on any of those

12        lists?

13    A.  She was not.

14    Q.  Did Shirley Teter go to the rally at

15        Asheville, North Carolina on September 15 on

16        behalf of -- I'm sorry -- September 12th of

17        2016 on behalf of Americans United For

18        Change?

19    A.  No, she did not.

20    Q.  Were you involved in organizing individual

21        protesters?

22    A.  I was.

23    Q.  Did Americans United For Change, to your

24        knowledge, send any people to the rally in

25        Asheville, North Carolina on September 12th?
```

```
 1       training program.
 2  Q.  And did Americans United For Change train
 3       people to incite violence at rallies for
 4       Mr. Trump?
 5  A.  No.
 6  BY MR DEAN:
 7       Object to the form.
 8  BY MR. FOVAL:
 9       Absolutely not.  We did not do that.
10  BY MR. STREZA:
11  Q.  And again --
12  BY MR. FOVAL:
13  A.  That's not part of our training program.  Our
14       training program was not about even
15       disrupting.  It was about asking questions.
16  Q.  Did any -- did Americans United For Change
17       ever pay people to bird-dog at rallies or any
18       kind of political events?
19  BY MR DEAN:
20       Object to the form.
21  BY MR. FOVAL:
22       No.  All volunteers were unpaid volunteers.
23  We did not pay people to protest.  We did not pay
24  people to bird-dog.
25
```

1   BY MR. STREZA:

2   Q.  Before you made the statement in the video,

3       quote, "she was one of our activists," closed

4       quote, do you know if Americans United For

5       Change had a policy of paying anybody to

6       attend rallies for Mr. Trump?

7   BY MR. FOVAL:

8   A.  Americans United For Change did not have a

9       policy to pay people in any form for -- to,

10      to protest against Mr. Trump.  All activists

11      who were engaged with Americans United For

12      Change and Democracy Partners were unpaid

13      volunteers.  They did so on their own accord.

14  Q.  Do you know, sir, if Shirley Teter was paid

15      by Americans United For Change for any

16      reason?

17  BY MR DEAN:

18      Object to the form.  Foundation.

19  BY MR. FOVAL:

20      Shirley Teter was not paid by Americans

21  United For Change or Democracy Partners for any

22  purpose.

23  BY MR. STREZA:

24  Q.  All right.  Did anyone associated with

25      Americans United For Change ever pay anyone

```
1   Q.   Okay.  What do you remember these two people
2        were trying to do for Mr. Roth specifically?
3   A.   They had two key goals that they were trying
4        to advance.
5   BY MR DEAN:
6        Objection.  Move to strike.
7   BY MR. STREZA:
8   Q.   Go ahead.  You can answer.
9   BY MR. FOVAL:
10  A.   The issues that they were trying to present
11       as ideas for investments -- they were
12       representing that Charles Roth wanted to
13       invest in activities that Americans United
14       For Change and/or Democracy Partners were
15       involved in, and they -- so backing up, the
16       initial conversations with Christian
17       Hartsock/Steve Packard centered around a
18       scheme called voter re-enfranchisement that I
19       was not familiar with, where I was asked a
20       lot of questions on how it would be possible
21       to, quote, re-enfranchise voters in order to
22       be able to vote in the presidential
23       elections.  So in the initial bar
24       conversations I was asked a lot of questions
25       on how it would be possible to make it legal
```

```
 1        for people to vote in someone else's place,

 2        and I spent a lot of time pushing back on

 3        that, explaining that that was illegal and

 4        that was not something I did or any of my

 5        associates did and that it wasn't possible to

 6        make it legal because of the way election

 7        laws work.  In this meeting, in the Hyatt

 8        Place meeting, that idea was continuously

 9        brought up by these two parties --

10  Q.    By "these two parties" meaning?

11  A.    Meaning Alyssa and Steve.  The ideas of voter

12        re-enfranchisement -- so -- was the first

13        one.  The second one was disrupting Trump's

14        rallies.  They wanted to disrupt Trump

15        rallies, or they said Mr. Roth wanted to do

16        that specifically, and that's what he was

17        interested in funding, and in conversations

18        leading up to this I had presented to them

19        multiple drafts of proposals of activities

20        that we could participate in.  They did not

21        contain either of those two things.  We, we

22        were -- in Americans United For Change and

23        Democracy Partners, we were doing

24        bird-dogging, we were doing protests.  We

25        were not doing disruption, and we were not
```

```
1        doing violence, and we were not doing voter

2        re-enfranchisement in the way that they

3        wanted to do it.  And so a lot of the

4        questioning was how to make that work, and I

5        had to spend a lot of time in all of these

6        conversations explaining that, you know, what

7        they were proposing was not legal; what they

8        were proposing was not safe; what they were

9        proposing was against the values of the

10       organization and me personally, was it

11       against the values of a lot of the people

12       that we worked with, that we did have

13       activists who were willing to go out and

14       bird-dog, who were willing to go out and

15       protest, who were willing to go and stand in

16       the lines at Trump rallies and engage people

17       in conversations.  But the idea that they

18       wanted to push for on behalf of Mr. Roth were

19       ideas that were off the table, that I had

20       reviewed with my superiors, and it had been

21       determined that they were very, highly risky,

22       dubious in their intent, and that was just

23       not something we were going to do.

24  Q.   You mentioned a written proposal that you

25       gave to Steve and Charles Roth?
```

1  BY MR. STREZA:

2      And, Ms. Court Reporter, as we go along, I'd

3  appreciate you keeping me in line.  Okay?

4  Q.  The digital counter in the upper, left-hand

5      corner of this clip is 010531 and it lasts

6      11 seconds.  You see that?

7  BY MR. FOVAL:

8  A.  Yes.

9  Q.  I'm going to play it and ask you to listen

10     carefully to the content.

11

12     (Whereupon a video was played.)

13

14  BY MR. STREZA:

15  Q.  Okay.  Did you hear the video?

16  BY MR. FOVAL:

17  A.  Yes.

18  Q.  Could you understand what was being said in

19     the video?

20  A.  Yes.

21  Q.  Did you clearly state in response to a

22     question, quote, "We haven't paid a single

23     person to get beat up a, a rally"?

24  A.  Yeah.

25

1       event was not spontaneous," closed quote?

2   A.  Yes, I do.

3   Q.  Now, when and after you watched the video

4       Rigging the Election, what was your

5       impression that the video was portraying?

6   BY MR DEAN:

7       Objection.

8   BY MR. FOVAL:

9       When I watched the Rigging the Election

10  video, my immediate reaction was that the video

11  was attempting to portray me as an organizer of

12  disruptions and violence at Trump rallies and that

13  I was a bad actor, that I was involved in dark

14  money activities, that my activists were involved

15  in dark money activities, and that our

16  organization was somehow doing things that weren't

17  legal.

18  BY MR. STREZA:

19  Q.  Now, you told Mr. Hartsock and Ms. Rivera

20      that you never paid people to get beat up on

21      the rallies for Mr. Trump on September 15th.

22      That's reflected in this video; correct?

23  BY MR. FOVAL:

24  A.  That is correct.

25  Q.  Did that statement that you made to Mr.

1       Hartsock and Ms. Rivera about never paying

2       people to get beat up, did it appear anywhere

3       in the Rigging the Election video?

4   A.  No, it did not.

5   Q.  Do you remember -- excuse me -- in Rigging

6       the Election video you stating, quote,

7       "because the one thing I'm never going to do

8       is have some kid get punched out at a rally

9       and not have his doctor or legal bill paid,

10      if he gets arrested, paid for"?

11  A.  Yes, I do.  Sorry.

12  Q.  What did you actually mean by that statement

13      when you made it?

14  BY MR DEAN:

15      Objection.

16  BY MR. STREZA:

17      Strike that, please.  I'll rephrase the

18  question.

19  Q.  Do you remember making that statement?

20  BY MR. FOVAL:

21  A.  I do.

22  Q.  Do you remember making it to Mr. Hartsock and

23      Ms. Rivera?

24  A.  I do.

25  Q.  What did you actually mean by that statement

1         about what we were already doing for

2         Americans United For Change with seniors and

3         students.

4    Q.   And those events were going on in North

5         Carolina?

6    A.   We were in the planning stages, and they were

7         documented and outlined in the proposal

8         document that they were looking at.

9    BY MR. STREZA:

10        The next clip is going to be marked Exhibit?

11   BY THE COURT REPORTER:

12        Ten.

13

14        (Whereupon, Exhibit 10, film footage marked

15        987 with a digital counter at 008974, was

16        marked for identification.)

17

18   BY MR. STREZA:

19        Ten, which is also from PVDEF 0000987.  It

20   has a counter of 008974 in the upper, left-hand

21   corner.  It is a one-minute-and-three-second-long

22   video.  It also starts on page 76 of the

23   transcript.  It's a little bit of an overlap, and

24   it may start with that reference to North

25   Carolina; so bear with me.

1      (Whereupon a video was played.)

2

3   BY MR. STREZA:

4   Q.  Okay.  I think we have heard that statement

5       that you made during this deposition that you

6       haven't paid a single person to get beat up

7       at that Trump rally --

8   BY MR. FOVAL:

9   A.  Right.

10  Q.  -- before today --

11  A.  Right.

12  Q.  -- or before now.  At the bottom of page 77

13      of the transcript --

14  A.  Excuse me.

15  Q.  Go ahead.

16  A.  Thank you.

17  Q.  Mm hmm.  Again, Mr. Hartsock is referencing

18      volunteers getting beat up at Trump rallies,

19      and at the top of page 78 the transcript has

20      the word "inaudible," but the video has the

21      statement "we haven't paid a single person to

22      get beat up at a rally."  Is that true today?

23  A.  Yes.

24  Q.  Has AUFC, Americans United For Change, never

25      paid anybody to get beat up at a rally for

1      Mr. Trump?

2  A.  Well --

3  BY MR DEAN:

4      Objection.

5  BY MR. FOVAL:

6      While I was employed by Americans United For

7  Change we did not pay volunteers to get beat up at

8  Trump rallies, and, to my knowledge, none of the

9  organizations that I've worked at paid volunteers

10 to do anything like that.

11 BY MR. STREZA:

12 Q.  Well, to correct the format of the question

13     that opposing counsel had made the objection,

14     I have to re-ask the question.

15 BY MR. FOVAL:

16 A.  Okay.

17 Q.  When you were involved with Americans United

18     For Change, did Americans United For Change

19     ever pay anybody to get beat up at a Trump

20     rally?

21 A.  When I was employed at Americans United For

22     Change, no volunteers were paid to get beat

23     up at Trump rallies.  The same goes for

24     Democracy Partners.  Democracy Partners did

25     not pay for volunteers to get beat up at

1      Trump rallies either.

2  Q.  And how about medical bills or legal bills

3      for people who got beat up at a rally?

4  A.  No.  In fact, this conversation I'm

5      explaining to them why that's, that's not the

6      case.  We, we don't want somebody to show up

7      and not have -- you know, if they got punched

8      out at a rally they wouldn't have support.

9      So we're not gonna put people in that

10     position.

11 BY MR. STREZA:

12     I'm gonna show you another clip from the same

13 Bates document ending in 0987.  It has a counter

14 of 010855 in the upper, left-hand corner.  It's a

15 25-second video.

16     And which exhibit is this, Court Reporter?

17 BY THE COURT REPORTER:

18     Eleven.

19 BY MR. STREZA:

20     Exhibit No. 11.

21

22     (Whereupon, Exhibit 11, film footage marked

23     987 with a digital counter at 010855, was

24     marked for identification.)

25

1  BY MR. STREZA:

2  Q.  And I believe that you can pick it up in the

3      transcript shortly after this -- the last

4      clip I showed you.

5  BY MR. FOVAL:

6  A.  On which page?  Sorry.

7  Q.  On page top 78 --

8  A.  Okay.

9  Q.  After you ever statement about not having

10     paid a single person to get beat up at a

11     rally.

12 A.  Okay.

13

14     (Whereupon a video was played.)

15

16 BY MR. STREZA:

17 Q.  Okay.  Do you see at the bottom of page 78

18     Mr. Hartsock states, "Well, I mean, fucking

19     90-year old woman.  How does that work"?

20 BY MR. FOVAL:

21 A.  Yes.

22 Q.  Do you know what he's relating to when you

23     give this statement?

24 A.  I, I -- at this point, between the two of

25     them like going back and forth and talking

1       Project Veritas was trying to make?

2    BY MR DEAN:

3       Object to the form.

4    BY MR. STREZA:

5    Q.  Go ahead.  You can answer.

6    BY MR. FOVAL:

7    A.  The video told a story about what they said

8        was me telling them, but Christian Hartsock

9        as Steve Packard and Alyssa, they were the

10       ones promoting these narratives.  Charles

11       Roth on his conversations were promoting

12       these narratives.  None of this was my idea.

13       None of these were stories I was telling

14       them.  These were things they were asking me

15       questions about in hypothetical that they

16       were -- they already had a narrative about

17       it, and they were driving the conversation

18       that way.  I was trying to talk about the

19       work I was doing, and they were promoting a

20       narrative that was completely counter to what

21       we were actually doing.

22   Q.  Based on your statement, is it more accurate

23       that the video Rigging the Elections is about

24       the dirty tricks that the fictional Mr. Roth

25       wanted to employ?

1    A.   Yes.

2    BY MR DEAN:

3         Object to the form of the question.   You can

4    answer.

5    BY MR. STREZA:

6    Q.   How did video one portray Shirley Teter?

7    BY MR. FOVAL:

8    A.   Video one portrayed Shirley Teter as one of

9         our activists and as somebody who had been

10        part of the, quote, "dirty tricks" that we

11        were supposedly involved in.   And she wasn't

12        part of it at all.

13   Q.   Did video one portray Shirley Teter as

14        somebody who you recruited to foment violence

15        at rallies for Mr. Trump?

16   BY MR DEAN:

17        Object to the form.

18   BY MR. FOVAL:

19        The video portrayed Shirley Teter as being

20   involved in dark money operations, violence at

21   Trump rallies, you know, vote-rigging.   I mean,

22   the video was called rigging the vote; so by

23   putting her in that video, it was -- it was making

24   associations that didn't exist.

25