**Memorandum**

To:    Chuck Loveless
From: Brad Woodhouse
Re:    AUFC/AFSCME Relationship
Date:  November 16, 2016

Thank you Chuck for taking the time to work on the rapprochement between Americans United for Change and AFSCME. Below is a very long chronology of events from the beginning of the O'Keefe spying operation through the end of the election. I provide it all to you because taken together it helps contextualize what went on here including the fact that one delusional, attention seeking and dishonest individual, Scott Foval, provided all of the fodder for O'Keefe's operation.

### Notification Issue

If, as we suspect, the thing that led to President Saunders souring on AUFC is the issue of notification, then the most important part of the chronology for purposes of your conversation with him begins on **Friday, October 14th**. It was midafternoon on that day that we became aware that we had been the victims of a massive and months long spying operation by James O'Keefe who has been convicted and successfully sued for his illegal tactics in the past.

At that moment we were in shock and immediately began a rapid response legal operation to prevent the publication of these videos by Sinclair broadcasting which had been provided the raw footage by O'Keefe. Our focus on Friday night and throughout the weekend was on convincing Sinclair that there would be legal repercussions if they ran stories based on this illegal spying operation with the hope that this would dissuade O'Keefe from moving forward with this project or at least dissuade other outlets from reporting on these videos if we could point to Sinclair pulling the plug on their own reporting. It's important to note here that:

- ✓ Notification was premature because we didn't yet know exactly what we were dealing with.
- ✓ We were in a weekend long legal battle with Sinclair – it was all we were doing at the time.
- ✓ That we were asked by the Clinton Campaign not to strike preemptively against O'Keefe for fear of ginning up something that we were trying to kill.
- ✓ We were similarly asked by the campaign to not discuss with others the O'Keefe operation as we were trying to kill it.
- ✓ Our top priority was protecting the campaign and HRC from any fallout since the stakes for her were the highest.
- ✓ We were successful in twice postponing (and eventually killing) Sinclair stories and each time delaying O'Keefe's own release of the videos.



CONFIDENTIAL

DP_0005682

- ✓ We were blindsided when O'Keefe, who we thought would wait on Sinclair or another outlet to report on his videos first, posted his first video on Monday, October 17th out of frustration with the Sinclair postponements.
- ✓ Within in an hour or so of the first video going online, and as I was hanging up a call with the campaign regarding our response, I took a call from Scott where I described in detail what we knew to that point, what our response had been, our coordination with the campaign and how we had been blindsided by this whole thing. I can't speak to who Scott read into our conversation or when he did it – but there was a conversation with AFSCME within an hour or so of the first video coming online initiated by them.

I hope that and the chronology below helps explain why our notification of all of this wasn't better or timelier. We were consumed with investigating what had happened to us and fighting a legal battle to limit the exposure of these videos and the harm they could cause. Notification wasn't on our minds (though in Lee's case it should have been and for that failure I apologize and take all the necessary blame), survival was.

## General Talking Points

Various Democratic groups, including AUFC, were **THE VICTIMS,** of a massive and illegal spying operation by James O'Keefe who has a horrible reputation for illegal stings which gather video that is distorted, dishonest and selectively edited.

O'Keefe was convicted in connection with attempting such a scheme against former U.S. Senator Mary Landrieu and he was successfully sued for illegal tactics in connection with his later discredited sting of Acorn. In that case O'Keefe had to pay $100,000 in damages.

O'Keefe is the perpetrator in this instance, concocting a spying scheme that would make the Watergate burglars blush. His team created elaborate false covers and false identities generating email addresses, phone numbers, business cards, etc. to infiltrate these groups and to film video that was selectively edited to create dishonest and false impressions – exactly what O'Keefe is known for.

AUFC was a minor target in this scheme – O'Keefe was after the DNC and the campaign – and AU got ensnared because a vulnerable, delusional individual named Scott Foval bragged about doing unethical and/or illegal campaign tactics on hidden camera and later received a small, temporary contract with AUFC to do Social Security work.

Scott we believe was suffering from delusions of grandeur or was craving acceptance and attention from the people he was talking to. He bragged about things in the videos that it has been proven that he had no involvement in. Without Foval's dishonest braggadocio O'Keefe would have never had anything to publish.

CONFIDENTIAL
DP_0005683

AUFC did nothing wrong – we were the victims – and if our supporters abandon us it allows a terrorist like O'Keefe to win and become stronger – and if that happens it's just a matter of time before more progressives fall prey to his operation.

Looking back on it now, don't we regret allowing O'Keefe to take out Acorn without a fight? His operation there, which was later successfully sued for his tactics, didn't only end an organization that had done good work, it pushed forward the myth propagated by the right that Democrats are engaged in a massive voter fraud operation.

AUFC has a nearly dozen year track record of exemplary work on behalf of progressive causes and candidates and James O'Keefe's dishonest and fraudulent operation can't be allowed to bring that vital work to an end.

### AUFC/AFSCME Talking Points

AUFC and AFSCME have nearly dozen year productive relationship. AUFC has worked to support large progressive issues which AFSCME has an interest in like protecting Social Security and passing health reform and issues of more direct interest like the Employee Free Choice Act.

AUFC's work on the agenda of the Democratic leadership's has also won AFSCME significant praise on the Hill. Often over the years AUFC has run campaigns on issues like the minimum wage, ACA enrollment and restoring UI where AFSCME has been front and center at events with Congressional Leadership put on by AUFC or has gotten the credit for AUFC's work because of AFSCME financial support for our efforts.

In fact, as Chair, Lee Saunders has been front and center as the master of ceremonies at numerous events we have put on that included members of Congress, Congressional Leaders and members of the Obama Administration.

Just this past year, AUFC's work in the states on the Supreme Court issue, while unsuccessful because of GOP obstruction, received praise from the White House and the Hill and it is widely recognized that those efforts were supported by AFSCME.

**AUFC in 2017** plans to deploy people in the states and to convene groups in DC to strongly and strategically oppose Donald Trump and the GOP's efforts to unravel all that progressives have achieved over the years.

While this experience is so much worse, the period we are in now has parallels to 2004/2005 when Kerry lost but we came together to stop Bush from privatizing Social Security. Out of that effort, we came together to oppose the Bush agenda for the rest of his term, to expose greed, corruption and the mismanagement of the government. We went on to win the midterms in 2006 and two consecutive presidential elections. AUFC wants to again lead the fights here and in the states –

CONFIDENTIAL

DP_0005684

defending the ACA and Dodd Frank, opposing Trump Supreme Court picks, opposing a national right to work law - that defend our values and priorities as progressives and holds the line against the coming conservative assault on programs which are vital to the American people.

### Specific Asks

First, please communicate that we ask for forgiveness for our failure to notify AFSCME in a timelier manner about the O'Keefe operation. If forgiveness is granted, we respectfully request the following:

For AFSCME to restore to the greatest extent possible its prior financial support for our work.

At a minimum we would ask for a grant in January of $250,000 so we are in a position to plan our work, to leverage AFSCME's grant into support from other like-minded groups and to earn through our performance additional financial support throughout the year.

For President Saunders to, at least temporarily, rescind the letter resigning from AUFC's board and resigning as Chair. If President Saunders still wants to leave the Chairmanship or the board entirely give us a chance to put a transition in place that is smooth and is approved by the board later this year or early next which could include his spot going to a designee from AFSCME like Scott Frey.

Meet with President Brad Woodhouse to discuss these matters further and AUFC's plans for the future.

CONFIDENTIAL