# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------X
DEMOCRACY PARTNERS, LLC, et     :
al.,                            :
                                : Case No:
        Plaintiffs              : 1:17-CV-1047-ESH
                                :
            -vs-                : Pages 1 - 15
                                :
PROJECT VERITAS ACTION FUND,    :
et al.,                         :
                                :
        Defendants              :
---------------------------------X

Videotape Deposition of Hrant Jamgochian
Washington, D.C.
Friday, February 22, 2019

Reported by:  Kathleen M. Vaglica, RPR, RMR
Job No:  461985

MAGNA LEGAL SERVICES
(866) 624-6221



Page 2

1
2
3
4
5
6                    Friday, February 22, 2010
7                         (10:23 a.m.)
8
9  Videotape Deposition of Hrant Jamgochian, held at
10 the offices of:
11
12      Verdi & Ogletree PLLC
13      1325 G Street, N.W.
14      Suite 500
15      Washington, D.C.  20005
16
17
18 Pursuant to notice, before Kathleen M. Vaglica, RPR,
19 RMR, a Notary Public in and for the District of
20 Columbia.
21
22



Page 3

```
 1              A P P E A R A N C E S

 2

 3   COUNSEL FOR DEFENDANTS

 4         STEPHEN R. KLEIN, ESQUIRE

 5         Statecraft PLLC

 6         1629 K Street, N.W., Suite 300

 7         Washington, D.C.  20006

 8         (202) 804-6676

 9         steve@statecraftlaw.com

10

11         KERRY BRAINARD VERDI, ESQUIRE

12         Verdi & Ogletree PLLC

13         1325 G Street, N.W., Suite 500

14         Washington, D.C.  20005

15         (202) 449-7703

16         kverdi@verdiogletree.com

17

18

19

20

21

22
```



Page 4

```
 1   COUNSEL FOR PLAINTIFFS
 2        DARA LINDENBAUM, ESQUIRE
 3        Sandler Reiff Lamb Rosenstein & Birkenstock,
 4        P.C.
 5        1090 Vermont Avenue, N.W., Suite 750
 6        Washington, D.C.  20005
 7        (202) 479-1111
 8        lindenbaum@sandlerreiff.com
 9
10   COUNSEL FOR THE WITNESS
11        JAY ANGOFF, ESQUIRE
12        Mehri & Skalet, PLLC
13        1250 Connecticut Avenue, N.W.
14        Washington, D.C.  20036
15        (202) 822-5100
16
17   ALSO PRESENT
18        Ioannis Arsenis, Videographer
19
20
21
22
```



Page 5

1                        CONTENTS
2
3    EXAMINATION OF HRANT JAMGOCHIAN                    PAGE
4    BY MR. KLEIN                                       7, 13
5    BY MS. LINDENBAUM                                  11

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



MAGNA LEGAL SERVICES

1                P R O C E E D I N G S

2            THE VIDEOGRAPHER:  We are now on the

3   record.  This begins Videotape Number 1 in the

4   deposition of Hrant Jamgochian in the matter of

5   Democracy Partners versus Project Veritas in the

6   United States District Court for the District of

7   Columbia.  Today is Friday the 22nd, 2019, and the

8   time on the camera is 10:23.

9            This deposition is being taken at 1335 G

10  Street, Northwest, Washington, D.C., at the request

11  of Verdi & Ogletree PLLC.  The videographer is

12  Ioannis Arsenis of Magna Legal Services, and the

13  court reporter is Kathy Vaglica of Magna Legal

14  Services.  Will counsel and all parties present

15  state their appearances and whom they represent?

16           MR. KLEIN:  Stephen Klein, Statecraft Law

17  on behalf of the Project Veritas parties, and I'm

18  joined by Kerry Verdi of Verdi & Ogletree.

19           MS. LINDENBAUM:  Dara Lindenbaum, counsel

20  for the plaintiffs of the law firm of Sandler Reiff

21  Lamb Rosenstein & Birkenstock.

22           MR. ANGOFF:  Jay Angoff of Mehri and



Page 7

1  Skalet for the witness, Hrant Jamgochian.

2        THE VIDEOGRAPHER:  Will the court reporter

3  please swear in the witness?

4     Thereupon,

5           Hrant Jamgochian,

6  a witness, called for examination by counsel for the

7  Defendant and, after having been sworn by the

8  notary, was examined and testified as follows:

9   EXAMINATION BY COUNSEL FOR THE DEFENDANTS, PROJECT

10          VERITAS ACTION FUND, ET AL.

11 BY MR. KLEIN:

12    Q.   Mr. Jamgochian, have you ever been deposed

13 before?

14    A.   This is my first time.

15    Q.   All right.  Well, it's pretty simple.

16 Just please wait until I've completed a question

17 before answering.  Please use a yes or a no clearly

18 for purposes of the transcript.  Also for the

19 transcript let's do everything we can not to talk

20 over one another.

21        If you need a break, that's fine.  That

22 goes for counsel, of course, too, but please not



```
 1   while a question is pending.  If a question is not
 2   clear, please let me know, and I will certainly be
 3   happy to rephrase it.
 4           You do understand that you're here as a
 5   designee of Dialysis Patient Citizens pursuant to
 6   Federal Rule of Civil Procedure 30(b)(6)?
 7      A.   Yes, I do.
 8      Q.   If you're going to answer anything in a
 9   personal capacity, please do be clear about that.
10   For purposes of this case, I'm only interested in
11   Dialysis Patients; is that clear?
12      A.   Yes.  Thank you.
13      Q.   Very good.  What is Dialysis Patient
14   Citizens?
15      A.   So it's a patient advocacy organization.
16   We represent dialysis patients before policymakers.
17   Our mission is to improve patient quality of life.
18      Q.   About how many people work there?
19      A.   I've got five staff, a few other
20   consultants who help us with our advocacy efforts.
21      Q.   Who's Jackson Williams?
22      A.   Jackson Williams is now our regulatory
```



Page 9

1  affairs director.
2      Q.   And who's Stephen Campbell?
3      A.   He was a government affairs assistant,
4  administrative assistant, who left our organization
5  about four years ago.
6      Q.   What role do you serve at Dialysis
7  Patients?
8      A.   I'm currently the CEO for Dialysis Patient
9  Citizens.
10     Q.   And how long have you worked there?
11     A.   I've worked there, it will be eight years
12 in April.
13     Q.   Got a few questions now and I'm going to
14 be discussing doing business, and by that I mean did
15 you pay money or did dialysis patients pay money for
16 goods or services; is that clear?
17     A.   Yes.
18     Q.   Did Dialysis Patient Citizens do business
19 with Robert Creamer, Strategic Consulting Group, or
20 Democracy Partners prior to 2016?
21     A.   No, it has not.
22     Q.   In 2016 did Dialysis Patient Citizens



1  agree on services to be performed by Democracy

2  Partners, Strategic Consulting Group, or Robert

3  Creamer?

4      A.   No, we did not.

5      Q.   In 2016 did Dialysis Patient Citizens

6  agree on how much money would be paid to Democracy

7  Partners, Strategic Consulting Group, or Robert

8  Creamer?

9      A.   No, we did not.

10     Q.   Did Dialysis Patient Citizens have a

11 contract with Democracy Partners, Strategic

12 Consulting Group, or Robert Creamer in 2016?

13     A.   No, we did not.

14     Q.   Is it accurate to say that the only thing

15 close to business that occurred between Dialysis

16 Patient Citizens and Democracy Partners, Strategic

17 Consulting Group, or Robert Creamer in 2016 was you

18 scheduled and then canceled a meeting to discuss

19 potential opportunities to work together?

20     A.   Yes, that's accurate.

21     Q.   Mr. Jamgochian, I thank you very much for

22 your candor.  I may have some followups on redirect,



Page 11

1  but I'm done here.

2  EXAMINATION BY COUNSEL FOR THE PLAINTIFF, DEMOCRACY

3                    PARTNERS, ET AL.

4  BY MS. LINDENBAUM:

5      Q.   Mr. Jamgochian, did you watch any of the

6  videos that Project Veritas had posted of Robert

7  Creamer, Democracy Partners?

8      A.   I did not.  My staff had informed me of

9  some of the negative publicity, which is why I

10 decided to cancel pursuing our partnership or

11 potential partnership.

12     Q.   Were you concerned that Democracy Partners

13 or Bob Creamer had done anything illegal?

14     A.   Not illegal, but more PR.  I represent a

15 nonprofit organization, and for Dialysis Patient

16 Citizens need to make sure that we maintain the best

17 possible public image.

18     Q.   Would you have continued to pursue the

19 relationship with Bob Creamer in either Strategic

20 Partners -- Strategic Consulting or Democracy

21 Partners had it not been for the actions of Project

22 Veritas?



1      A.   I was interested in seeing what they were
2 going to propose, absolutely.  I'd worked with him
3 in a personal capacity, but never, you know,
4 Dialysis Patient Citizens and, at the same time,
5 could not risk, you know, any harm to the
6 organization.
7      Q.   What kind of work were you discussing
8 having them do for Dialysis Patients?
9      A.   At the point, I had reached out and asked
10 for grass roots work.  I know that they had done a
11 lot of grass roots work for the Obama Administration
12 and was interested in getting help, either social
13 media or helping maintain our database, etc.
14      Q.   Did you ultimately hire a company, a
15 person, a firm to do that kind of work that you were
16 looking for?
17      A.   We did hire GPS Impact, and for about a
18 year they helped us with our social media, our grass
19 roots, our online presence.
20      Q.   Do you know how much that contract was
21 for?
22      A.   The contract we paid about -- well, it was



1    $2,500 per month.  It was the fee that we paid GPS

2    Impact, and then they also got a percentage of how

3    much we did -- I believe it was 12 percent -- for

4    our online social media.  So that may have over a

5    year been about $10,000 additional on top of the

6    2,500 a month.

7              MS. LINDENBAUM:  Thank you.

8              THE WITNESS:  Sure.

9              MR. KLEIN:  Could we just take a break for

10   five minutes?

11             THE VIDEOGRAPHER:  We are going off the

12   record.  The time is 10:30.

13             (Whereupon, a short recess was taken.)

14             THE VIDEOGRAPHER:  We are going back on

15   the record.  The time is 10:33.

16    EXAMINATION BY COUNSEL FOR THE DEFENDANT, PROJECT

17              VERITAS ACTION FUND, ET AL.

18   BY MR. KLEIN:

19      Q.   Mr. Jamgochian, as far as this contract

20   that ultimately ended up happening for the grass

21   roots work and the online social media, did you have

22   any kind of, prior to entering into that, that



Page 14

1  agreement, that contract, did you have any kind of
2  proposal from Democracy Partners, Strategic
3  Consulting Group, or Robert Creamer that would
4  outline any kind of work like that?
5       A.   I did not, no.
6            MR. KLEIN:  That's all.
7            THE VIDEOGRAPHER:  Okay.  Give me a
8  second.  This concludes today's deposition of Hrant
9  Jamgochian for Case Number 1:17-CV-1047-ESH.  The
10 time on the camera is 10:33.
11           (Whereupon, at 10:33 a.m., the taking of
12 the instant deposition was concluded.)
13           (Whereupon, with the consent of the
14 witness, reading and signature waived.)
15                    *   *   *
16
17
18
19
20
21
22



```
```

Page 15

1        CERTIFICATE OF NOTARY PUBLIC

2            I, Kathleen M. Vaglica, the officer before

3   whom the foregoing deposition was taken, do hereby

4   certify that the witness whose testimony appears in

5   the foregoing deposition was duly sworn by me; that

6   the testimony of said witness was taken by me in

7   stenotype and thereafter reduced to typewriting

8   under my direction; that said deposition is a true

9   record of the testimony given by said witness; that

10  I am neither counsel for, related to, nor employed

11  by any of the parties to the action in which this

12  deposition was taken; and, further, that I am not a

13  relative or employee of any attorney or counsel

14  employed by the parties hereto, nor financially or

15  otherwise interested in the outcome of the action.

16

17                          _____

18                          Notary Public in and for

19                          The District of Columbia

20

21  My Commission Expires:

22  February 28, 2021



**A**
**absolutely** 12:2
**accurate** 10:14,20
**action** 1:7 7:10 13:17 15:11,15
**actions** 11:21
**additional** 13:5
**Administration** 12:11
**administrative** 9:4
**advocacy** 8:15,20
**affairs** 9:1,3
**ago** 9:5
**agree** 10:1,6
**agreement** 14:1
**al** 1:4,7 7:10 11:3 13:17
**Angoff** 4:11 6:22 6:22
**answer** 8:8
**answering** 7:17
**appearances** 6:15
**appears** 15:4
**April** 9:12
**Arsenis** 4:18 6:12
**asked** 12:9
**assistant** 9:3,4
**attorney** 15:13
**Avenue** 4:5,13
**a.m** 2:7 14:11

**B**
**back** 13:14
**begins** 6:3
**behalf** 6:17
**believe** 13:3
**best** 11:16
**Birkenstock** 4:3 6:21
**Bob** 11:13,19
**BRAINARD** 3:11
**break** 7:21 13:9
**business** 9:14,18 10:15

**C**
**C** 3:1 6:1
**called** 7:6
**camera** 6:8 14:10
**Campbell** 9:2
**cancel** 11:10
**canceled** 10:18
**candor** 10:22
**capacity** 8:9 12:3
**case** 1:4 8:10 14:9
**CEO** 9:8
**certainly** 8:2
**CERTIFICATE** 15:1
**certify** 15:4
**Citizens** 8:5,14 9:9 9:18,22 10:5,10 10:16 11:16 12:4
**Civil** 8:6
**clear** 8:2,9,11 9:16
**clearly** 7:17
**close** 10:15
**Columbia** 1:2 2:20 6:7 15:19
**Commission** 15:21
**company** 12:14
**completed** 7:16
**concerned** 11:12
**concluded** 14:12
**concludes** 14:8
**Connecticut** 4:13
**consent** 14:13
**consultants** 8:20
**Consulting** 9:19 10:2,7,12,17 11:20 14:3
**CONTENTS** 5:1
**continued** 11:18
**contract** 10:11 12:20,22 13:19 14:1
**counsel** 3:3 4:1,10 6:14,19 7:6,9,22 11:2 13:16 15:10 15:13
**course** 7:22
**court** 1:1 6:6,13 7:2

**Creamer** 9:19 10:3 10:8,12,17 11:7 11:13,19 14:3
**currently** 9:8

**D**
**D** 6:1
**Dara** 4:2 6:19
**database** 12:13
**decided** 11:10
**Defendant** 7:7 13:16
**Defendants** 1:8 3:3 7:9
**Democracy** 1:3 6:5 9:20 10:1,6,11,16 11:2,7,12,20 14:2
**deposed** 7:12
**deposition** 1:11 2:9 6:4,9 14:8,12 15:3 15:5,8,12
**designee** 8:5
**dialysis** 8:5,11,13 8:16 9:6,8,15,18 9:22 10:5,10,15 11:15 12:4,8
**direction** 15:8
**director** 9:1
**discuss** 10:18
**discussing** 9:14 12:7
**District** 1:1,2 2:19 6:6,6 15:19
**doing** 9:14
**duly** 15:5
**D.C** 1:12 2:15 3:7 3:14 4:6,14 6:10

**E**
**E** 3:1,1 6:1,1
**efforts** 8:20
**eight** 9:11
**either** 11:19 12:12
**employed** 15:10,14
**employee** 15:13
**ended** 13:20

**entering** 13:22
**ESQUIRE** 3:4,11 4:2,11
**et** 1:3,7 7:10 11:3 13:17
**examination** 5:3 7:6,9 11:2 13:16
**examined** 7:8
**Expires** 15:21

**F**
**far** 13:19
**February** 1:13 2:6 15:22
**Federal** 8:6
**fee** 13:1
**financially** 15:14
**fine** 7:21
**firm** 6:20 12:15
**first** 7:14
**five** 8:19 13:10
**follows** 7:8
**followups** 10:22
**foregoing** 15:3,5
**four** 9:5
**Friday** 1:13 2:6 6:7
**FUND** 1:7 7:10 13:17
**further** 15:12

**G**
**G** 2:13 3:13 6:1,9
**getting** 12:12
**Give** 14:7
**given** 15:9
**goes** 7:22
**going** 8:8 9:13 12:2 13:11,14
**good** 8:13
**goods** 9:16
**government** 9:3
**GPS** 12:17 13:1
**grass** 12:10,11,18 13:20
**Group** 9:19 10:2,7 10:12,17 14:3

**H**
**happening** 13:20
**happy** 8:3
**harm** 12:5
**held** 2:9
**help** 8:20 12:12
**helped** 12:18
**helping** 12:13
**hereto** 15:14
**hire** 12:14,17
**Hrant** 1:11 2:9 5:3 6:4 7:1,5 14:8

**I**
**illegal** 11:13,14
**image** 11:17
**Impact** 12:17 13:2
**improve** 8:17
**informed** 11:8
**instant** 14:12
**interested** 8:10 12:1,12 15:15
**Ioannis** 4:18 6:12

**J**
**Jackson** 8:21,22
**Jamgochian** 1:11 2:9 5:3 6:4 7:1,5 7:12 10:21 11:5 13:19 14:9
**Jay** 4:11 6:22
**Job** 1:20
**joined** 6:18

**K**
**K** 3:6
**Kathleen** 1:19 2:18 15:2
**Kathy** 6:13
**Kerry** 3:11 6:18
**kind** 12:7,15 13:22 14:1,4
**Klein** 3:4 5:4 6:16 6:16 7:11 13:9,18 14:6
**know** 8:2 12:3,5,10



12:20
kverdi@verdiogl...
  3:16

**L**
**Lamb** 4:3 6:21
law 6:16,20
left 9:4
**Legal** 1:21 6:12,13
let's 7:19
life 8:17
**Lindenbaum** 4:2
  5:5 6:19,19 11:4
  13:7
lindenbaum@sa...
  4:8
**LLC** 1:3
long 9:10
looking 12:16
lot 12:11

**M**
**M** 1:19 2:18 15:2
**Magna** 1:21 6:12
  6:13
maintain 11:16
  12:13
matter 6:4
mean 9:14
media 12:13,18
  13:4,21
meeting 10:18
**Mehri** 4:12 6:22
minutes 13:10
mission 8:17
money 9:15,15 10:6
month 13:1,6

**N**
**N** 3:1 6:1
need 7:21 11:16
negative 11:9
neither 15:10
never 12:3
nonprofit 11:15
**Northwest** 6:10

notary 2:19 7:8
  15:1,18
notice 2:18
**Number** 6:3 14:9
**N.W** 2:13 3:6,13
  4:5,13

**O**
**O** 6:1
**Obama** 12:11
occurred 10:15
officer 15:2
offices 2:10
**Ogletree** 2:12 3:12
  6:11,18
**Okay** 14:7
online 12:19 13:4
  13:21
opportunities
  10:19
organization 8:15
  9:4 11:15 12:6
outcome 15:15
outline 14:4

**P**
**P** 3:1,1 6:1
**PAGE** 5:3
**Pages** 1:6
paid 10:6 12:22
  13:1
parties 6:14,17
  15:11,14
**Partners** 1:3 6:5
  9:20 10:2,7,11,16
  11:3,7,12,20,21
  14:2
partnership 11:10
  11:11
patient 8:5,13,15
  8:17 9:8,18,22
  10:5,10,16 11:15
  12:4
patients 8:11,16 9:7
  9:15 12:8
pay 9:15,15

pending 8:1
people 8:18
percent 13:3
percentage 13:2
performed 10:1
person 12:15
personal 8:9 12:3
**PLAINTIFF** 11:2
plaintiffs 1:5 4:1
  6:20
please 7:3,16,17,22
  8:2,9
**PLLC** 2:12 3:5,12
  4:12 6:11
point 12:9
policymakers 8:16
possible 11:17
posted 11:6
potential 10:19
  11:11
**PR** 11:14
presence 12:19
present 4:17 6:14
pretty 7:15
prior 9:20 13:22
**Procedure** 8:6
**Project** 1:7 6:5,17
  7:9 11:6,21 13:16
proposal 14:2
propose 12:2
public 2:19 11:17
  15:1,18
publicity 11:9
purposes 7:18 8:10
pursuant 2:18 8:5
pursue 11:18
pursuing 11:10
**P.C** 4:4

**Q**
quality 8:17
question 7:16 8:1,1
questions 9:13

**R**
**R** 3:1,4 6:1

reached 12:9
reading 14:14
recess 13:13
record 6:3 13:12,15
  15:9
redirect 10:22
reduced 15:7
regulatory 8:22
**Reiff** 4:3 6:20
related 15:10
relationship 11:19
relative 15:13
rephrase 8:3
**Reported** 1:19
reporter 6:13 7:2
represent 6:15 8:16
  11:14
request 6:10
right 7:15
risk 12:5
**RMR** 1:19 2:19
**Robert** 9:19 10:2,7
  10:12,17 11:6
  14:3
role 9:6
roots 12:10,11,19
  13:21
**Rosenstein** 4:3 6:21
**RPR** 1:19 2:18
**Rule** 8:6

**S**
**S** 3:1 6:1
**Sandler** 4:3 6:20
scheduled 10:18
second 14:8
seeing 12:1
serve 9:6
services 1:21 6:12
  6:14 9:16 10:1
short 13:13
signature 14:14
simple 7:15
**Skalet** 4:12 7:1
social 12:12,18 13:4
  13:21

staff 8:19 11:8
state 6:15
**Statecraft** 3:5 6:16
**States** 1:1 6:6
stenotype 15:7
**Stephen** 3:4 6:16
  9:2
steve@statecraftl...
  3:9
**Strategic** 9:19 10:2
  10:7,11,16 11:19
  11:20 14:2
**Street** 2:13 3:6,13
  6:10
**Suite** 2:14 3:6,13
  4:5
sure 11:16 13:8
swear 7:3
sworn 7:7 15:5

**T**
take 13:9
taken 6:9 13:13
  15:3,6,12
talk 7:19
testified 7:8
testimony 15:4,6,9
thank 8:12 10:21
  13:7
thing 10:14
time 6:8 7:14 12:4
  13:12,15 14:10
**Today** 6:7
today's 14:8
top 13:5
transcript 7:18,19
true 15:8
typewriting 15:7

**U**
ultimately 12:14
  13:20
understand 8:4
**United** 1:1 6:6
use 7:17



### V
**Vaglica** 1:19 2:18 6:13 15:2
**Verdi** 2:12 3:11,12 6:11,18,18
**Veritas** 1:7 6:5,17 7:10 11:6,22 13:17
**Vermont** 4:5
**versus** 6:5
**videographer** 4:18 6:2,11 7:2 13:11 13:14 14:7
**videos** 11:6
**Videotape** 1:11 2:9 6:3
**vs** 1:6

### W
**wait** 7:16
**waived** 14:14
**Washington** 1:12 2:15 3:7,14 4:6,14 6:10
**watch** 11:5
**Williams** 8:21,22
**witness** 4:10 7:1,3,6 13:8 14:14 15:4,6 15:9
**work** 8:18 10:19 12:7,10,11,15 13:21 14:4
**worked** 9:10,11 12:2

### X
**X** 1:3,9

### Y
**year** 12:18 13:5
**years** 9:5,11

### $
**$10,000** 13:5
**$2,500** 13:1

### 1
**1** 1:6 6:3
**1:17-CV-1047-E...** 1:5 14:9
**10:23** 2:7 6:8
**10:30** 13:12
**10:33** 13:15 14:10 14:11
**1090** 4:5
**11** 5:5
**12** 13:3
**1250** 4:13
**13** 5:4
**1325** 2:13 3:13
**1335** 6:9
**15** 1:6
**1629** 3:6

### 2
**2,500** 13:6
**20005** 2:15 3:14 4:6
**20006** 3:7
**20036** 4:14
**2010** 2:6
**2016** 9:20,22 10:5 10:12,17
**2019** 1:13 6:7
**202** 3:8,15 4:7,15
**2021** 15:22
**22** 1:13 2:6
**22nd** 6:7
**28** 15:22

### 3
**30(b)(6)** 8:6
**300** 3:6

### 4
**449-7703** 3:15
**461985** 1:20
**479-1111** 4:7

### 5
**500** 2:14 3:13

### 6
**624-6221** 1:22

### 7
**7** 5:4
**750** 4:5

### 8
**804-6676** 3:8
**822-5100** 4:15
**866** 1:22

