# EXHIBIT 16

| | |
|---|---|
| From: | Steve Packard |
| Sent: | Mon, 18 Apr 2016 19:48:46 -0400 (EDT) |
| To: | JAMESeokeefe███████ [███████████████████] |
| Subject: | Foval letter |

Scott,

(Just to refresh we had drinks at Garfield's 502 on election night.) Dude I owe you a huge debt of gratitude. In our Monday conference call I relayed all your advice (taking full credit -- hope you don't mind) on the "surrogate voters" project. I was predicting my senior colleagues were already ahead of us on thinking of those potential fires and coming up with ways around them, so it was a risk in the event I came off as patronizing but it turns out they hadn't thought of ANY of it -- the rental cars vs. buses, school surveillance cams, expanding to MI and IN, etc. So thanks to you, I -- a junior consultant with two years experience at the firm -- am getting mad respect at the office. Shit, I might even be asked to help handle the account, which would expedite a promotion overnight. So thank you thank you thank you.

I'd love to keep in touch and if there's any way you could/would be willing to intro me to Ben, I'd love to pick his brain as it seems the firm is beginning to head more in the general direction of this kind of account, which is relatively new to us. Perhaps we might even be able to put our heads together on some projects; we seem to have similar sensibilities and ways of thinking. If there's anything in return I can do for you I'd be most obliged. Hope all's well and look forward to seeing the results of your New York operations in the coming days.

---

Best,
Steve Packard
Breakthrough Development Group
323.457.5462
breakthroughdevgroup.com



EXHIBIT
S
C. Hartsock
9-9-18

Confidential                                                                                                     PVA00010524