# EXHIBIT 18

| | |
|---|---|
| **From:** | Ken Konstanzer |
| **Sent:** | Thu, 26 May 2016 09:56:11 -0400 (EDT) |
| **To:** | ▮▮▮▮[▮▮▮@projectveritas.com] |
| **Cc:** | Allison Maass[amaass@projectveritas.com]; James O'Keefe III [james@projectveritas.com]; Christian Hartsock[chartsock@projectveritas.com] |
| **Subject:** | Fwd: Burner phone for call today |

▮▮ - as per our discussion. Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Allison <▮▮▮▮▮▮▮▮>
> **Date:** May 26, 2016 at 5:08:01 AM EDT
> **To:** Ken Konstanzer <kkonstanzer@projectveritas.com>
> **Subject: Burner phone for call today**
>
> Hey Ken,
>
> Just to eliminate one more explanation to have to make to Foval the number "Roth" should be calling from needs to have a 415 area code.
>
> Someone needs to download the Talkatone app on their phone and you can choose an area code to use. That way that will be the number Foval sees is calling him and will be the number for "Roth" for the rest of the operation.
>
> If you need any help with that you can call me or Christian.
>
> Thanks,
>
> Allison
>
> Sent from my iPhone



Highly Confidential - Attorneys' Eyes Only