# EXHIBIT 20

| | |
|---|---|
| **From:** | Ken Konstanzer |
| **Sent:** | Fri, 2 Sep 2016 19:43:20 -0400 (EDT) |
| **To:** | Joe Halderman[jhalderman@projectveritas.com]; Christian Hartsock [christian@projectveritas.com]; Allison Maass[amaass@projectveritas.com] |
| **Subject:** | FW: Creamer |
| **Attachments:** | Creamer Executive Overview.docx;Creamer Executive Overview.pdf |

I had to do this for James for one of our supporters. There are areas to improve, so I thought that I would send to you for consideration.

**Ken Konstanzer**
Chief of Staff
Project Veritas
1214 West Boston Post Road No. 145
Mamaroneck, NY 10543
770-235-2063







**This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**



Highly Confidential - Attorneys' Eyes Only                                                                                                   PVA00004773

### Executive Overview

1. The following narrative overviews a series of operations, which Project Veritas (PV) is currently engage in, all of which have connections through Robert Creamer an author and well respected Democratic political organizer and strategist. Creamer is the husband of Illinois Democratic Rep. Jan Schakowsky. He committed $2.3 million in bank fraud in the 1990. He's currently serving as outside consultant for anti-conservative Americans United For Change (AUFC).
2. Creamer's bio from the Huffington Post follows:
Robert Creamer Political Organizer, Strategist, Author; Partner Democracy Partners, has been a political organizer and strategist for four decades. He and his firm, Democracy Partners, work with many of the country's most significant issues and operations concerning Democratic campaigns. He was one of the major architects and organizers of the successful campaign to defeat the privatization of Social Security. He has been a consultant to the campaigns to end the war in Iraq, pass universal health care, pass Wall Street reform, change America's budget priorities and enact comprehensive immigration reform. He has also worked on hundreds of electoral campaigns at the local, state and national level -- and served as a consultant to the DNC and President Obama's campaigns in 2008 and 2012. Creamer is married to Congresswoman Jan Schakowsky from Illinois. Arianna Huffington calls his book, Stand Up Straight: How Progressives Can Win, a master's class in electoral politics.
3. In early 2016, a PV undercover journalist "X" engaged Scott Foval, who has served as a "lieutenant" for Creamer on several of his political operations throughout the U.S. for years. Foval, longtime protégé of Creamer confidently reviewed "dirty" tactics that he and his colleagues have orchestrated at Trump rallies for the past 10 months. The specifics of what Foval shared have not been revealed publicly at this time. Journalist "X" was able to nurture the relationship with Foval to the point where he secured a conf call and later a Washington D.C. meeting through Foval with Creamer with a new PV Jounalist "Y". Journalist "Y"'s back story is that he is a wealthy CA native who wanted to atone for his father's usury of minorities in the 1960s. After two face-to-face meetings with Creamer over a 30-day period, "Y" had convinced Creamer that he wanted to financially support aggressive "dirty activities" (all of which would be illegal in some fashion if executed) and internally identified two operations where PV could embed additional PV journalists . During the first of the two meeting "Y" got Creamer to invite "Y"'s niece (PV Journalist "Z") to embed with his dirty tricks team in Cleveland, OH during the RNC in July. Journalist "Z" was so well received by the paid "organizer" staff that she was pictured in the Washington Times while building a "brick" wall taunting Trump at the RNC in Cleveland. "Z" just recently was offered a full-time internship with AUFC. "Z" refused receiving pay, housing and per-diem under the guise that her wealthy uncle "Y" would cover all of her expenses. She is to start work in a week or so with national responsibilities for activities yet to be defined.
4. On 8/26, Creamer offered "Y" two traditional "organizer" operations (costing $200K each) with the request that "Y" fund them at some level. "Y" is contacting Creamer this weekend and will promise to wire him 10% of the cost to execute either of the

programs ($20K), thanking him for the detailed overview, but stating that both operations are far too "tame" for him and then propose a illegal Surrogate Voting Scenario. This scenario is similar to a felonious scheme that Foval himself has previous reviewed and endorsed during his first meeting with "X." During that phone conversation "Y" will also mention that his financial manager will contact Creamer to facilitate the wiring of funds. PV journalist "A," a U.S. citizen with a British accent will play the role of "Y"'s financial manager, who is based in Europe and has a European cell phone and email address. Once obtained, Journalist "A" will pass along the wiring information to PV management and we will process the funds. In addition to fostering additional credibility for Journalist "X", "Y" & "Z" the purpose of the funds is to create an opportunity for "A" to possibly further develop his relationship with Creamer and meet him in D.C. for lunch the "next time they are both in town." In real life "A" is a retiring Medical Surgeon who has traveled the world extensively, so his back story is very sound and impressive.
5. As mentioned, Journalist "A" will contact Creamer for wiring instructions and try to advance his operation where he shares that he has many clients that are similar to "Y" who are very supportive of the Democratic Party's platform and seeing HRC get elected etc. He will then try to coordinate a lunch meeting in DC, with the intent of identifying if there is a network through Creamer that he could develop to get to any of "A"'s previously identified targets:



6. Journalist "Z" will continue to work in an embedded mode in whatever capacity Creamer or his colleagues assigns her to. The main focus is to identify any illegal activities or abuses, specifically any collusion to create chaos at Republican fund raisers, speeches or other events.
7. Journalist "X" will revisit with Foval focusing on the fact that "Y" really wants to participate in and fund something more aggressive like the Surrogate Voting Scenario
8. http://www.democracypartners.com/?q=page/client-list