# EXHIBIT 21

**From:** ▇▇▇▇▇
**Sent:** Wed, 14 Sep 2016 12:02:15 -0400 (EDT)
**To:** Allison Maass[amaass@projectveritas.com]; ▇▇▇▇▇@projectveritas.com]
**Subject:** Re: Angela Brandt
**Attachments:** Student ID.png

How's this?

---

**From:** Allison Maass
**Sent:** Wednesday, September 14, 2016 11:11:39 AM
**To:** ▇▇▇▇▇
**Subject:** Angela Brandt

EXHIBIT 9
MAASS
8-10-18  RS
PENGAD 800-631-6989

Confidential                                                                                      PVA00005404



Confidential

PVA00005405