# EXHIBIT 22

**From:** Angela Brandt
**Sent:** Fri, 23 Sep 2016 11:20:45 -0400 (EDT)
**To:** Lauren Windsor[laurenwindsor27@gmail.com]
**Subject:** Re: Resume
**Attachments:** Angela Brandt Resume.pdf

---

Attached is my resume.

On Thu, Sep 22, 2016 at 5:56 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Hey, Angela,
> Can you please send me a copy of your resumé? It will be helpful in determining projects for you.
>
> Thanks,
>
> Lauren Windsor
> Executive Director - American Family Voices
> Executive Producer - The Undercurrent
> www.theundercurrent.tv
> @_under_current
> 213.595.8011



PVA00006716

# ANGELA BRANDT

910 Columbus Ave. New York, New York 10025 • 914-758-2485 • Angelabrandt94@gmail.com

## Education

### *White Plains High School, White Plains, NY*

High School Diploma, June 2013

### *Kingsborough Community College, Brooklyn, NY*

Business Candidate

## Experience

### *Applebees, White Plains, NY*

*Waitress, Aug 2011 – Sep 2013*

As a waitress I was responsible for managing my time, having good customer service, working at a fast pace, and balancing multiple responsibilities at a time.

### *1020, New York, NY*

*Waitress/Bartender, Feb 2014 – Present*

My responsibilities include opening and closing the restaurant, working with a wide range of people, managing large amounts of money, and working at a fast pace.

## Skills Summary

- Manages my time well and completes tasks efficiently and on time.
- Deals well with stress, has the ability to solve problems when they arise, and juggle multiple tasks at once.
- Works well with people in the work place and is a team player.
- Very responsible and dependable when needed by co-workers.
- Willing to learn and take on new challenges.
- Adaptable to all situations.