# EXHIBIT
# 23

# PV Video Summary Form

**Journalist Name: Allison Maass**

**Date Video Was Obtained:** 10/12

**Date of Upload:** 10/12

**Target Name/Location/contact info:**

Bob Creamer

Aaron Black (Minter)



Karen Marangi, The Raben Group

**Script/Operation:** Dem Partners internship

**Summary/Screenshots**

Today at the office Black, Lux, Windsor and Creamer were all there all day. I got to talk to Aaron Black a few times. He is not happy about how the protests are going because he doesn't think they are making a very big impact. He kept talking about how they need to be doing something different to really hit Trump, but he can't think of what. He complained how he is doing the social media for grassroots groups for the DNC and not getting paid because they can't find a donor and the DNC doesn't think social media is as important. Tomorrow him and I are going to a union rally together just us two so I'm going to be hitting him hard during that.

Around 2 pm Jeff Weaver, Bernie's campaign manager, and another man came in and met with Lux and Windsor. I wasn't invited in to the meeting, but I pretended



to be working and tried to listen to what they were saying. One time Weaver brought up a topic that Lux responded to by saying he couldn't' discuss that with them because he was working for the DNC, but I couldn't hear what Weaver had said. What was most interesting was that they were talking about after the election all of the spots in the government they would have to fill. Lux told Weaver that they had some open spots in the foreign policy commission if Weaver wanted to give them a couple names of people they had in mind. One of the names they mentioned was Steve Lyle. It sounded like they were throwing the Bernie people a bone by promising them administration spots if they didn't' complain too much.

During the gun prevention table meeting one consultant from the Raben group talked about how she was talking to a pollster who said the enthusiasm for Hillary right now is half of what it was for Obama at this time.

**File Name:** FNOJ0694_20161011224800, FNOJ0694_20161012014012, FNOJ0694_20161012022334, FNOJ0694_20161012031844, FNOJ0694_20161012050206

**Relevant Time stamps:**

FNOJ0694_20161011224800

From 8:13 to 8:57

FNOJ0694_20161012014012

At 17:03 Jeff Weavers, Bernie's campaign manager comes into the office and asks to speak to Mike Lux.

FNOJ0694_20161012022334

From 3:34 to 3:58

FNOJ0694_20161012031844

From 1:33 to 2:00 (Woman speaking is Karen Marangi, The Raben Group)

Confidential

FNOJ0694_20161012050206

From 14:18 to 16:17

Confidential