# EXHIBIT
## 24

| | |
|---|---|
| **From:** | ████████ < ████████ @projectveritas.com> |
| **Sent:** | Mon, 26 Sep 2016 17:44:34 -0400 (EDT) |
| **To:** | Project Veritas Production <production@projectveritas.com> |
| **Subject:** | Youtube Link: 9-26-16 Dem Partners |

# Youtube Link: https://youtu.be/dHHPHtdVr2s

LPThumbnailImageID_14749262658800.049517465023607654

Dem Partners 9 26 16
youtu.be

# PV Video Summary Form

**Journalist Name:** Allison Maass

**Date Video Was Obtained:** 09/26/16

**Date of Upload:** 09/26/16

**Target Name/Location/contact info:**

Daily bracketing phone call with DP, HFA and DNC.

Mike Lux, founder of Progressive strategies and political consultant for DNC

> **EXHIBIT** 15
> MAASS
> 8-10-18   RS
> PENGAD 800-631-6989

**Script/Operation:**

**Summary/Screenshots:** Today I asked Mike Lux about his new contract with the DNC and what exactly he will be doing. He didn't give me much but did explain it a little. After Bob asked me to go with him to the White House tomorrow evening and said I should send him my full name on my ID, SSN and the city I was born. To get out of this I told him an hour later that I was not feeling good and think I had food poisoning, so I was going to go home. He said okay and said to make sure I send him that information. I'm hoping that by tomorrow it is too late for me to go

Confidential

PVA00011881

because I was too sick to get him my info, but that it was just a 24 hour thing and I'm feeling better to be back in the office.

I was able to listen to the 1 pm call still and they said a couple of interesting things. They have weekly calls about social media with the Hillary campaign where they talk about how to control the narrative on social media. And they mentioned a "secret war room" where they discuss these thing with other orgs like Planned Parenthood. Also they brought up wanting to get duck calls to add to the Donald Duck costume at events.

**File Name:** Voice Memos - Allison's iPhone – 092616, FNOJ0694_20150825191644

**Relevant Time stamps:**

In FNOJ0694_20150825191644

From 00:00 to 00:56

PV Journalist: So Lauren said you're working with the DNC now?

Mike Lux: Yes.

PV Journalist: That's awesome.

Mike Lux: Yeah, yeah, I'm senior advisor, whatever that means.

PV Journalist: That's cool. Do you know what you'll be doing with them?

Mike Lux: Uh, mostly working on... trying to mobilize the Obama coalition, the progressive base... for young people, people of color, Bernie voters... you know.

PV Journalist: That's a big project.

Mike Lux: Yes, it is. It needs to be done, it needs to be done well. So... I'm not the only one working on it. Yeah... it's good work and I'm enjoying it a

PVA00011882

lot. I'm kind of fully engaged. You asked how my weekend was, I worked all weekend. I worked from home and with work that I love.

PV Journalist: Yeah, so it doesn't feel like work. That's great.


In Voice Memos - Allison's iPhone - 092616

From 00:56 to 03:41

Bob Creamer:

I don't know Aaron if you want to say a word about your call with Zerlina and Jesse (Digital outreach directors for HFA). It happens every week but today it has special importance.

Aaron Black: For the past year and a half we have been acting as an umbrella group for folks who have been the largest social media assets in the country, so we're mobilizing all of our Facebook and Twitter assets. Many of these Facebook pages generate millions of views on memes, graphics and videos. In terms of Twitter we're also working on a plan where we are going to be instant messaging a quarter of a million progressive twitter handles tonight with hashtags and various other things so that we can try to dominate the narrative. Obviously with these debates it's not just the debate it's what people say after and during. And we want to be dominating the message. So if you're interested in being on this call send me a note and I'll send you the call in info.

Bob Creamer: And this is Zerlina and Jess from the campaign who deal with the progressive media and they're on these calls every week, and will be on this call to give everyone the basic guidance.

Aaron Black: And also Kate from the DNC.

Bob Creamer: From the DNC yeah. Right exactly. Okay good.

Confidential

Girl on the call: Just a question what is the hashtag that people are using? Is it just debate night or Hoffstra?

Aaron Black: Well (inaudible but I am pretty sure it's the girls name.) the Clinton campaign is realizing some stuff within the hour and we'll forward it over to you. Just various hashtags that they want to use, and I think with all this stuff you also want to see what organically starts to trend and sometimes it's good to just piggy back off of that.

Bob Creamer: Okay and in any case the Clinton Campaign...

Aaron Black: In any case you all I think I know Eric been added (says the name again) I think you've been added to the digital war room. It's a secret based group where we can communicate in real time. Anybody who wants to be there as well. It's folks like Planned Parenthood and a bunch of grass roots folks. You know like Being Liberal and Occupy Democrats and people with large Twitter accounts.


From 03:41 to 5:22

Mitch Kates, PA DNC political director: Hey guys this is Mitch. I have a question. Is there a plan to order hundreds of those duck call whistles? Because they could be very effective to kind of tie in with the ducks at all of these events. And if you had like a duck and a dozen of them blasting at an event the whole time it would really drum up...

Bob Creamer: Are you talking about duck calls or whistles?

Mitch Kates, PA DNC political director: Oh yeah duck calls. They are like you blow them.

Bob Creamer: Yeah duck calls, like you buy them at the hunting store.

Mitch Kates, PA DNC political director: Just get cheap ones and load up our states so that they're everywhere. They're really loud and obnoxious.

PVA00011884

Bob Creamer: And if you're good at it you sound like a real duck you know. That's a great sound.

Guy on the call: Well you can but I don't think you know you can't take them into rallies for very long because they can identify you. And that's how you can get a duck quacking on your phone and that can be in your back pocket. But they are a great idea for everywhere we can.

Bob Creamer: Well alright.

Aaron Black: They're about $7 I found them online. $7 a piece.

Bob Creamer: They're not cheap.

Aaron Black: I'm sure that there are cheaper ones.


Bob Creamer: Does someone want to search the web for some duck calls? And just send that information to me if you would and that's a good idea and we'll try to get some duck calls to supplement the duck. Good suggestion Mitch.

Confidential