# EXHIBIT 27

| | |
|---|---|
| From: | Angela Brandt |
| Sent: | Fri, 14 Oct 2016 13:13:51 -0400 (EDT) |
| To: | Joe Halderman[jhalderman@projectveritas.com] |
| Subject: | Fwd: Trump Offices In Battle Grounds |

---------- Forwarded message ----------
From: **Aaron Black** <AaronBlack@democracypartners.com>
Date: Fri, Oct 14, 2016 at 11:38 AM
Subject: Re: Trump Offices In Battle Grounds
To: Angelabrandt94@gmail.com

# List of Counter Trump Dates/Locations Activity

## Miami

MIKE PENCE: 10/14/2016, 7:00 PM: Miami-Dade GOP 68th Annual Lincoln Day Dinner. Miami Airport Doubletree Miami, FL

There will be a protest, as well as inside activity. Prior to the event we will do a stand up presser with community members and women's groups. Looking for surrogates right now.

## Ft. Lauderdale

800 S. Andrews Ave, Suite 204, Ft. Lauderdale, FL 33308

Going to Organize an event. Looking for point person



## Tampa

## Orlando

Visibility and Press Conference: 10/15/2016 9:30 AM: Lake Eola Park 101 Rosalind Ave, Orlando Florida 32801

NOW and other local and national groups will do a presser and a mock beauty pageant. Terry Sanders President of Florida Now will speak. Waiting for commitments from PP, NARAL and Equality Florida. Any ideas for local electeds are welcome

## Jacksonville

1 Sleiman Parkway, Suite 270, Jacksonville, FL 32216

Looking for someone to run point

## Tallahassee

420 East Jefferson Street, Tallahassee, FL 32301

Identifying point person

**Pensacola**

MIKE PENCE: 10/14/2016, 3:00 PM: Rally Palafox Wharf Pensacola, FL

Looking for surrogates on the ground.

Pittsburgh

Philadelphia

Scranton

Harrisburg

Erie

Cleveland

Cincinnati

Toledo

Columbus

Youngstown


Charlotte

Raleigh


Denver

Colorado Springs

Pueblo


Las Vegas

Reno


Phoenix

Tucson


Atlanta


Madison

Milwaukee


Detroit

Lansing


DesMoines

Quad Cities

PVA00001557

Richmond

Norfolk

Alexandria/Arlington

Manchester

Portland

Banger

Omaha

On Fri, Oct 14, 2016 at 10:37 AM, Aaron Black <AaronBlack@democracypartners.com> wrote:

---------- Forwarded message ----------
From: **Aaron Black** <AaronBlack@democracypartners.com>
Date: Thursday, October 13, 2016
Subject: RE: Trump Offices In Battle Grounds
To: Jenna Price <PriceJ@dnc.org>
Cc: Matthew Sarge <SargeM@dnc.org>, Sean Sorbie <SorbieS@dnc.org>

Hey Team,
I didn't get the Florida list attachment, but these are the locations we are looking for Trump offices to do bracketing events:

**Florida:**

Miami
Ft. Lauderdale
Tampa
Orlando
Jacksonville
Tallahassee

**Pennsylvania:**

Pittsburgh
Philadelphia
Scranton
Harrisburg
Erie

Ohio:

Cleveland
Cincinnati
Toledo
Columbus
Youngstown

**North Carolina:**

Charlotte
Raleigh

**Colorado:**

Denver
Colorado Springs
Pueblo

**Nevada:**

Las Vegas
Reno

**Arizona:**

Phoenix
Tucson

**Georgia:**

Atlanta

**Wisconsin:**

Madison
Milwaukee

**Michigan:**

Detroit
Lansing

**Iowa:**

DesMoines
Quad Cities

**North Carolina:**

Richmond
Norfolk
Alexandria/Arlington

**New Hampshire:**

Manchester

**Maine:**

Portland
Banger

**Nebraska:**

Omaha

On Thu, Oct 13, 2016 at 8:14 PM, Jenna Price <PriceJ@dnc.org> wrote:

Thanks for this adding Aaron to the chain too.

**From:** Matthew Sarge
**Sent:** Thursday, October 13, 2016 6:30 PM
**To:** Sean Sorbie <SorbieS@dnc.org>
**Cc:** Jenna Price <PriceJ@dnc.org>
**Subject:** RE: Trump Offices In Battle Grounds

I don't have anything updated.

Florida is attached, but I don't have anything else comprehensive

**From:** Sean Sorbie
**Sent:** Thursday, October 13, 2016 6:20 PM
**To:** Matthew Sarge <SargeM@dnc.org>
**Cc:** Jenna Price <PriceJ@dnc.org>
**Subject:** Trump Offices In Battle Grounds

You got a list of those, Sarge? It's for Jenna.