# EXHIBIT
# 28

| | A | B | C | D |
|---|---|---|---|---|
| 1 | subtype | user | username | text |
| 2 | | U1ULN10DS | | <!channel> I texted Aaron again this morning. He will be in PA all weekend. |
| 3 | | U2ERXJRF1 | | <@U1ULN10DS> Any specific cities in addition to Philly? Or do you gather he'll primarily be in the Philly area? |
| 4 | | U1ULN10DS | | Idk he just said he was going to Pennsylvania |
| 5 | | U2ERXJRF1 | | <https://breakthroughchat.slack.com/archives/democracypartners/p1475781497000292> <@U1U7KPP9R> any idea when Black plans to leave Philly for VA? |
| 6 | | U1U7KPP9R | | <@U2ERXJRF1>: <@U1ULN10DS> I'm not sure because I don't even see events in either state for the next few days. |
| 7 | | U1U7NT003 | | <@U2ERXJRF1> please arrange to have <@U1ULN10DS> rendouvouz with black at a gay bar somehwere in the USA in the before end of next weekend. |
| 8 | | U2ERXJRF1 | | <@U1U7NT003> Will do :rainbow: :beers: |
| 9 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LP078SW/slack_for_ios_upload.jpg\|Slack for iOS Upload> |
| 10 | | U1U7KPP9R | | Note pad on black's desk. Not sure if it's of any use. |
| 11 | | U2ERXJRF1 | | <@U1U7KPP9R> see if you can get access to the "google group." |
| 12 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LRK8QF6/slack_for_ios_upload.jpg\|Slack for iOS Upload> |
| 13 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LRKDRRS/slack_for_ios_upload.jpg\|Slack for iOS Upload> |
| 14 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LRKJ9K6/slack_for_ios_upload.jpg\|Slack for iOS Upload> |
| 15 | | U1U7KPP9R | | New DNC security guidelines as of August that they have me. |
| 16 | | U1U9VHW8Z | | <@U1U7KPP9R>: very interesting...keep your eyes on the trash bins...esp around Creamer. |
| 17 | | U1U7NT003 | | <@U1U7KPP9R> confirm you have seen the messages regarding "Hatch Act" violations. Any comments by the individuals on the phone, calling from the white house. if they are not using a seperate line, to help the HRC campaign it would be newsworthy |
| 18 | | U1U7KPP9R | | I saw the messages. I've only been on 2 calls with the White House and both times HFA or DNC was not involved. |
| 19 | | U1U7KPP9R | | Can I take things out of the trash? |
| 20 | | U2ERXJRF1 | | <@U1U9G74S3>: any insight on the "dumpster-diving" laws in DC? |



PENGAD 800-631-6989

EXHIBIT
24
MAASS
8-10-18   RS

PVA00010021

| | A | B | C | D |
|---|---|---|---|---|
| 21 | | U2ERXJRF1 | | <@U1U7KPP9R>: from my 10 minute Google search, appears to be legal once the trash is discarded to the public street. |
| 22 | | U2ERXJRF1 | | <http://www.dcintersections.americanobserver.net/2010/07/17/redefin ing-trash-to-make-a-statement/> "Freegan" movement (wordplay on Vegan) in DC |
| 23 | | U1U7KPP9R | | I went into bobs office and nothing in the trash but here are the papers that were on his desk. |
| 24 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R\|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LQJEWG3/slac k_for_ios_upload.jpg\|Slack for iOS Upload> |
| 25 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R\|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LSJ45PC/slack _for_ios_upload.jpg\|Slack for iOS Upload> |
| 26 | file_share | U1U7KPP9R | pizzaqueen | <@U1U7KPP9R\|pizzaqueen> uploaded a file: <https://breakthroughchat.slack.com/files/pizzaqueen/F2LSCHA0Z/slack _for_ios_upload.jpg\|Slack for iOS Upload> |
| 27 | | U2ERXJRF1 | | CA Lieutenant Governor/former San Fran Mayor Gavin Newsom sent Creamer a typed letter only saying "It was nice to see you last week." ...interesting |
| 28 | | U2ERXJRF1 | | <https://www.google.com/amp/s/bookwormroom.wordpress.com/200 7/02/01/i-guess-this-will-kill-the-gay-rumors/amp/> |
| 29 | | U1U9G74S3 | | ██████████████████████████████ |
| 30 | | U1U7NT003 | | <@U2ERXJRF1> please make sure that <@U1ULDRWG5> sends an email to Vargas to call him. We will say we are writing a check to voces and see what other information we can obtain on a phone call re civil disobedience, voting and the midterms |
| 31 | | U1U7NT003 | | <@U2ERXJRF1> we need <@U1WNWLL58> to call <@U1U9VHW8Z> — because we need him to call Foval and eventually creamer to offer 200K+ and when he makes the offer get additional information from voval on that stuff |
| 32 | | U1U7NT003 | | these things are URGENT |
| 33 | | U2ERXJRF1 | | <@U1U7NT003>: Got it. Will get in touch with <@U1ULDRWG5> and <@U1WNWLL58>. |
| 34 | | U1U7NT003 | | Foval: "We can have another call [on the fraud] after the election cycle" - - You can follow up |
| 35 | | U1U7KPP9R | | Thank you <@U1U9G74S3> |
| 36 | | U1U7NT003 | | <@U2ERXJRF1> joe is playing the role of Roth |
| 37 | | U1U7NT003 | | we are calling Foval now with Joe playing Roth |
| 38 | | U1U7NT003 | | he did not pick up |
| 39 | | U2ERXJRF1 | | Copy |

PVA00010021