# EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Democracy Partners, LLC,** *et al.*, <br> Plaintiffs <br><br> v. <br><br> **Project Veritas Action Fund,** *et al.* <br> Defendants | Civil Action No.: 1:17-cv-1047-ESH |

## DEFENDANTS' RULE 30(B)(6) DEPOSITION NOTICE TO PLAINTIFFS DEMOCRACY PARTNERS, LLC AND STRATEGIC CONSULTING GROUP, NA, INC.

PLEASE TAKE NOTICE that Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass, by counsel, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure will, at **10:00 AM** EST on **March 14, 2018**, at the offices of Redmon, Peyton & Braswell, LLP, 510 King Street, Suite 301, Alexandria, Virginia 22314, take the deposition of the person(s) designated by Plaintiff Democracy Partners, LLC and Plaintiff Strategic Consulting Group, NA, Inc. to testify about the described matters set forth in the attached Schedule A. The deposition will continue until concluded and will be recorded by stenographic means for purposes of use in the above-reference litigation and at trial. All parties are invited to attend.

1


        Respectfully submitted,
**Project Veritas Action Fund**
**Project Veritas**
**James O'Keefe**
**Allison Maass**
By Counsel

 /s/   Daniel D. Mauler
Daniel D. Mauler
(D.C. Bar No. 977757)
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA  22314
Tel: (703) 684-2000
Fax: (703) 684-1509
dmauler@rpb-law.com

 /s/   Benjamin T. Barr
Benjamin T. Barr
(Admitted *pro hac vice*)
THE LAW OFFICE OF BENJAMIN BARR
444 North Michigan Ave.
Suite 1200
Chicago, Illinois 60611
Tel: (202) 595-4671
B@benjaminbarr.com

 /s/   Stephen R. Klein
Stephen R. Klein
(Admitted *pro hac vice*)
LAW OFFICE OF STEPHEN R. KLEIN
500 Madison Street #419
Alexandria, VA 22314
Tel: (734) 233-1705
stephen.klein.esq@gmail.com

*Counsel for Defendants Project Veritas Action Fund,*
*Project Veritas, Allison Maass, and James O'Keefe*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2018, I caused a true and accurate copy of the foregoing to be served on the following counsel of record in this case by e-mail and by U.S. Mail:

Joseph E. Sandler
Dara Lindenbaum
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1025 Vermont Ave., N.W. Suite 300
Washington, D.C. 20005

Yael Bromberg
Aderson Francois
INSTITUTE FOR PUBLIC REPRESENTATION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001

*Counsel for Plaintiffs*

/s/ Daniel D. Mauler
Daniel D. Mauler (D.C. Bar No. 977757)
REDMON, PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA 22314
Ph: (703) 684-2000
Fax: (703) 684-1509
dmauler@rpb-law.com
*Counsel for Defendants Project Veritas Action Fund, Project Veritas, Allison Maass, and James O'Keefe*

3

## **SCHEDULE A**

Attachment to Fed. R. Civ. P. 30(b)(6) Deposition Notice to:
**Plaintiff Democracy Partners, LLC and
Plaintiff Strategic Consulting Group, NA, Inc.,
(collectively referred to as the "Plaintiffs")**

Defendant Project Veritas Action Fund, by counsel, will examine the designated witnesses on the following subjects:

1. Democracy Partners, LLC's information technology and communications systems, including computers, computer systems, software, and data storage systems used by the organization's management, employees, agents, and fiduciaries for (1) creating and maintaining the records of the organization, and (2) communication between and among the management, employees, vendors, and customers.

2. Strategic Consulting Group, NA, Inc.'s information technology and communications systems, including computers, computer systems, software, and data storage systems used by the organization's management, employees, agents, and fiduciaries for (1) creating and maintaining the records of the organization, and (2) communication between and among the management, employees, vendors, and customers.

3. E-mail accounts and other electronic accounts provided by Democracy Partners, LLC to its management, employees, agents, and fiduciaries to be used in normal business operations.

4. E-mail accounts and other electronic accounts provided by Strategic Consulting Group, NA, Inc. to its management, employees, agents, and fiduciaries to be used in normal business operations.

5. Democracy Partners, LLC's document, electronic communications, and ESI back-up and retention policies and practices in effect since 2010 to the present.

6. Strategic Consulting Group, NA, Inc.'s document, electronic communications, and ESI back-up and retention policies and practices in effect since 2010 to the present.

7. The mode, manner, and storage of electronic communications (including but not limited to e-mail or text messaging) used by Democracy Partners, LLC, its employees, management, vendors, and customers.

8. The mode, manner, and storage of electronic communications (including but not limited to e-mail or text messaging) used by Strategic Consulting Group, NA, Inc., its employees, management, vendors, and customers.

9. All steps taken by Democracy Partners, LLC, and Strategic Consulting Group, NA, Inc. to preserve relevant or responsive information or ESI for use in this litigation.

10. The electronic pass card described in Paragraph 31 of the Complaint filed in this matter, along with the overall electronic system that utilizes or interacts with the pass card.

11. The procedures followed by Democracy Partners, LLC and Strategic Consulting Group, NA, Inc., in searching for and identifying electronic

documents and other ESI responsive to the Defendants' Interrogatories and Requests for the Production of Documents and ESI previously served in this case.

12. To the extent not covered above, any other information technologies or electronic technologies utilized by Democracy Partners, LLC.

13. To the extent not covered above, any other information technologies or electronic technologies utilized by Strategic Consulting Group, NA, Inc.

14. Electronic or information technology steps taken by Democracy Partners, LLC or Strategic Consulting Group, NA, Inc. to safeguard the confidentiality of their electronic data, communications, and operations.

15. The designated witness's preparation for the deposition, including the documents reviewed in his preparation.

16. The designated witness's experience, including the bases for his knowledge to answer on the subjects specified in this notice.