# EXHIBIT 31

# PV Video Summary Form

**Journalist Name: Allison Maass**

**Date Video Was Obtained:**

**Date of Upload:**

**Target Name/Location/contact info:**

Michael Dolan, Teamsters Legislative Representative



Celinda Lake, President of Lake Research Partners





Confidential                                                                                                           PVA00006334

From LRP's website: Celinda Lake is one of the Democratic Party's leading political strategists, serving as tactician and senior advisor to the national party committees, dozens of Democratic incumbents, and challengers at all levels of the electoral process. Celinda and her firm are known for cutting-edge research on issues including the economy, health care, the environment and education, and have worked for a number of institutions including the Democratic National Committee (DNC), the Democratic Governor's Association (DGA), AFL-CIO, SEIU, CWA, IAFF, Sierra Club, NARAL, Human Rights Campaign, Planned Parenthood, The Next Generation, EMILY's List, VoteVets Action Fund, and the Kaiser Family Foundation.

### Script/Operation:

**Summary/Screenshots** I went to a meeting that Laura called TOW at the Communications Workers of America HQ. Celinda Lake, a big time Democratic pollster who works with the DNC and other Democratic organizations was hired by CWA to conduct a poll about Wall Street issues. There was some negativity about Hillary and at one point it sounds like she says she is going to change the sample demographic to people under 60 instead of people under 50 to make it sound better. Also a lobbyist for the Teamsters says that they lie to voters about whether candidates are pro-gun.

**File Name:** FNOJ0694_20150827223317, FNOJ0694_20150827230052, FNOJ0694_20150827232825

### Relevant Time stamps:

FNOJ0694_20150827223317

From 2:43 to 27:32 the meeting starts and Celinda from LPR goes through the results of their polls about Wall Street that the CWA requested.

At 24:20 Celinda Lake, president LPR: We're going to skip rapidly through the senate races, but what you can see is that all of those races are all pretty close to what they are right now. Strickland unfortunately receded a little bit more in more recent data and McGinty a little bit more up, but that's not our task here.


FNOJ0694_20150827230052

From 0:00 to 27:32 The meeting continues.

At 23:10 Michael Dolan, Teamsters Legislative Representative: So I'm Mike from Teamsters. So as we're deploying messaging and bodies out of the headquarters to these states I'm thinking a little bit about our demographics. I'm thinking about non-college educated white guys.

Celinda: Your guys respond to this like crazy.

At 24:05 Michael Dolan, Teamsters Legislative Representative: Because ours is a demographic that everybody is a little worried about particularly at the top of the ticket. So that's really helpful.

Guy 1: It would be encouraging if Hillary was talking more about these issues.

Michael Dolan: Yeah that would be helpful.

At 24:53 Celinda: First of all I'm glad and I should have thanked all of the labor unions around the table. You guys are very trusted messengers on this stuff. Even to Republican members because people think you are not going to lie to them about (inaudible), you are not going to lie to them about how pensions work and stuff and risking things on Wall Street and loopholes. You might lie to them about whether someone is really good on their guns or something like that. You might lie to them about...

Michael Dolan: Oh no we do.

Celinda: Marriage equality and why the hell you talk about it to begin with, but they don't think you lie to them about the economy. They think I can make up my own mind but boy the unions give me good information. So you're an incredibly good validator on this stuff.

John CWA: I just think there might be a slide that we went through quickly to look at who are the voters who moved in the senate tests. We could go down a little bit on that. Because I agree that people may be doing targeted communications with folks on this....

Confidential
PVA00006336

FNOJ0694_20150827232825

From 0:00 to 13:10

At 0:00 John: This.

Celinda: So younger here by the way is under 50. Under 50 or 45? Under 50. I'm moving it up to under 60 on the slide itself. You're in good hands with Lake Research Partners. (Laughs) But right we got to talk about taking it down to under 50. But notice Independents. Notice under here weak Democrats. Democrats who are voting for Jill Stein Democrats who are voting for Gary Johnson too. But really what's really strong here is Independents Independents. Post the convention we were winning the Democrats, or the Indepdents. All of these senate race consolidations and all of the presidential race consolidations was all a loss of Independents. It was indepdent women going undecided and independent men going into third parties. That's who is there. That's who we have to go get. We have to get them and we have to hold them. And frankly we are having a really really hard time holding them. Our candidates Hillary is having a hard time holding them. And our senate candidates are having a very hard time holding them. And they are pouring money into them. All of the senate races we are involved they really have to buy support they're pouring money into these people. So drawing this kind of contrast that's very salient very populous and very credible to them. Very very powerful to Indepdent voters.

At 2:26 Celinda Lake, president LPR: We are all excused from our day jobs right now we have our partisan hats on. Democrats are 11 points behind the Republicans on the economy right now. We are 7 points behind the Republicans on jobs. We never won a presidential election, never in the history since we've done polling data that we weren't even on that. We are in trouble. Hillary Clinton before that debate, I don't' know since the debate, but before the debate went in behind Donald Trump on the economy. We have to break out. And we can talk about the economy, we can talk about roads, we can talk about education and all that stuff. It's important. It's not going to tie break for these cynical Indpedent voters who are (inadubile) in 30 seconds.

Confidential
PVA00006337

At 3:12 Celinda Lake, president LPR: I don't even care if the person after the conversation understands what (inaudible) loophole is. Let's just close that god damn Wall Street loophole. That's what I want them to say. So why are you changing your mind? Because I'm going to close that god damn Wall Street loophole. And my opponent or Donald Trump is going to take those guys and keep that loophole open because they bought that loophole and they're paying for it right now. I think that helps us. It isn't in place of the other messages. Now if we had a poll right now and we said what's the most important issue, Wall Street would be down no question about it. But when you think about the kind of populism. The linkage to campaign finance, the specifitiy, the clarity, this is the kind of issue that has a lot of power.

Guy 2: So Celinda fundamentally you're declaring what side you're on on this economy, which...

Celinda Lake, president LPR: That's right.

Guy 2: If you watched the beginning of the debate the other night you knew where Trump was. He was on the side of working people and (inaudible) trade, but you couldn't tell where she was.

Celinda Lake, president LPR: That's right.

Guy 2: She just listed a laundry list of stuff.

Celinda Lake, president LPR: That's exactly right. And it's very clarifying here that's exactly right. And again not so much in the presidential because the presidential is complicated. I don't think she's going to talk more about it so whatever. We can all revisit that in our memoirs. But the house and senate candidates will talk about it, and one of the things, and we just made this argument on the hill in a morning briefing today. People think it's tough to take these positions.

Confidential
PVA00006338