UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,　　　　　　CASE NO.: 1:17-CV-1047-ESH
et al.,

　　　　Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

　　　　Defendants.
_____/

**DECLARATION OF STEPHEN KLEIN AND INDEX OF EXHIBITS TO
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Stephen Klein, do herein depose and state as follows:

1.　　I am over the age of eighteen and am competent to testify to the matters set forth herein.

2.　　I am counsel for Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass in the above-captioned litigation.

3.　　I make this declaration based on my personal knowledge.

4.　　Attached as **Exhibit 1** is a true and accurate copy of excerpts of the transcript of the oral Rule 50 ruling in the case in the case *Teter v. Project Veritas Action Fund, et al.*, Case No. 17-cv-00256 (W.D. N.C.), dated May 22, 2019.

5.　　Attached as **Exhibit 2** is a true and accurate copy of an excerpt from a timeline attached to the memorandum from Brad Woodhouse of Americans United for Change to Chuck Loveless, dated November 16, 2016, produced by the Plaintiffs as DP_0005697. The

confidentiality of this production was de-designated by the Plaintiffs on June 8, 2018. Plaintiffs submitted the main body of if the memorandum as an exhibit to their Response brief. Dkt. 68-17.

6. Attached as **Exhibit 3** is a true and accurate copy of an e-mail thread between Cynthia Conlin (counsel to Steve Wentz), Lauren Windsor and Yael Bromberg, dated June 23, 2017, produced in the matter *Wentz v. Project Veritas and Allison Maass*, Case No. 6:17-cv-01164-GKS-GJK (M.D. Fla. 2019) as WENTZ PROD 00365.

7. Attached as **Exhibit 4** is a true and accurate copy of an e-mail thread between Lauren Windsor, Joe Sandler, Mike Lux, Lisa Graves, Niketa Kumar and Robert Creamer, dated January 9, 2017, produced by the Plaintiffs as DP_0010237.

8. Attached as **Exhibit 5** is a true and accurate copy of additional excerpts from the transcript of the deposition of Lauren Windsor, dated July 18, 2018.

9. Attached as **Exhibit 6** is a true and accurate copy of an e-mail from Lauren Windsor to Ryan Grim, dated January 10, 2017, produced by the Plaintiffs as DP_0009757. The confidentiality of this exhibit was de-designated by the Plaintiffs on June 5, 2019.

10. Attached as **Exhibit 7** is a true and accurate copy of excerpts of the transcript of the Rule 50 hearing in the case *Teter v. Project Veritas Action Fund, et al.*, Case No. 17-cv-00256 (W.D. N.C.), Dkt. 119, dated May 21, 2019.

11. **Exhibit 8**,[1] to be filed contemporaneously with this declaration, is a true and accurate copy of audio recorded by Allison Maass on or about September 26, 2016 of a bracketing call, produced by the Project Veritas Parties as PVA00013273. The confidentiality of this production is hereby de-designated by the Project Veritas Parties.

---

[1] Exhibits 8, 9 and 11 are all multimedia exhibits that are included on the same DVD.

12. **Exhibit 9**, to be filed contemporaneously with this declaration, is a true and accurate copy of raw video created by Allison Maass on or about October 5, 2016 at the Democratic National Committee in conversation with DNC staffer Jenna Price and a DNC intern, produced by the Project Veritas Parties as PVA00013381. The confidentiality of this production is hereby de-designated by the Project Veritas Parties.

13. Attached as **Exhibit 10** is a true and accurate copy of additional excerpts from the transcript of the deposition of Robert Creamer, dated July 31, 2018.

14. **Exhibit 11**, to be filed contemporaneously with this declaration, is a true and accurate copy of raw video created by Allison Maass on or about October 12, 2016, produced by the Project Veritas Parties as PVA00013411. The confidentiality of this production is hereby de-designated by the Project Veritas Parties.

Executed on June 16, 2019

*[Signature: Stephen Klein]*

Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@statecraftlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that on June 17, 2019, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

>  */s/ Paul A. Calli*
> Paul A. Calli, Esq.

I CERTIFY that copies of exhibits that could not be filed electronically will be served by hand delivery on opposing counsel at the following address:

Joseph Sandler
Dara Lindenbaum
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005

> Stephen R. Klein