# **EXHIBIT 3**



Cynthia Ariel Conlin <cynthia@cynthiaconlin.com>

## New Case Filed: Wentz v. Project Veritas, 6:17-cv-01164-GKS-GJK

**Yael Bromberg** <Yael.Bromberg@law.georgetown.edu>   Fri, Jun 23, 2017 at 6:10 PM
To: Lauren Windsor <lauren@americanfamilyvoices.org>
Cc: Cynthia Ariel Conlin <cynthia@conlinpa.com>

Yes, I second re: the Intercept.

Also:
Joe Strupp
senior reporter
Media Matters for America
Office - 973-763-0361
Cell - 973-713-1950
jstrupp@mediamatters.org

On Jun 23, 2017 6:02 PM, "Lauren Windsor" <lauren@americanfamilyvoices.org> wrote:
> This is very exciting! And yes, here are a few reporters. Grim has been really excellent on his coverage. I plan on writing something about this myself for the Huffington Post.
>
> Ryan Grim, The Intercept       ryangrim@gmail.com
>
> Dave Weigel, Washington Post       daveweigel@gmail.com, David.Weigel@washpost.com,
>
> Sam Stein, Huffington Post       samstein@huffingtonpost.com
>
> Would love to chat with you when you have a chance, Cynthia. Do you have the proper address to serve Allison?
>
> L.
>
>> On Jun 23, 2017, at 4:32 PM, Cynthia Ariel Conlin <cynthia@conlinpa.com> wrote:
>>
>> Hi Lauren and Yael,
>>
>> Sorry I haven't been in contact lately as I've been slammed. But today I finally filed the Wentz complaint. I ended up adding - wait for it - Breitbart News. It too me forever because O'Keefe is so prolific!!
>>
>> Hope you like it. Copy attached.
>>
>> Also - so far - I've reached out to no reporters. Do you have a favorite reporter I should send this to?
>>
>> Regards,
>>
>> Cynthia Conlin
>>
>> #ORLANDOSTRONG
>>
>>
>> Lauren Windsor
>> Executive Director
>> American Family Voices

WENTZ PROD 00365