# EXHIBIT 4

| | |
|---|---|
| Subject: | Re: New JOK teaser |
| From: | Lauren Windsor <laurenwindsor27@gmail.com> |
| Sent: | Mon, 9 Jan 2017 11:21:37 -0500 |
| Cc: | Joe Sandler <sandler@sandlerreiff.com>, Mike Lux <mike@mikeluxmedia.com>, Lisa Graves <lisa@prwatch.org>, Niketa Kumar <niketa.kumar@berlinrosen.com> |
| To: | Robert Creamer <creamer2@aol.com> |

There will be more context in Ryan's article about it. The point is not to explain everything in the teaser. A tweet from the Undercurrent is not going to get out to anyone. I only have 1800 followers.

> On Jan 9, 2017, at 11:11 AM, Robert Creamer <creamer2@aol.com> wrote:

I agree much better.   But I think that without an explanation of context — which IS the broader piece — it is completely confusing.
If I were going to tease this I would do what O'Keefe does: a tweet that says something like: **We've Turned the Tables: Undercurrent to release results of investigation of James O'Keefe spy operations tomorrow AM — Stay Tuned.**

Then give Grim the finished piece for release first thing AM….. send it to the Tip sheets at 4AM (one at a time with personal notes)… and see if CNN will take it first thing.

Then blast it at 10AM or so.

But it's up to you guys.

> On Jan 9, 2017, at 9:37 AM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

We pitched an exclusive on the teaser to Ryan Grim, and he wants to do it tonight if possible, and promises follow up coverage on the extended clip and thereafter. He gave us some feedback on it, and we revised accordingly. I think everyone will agree it is much better. We are aiming to finish the extended clip this afternoon. Back to the grind.
Please let me know your feedback on this revision asap.

https://www.youtube.com/watch?v=WYKIO9kWrPg


Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011