# EXHIBIT 6

| | |
|---|---|
| From: | Lauren Windsor <laurenwindsor27@gmail.com> |
| Subject: | O'Keefe video |
| Sent: | Tue, 10 Jan 2017 13:47:24 -0500 |
| To: | Ryan Grim <ryan@huffingtonpost.com> |

Your feedback is welcome… Please let me know your eta for a piece so I can be on the look out.

L.

_____

Is Project Veritas Conducting Political Hit Jobs for Donald Trump?
https://www.youtube.com/watch?v=5WDWLeRKc2Y

Rightwing operative caught offering money to protesters to stage violent disruption of the Trump inauguration, part of a pattern of attacks orchestrated against progressives by James O'Keefe, in coordination with Breitbart News and with the support of Donald Trump.



Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

CONFIDENTIAL                                                                                                                                               DP_0009757