# **EXHIBIT 8**

