UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,  
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,  
et al.,

      Defendants.

_____/

CASE NO.: 1:17-CV-1047-ESH

### PROJECT VERITAS PARTIES' NOTICE OF FILING PURSUANT TO LOCAL CIVIL RULE 5.4(e)(1)

Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass ("the Project Veritas Parties") file this Notice Pursuant to Local Civil Rule 5.4(e)(1).

On June 17, 2019, the Project Veritas Parties filed a Reply in Support of Motion for Summary Judgment. Dkt. 71. Contemporaneously with this filing, the Project Veritas Parties filed further exhibits. Dkt. 72.

Among the exhibits are Exhibits 8, 9 and 11. Because those exhibits are not in a format compatible with electronic filing, they were submitted to the Court on a disc. The Project Veritas Parties give notice that the custodian for purposes of Local Civil Rule 5.4(e)(1) shall be:

> Stephen R. Klein
> STATECRAFT PLLC
> 1629 K Street NW, Suite 300
> Washington, DC 20006
> Telephone: (202) 804-6676
> steve@statecraftlaw.com

Respectfully submitted,

By:   /s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
STATECRAFT PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@statecraftlaw.com

/s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
STATECRAFT PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: (202) 595-4671
ben@statecraftlaw.com
*admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to the attorneys of record.

                                          By:    /s/ Stephen R. Klein
                                                         Stephen R. Klein