**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY PARTNERS, *et al.*,

*Plaintiffs,*

v.

PROJECT VERITAS ACTION FUND, et al.,

*Defendants.*

Case No. 17-1047 (ESH)

**UNITED STATES OF AMERICA'S ACKNOWLEDGMENT OF
CONSTITUTIONAL QUESTION AND UNOPPOSED MOTION
FOR ADDITIONAL TIME TO CONSIDER INTERVENTION**

On May 6, 2019, Defendants in the above-captioned action filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1(a).  *See* ECF No. 65.  In that Notice, Defendants stated that they had filed a motion for summary judgment challenging the constitutionality of a federal statute, 18 U.S.C. § 2511(2)(d), as violative of the First Amendment to the U.S. Constitution.  This Court has certified the constitutional question.  *See* ECF No. 67; *see also* Fed. R. Civ. P. 5.1(b); 28 U.S.C. § 2403.  Federal Rule of Civil Procedure 5.1(c) provides that: "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier," which in this case would be July 5, 2019, unless the Court sets a later date.

The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a). Counsel for the United States respectfully advises the Court that the United States has not yet decided whether to intervene in this action to defend the constitutionality of § 2511(2)(d). The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute. *See* 28 C.F.R. § 0.21. The process of obtaining a decision on intervention from the Solicitor General generally takes at least several weeks, sometimes longer, and Defendant's Rule 5.1 Notice only recently came to the attention of the component of the Department of Justice responsible for recommending to the Solicitor General whether intervention is warranted. Consequently, additional time is needed to obtain a decision on intervention.

Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1), counsel for the United States hereby submits this unopposed motion to extend the time period during which the United States may intervene for the limited purpose of defending the constitutionality of § 2511(2)(d) by an additional sixty days, up to and including **September 3, 2019**. If the United States intervenes, it will be prepared to file its memorandum in defense of the constitutionality of the statute that same day. The United States has not previously requested any extension of time in this motion. Undersigned counsel for the United States has spoken with counsel for Plaintiffs and counsel for Defendants regarding this motion. No party opposes the United States' request for a sixty-day extension to determine whether to intervene.

Dated: June 28, 2019

Respectfully submitted,

JOSEPH HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY, MD Bar
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 514-9239
Fax: (202) 616-8470
Email: kate.bailey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, the foregoing document was electronically filed with the Court's Electronic Filing System which served the document electronically on all registered attorneys of record.

*/s/ Kate Bailey*
KATE BAILEY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 514-9239
kate.bailey@usdoj.gov

*Counsel for the United States of America*