UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,　　　　　　　　　CASE NO.: 1:17-CV-1047-ESH
et al.,

    Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

    Defendants.
_____/

**<u>PROJECT VERITAS ACTION FUND, PROJECT VERITAS, JAMES O'KEEFE AND ALLISON MAASS'S UNOPPOSED MOTION FOR LEAVE TO FILE OMNIBUS RESPONSE TO GOVERNMENT RULE 5.1 FILINGS</u>**

In their Motion for Summary Judgment, the Project Veritas Parties challenge the constitutionality of the "tortious purpose" exception to the one party consent to record rules in both D.C. CODE § 23-542(b)(3) and 18 U.S.C. § 2511(2)(d).

Pursuant to Rule 5.1, the District of Columbia has filed a response arguing the constitutionality of the tortious purpose exception in D.C. CODE § 23-542(b)(3). [D.E. 76]. The United States Department of Justice has obtained an extension until September 3, 2019 to reach a determination whether to intervene and to file any Rule 5.1 memorandum as to 18 U.S.C. § 2511(2)(d). *See* 6/29/19 Minute Order.

In order to respond efficiently to common constitutional arguments, the Project Veritas Parties request leave to file a single Omnibus Response to the government filings following the September 3, 2019 deadline for any submission by the DOJ. Proceeding efficiently on the overlapping arguments supports good cause for granting this motion. Additionally, the undersigned have conferred with counsel for Plaintiffs, counsel for the District of Columbia, and DOJ counsel – none oppose this Motion. The Project Veritas Parties propose to file their Omnibus

Response on September 17, 2019 (fourteen days from the deadline for the DOJ's intervention decision and Rule 5.1 filing).

A proposed order granting this Motion is attached as **Exhibit A**.

[Remainder of Page Intentionally Left Blank]

Respectfully submitted,

By:  /s/ Paul A. Calli
    Paul A. Calli
    Florida Bar No. 994121
    Email: PCalli@Calli-Law.com
    Chas Short
    Florida Bar No. 70633
    Email: CShort@Calli-Law.com
    *Admitted pro hac vice*

| | |
|---|---|
| /s/ Kerry Brainard Verdi | /s/ Michael J. Madigan |
| Kerry Brainard Verdi, Esq. | Michael J. Madigan |
| Bar No. 478486 | Bar No. 71183 |
| Benjamin R. Ogletree | LAW OFFICES OF MIKE MADIGAN PLLC |
| Bar No. 475094 | 3910 Hillandale Court NW |
| VERDI & OGLETREE PLLC | Washington DC 20007 |
| 1325 G Street, NW, Suite 500 | Telephone: (202) 255-2055 |
| Washington, DC 20005 | Mjm20@mac.com |
| Telephone: (202) 449-7703 | |
| Facsimile: (202) 449-7701 | |
| kverdi@verdiogletree.com | |
| | |
| /s/ Benjamin T. Barr | /s/ Stephen R. Klein |
| Benjamin Barr (Pro Hac Vice) | Stephen R. Klein |
| STATECRAFT PLLC | Bar No. 177056 |
| 444 N. Michigan Ave. #1200 | STATECRAFT PLLC |
| Chicago, Illinois 60611 | 1629 K Street NW |
| Telephone: 202-595-4671 | Suite 300 |
| ben@statecraftlaw.com | Washington, DC 20006 |
| *Admitted pro hac vice* | Telephone: (202) 804-6676 |
| | steve@statecraftlaw.com |

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on August 22, 2019, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

>                    */s/ Paul A. Calli*
>                    Paul A. Calli, Esq.