# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS, LLC,** *et al.* | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) No. 1:17-cv-1047-ESH |
| | ) |
| **PROJECT VERITAS ACTION** | ) |
| **FUND, LLC,** *et al.* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ERRATA REGARDING NOTICE OF THE UNITED STATES OF DECISION NOT TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF A FEDERAL STATUTE

The United States respectfully submits this errata to ECF No. 78. Below the signature block, the Notice indicated incorrect representation. The attached Exhibit A includes the notice as corrected, indicating that counsel represent the United States.

DATED: August 29, 2019                    Respectfully submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                ERIC R. WOMACK
                                                Assistant Director, Federal Programs Branch

                                                */s/ Christopher R. Healy*

                                                CHRISTOPHER R. HEALY
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L St. NW
                                                Washington, D.C. 20530
                                                Telephone: (202) 514-8095
                                                Facsimile: (202) 616-8470
                                                E-mail: Christopher.Healy@usdoj.gov

                                                *Counsel for the United States*

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS, LLC,** *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:17-cv-1047-ESH |
| **PROJECT VERITAS ACTION FUND, LLC,** *et al.* | ) |
| Defendants. | ) |

## NOTICE BY THE UNITED STATES OF DECISION NOT TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF A FEDERAL STATUTE

The United States appreciates the opportunity to consider whether to intervene in this case for the limited purpose of defending the constitutionality of 18 U.S.C. § 2511(2)(d). The United States has determined that its intervention is not warranted at this time.

DATED: August 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for the United States*