## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, **Plaintiffs,** v. PROJECT VERITAS ACTION FUND, *et al.*, **Defendants.** | Civil Action No. 17-01047 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please enter the appearance of Assistant Attorney General Micah Bluming and withdraw the appearance of Gregory Cumming as counsel for the District of Columbia.

Dated:  February 21, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)

micah.bluming@dc.gov

*Counsel for the District of Columbia*