# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **PROJECT VERITAS ACTION FUND,** *et al.*, <br><br> Defendants. | Civil Action No. 17-1047 (ESH) |

## ORDER

Before the Court is defendants' motion for summary judgment (ECF No. 63). For the reasons stated in an accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendants' motion for summary judgment is **GRANTED** as to plaintiffs' claims for trespass and breach of fiduciary duty; it is further

**ORDERED** that defendants' motion for summary judgment is **DENIED** as to plaintiffs' claims for fraudulent misrepresentation, unlawful wiretapping, and civil conspiracy.

It is further

**ORDERED** that on or before **April 20, 2020**, the parties shall confer and file a joint status report proposing a schedule for further proceedings.



ELLEN S. HUVELLE
United States District Judge

Date:   March 31, 2020