UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

      Defendants.
_____/

CASE NO.: 1:17-CV-1047-ESH

**CERTIFICATION OF CONFERRAL WITH RESPECT TO PROJECT VERITAS PARTIES' MOTION TO ADMIT CREAMER'S FEDERAL FELONY CONVICTIONS FOR BANK FRAUD AND TAX CRIMES AND INCORPORATED MEMORANDUM OF LAW [D.E. 85]**

Pursuant to the Local Rules, the undersigned counsel have conferred with counsel for Plaintiffs. Counsel for Plaintiffs indicate that Plaintiffs oppose the relief requested.

Respectfully submitted,

By:   /s/ Paul A. Calli
     Paul A. Calli
     Florida Bar No. 994121
     Email: PCalli@Calli-Law.com
     Chas Short
     Florida Bar No. 70633
     Email: CShort@Calli-Law.com
     *Admitted pro hac vice*

| | |
|---|---|
| /s/ Kerry Brainard Verdi | /s/ Michael J. Madigan |
| Kerry Brainard Verdi, Esq. | Michael J. Madigan |
| Bar No. 478486 | Bar No. 71183 |
| Benjamin R. Ogletree | LAW OFFICES OF MIKE MADIGAN PLLC |
| Bar No. 475094 | 3910 Hillandale Court NW |
| VERDI & OGLETREE PLLC | Washington DC 20007 |
| 1325 G Street, NW, Suite 500 | Telephone: (202) 255-2055 |
| Washington, DC 20005 | Mjm20@mac.com |
| Telephone: (202) 449-7703 | |
| Facsimile: (202) 449-7701 | |
| kverdi@verdiogletree.com | |
| | |
| /s/ Benjamin T. Barr | /s/ Stephen R. Klein |
| Benjamin Barr (Pro Hac Vice) | Stephen R. Klein |
| BARR & KLEIN PLLC | Bar No. 177056 |
| 444 N. Michigan Ave. #1200 | BARR & KLEIN PLLC |
| Chicago, Illinois 60611 | 1629 K Street NW |
| Telephone: (202) 719-1717 | Suite 300 |
| ben@barrklein.com | Washington, DC 20006 |
| *Admitted pro hac vice* | Telephone: (202) 804-6676 |
| | steve@barrklein.com |

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

### CERTIFICATE OF SERVICE

I CERTIFY that on April 17, 2020, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

/s/ Paul A. Calli
Paul A. Calli, Esq.