# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------X
DEMOCRACY PARTNERS, LLC, et al.,  :
                                  :
                                  : Case No:
         Plaintiffs               : 1:17-CV-1047-ESH
                                  :
              -vs-                : Pages 1 - 107
                                  :
PROJECT VERITAS ACTION FUND,      :
et al.,                           :
                                  :
         Defendants               :
---------------------------------X

Videotape Deposition of Scott Frey
Washington, D.C.
Tuesday, November 27, 2018

Reported by:  Kathleen M. Vaglica, RPR, RMR
Job No:  443993

MAGNA LEGAL SERVICES
(866) 624-6221



Page 78

1  testified to, you're referring to Creamer, Democracy
2  Partners, Strategic Consulting Group, not to Project
3  Veritas?
4      A.   I'm referring particularly to Mr. Creamer
5  and Mr. Woodhouse in whatever capacity they were in.
6      Q.   Prior to the letter -- let me back up.
7  Did AFSCME have concerns about anything Mr. Creamer
8  said on the video that was released?
9      A.   I am trying to remember what he said in
10 the video.  My recollection is that we did.  We did
11 have concerns with what he said.  What specifically
12 those were without reviewing the video again I
13 wouldn't, wouldn't recall specifically what those
14 concerns were, but that he was speaking ad hoc about
15 his strong ties to the Clinton Campaign, and it
16 seemed a bit inappropriate, but then, again, we also
17 were aware that, of the view that the video had been
18 highly selectively edited, and, likely, those words
19 were taken out of context.
20           I think it was the overall sense that they
21 allowed this to occur, they invited this opportunity
22 into their midst, but I think the broader concern



Page 79

1  was just clearly, regardless of the circumstances
2  that led to the video, the video in itself and the
3  way it was released and the timing was a very
4  unfortunate distraction, and we didn't want to be
5  party to it.
6      Q.   The termination letter that I've marked as
7  an exhibit and provided you a copy with, did you
8  inform Mr. Creamer verbally that AFSCME was
9  terminating its relationship with him and his entity
10 and Democracy Partners before that letter was
11 transmitted to him?
12     A.   My recollection was I called him and told
13 him the letter was coming.
14     Q.   Do you know, do you remember what day that
15 week in relation to the letter -- the letter is on
16 Friday.  The letter, the day of the letter is Friday
17 of that week.  The first Veritas video was released
18 Monday.  Do you remember what day you had the call
19 with Mr. Creamer?
20     A.   I think it was the day the letter was
21 dated, the day we released it to him.
22     Q.   Did he attempt to explain or dissuade the



Page 107

1   CERTIFICATE OF NOTARY PUBLIC

2           I, Kathleen M. Vaglica, the officer before
3   whom the foregoing deposition was taken, do hereby
4   certify that the witness whose testimony appears in
5   the foregoing deposition was duly sworn by me; that
6   the testimony of said witness was taken by me in
7   stenotype and thereafter reduced to typewriting
8   under my direction; that said deposition is a true
9   record of the testimony given by said witness; that
10  I am neither counsel for, related to, nor employed
11  by any of the parties to the action in which this
12  deposition was taken; and, further, that I am not a
13  relative or employee of any attorney or counsel
14  employed by the parties hereto, nor financially or
15  otherwise interested in the outcome of the action.
16
17
18                         Notary Public in and for
19                         District of Columbia
20
21  My Commission Expires:
22  February 28, 2021

