UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PROJECT VERITAS ACTION FUND, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 17-1047 (PLF) |

ORDER

On January 13, 2021, the Court directed the parties to meet and confer and file a joint status report on how they wish to proceed in light of Standing Order 20-93 concerning court procedures during the COVID-19 pandemic. On January 27, 2021, the parties filed a joint status report [Dkt. No. 97] informing the Court that they wish to proceed to trial and proposing a trial date in July 2021 or soon thereafter. In light of the foregoing, it is hereby

ORDERED that the parties shall appear on March 5, 2021 at 11:00 a.m. for a telephonic status conference; and it is

FURTHER ORDERED that the parties should be prepared to discuss whether they wish to proceed to trial remotely or in person, the amount of time each side requires to put on its case, and the number of witnesses each side intends to call at trial.

SO ORDERED.

  /s/  
PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2021