UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PROJECT VERITAS ACTION FUND, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 17-1047 (PLF) |

ORDER

On March 5, 2021, the parties in this case appeared before the Court for a status conference to discuss issues related to trial and the pretrial schedule. Having considered the representations of the parties at that status conference, the Court's schedule, and the impact of the COVID-19 pandemic on court proceedings in this district, the Court now issues this pretrial scheduling order. It is hereby ORDERED that:

1. This case is set for a jury trial to begin with jury selection on December 6, 2021, at 10:00 a.m. The trial will continue through December 10 or until concluded. The parties anticipate that the trial will last no more than five days. The trial will be held in person at the courthouse in Courtroom 29. This is subject to change depending on the status of the COVID-19 pandemic and the availability of courtrooms.

2. The parties shall appear before the Court for a final pretrial conference on November 22, 2021 at 10:00 a.m.

       3. The parties shall appear before the Court via remote video conference for a status conference on June 28, 2021 at 10:00 a.m. to discuss issues that may arise concerning trial preparation and the pretrial schedule.

       4. The parties shall serve Requests for Admissions on or before June 25, 2021.

       5. The parties shall serve Responses to Requests for Admissions on or before July 9, 2021.

       6. The parties shall exchange deposition designations, exhibit lists, witness lists, and proposed stipulations of fact on or before August 6, 2021.

       7. The parties shall file objections to deposition designations, the admissibility of exhibits, and the sufficiency of supplemental discovery responses, as well as responses to proposed stipulations of fact, on or before August 27, 2021.

       8. The parties shall meet and confer and attempt to resolve all disputes related to the foregoing matters on or before September 10, 2021. Following this conference, the parties shall endeavor to resolve any further disputes as expediently as possible and shall resolve all such disputes prior to submitting their Joint Pretrial Statement, or else bring such disputes to the Court's attention as a part of their Joint Pretrial Statement or in a separate joint submission filed on the same day.

       9. The parties shall file their joint, agreed-upon stipulations of fact on or before October 1, 2021.

       10. The parties shall file any motions in limine addressing legal issues that they believe the Court should consider prior to the commencement of trial on or before October 25, 2021. The parties shall file opposition briefs on or before November 8, 2021 and any reply briefs on or before November 15, 2021.

11.  The parties have agreed upon a jury of nine.  The parties shall submit proposed and agreed upon <u>voir</u> <u>dire</u> questions and jury instructions, together with objections thereto and supporting memoranda of law, if appropriate, on or before November 5, 2021.  Any points of disagreement and proposed alternative jury instructions should be noted in this joint submission.

12.  The parties shall file a Joint Pretrial Statement on or before November 5, 2021.  Counsel are reminded that they are required to follow the provisions of Local Civil Rule 16.5 in preparing their Joint Pretrial Statement.  The Joint Pretrial Statement shall contain:

a.  A description of the remaining parties and the remaining claims before the Court.

b.  A concise statement of facts alleged to give rise to the litigation, a statement of claims, and a statement of defenses as set forth in Local Civil Rule 16.5(b)(1)-(4).  Special damages must be itemized, and injuries, if claimed, must be described.

c.  All stipulations of fact and law.

d.  The names of all known witnesses, their addresses, a brief summary of expected testimony and an estimate of time each witness will take, and, if expert, the area of expertise, in the manner described in Local Civil Rule 16.5(b)(5).  If request has been made, Rule 26 information must be provided before the Pretrial date.

e.  A list of proposed exhibits in the manner described in Local Civil Rule 16.5(b)(6).  At the pretrial conference, the parties shall jointly provide the Court with two PDF files, each containing all exhibits that either side will seek to introduce and an index or table of contents to the file, and two PDF files containing excerpts from any depositions that either side may seek to introduce.

f.  A designation of depositions, or portions thereof, to be offered by either party, as described in Local Civil Rule 16.5(b)(7).

      g. A final estimate of trial time.

      h. A statement of the parties' efforts to settle this case.

      i. A list of motions to be decided at or before the commencement of trial.

13. The parties may file separate trial briefs or memoranda of law. Any such brief shall be filed on or before November 12, 2021 and shall be no longer than 15 pages.

14. The parties shall supplement their discovery responses in a timely manner and on a continuous basis pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure. This requirement shall remain in effect up to the date of trial.

15. The parties are encouraged to resolve discovery disputes without the involvement of the Court. Should a dispute arise that the parties cannot resolve, they may file a motion to compel or other appropriate motion or, where circumstances permit, contact chambers to request that the Court schedule a status conference to resolve the dispute.

16. The parties are expected to continue to evaluate their respective cases for settlement purposes. If the case settles in whole or in part, plaintiffs' counsel shall advise the Court by promptly filing a stipulation.

SO ORDERED.

                                                                     /s/
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE:  March 8, 2021