# EXHIBIT C



**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

August 13, 2018

Joseph E. Sandler
Sandler Reiff Lamb Rosenstein &
Birkenstock, P.C.
1025 Vermont Ave., N.W. Suite 300
Washington, D.C. 20005

Via PDF email only:
sandler@sandlerreiff.com

Re: Democracy Partners et al. v. Project Veritas et al.
Case Number: 1:17-CV-1047

Dear Mr. Sandler:

I write regarding your deposition of Ms. Maass last week.

Pursuant to D.C. Rules of Professional Conduct 3.1, please advise your good faith basis to ask Ms. Maass if she was aware emails were sent to the Ukraine and Russian Republic from her Angela Brandt gmail account. When I asked you at deposition, you demurred.

I wish to avoid another situation where your client or related parties chase her down the street, harassing and shouting bizarre questions at her, similar to what Lauren Windsor did in January 2017 with your blessing and the blessing of Bob Creamer. I also want to avoid the further abuse of the legal system by your creation of a false narrative.

Please disclose any information or documents which you believe provide a good faith basis for asking Ms. Maas the above referenced question.

Sincerely,

Paul A. Calli

PAC:clmb

1