UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DEMOCRACY PARTNERS, LLC, et al.,                    )
                                                    )
            Plaintiffs,                             )
                                                    )
      v.                                            )      Civil Action No. 17-1047 (PLF)
                                                    )
PROJECT VERITAS ACTION FUND, et al.,                )
                                                    )
            Defendants.                             )
_____)

## ORDER

The parties in this case are scheduled to appear before the Court on July 22, 2021

at 2:00 p.m. via videoconference for oral arguments on two pending motions:  Project Veritas

Parties' Motion to Admit Creamer's Federal Felony Convictions for Bank Fraud and Tax Crimes

("Motion to Admit Convictions") [Dkt. No. 85]; and Project Veritas Parties' Motion in Limine to

Exclude Plaintiffs' Politically-Motivated Efforts to Introduce Irrelevant Evidence ("Motion to

Exclude Irrelevant Evidence") [Dkt. No. 100].  It is hereby

ORDERED that the parties shall present their arguments concerning the Motion to

Admit Convictions first, and their arguments concerning the Motion to Exclude Irrelevant

Evidence second; it is

FURTHER ORDERED that for each motion, defendants shall argue first, followed

by plaintiffs; it is

FURTHER ORDERED that each side shall have twenty minutes in which to

present arguments concerning the Motion to Admit Convictions, including any rebuttal time; and

it is

2

FURTHER ORDERED that each side shall have thirty minutes in which to present

arguments concerning the Motion to Exclude Irrelevant Evidence, including any rebuttal time.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 21, 2021