UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, | ) |
| Plaintiffs, | ) ) ) ) Civ. No. 1:17-cv-1047-PLF |
| v. | ) ) |
| PROJECT VERITAS ACTION FUND, LLC, *et al.*, | ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE**

TO:  The Clerk of Court and all parties and their counsel of record:

PLEASE TAKE NOTICE, that I am admitted to practice in this Court and will appear in this case as co-counsel for all Plaintiffs:  Democracy Partners, LLC, Strategic Consulting Group, N/A/, Inc. and Robert Creamer.

                                      Respectfully submitted,

Dated: July 26, 2021                /s/ Mark A. Lancaster
                                      Mark A. Lancaster
                                      D.C. Bar # 1620256
                                      SANDLER REIFF LAMB ROSENSTEIN &
                                        BIRKENSTOCK, P.C.
                                        1090 Vermont Ave., N.W.  Suite 750
                                        Washington, D.C.  20005
                                        Tel:  202-479-1111
                                        Fax:  202-479-1115
                                        sandler@sandlerreiff.com

                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to all counsel of record.

/s/  Mark. A. Lancaster

Attorney for Plaintiffs
