UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,            CASE NO.: 1:17-CV-1047-ESH
et al.,

      Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.
_____/

**PROJECT VERITAS PARTIES' OBJECTIONS TO
PLAINTIFFS' DEPOSITION DESIGNATIONS**

The Court's Trial Order (Dkt. 99) states that the parties shall file, among other materials, objections to deposition designations on or before today's date. Accordingly, the Project Veritas Parties file the below objections following initial exchange of deposition designations. The Project Veritas parties do not seek a ruling on these objections at this time, will continue to confer with the Plaintiffs to narrow the scope of the trial issues in accordance with the upcoming deadlines specified in the Trial Order, and reserve the right to raise additional objections to all of Plaintiffs' designations either prior to or during the trial of this matter. The Project Veritas Parties object as follows:

      **I.**       **Deposition of Christian Hartsock (August 9, 2018)**

The Project Veritas Parties object generally to any designation of portions of Mr. Hartsock's deposition. *See* Fed. R. Civ. P. 32(a)(1). Mr. Hartsock is not a party to this case and was not a party's 30(b)(6) designee during his deposition. Fed. R. Civ. P. 32(a)(3). Mr. Hartsock will be available to testify as a witness at trial. *Cf.* Fed. R. Civ. P. 32(a)(4). These designations should thus not be entered against the Project Veritas Parties under Rule 32(a)(1)(B) because they

1

will amount to a violation of Federal Rule of Evidence 403: "undue delay, wasting time, or needlessly presenting cumulative evidence." If the deposition is generally permitted for entry into evidence, the Project Veritas Parties offer the following specific objections and cross-designations below.

| Designations (Page: Line of Transcript) | Objections (Page: Line of Transcript) | Objections / Cross-designations |
|---|---|---|
| 10:4-11:4 | | |
| 11:13-13:8 | 11:13-13:8 | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 11:9-12. |
| 13:9-15:20 | | |
| 17:4-18:17 | | |
| 19:2-20:22 | 19:2-12 | Objection: under FRE 602 as to lack of foundation / personal knowledge by Hartsock. Line of questioning is based exhibit Hartsock had never seen. (16:1-7; exhibit 1) |
| 21:17-23:12 | | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 23:13-20 and exhibit 2. |
| 23:21-25:18 | | |
| 26:2-27:13 | | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: exhibit 3. |
| 28:1-35:5 | 28:1-35:5 | Objections: under FRE 401, this testimony and related exhibits are irrelevant. If this objection is overruled, under FRE 403 this testimony is prejudicial, would mislead the jury, waste time, and present cumulative evidence.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 69:22-70:13. |
| 35:6-36:20 | | |
| 37:2-41:16 | 38:20-41:16 | Objection: under FRE 802, this line of questioning and answers contain inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the |

| | | |
|---|---|---|
| | | designated portion: 36:15-37:1, 41:17-42:1. |
| 39:16-41:16 | 39:16-41:16 | Objection: under FRE 802, this line of questioning and answers contain inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 36:15-39:16, 41:17-42:1. |
| 43:4-45:8 | 44:21-45:8 | Objection: under FRE 802, this line of questioning and answers contain inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 36:15-42:1. |
| 45:10-17 | | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 45:9. |
| 46:5-48:7 | 47:10-48:7 | Objection: under FRE 802, this line of questioning and answers are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106 the following part must also be included and considered with the designated portion: exhibit 5. |
| 48:19-52:1 | 48:19-49:20 | Objections: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: exhibit 6. |
| 52:14-55:15 | 52:14-54:17 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 62:22-70:13 and exhibit 7. |
| 54:6-58:9 | 54:6-54:17<br>55:16-56:13 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part |

3

|  |  | must also be included and considered with the designated portion: 62:22-70:13 and exhibit 7. |
|---|---|---|
| 56:14-20 |  |  |
| 57:22-58:9 |  |  |
| 58:19-59:8 | 58:19-59:8 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 58:10-18 and exhibit 7. |
| 59:12-61:20 | 59:12-20<br>60:16-19<br>61:8-11 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: exhibit 7. |
| 62:16-65:6 | 63:6-7 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 61:22-62:5, exhibit 7. |
| 65:14-66:17 | 65:14-20 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: exhibit 7. |
| 67:4-68:12 |  | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 68:13, exhibit 8. |
| 69:4-71:10 | 69:4-7, 12-17<br>70:14-19 | Objections: under FRE 802, this line of questioning, answers and exhibit (#9) are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |
| 71:22-74:10 |  | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: exhibit 10. |
| 74:17-77:13 | 75:7-76:7,<br>76:17-77:13 | Objections: under FRE 802, this line of questioning, answers and exhibit (#9) contain inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |

4

| | | |
|---|---|---|
| 78:1-11 | 78:1-7 | Objection: under FRE 802, this answer contains inadmissible hearsay. |
| 78:15-81:22 | 78:15-81:22 | Objection: under FRE 802, this answer contains inadmissible hearsay. |
| 82:13–83:13 | 82:13-83:13 | Objections: under FRE 802, questions contain inadmissible hearsay and exhibit (#12) contains inadmissible hearsay. Under FRE 602, Mr. Hartsock lacks personal knowledge of the exhibit. If this objection is overruled, under FRE 401, this testimony and related exhibits are irrelevant. If this objection is overruled, under FRE 403 this testimony is prejudicial, would mislead the jury, and wastes time. |
| 84:2-17 | 84:2-17 | Objection: under FRE 403, this testimony would mislead the jury.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 84:18-85:19. |
| 85:10-19 | | |
| 86:4-87:7 | 86:4-87:4 | Objections: under FRE 802, questions contain inadmissible hearsay and exhibit (#13) is inadmissible hearsay. Under FRE 602, Mr. Hartsock lacks personal knowledge of the exhibit. If these objections are overruled, under FRE 401, this testimony and related exhibit are irrelevant. |
| 90:11-19 | | |
| 91:6 -94:2 | 91:6-92:7 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: the accompanying exhibit 14. |
| 94:22-98:5 | 95:16-98:5 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 91:6-94:2 and the accompanying exhibit 14. |
| 96:4-11 | 96:4-11 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under |

| | | |
|---|---|---|
| | | Fed. R. Civ. P. 32(a)(6) and FRE 106, the following parts must also be included and considered with the designated portion: 91:6-94:2, 94:22-96:3, 96:12-98:5 and the accompanying exhibit 14. |
| 98:10-101:9 | 98:10-13<br>99:8-14<br>100:12-14 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay. |
| | 100:22-101:9 | Objections: Under FRE 402, this testimony is irrelevant and inadmissible. If this objection is overruled, under FRE 403 this testimony should be excluded as confusing and a waste of time.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 101:10-103:6 and the accompanying exhibit 14. |
| 99:1-100:3 | 99:8-14 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: the accompanying exhibit 14. |
| 102:13-18 | 102:13-18 | Objection: under FRE 402, this testimony is irrelevant and inadmissible. If this objection is overruled, under FRE 403 this testimony should be excluded as confusing and a waste of time.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the accompanying exhibit 14 must also be included and considered with the designated portion. |
| 103:9-105:6 | 103:9-15<br>104:9-105:6 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the accompanying exhibit 14 must also be included and considered with the designated portion. |
| 106:6-108:14 | 106:6-108:14 | Objection: under FRE 802, this line of questioning and answers, and exhibit are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, the accompanying exhibit 15 (not, as transcribed at 106:7, |

| | | |
|---|---|---|
| | | exhibit 18) must also be included and considered with the designated portion. |
| 108:20-109:14 | | |
| 110:9-111:12 | 110:9-111:12 | Objections: under FRE 802, this line of questioning, answers and exhibit (#16) are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock (110:1-10). Under FRE 403, including this testimony and exhibit would be a waste of time and needlessly cumulative.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 110:1-8 must also be included and considered with the designated portion. |
| 111:21-114:12 | 113:19-114:12 | Objections: under FRE 802, this line of questioning, answers and exhibit (#16) are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock (110:1-10). Under FRE 403, including this testimony and exhibit would be a waste of time and needlessly cumulative.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 110:1-8 must also be included and considered with the designated portion. |
| 115:22-116:15 | 115:22-116:15 | Objections: under FRE 802, this line of questioning, answers and exhibit (#16) are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock (110:1-10).<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 110:1-8 must also be included and considered with the designated portion. |
| 116:20-117:12 | 116:20-117:12 | Objections: under FRE 802, this line of questioning, answers and exhibit (#16) are inadmissible hearsay; under FRE 602 there is a lack of foundation / personal knowledge by Hartsock (110:1-10).<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 110:1-8 must also be included and considered with the designated portion. |
| 118:3-120:8 | 118:3-10<br>118:19-119:17 | Objection: under FRE 802, this line of questioning, answers and exhibit (#17) are inadmissible hearsay. |

|  |  |  |
|---|---|---|
|  |  | Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, part 117:22-118:2 must also be included and considered with the designated portion. |
| 120:15-122:7 |  | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 120:9-14, 122:8-123:8. |
| 123:10-18 |  |  |
| 124:4-5 |  | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, the following part must also be included and considered with the designated portion: 124:2-3 and 124:6-21. |
| 125:16-127:17 | 125:16-127:17 | Objection: under FRE 802, this line of questioning, answers and exhibit (#17) are inadmissible hearsay. |
| 128:5-129:1 | 128:5-129:1 | Objection: under FRE 802, this line of questioning, answers and exhibit (#17) are inadmissible hearsay. |
| 129:13-131:19 | 129:13-131:19 | Objection: under FRE 802, this line of questioning, answers and exhibit (#18) are inadmissible hearsay. |
| 132:5-134:7 | 132:5-133:13 | Objection: under FRE 802, this line of questioning, answers and exhibit (#18) are inadmissible hearsay. |
| 132:17-133:8 | 132:17-133:8 | Objection: under FRE 802, this line of questioning, answers and exhibit (#18) are inadmissible hearsay. |
| 134:4-135:14 | 134:4-135:14 | Objection: under FRE 802, this line of questioning, answers and exhibit (#18) are inadmissible hearsay. Moreover, under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |
| 135:19-136:13 | 135:19-136:13 | Objections: under FRE 802, this line of questioning and answers are inadmissible hearsay. Moreover, under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |
| 137:1-141:14 |  |  |
| 142:4-143:1 | 142:4-143:1 | Objections: under FRE 602 there is a lack of foundation / personal knowledge by Hartsock; his speculation is made clear by in 143:2-15. |
| 143:10-145:13 | 143:10-144:14 | Objections: under FRE 602 there is a lack of foundation / personal knowledge by Hartsock; his speculation is made clear by in 143:2-15 and 143:22-144:1. Moreover, under FRE 402, this testimony is irrelevant and inadmissible. If these objections are overruled, under FRE 403 this testimony should be excluded as confusing, a waste of time and cumulative. |
| 145:16-146:22 | 145:16-146:22 | Objection: under FRE 802, entire line of questioning and answers are inadmissible hearsay. |

8

| 147:1-150:10 | 147:13-21<br>148:21-149:3 | Objections: under FRE 802, line of questioning, answers and exhibit (#19) are inadmissible hearsay. Under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |
| | 149:14-20 | Objection: under FRE 602 there is a lack of foundation / personal knowledge by Hartsock.<br><br>Cross-designation: if these objections are overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 144:15-19 must also be included and considered with the designated portion. |
| 147:19 | | |
| 149:15-150:10 | 149:15-20 | Under FRE 602 there is a lack of foundation / personal knowledge by Hartsock. |
| 150:6-10 | | |

## II.   Deposition of Allison Maass (August 10, 2018)

The Project Veritas Parties object generally to the designation of any portions of Ms. Maass's deposition. *See* Fed. R. Civ. P. 32(a)(1). Ms. Maass is a party to this to this case. Fed. R. Civ. P. 32(a)(3). However, because she will be available to testify at trial these designations should not be entered against the Project Veritas Parties because they will amount to a violation of Federal Rule of Evidence 403: "undue delay, wasting time, or needlessly presenting cumulative evidence." *See also* Fed. R. Civ. P. 32(a)(1)(B). If the deposition is generally permitted for entry into evidence, the Project Veritas Parties offer the following specific objections and cross-designations below.

| **Designations (Page: Line of Transcript)** | **Objections (Page: Line of Transcript)** | **Objections / Cross-designations** |
|---|---|---|
| 23:14-25:17 | 23:18-24:7 | Objection: under FRE 602 there is a lack of foundation / personal knowledge by Maass. |
| 25:22-26:21 | | |
| 29:20-31:3 | | |
| 31:19-32:2 | | |
| 32:7-33:10 | | |
| 59:8-60:8 | 59:8-60:8 | Objection: under FRE 802, this line of questioning, answers and exhibit (#8) are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under |

9

| | | |
|---|---|---|
| | | Fed. R. Civ. P. 32(a)(6) and FRE 106, exhibit 8 must also be included and considered with the designated portion. |
| 61:9-63:1 | 61:9-14 | Objection: under FRE 802, this line of questioning, answers and exhibit (#9) are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, page 2 of exhibit 9 must also be included and considered with the designated portion. |
| 63:2-64:5 | | |
| 71:10-19 | | |
| 77:12-78:14 | 77:16-78:14 | Objection: under FRE 802, this line of questioning, answers and exhibit (#12) are inadmissible hearsay. |
| 78:18-79:3 | | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, 78:15-17 and 79:8-11 must also be included and considered with the designated portion. |
| 92:14-93:7 | 92:14-93:7 | Objection: under FRE 802, this line of questioning, answers and exhibit (#15) are inadmissible hearsay. |
| 94:19-95:10 | | Cross-designation: under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 61:9-63:1 must also be included and considered with the designated portion. |
| 95:16-97:19 | 96:7-19 | Objection: under FRE 802, this line of questioning, answers and exhibit (#17) are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, lines 95:11-15 and 97:20-98:1 must also be included and considered with the designated portion. |
| 113:15-114:12 | 113:15-114:12 | Objection: under FRE 802, this line of questioning, answers and exhibit (#21) are inadmissible hearsay.<br><br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, line 114:13 must also be included and considered with the designated portion. |
| 116:5-118:17 | 116:5-118:17 | Objection: under FRE 802, this line of questioning, answers and exhibit (#22) are inadmissible hearsay. |
| 119:19-122:18 | | |
| 130:9-133:3 | 130:9-17<br>130:21-131:3<br>132:5-20 | Objection: under FRE 602 there is a lack of foundation / personal knowledge by Maass as to the exhibit and its contents. The exhibit (#24) contains inadmissible hearsay under FRE 802 that is quoted from 132:50-20. |

### III.  Deposition of James O'Keefe (February 12, 2019)

The Project Veritas Parties object generally to any designation of portions of Mr. O'Keefe's deposition. *See* Fed. R. Civ. P. 32(a)(1). Mr. O'Keefe is a party to this to this case. Fed. R. Civ. P. 32(a)(3). However, because he will be available to testify at trial these designations should not be entered against the Project Veritas Parties because they will amount to a violation of Federal Rule of Evidence 403: "undue delay, wasting time, or needlessly presenting cumulative evidence." *See also* Fed. R. Civ. P. 32(a)(1)(B). If the deposition is generally permitted for entry into evidence, the Project Veritas Parties offer the following specific objections and cross-designations below.

| Designations (Page: Line of Transcript) | Objections (Page: Line of Transcript) | Objections / Cross-designations |
|---|---|---|
| 78:7:80:20 | 79:17-80:1 | Objection: this contains inadmissible hearsay under FRE 802.<br>Cross-designation: if this objection is overruled, under Fed. R. Civ. P. 32(a)(6) and FRE 106, 80:2-81:1 must also be included and considered with the designated portion. |
| 126:5-133:15 | 126:5-128:13 | Objection: the questions, testimony and exhibits (#16) contain inadmissible hearsay under FRE 802. Under FRE 602 there is a lack of foundation / personal knowledge by Mr. O'Keefe as to the portions of the exhibit (#16) and its contents. |
| | 131:3-14<br>131:22-132:7<br>132:16-133:15 | Objection: the questions, testimony and exhibits (#17) contain inadmissible hearsay under FRE 802. Under FRE 602 there is a lack of foundation / personal knowledge by Mr. O'Keefe as to the exhibit (#17) and its contents. |
| 199:18-204:19 | 199:18-204:19 | Objection: the questions, testimony and exhibits (#24) contain inadmissible hearsay under FRE 802. Under FRE 602 there is a lack of foundation / personal knowledge by Mr. O'Keefe as to the exhibit (#24) and its contents. Under FRE 401, this testimony and related exhibits are irrelevant. If these objections are overruled, under FRE 403 this testimony is prejudicial and would mislead the jury. |

Respectfully submitted,

By:    /s/ Paul A. Calli
      Paul A. Calli
      Florida Bar No. 994121
      Chas Short
      Florida Bar No. 70633
      CALLI LAW, LLC
      14 NE 1st Ave, Suite 1100
      Miami, FL 33132
      Telephone: (786) 504-0911
      Facsimile (786) 504-0912
      PCalli@Calli-Law.com
      CShort@Calli-Law.com
      *Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 27, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                                */s/ Paul A. Calli*
                                                Paul A. Calli, Esq.