UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-ESH

## PROJECT VERITAS PARTIES' OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS

The Court's Trial Order (Dkt. 99) states that the parties shall file, among other materials, objections to proposed exhibits, on or before today's date. Accordingly, the Project Veritas Parties file the below objections following initial exchange of exhibit lists. The Project Veritas parties do not seek a ruling on these objections at this time, will continue to confer with the Plaintiffs to narrow the scope of the trial issues in accordance with the upcoming deadlines specified in the Trial Order, and reserve the right to raise additional objections to all exhibits either prior to or during the trial of this matter. The Project Veritas Parties object as follows:

    1.    As a general matter, the Project Veritas Parties believe that documents should be admitted through a witness having knowledge of the document, and not admitted *en masse.*

    2.    **Exhibit 42:** Objection lack of authentication, lack of foundation, hearsay, and it is unclear to the Project Veritas Parties whether the document purports to be a Rule 1006 summary and if it is properly subject to the rule.

1

3. **Exhibit 70:** No objection at this time, but the Project Veritas Parties reserve the right to object to aspects of the document following the ruling on the pending Motion in Limine, if necessary.

4. **Exhibit 71:** No objection at this time, but the Project Veritas Parties reserve the right to object to aspects of the document following the ruling on the pending Motion in Limine, if necessary.

5. **Exhibit 78:** Objection irrelevant, danger of confusing the issues or presenting needlessly cumulative evidence under Rule 403.

6. **Exhibit 89:** Objection lack of foundation, outside scope of personal knowledge, multiple layers of hearsay.

7. **Exhibit 113:** Objection lack of foundation, hearsay, danger of unfair prejudice, confusing the issues, or presenting needlessly cumulative evidence under Rule 403.

8. **Exhibit 115:** Objection lack of foundation, lack of personal knowledge, hearsay, danger of unfair prejudice, confusing the issues, misleading the jury, or presenting needlessly cumulative evidence under Rule 403.

9. **Exhibit 117:** Objection lack of foundation, lack of personal knowledge, hearsay, danger of unfair prejudice, confusing the issues, misleading the jury, or presenting needlessly cumulative evidence under Rule 403.

10. **Exhibit 121:** Objection irrelevant, danger of confusing the issues and misleading the jury under Rule 403.

11. **Exhibit 123:** Objection irrelevant, danger of unfair prejudice, confusing the issues, or misleading the jury under Rule 403, hearsay, and subject to pending Motion in Limine.

12. **Exhibit 124:** Objection irrelevant, danger of unfair prejudice, confusing the issues, or misleading the jury under Rule 403, hearsay, and subject to pending Motion in Limine.

13. **Exhibit 125:** Objection authenticity, lack of foundation, irrelevant, danger of unfair prejudice, confusing the issues, or misleading the jury under Rule 403, hearsay, and subject to pending Motion in Limine.

14. **Exhibit 126:** Objection irrelevant, danger of each risk identified in Rule 403, hearsay, and subject to pending Motion in Limine. Each of the subparts identified by Plaintiffs are inadmissible.

15. **Exhibit 127:** Objection irrelevant, hearsay, danger of confusing the issues or misleading the jury under Rule 403.

16. **Exhibit 128:** Objection irrelevant, hearsay, danger of confusing the issues or misleading the jury under Rule 403.

17. **Exhibit 129:** Objection irrelevant, hearsay, danger of confusing the issues or misleading the jury under Rule 403.

Respectfully submitted,

By:  /s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 27, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                */s/ Paul A. Calli*
                Paul A. Calli, Esq.