UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,                          CASE NO.: 1:17-CV-1047-ESH
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.
_____/

**PROJECT VERITAS PARTIES' OBJECTIONS
TO PLAINTIFFS' SUPPLEMENTARY DISCOVERY RESPONSES**

The Court's Trial Order (Dkt. 99) states that the parties shall file, among other materials, objections to supplementary discovery responses, on or before today's date. Accordingly, the Project Veritas Parties file the below objections to Plaintiffs' Amended Responses to Requests for Production served July 20, 2021. The Project Veritas parties do not seek a ruling on these objections at this time, will continue to confer with the Plaintiffs to narrow the scope of the trial issues in accordance with the upcoming deadlines specified in the Trial Order, and reserve the right to raise additional objections prior to or during the trial of this matter.

The Project Veritas Parties object to the sufficiency of the following:

1.      Plaintiffs' Response to Request for Admission #20.

2.      Plaintiffs' Response to Request for Admission #29.

3.      Plaintiffs' Response to Request for Admission #31.

The Project Veritas Parties will continue address these matters during conferral with Plaintiffs.

1

Respectfully submitted,

By:     /s/ Paul A. Calli
       Paul A. Calli
       Florida Bar No. 994121
       Chas Short
       Florida Bar No. 70633
       CALLI LAW, LLC
       14 NE 1st Ave, Suite 1100
       Miami, FL 33132
       Telephone: (786) 504-0911
       Facsimile (786) 504-0912
       PCalli@Calli-Law.com
       CShort@Calli-Law.com
       *Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY that on August 27, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.


<u>*/s/ Paul A. Calli*</u>
Paul A. Calli, Esq.

3