UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

      Defendants.
_____/

CASE NO.: 1:17-CV-1047-ESH

### PROJECT VERITAS PARTIES' RESPONSES TO PLAINTIFFS' STIPULATIONS OF FACT

The Court's Trial Order (Dkt. 99) states that the parties shall file, among other materials, responses to proposed stipulations of fact on or before today's date. Accordingly, the Project Veritas Parties file the below responses and objections following initial exchange of proposed stipulations of fact. The Project Veritas Parties will continue to confer with the Plaintiffs to narrow the scope of the trial issues in accordance with the upcoming deadlines specified in the Trial Order, and reserve the right to raise additional objections to all of Plaintiffs' stipulations either prior to or during the trial of this matter.

The Project Veritas Parties believe that facts at trial should be established primarily by presentation of live testimony and evidence. Plaintiffs bear the burden of proof. The parties have a conferral deadline of September 10, 2021 and the Joint Pretrial Statement due on or before November 5, 2021 will contain final stipulations of fact and law. In light of the conferral process to come, the Project Veritas Parties focus these Responses on areas that the Project Veritas Parties do not believe are the appropriate subject of stipulation. If not listed below, the Project Veritas

Parties will consider reasonable stipulations, subject also to discussions about the verbiage used, as part of the conferral process.

      The Project Veritas Parties do not believe that the following Proposed Stipulations by Plaintiff are appropriate: numbers 3, 4, 5, 7, 9, 12, 13, 18, 20, 21, 22, 23, 26, 28, 30, 35, 37, 38, 39, and 40.

Respectfully submitted,

By:    /s/ Paul A. Calli
      Paul A. Calli
      Florida Bar No. 994121
      Chas Short
      Florida Bar No. 70633
      CALLI LAW, LLC
      14 NE 1st Ave, Suite 1100
      Miami, FL 33132
      Telephone: (786) 504-0911
      Facsimile (786) 504-0912
      PCalli@Calli-Law.com
      CShort@Calli-Law.com
      *Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Michael J. Madigan
Michael J. Madigan
Bar No. 71183
LAW OFFICES OF MIKE MADIGAN PLLC
3910 Hillandale Court NW
Washington DC 20007
Telephone: (202) 255-2055
Mjm20@mac.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on August 27, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                                */s/ Paul A. Calli*
                                                Paul A. Calli, Esq.