UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,                          CASE NO.: 1:17-CV-1047-ESH
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.

_____/

## JOINT STIPULATIONS OF FACT

Pursuant to the Court's March 8, 2021 pre-trial scheduling order (Dkt. 99), the parties submit the following stipulations of fact in this matter.

1.      Plaintiff Democracy Partners, LLC is a limited liability company to which a number of companies and sole proprietorships belong as members.

2.      Plaintiff Strategic Consulting Group, NA, Inc. ("SCG") is wholly owned and operated by Plaintiff Robert Creamer and used for some of his political consulting work.

3.      SCG is a member of Plaintiff Democracy Partners, LLC.

4.      Linda Saucedo is an employee of SCG.

5.      In 2016, Linda Saucedo was the sole shareholder of Mobilize, Inc.

6.      Mobilize, Inc. is not a member of Democracy Partners.

7.      Defendant Project Veritas, Inc., is a nonprofit organization exempt from tax under section 501(c)(3) of the Internal Revenue Code.

8.      Defendant Project Veritas Action Fund, Inc. is a nonprofit organization exempt from tax as a social welfare organization under section 501(c)(4) of the Internal Revenue Code.

Case 1:17-cv-01047-PLF   Document 112   Filed 10/01/21   Page 2 of 7


9. Defendant James O'Keefe is the founder and president of both Project Veritas and Project Veritas Action Fund and was president of both organizations in 2016.

10. Defendant Allison Maass was an employee of Project Veritas at all times during the period from June 1, 2016 through and including October 31, 2016.

11. Christian Hartsock was an employee of Project Veritas at all times during the period from April 1, 2016 through November 30, 2016.

12. Daniel Sandini was a contractor to Project Veritas Action Fund who, with respect to all of his meetings with and telephone calls with Robert Creamer in 2016, acted as an agent of and on behalf of Project Veritas Action Fund.

13. From 2007 until late 2016, one of SCG's clients was the American Federation of State, County and Municipal Employees ("AFSCME").

14. In 2016 Lee Saunders was the president of AFSCME and Scott Frey was its director of government affairs.

15. In 2007, AFSCME paid SCG a total of $109,351.00.

16. In 2008, AFSCME paid SCG a total of $46,412.00.

17. In 2009, AFSCME paid SCG a total of $444,934.00.

18. In 2010, AFSCME paid SCG a total of $391,516.00.

19. In 2011, AFSCME paid SCG a total of $186,446.00.

20. In 2012, AFSCME paid SCG a total of $122,605.00.

21. In 2013, AFSCME paid SCG a total of $303,161.00.

22. In 2014, AFSCME paid SCG a total of $135,367.00.

23. In 2015, AFSCME paid SCG a total of $79,675.00.

24. In 2016, AFSCME paid SCG a total of $74,717.00.

25.     From 2007 until late 2016, another one of SCG's clients was Americans United for Change ("AUFC").

26.     Wilson Bradley ("Brad") Woodhouse was the head of AUFC in 2016.

27.     The source of AUFC's payments to SCG was contributions made by AFSCME.

28.     In 2007, AFSCME contributed a total of $1,162,700.00 to AUFC. These included four contributions of $250,000 in February, March, June, and September of that year.

29.     In 2008, AFSCME contributed a total of $1,009,423.00 to AUFC. These included three contributions of $250,000 in February, April and June of that year.

30.     In 2009, AFSCME contributed a total of $1,325,000.00 to AUFC. These included four contributions of $250,000 in January, May, November and December of that year.

31.     In 2010, AFSCME contributed a total of $1,349,992.00 to AUFC. These included a $500,000.00 contribution in March of that year and three contributions of $250,000.00 in March, July and October of that year.

32.     In 2011, AFSCME contributed a total of $1,090,000.00 to AUFC. These included four contributions of $250,000.00 in March, May, July and October of that year.

33.     In 2012, AFSCME contributed a total of $1,375,000.00 to AUFC. These included five contributions of $250,000.00 in February, April, May, June and August of that year.

34.     In 2013, AFSCME contributed a total of $1,075,000.00 to AUFC. These included four contributions of $250,000.00 in March, June, July and September of that year.

35.     In 2014, AFSCME contributed a total of $1,000,000.00 to AUFC. These contributions were made in quarterly installments in January, April, July and September of that year.

36.     In 2015, AFSCME contributed a total of $1,000,000.00 to AUFC. These contributions were made in quarterly installments in February, April, August and October of that year.

37.     In 2016, AFSCME contributed a total of $400,000.00 to AUFC. This was made up of a $250,000.00 contribution in February and a contribution of $150,000.00 on March 11, 2016.

38.     In 2016, AUFC raised a total of $483,256.00 in contributions and grants.

39.     Christian Hartsock, posing as Steve Packard, first met Scott Foval on April 5, 2016.

40.     Allison Maass, posing as Angela Brandt, began an internship with Democracy Partners on September 21, 2016.

41.     Maass did not work in any capacity on matters subject to SCG's contract with AFSCME.

42.     Maass did not work in any capacity on "patch-through" calls that SCG provided to clients such as AFSCME.

43.     Maass gained no knowledge of "patch-through" calls provided by SCG.

44.     Robert Creamer discovered that "Angela Brandt" was Allison Maass in the afternoon of October 14, 2016, after Maass had left the Democracy Partners office.

45.     "Rigging the Election – Video I: Clinton Campaign and DNC Incite Violence at Trump Rallies" was published by PVA on YouTube on October 17, 2016.

46.     "Rigging the Election – Video II: Mass Voter Fraud" was published by PVA on YouTube on October 18, 2016.

47.     "Rigging the Election – Video III: Creamer Confirms Hillary Clinton Was PERSONALLY Involved" was published by PVA on YouTube on October 24, 2016.

48.     "Rigging the Election - Video IV: $20K Wire Transfer From Belize Returned" was published by PVA on YouTube on October 26, 2016.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

By:   /s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
Bar No. 478486
Benjamin R. Ogletree
Bar No. 475094
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
Facsimile: (202) 449-7701
kverdi@verdiogletree.com

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas*
*Action Fund, Project Veritas, James*
*O'Keefe, and Allison Maass*

/s/ Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Dara Lindenbaum, D.C. Bar No. 1026799
Mark A. Lancaster, D.C. Bar No. 1620256
SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005
Tel: 202-479-1111
Fax: 202-479-1115
sandler@sandlerreiff.com
lindenbaum@sandlerreiff.com

*Counsel for Plaintiffs Democracy Partners,*
*Strategic Consulting Group, and Robert*
*Creamer*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on October 1, 2021 I served the foregoing through the Court's electronic

filing system which served a copy on all counsel of record.


*/s/ Paul A. Calli*
Paul A. Calli, Esq.