UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civ. No. 1:17-cv-1047-PLF | |
| v. ) | |
| ) | |
| PROJECT VERITAS ACTION FUND, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE**
***UNDERCURRENT* VIDEOS**

Pursuant to Fed. R. Evid. 402 and the Court's Pretrial Order, Dkt. No. 99 ¶10, Plaintiffs Democracy Partners, LLC, Strategic Consulting Group NA, LLC and Robert Creamer respectfully move the Court *in limine* for an order excluding five videos posted on *The Undercurrent*, witness Lauren Windsor's political web show and YouTube channel.

In summary, in 2016 Defendant Allison Maass, acting for and in concert with, Defendant Project Veritas Action Fund, infiltrated Plaintiff Democracy Partners' office through an elaborate scheme – involving multiple Project Veritas agents, false names, and fabricated credentials – and obtained a position as an intern. Once Maass gained access, she secretly recorded everything she observed and everyone she talked to in the course of her internship. She provided these recordings and summaries of the recordings to her superiors at Project Veritas. That infiltration and the subsequent fallout is the subject of this case.

At the time of the infiltration, Lauren Windsor was one of the principals of Mike Lux Media, LLC, a member company of Plaintiff Democracy Partners. Windsor interacted with Maass during Maass' internship at Democracy Partners, and is a witness in this case. Windsor also

operates "*The Undercurrent*," a political web show and YouTube channel on which Windsor posts, among other content, secret recordings made of her interactions with various elected and public officials in public spaces, such as at political events and in legislative buildings. Windsor and her associates initiate conversations with these public officials by approaching them as interested citizens and pretending to be supportive of the official's political stance.

In their revised Exhibit List, Defendants indicate that they are planning to introduce five *Undercurrent* videos recorded and posted on YouTube between June 29 and September 9, 2021, more than four years after the events that are at issue in this case.  These videos show Windsor approaching and secretly recording public officials in crowded legislative buildings and at Republican Party events.  However, as set forth more fully in the accompanying Memorandum of Points and Authorities, this evidence has no conceivable relevance to any factual issue in this case. Further, even if it the evidence were in any way relevant, it should be excluded under Fed. R. Evid. 403 because its introduction would create a risk of unfair prejudice and would confuse the jury.

Pursuant to LCvR 7, this Motion is accompanied by a Memorandum of Points and Authorities in support thereof, and a Proposed Order.

## Statement Pursuant to Local Civil Rule 7(m)

Pursuant to LCvR 7(m), counsel for Plaintiffs conferred with counsel for the Project Veritas Defendants, who informed Plaintiffs' counsel that the Project Veritas Defendants believe the evidence is relevant and that they would not consent to this motion.

Respectfully submitted,

Dated:  October 25, 2021       /s/ Joseph E. Sandler

Joseph E. Sandler, D.C. Bar No. 255919
Dara Lindenbaum, D.C. Bar No. 1026799
Christina E. Bustos DC Bar. No. 229699
Mark A. Lancaster, D.C. Bar No. 1620256
SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W.  Suite 750
Washington, D.C.  20005
Tel:  202-479-1111
Fax:  202-479-1115
sandler@sandlerreiff.com
lindenbaum@sandlerreiff.com
bustos@sandlerreiff.com
lancaster@sandlerreiff.com


Aderson Francois, D.C. Bar No. 798544
GEORGETOWN UNIVERSITY LAW CENTER
Civil Rights Clinic
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Tel: 202-661-6721
aderson.francois@georgetown.edu

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically filed the foregoing Motion *in Limine* to Exclude *Undercurrent* Videos with the Clerk of Court using the CM/ECF system, which will automatically send email notifications to all counsel of record.


/s/  Joseph E. Sandler

Attorney for Plaintiffs

3