# EXHIBIT 1

**Subject:** Re: Fwd:
**From:** Robert Creamer <rbcreamer@gmail.com>
**Sent:** Tue, 27 Dec 2016 21:23:58 -0600
**Cc:** Ryan Clayton <claytonryan@gmail.com>, Lauren Windsor <laurenwindsor27@gmail.com>
**To:** Trevor Davis <tdavis@tosomeone.com>

Great

Robert Creamer
Democracy Partners
Cell 847-910-0363

On Dec 27, 2016, at 4:54 PM, Trevor Davis <tdavis@tosomeone.com> wrote:

> OH YES.

On Tue, Dec 27, 2016 at 3:40 PM, Ryan Clayton <claytonryan@gmail.com> wrote:

> She called back.

R

On Sat, Dec 24, 2016 at 4:25 PM Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Thanks, Ryan. Happy Holidays!

From an agnostic :)

Lauren Windsor
Executive Producer - The Undercurrent
www.TheUndercurrent.tv
@_under_current
213.595.8011

Sent from my iPhone

On Dec 24, 2016, at 1:18 PM, Ryan Clayton <claytonryan@gmail.com> wrote:

>> Email sent.
>> Talk soon.

Ryan Clayton
202.643.0563


---------- Forwarded message ----------
From: **Americans Take Action** <americanstakeaction@gmail.com>
Date: Sat, Dec 24, 2016 at 4:15 PM
Subject: Re:
To: abrandt@breakthroughdevgroup.com

Hello Allison;
I was referred to you by the folks at NPA, who said you were looking into providing support for inauguration

activities.  Most of them are going on vacation, so they shot this over to me.

I'm already working in coalition with many of those who are interested in boosting activities on Jan. 20 and we just finished working on a mobilization in all 50 states surrounding the Electoral College.

Let's connect early next week on the phone (after the holiday weekend) to discuss how you and your firm could help us make some history.  Thanks.  Talk soon.

Ryan Clayton, President
Americans Take Action
www.americanstakeaction.com
202.656.2116

On Tue, Dec 20, 2016 at 3:34 PM, George Goehl <g.goehl@peoplesaction.org> wrote:

> ---------- Forwarded message ----------
> From: abrandt@breakthroughdevgroup.com
> Date: December 13, 2016 at 3:57:51 PM CST
> Subject: Referred by Washington D.C. office
> To: G.goehl@peoplesaction.org

Hello Mr. Goehl,

My name is Allison Brandt and I work with Breakthrough Development Group. We are a political consulting firm that represents many progressive clients. Currently we have several clients who are very interested in helping out the efforts to protest the inauguration and want to find a way to get involved financially and physically.

I have been told that your group has been doing some great things to further this effort and my clients are very interested in making a large donation to help. I have been in contact with people in your Washington D.C. office and was told you would be the person I can speak to about this.

I would like to set up a meeting with you or someone from your organization in order to talk about how my clients can contribute. I'm hoping to do this soon as I know there is not much time left.

Please let me know if this can be arranged. I can also be reached at 914-924-5049.

Thanks, and I look forward to hearing from you.

Allison Brandt

:ONFIDENTIAL