# EXHIBIT 2

(Flash Drive Provided to the Court and identified in
Notice of Filing pursuant to LCvR 5.4(e)(1))