# EXHIBIT 3

**From:** Lauren Windsor <laurenwindsor27@gmail.com>
**Subject:** James O'Keefe video opportunity - URGENT
**Sent:** Fri, 6 Jan 2017 23:53:57 -0500
**Cc:** Michael Lux <mike@mikeluxmedia.com>
**To:** Scott Goodstein <scott@revolutionmessaging.com>, Arun Chaudhary <arun.chaudhary@gmail.com>

Hi, Scott & Arun,

I'm not sure your level of knowledge of the attack on our firm and other progressive firms by James O'Keefe last fall -- or of your interest in ratfucking him for good — but we came across an opportunity to do just that. I have video and audio content that I could really use your magic touch on.

We have a short timeline, as we need to break this Monday morning. But we also need an ace. I hope you guys can help.

Best,

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

:ONFIDENTIAL                                                                                                                                                      DP_000!