# EXHIBIT 5

**From:** "'Robert Creamer' via DemocracyPartners" <democracypartners@googlegroups.com>
**Subject:** Our O'Keefe video will be out Monday AM.....
**Sent:** Fri, 6 Jan 2017 13:47:37 -0600
**To:** Democracy Partners <democracypartners@googlegroups.com>

Please keep this confidential.

--
You received this message because you are subscribed to the Google Groups "DemocracyPartners" group.
To unsubscribe from this group and stop receiving emails from it, send an email to democracypartners+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.

:ONFIDENTIAL                                                                                                                            DP_001014