# EXHIBIT 6

**From:** Robert Creamer <robertcreamer@democracypartners.com>
**Subject:** Final script -- embedded and attached
**Sent:** Fri, 6 Jan 2017 08:22:43 -0600
**To:** Lauren Windsor <laurenwindsor27@gmail.com>
Scipt.docx

Convicted criminal and ultra right wing provocateur James O'Keefe is a liar and a con artist. He makes a living making innocent people look bad.

The truth is that O'Keefe and his accomplices at Project Veritas are the real bad guys.

Their goal is to record innocent people without their knowledge, manipulate the footage, and then deceive you -- the viewer.

When one of his accomplices reached out to us, using a fake name -- and invited us to dinner to talk about a donation -- we discovered who they were.   We recorded the whole thing, and we're going to show you the parts that they would leave out

In the following video, you will see O'Keefe's operative offer to pay people to break the law and disrupt the Presidential inauguration.

They hoped that we would take the bait, fall for their undercover sting, and become their next innocent victim.

But this time we turned the tables on O'keene's undercover operation.

Watch as we show you what James O'Keefe and Project Veritas are really all about.


Robert Creamer
robertcreamer@democracypartners.com <mailto:robertcreamer@democracypartners.com>
847-910-0363

:ONFIDENTIAL