# EXHIBIT 7

**Subject:** Re: James O'Keefe video opportunity - URGENT
**From:** Scott Goodstein <scott@revolutionmessaging.com>
**Sent:** Sat, 7 Jan 2017 08:50:09 -0500
**Cc:** Arun Chaudhary <arun.chaudhary@gmail.com>, Michael Lux <mike@mikeluxmedia.com>
**To:** Lauren Windsor <laurenwindsor27@gmail.com>

Sorry we don't have capacity for that type of turn around. I would recommend taking to whatever tv station you are giving story to and they can edit and produce it.

Sent from my iPhone

On Jan 6, 2017, at 11:53 PM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Hi, Scott & Arun,
> I'm not sure your level of knowledge of the attack on our firm and other progressive firms by James O'Keefe last fall -- or of your interest in ratfucking him for good — but we came across an opportunity to do just that. I have video and audio content that I could really use your magic touch on.
>
> We have a short timeline, as we need to break this Monday morning. But we also need an ace. I hope you guys can help.
>
> Best,
>
> Lauren Windsor
> Executive Director - American Family Voices
> Executive Producer - The Undercurrent
> www.theundercurrent.tv
> @_under_current
> 213.595.8011

:ONFIDENTIAL
DP_000991