# EXHIBIT 8

**From:** Lauren Windsor <laurenwindsor47@gmail.com>
**Subject:** Potential JOK PR campaign funders?
**Sent:** Sat, 7 Jan 2017 01:29:50 -0500
**To:** Mike Lux <mike@mikeluxmedia.com>, Robert Creamer <RobertCreamer@DEMOCRACYPARTNERS.COM>, Joel Silberman <joel@joelsilberman.com>

Thoughts on who? I'm willing to ask anybody. Would be a no brainer for the opportunity to take down JOK for good. We gotta know some rich guys who want the bragging rights.

## Stakeholders/Orgs Ratfucked by O'Keefe

ACORN

AUFC/Media Matters/Bridge
David Brock
Brad Woodhouse

Bernie Sanders campaign

Clinton Campaign
John Podesta
???

Democracy Partners

Feingold Campaign (failed sting attempt by our girl Allison Maass)

New Jersey Teachers' Union

Open Society Foundation (failed sting attempt)
George Soros
Jonathan Soros

PFAW (through Foval)

Planned Parenthood
Cecile Richards
Dawn Laguens

## Other Potential Donors???

Guy Saperstein (bc he likes to fuck with people)
Norman Lear (bc of PFAW connection)
Tom Steyer (bc of Josie connection)
NARAL (bc of persistent stings of abortion providers)


Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

CONFIDENTIAL

DP_000993