# EXHIBIT 9

**Subject:** Re: Potential JOK PR campaign funders?
**From:** Lauren Windsor <laurenwindsor27@gmail.com>
**Sent:** Sat, 7 Jan 2017 01:56:59 -0500
**To:** Mike Lux <mike@mikeluxmedia.com>, Robert Creamer <RobertCreamer@DEMOCRACYPARTNERS.COM>, Joel Silberman <joel@joelsilberman.com>

Also, he did a sting on Ben Barber, an NC donor. Anybody know him?
And I forgot Celinda and CWA are also stakeholders. Maybe they would want to contribute…?


On Jan 7, 2017, at 1:29 AM, Lauren Windsor <laurenwindsor27@gmail.com> wrote:

Thoughts on who? I'm willing to ask anybody. Would be a no brainer for the opportunity to take down JOK for good. We gotta know some rich guys who want the bragging rights.

**Stakeholders/Orgs Ratfucked by O'Keefe**

ACORN

AUFC/Media Matters/Bridge
David Brock
Brad Woodhouse

Bernie Sanders campaign

Clinton Campaign
John Podesta
???

Democracy Partners

Feingold Campaign (failed sting attempt by our girl Allison Maass)

New Jersey Teachers' Union

Open Society Foundation (failed sting attempt)
George Soros
Jonathan Soros

PFAW (through Foval)

Planned Parenthood
Cecile Richards
Dawn Laguens

**Other Potential Donors???**

Guy Saperstein (bc he likes to fuck with people)
Norman Lear (bc of PFAW connection)
Tom Steyer (bc of Josie connection)
NARAL (bc of persistent stings of abortion providers)


Lauren Windsor