# EXHIBIT 11

**From:** "JoelSilberman.com" <joel@joelsilberman.com>
**Sent:** Sat, 7 Jan 2017 09:47:05 -0500
**Subject:** Re: O'Keefe video PR campaign - URGENT
**To:** democracypartners@googlegroups.com

The Molly I spoke of is Molly Haigh. Her company is Megaphone Strategies. I referred her to WDN who is now a client of theirs. The firm is PR for progressive orgs on a B corp model. They charge those that can afford to pay in order to help those who can't and therefore are rarely represented. It is owned, operated and run by women and people of color.

Sent from my iPad

On Jan 7, 2017, at 9:42 AM, JoelSilberman.com <joel@joelsilberman.com> wrote:

I'm willing to donate. If Brock passes we should shame him into it. Huttner is a good idea although I'm not sure Fenton is going to be any bargain or the best bang for the buck. Doug Gordon might be willing to help or the new all women PR group out of the west coast that was started by Molly (who use to work for Fitzgibbon) where Van Jones is their board chair.

Joel

Sent from my iPad

On Jan 7, 2017, at 9:24 AM, John Hennelly <hennellyworks@gmail.com> wrote:

I am willing to donate. Where should the check be sent, and to whom should it be written.

On Fri, Jan 6, 2017 at 10:46 PM Lauren Windsor <laurenwindsor27@gmail.com> wrote:

Hey, guys,
I know that Bob has taken a big financial hit already on everything re O'Keefe, and his tendency is to get this out to the media as cheaply as possible. HOWEVER, this is our opportunity to really hit back and hit back HARD. And POSSIBLY take him out of the game for good. But in order to do that most effectively we need a paid PR campaign.

Are folks willing to contribute and/or help fundraise for $10-25k to do this? Or can we get progressive allies to do this in service of the movement? I'm willing to reach out to whomever you think might help. This has to be like the ultimate return on investment project for the progressive movement. It is really a no-brainer.

Please help.

Best,

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

:ONFIDENTIAL