# EXHIBIT 12

**From:** Michael Lux <mike@mikeluxmedia.com>
**To:** "democracypartners@googlegroups.com" <democracypartners@googlegroups.com>
**Subject:** Re: O'Keefe video PR campaign - URGENT
**Sent:** Sat, 7 Jan 2017 14:43:12 +0000

Let's hold off a minute before we start moving on this. Lauren, Bob, and I need to talk a little first, and we don't know what we can get put together over a weekend. But we deeply appreciate all willing to help.

Sent from my iPhone

On Jan 7, 2017, at 9:25 AM, John Hennelly <hennellyworks@gmail.com> wrote:

> I am willing to donate. Where should the check be sent, and to whom should it be written.

On Fri, Jan 6, 2017 at 10:46 PM Lauren Windsor <laurenwindsor27@gmail.com> wrote:

> Hey, guys,
> I know that Bob has taken a big financial hit already on everything re O'Keefe, and his tendency is to get this out to the media as cheaply as possible. HOWEVER, this is our opportunity to really hit back and hit back HARD. And POSSIBLY take him out of the game for good. But in order to do that most effectively we need a paid PR campaign.
>
> Are folks willing to contribute and/or help fundraise for $10-25k to do this? Or can we get progressive allies to do this in service of the movement? I'm willing to reach out to whomever you think might help. This has to be like the ultimate return on investment project for the progressive movement. It is really a no-brainer.
>
> Please help.
>
> Best,
>
>
> Lauren Windsor
> Executive Director - American Family Voices
> Executive Producer - The Undercurrent
> www.theundercurrent.tv
> @_under_current
> 213.595.8011

--

CONFIDENTIAL                                                                              DP_001000