# EXHIBIT 13

**Sent:** Sat, 7 Jan 2017 06:57:29 -0500
**From:** hboothgo via DemocracyPartners <democracypartners@googlegroups.com>
**To:** democracypartners@googlegroups.com
**Subject:** Re: O'Keefe video PR campaign - URGENT

Can you take this to David Brock?
There must be some who can fund this who have real resources.
Or Michael Hutner?

HEATHER BOOTH
hboothgo@aol.com


-----Original Message-----
From: Lauren Windsor <laurenwindsor27@gmail.com>
To: democracypartners <democracypartners@googlegroups.com>
Sent: Fri, Jan 6, 2017 11:46 pm
Subject: O'Keefe video PR campaign - URGENT

Hey, guys,
I know that Bob has taken a big financial hit already on everything re O'Keefe, and his tendency is to get this out to the media as cheaply as possible. HOWEVER, this is our opportunity to really hit back and hit back HARD. And POSSIBLY take him out of the game for good. But in order to do that most effectively we need a paid PR campaign.

Are folks willing to contribute and/or help fundraise for $10-25k to do this? Or can we get progressive allies to do this in service of the movement? I'm willing to reach out to whomever you think might help. This has to be like the ultimate return on investment project for the progressive movement. It is really a no-brainer.

Please help.

Best,

Lauren Windsor
Executive Director - American Family Voices
Executive Producer - The Undercurrent
www.theundercurrent.tv
@_under_current
213.595.8011

--
You received this message because you are subscribed to the Google Groups "DemocracyPartners" group.
To unsubscribe from this group and stop receiving emails from it, send an email to democracypartners+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.


--
You received this message because you are subscribed to the Google Groups "DemocracyPartners" group.
To unsubscribe from this group and stop receiving emails from it, send an email to democracypartners+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.

CONFIDENTIAL
DP_001005