# EXHIBIT 15

**From:** Robert Creamer <creamer2@aol.com>
**Subject:** In the final video....
**Sent:** Mon, 9 Jan 2017 16:28:17 -0600
**To:** Lauren Windsor <laurenwindsor27@gmail.com>

We are going to see Maass get stung and say "I'm not answering questions without my lawyer".... right?

Also I would include a brief clip of confrontation with you outside... very brief at the door only.

:ONFIDENTIAL

DP_000971