UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,
et al.,

        Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

        Defendants.

_____/

CASE NO.: 1:17-CV-1047-ESH

## **MOTION TO WITHDRAW AS COUNSEL**

Michael J. Madigan respectfully moves the Court to allow him to withdraw as counsel of record for defendants Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass, ("Defendants") and states as follows:

1.      On January 19, 2018, the undersigned filed his Notice of Appearance (D.E. 31) to represent James O'Keefe.

2.      The undersigned along with Stephen R. Klein, Kerry Brainard Verdi, Paul A. Calli (PHV), Charles Short (PHV), and Benjamin T. Barr (PHV) currently represent the Defendants, Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass in this case.

3.      The undersigned has no role at trial.  Defendants will continue to be represented by their other counsel of record and Mr. Madigan's withdrawal will not unreasonably delay this case or prejudice Defendants in any manner.

Respectfully submitted,

By:    /s/ Michael J. Madigan
Michael J. Madigan (D.C. Bar No. 71183)
LAW OFFICES OF MIKE MADIGAN
PLLC

3910 Hillandale Court, NW
Washington, DC 20007
(202)255-2055
mjm20@mac.com
*Counsel for Defendants Project Veritas*
*Action Fund, Project Veritas, James*
*O'Keefe, and Allison Maass*

/ s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on October 26, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

*/s/ Michael J. Madigan*
Michael J. Madigan, Esq.