UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,                    CASE NO.: 1:17-CV-1047-PLF
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.

_____/

## **ORDER**

      Upon review of Defendants Project Veritas, Project Veritas Action Fund, James O'Keefe, and Allison Maass's Motion *in Limine* to preclude Plaintiffs from introducing Plaintiffs' Proposed Exhibit 121, the Court hereby grants the Motion for the reasons set forth by the Defendants.

      **SO ORDERED**.

ENTERED this _____ day of _____, 2021.


                                   _____

                                   HON. PAUL L. FRIEDMAN
                                   United States District Judge