UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

## PROJECT VERITAS PARTIES' NOTICE OF FILING PURSUANT TO LOCAL CIVIL RULE 5.4(e)(1)

Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass, file this Notice pursuant to LCvR 5.4(e)(1).

The Project Veritas Parties have this date filed an Opposition to Plaintiffs' Motion in Limine [D.E. 119] regarding "The Undercurrent" videos. Exhibit A to the Opposition is a series of videos. Because those videos are not in a format compatible with electronic filing, they are being submitted to the Court on a flash drive.

Plaintiffs give notice that the custodian for purposes of LCvR 5.4(e)(1) shall be:

> Stephen R. Klein
> Bar No. 177056
> BARR & KLEIN PLLC
> 1629 K St. N.W., Ste. 300
> Washington, DC 20006
> Telephone: (202) 804-6676
> steve@barrklein.com

Respectfully submitted,

By:   /s/ Paul A. Calli  
      Paul A. Calli

                                                                            Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

| | |
|---|---|
| /s/ Kerry Brainard Verdi | /s/ Stephen R. Klein |
| Kerry Brainard Verdi, Esq. | Stephen R. Klein |
| Bar No. 478486 | Bar No. 177056 |
| Benjamin R. Ogletree | BARR & KLEIN PLLC |
| Bar No. 475094 | 1629 K St. N.W., Ste. 300 |
| VERDI & OGLETREE PLLC | Washington, DC 20006 |
| 1325 G Street, NW, Suite 500 | Telephone: (202) 804-6676 |
| Washington, DC 20005 | steve@barrklein.com |
| Telephone: (202) 449-7703 | |
| Facsimile: (202) 449-7701 | |
| kverdi@verdiogletree.com | |

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on November 1, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                              */s/ Paul A. Calli*
                                              Paul A. Calli, Esq.