UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CIVIL ACTION NO.: 1:17-CV-1047-PLF

## MOTION TO WITHDRAW AS COUNSEL

Kerry Brainard Verdi and Benjamin R. Ogletree, of the law firm of Verdi & Ogletree PLLC, respectfully move this Court to allow them to withdraw as local counsel for defendants Project Veritas Action Fund, Project Veritas, James O'Keefe and Allison Maass, ("Project Veritas Parties"), and state as follows:

1. On May 23, 2018, both Kerry Brainard Verdi and Benjamin R. Ogletree entered appearances on behalf of the Project Veritas Parties.

2. The undersigned, along with Paul A. Calli, Charles Short, Stephen R. Klein and Benjamin T. Barr currently represent the Project Veritas Parties.[1]

3. The undersigned have not been asked to play any role at the upcoming trial. Defendants will continue to be represented by their other counsel of record and neither Ms. Verdi's

---

[1] Messrs. Calli, Short, Klein and Barr initially entered this matter *pro hac vice* with approval of the Court. [D.E. 12, 13, 39, 40.] Mr. Klein became a full member of the bar of the District of Columbia on March 9, 2018 and joined this Court on May 7, 2018. Mr. Klein may continue to serve as local counsel for Messrs. Calli, Short and Barr pursuant to Local Civil Rule 83.2(d).

nor Mr. Ogletree's withdrawal will unreasonably delay this case or prejudice the Project Veritas Parties in any manner.

4. The Project Veritas Parties assent to this Motion.

November 2, 2021					Respectfully submitted,


/s/ Kerry Brainard Verdi

Kerry Brainard Verdi, Esq. (#478486)
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone:    (202) 449-7703
Facsimile:     (202) 449-7701
kverdi@verdiogletree.com


/s/ Benjamin R. Ogletree

Benjamin R. Ogletree, Esq. (#475094)
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone:    (202) 449-7703
Facsimile:     (202) 449-7701
bogletree@verdiogletree.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2020, a copy of the foregoing paper was filed via the CM/ECF system, which caused a copy to be electronically served on all counsel of record.

                        /s/ Kerry Brainard Verdi
                        Kerry Brainard Verdi