UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

      Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

### PROJECT VERITAS PARTIES' UNOPPOSED EMERGENCY MOTION TO STRIKE AND SEAL PLAINTIFFS' IMPROPERLY UNREDACTED PLEADING [D.E. 141]

Plaintiffs filed an improperly unredacted Opposition to the Project Veritas's Motion in Limine to Exclude Plaintiffs' Trial Exhibit 121 [D.E. 141]. Plaintiffs' Trial Exhibit 121 was filed under seal by the Project Veritas Parties when they filed their Motion in Limine. Plaintiffs quoted language from the sealed exhibit in the body of their motion. Plaintiffs did not properly redact the quoted language from the public version of their filing. They merely put a 'black line' over the sealed language, which did not actually redact the text.

Plaintiffs' counsel have now disclosed that they have been contacted by Erik Wemple of the Washington Post. The reporter was able to see and quote to Plaintiffs' counsel the language from the sealed exhibit which was not, in fact, properly redacted from Plaintiffs' Opposition.

Worse, because Plaintiffs' unredacted Opposition only quoted from the sealed exhibit language that Plaintiffs believe fit their mischaracterization of Project Veritas, the Washington Post reporter who read Plaintiffs' improperly unredacted Opposition appears to have formed an erroneous belief about the import or meaning of the sealed proposed trial exhibit. Accordingly, the Project Veritas Parties reasonably fear they may soon see a false and misleading Washington Post

article as a result of Plaintiffs' failure to actually redact the language they quoted from the sealed exhibit, Plaintiffs Trial Exhibit 121.

The Project Veritas Parties request relief from the Court. The undersigned have conferred with Plaintiffs' counsel, and Plaintiffs' counsel agree that the improperly unredacted filing [D.E. 141] should be stricken and sealed. To prevent further damage from Plaintiffs' error, the Project Veritas Parties request that this relief be granted on an emergency basis.

Respectfully submitted,

By:   /s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maas*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on November 9, 2021 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

*/s/ Paul A. Calli*
Paul A. Calli, Esq.
