UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,　　　　　　　　CASE NO.: 1:17-CV-1047-PLF
et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

      Defendants.
_____/

**ORDER GRANTING PROJECT VERITAS PARTIES' UNOPPOSED EMERGENCY MOTION TO STRIKE AND SEAL PLAINTIFFS' IMPROPERLY UNREDACTED PLEADING [D.E. 141]**

This matter is before the Court upon the Project Veritas Parties' Unopposed Emergency Motion to Strike and Seal Plaintiffs' Improperly Unredacted Pleading.

IT IS HEREBY ORDERED that, having reviewed all pleadings related thereto, and being fully advised in the premises, the request is hereby granted. The Court strikes and seals [D.E. 141].

**IT IS SO ORDERED** this ___ day of November, 2021.

_____
**HONORABLE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT JUDGE**