# EXHIBIT 2

| | |
|---|---|
| **From:** | |
| **Sent:** | Thu, 6 Oct 2016 11:02:48 -0400 (EDT) |
| **To:** | Allison Maass[amaass@projectveritas.com] |
| **Cc:** | [____@projectveritas.com]; [____@projectveritas.com]; [____@projectveritas.com] |
| **Subject:** | Re: 10-05-16 Dem Partners internship |

Hey Allison, are the files for this still uploading ? If so, can you please send the dropbox link to production, thank you

**From:** Allison Maass <amaass@projectveritas.com>
**Date:** Wednesday, October 5, 2016 at 11:12 PM
**To:** Project Veritas Production <production@projectveritas.com>
**Subject:** 10-05-16 Dem Partners internship

The files are uploaded in Dropbox.

# PV Video Summary Form

**Journalist Name:** Allison Maass

**Date Video Was Obtained:** 10/05/16

**Date of Upload:** 10/05/16

**Target Name/Location/contact info:**

Jenna Price, press for DNC

file://localhost/Users/amaass/Library/Group%20Containers/UBF8T346G9.Office/msoclip1/01/clip_image001.png

**Script/Operation:** Interning for Democracy Partners.

**Summary/Screenshots**


EXHIBIT 17
MAASS
8-10-18  RS

Today I went to a meeting at Center for American Progress with all of the anti-gun groups. They cried about a Harvard study that found how many people own guns in American and then talked about all of their upcoming events. It was very long and very boring. Absolutely no content.

I then worked with the DNC. They are having me track press for their bracketing program. I spoke with Eric Walker on the phone about it and he told me that tracking all of the protests is important because Hillary sometimes looks at the document.

I then went to the DNC so Jenna Price could show me how to use the programs. An intern named Ross Terry, who is probably the most clueless intern I have ever met, showed me how

Confidential    PVA00005496

to use the tracking program and then I sat down and spoke with Jenna for a little bit. She told me about the bus program the DNC is doing that is a secret until Sunday when they start. They will be sending out buses of staffers to events to help coordinate the protests and press conferences. What I did find interesting that she said though was that the allied groups were now taking responsibility for the duck because the DNC couldn't. She said the DNC needs to be careful about what they say and who knows about it, but then said it was a long story and that I should ask Bob about it. So I'm probably going to ask Aaron tomorrow if he is in the office what she meant by that because I think he'll give me a better answer.

**File Name:** FNOJ0694_20150903231829, FNOJ0694_20150904024023

**Relevant Time stamps:**

FNOJ0694_20150903231829

At 1:52 Eric Walker, DNC: The DNC has to report up to Brooklyn up to the Clinton campaign headquarters so that the Clinton campaign headquarters is kept in the loop on what the DNC is doing to make sure that Donald Trump is not getting a free pass in whatever state he is traveling in. This is a very important project because occasionally the candidate herself, meaning Hillary Clinton reads this stuff. So it's very important that we get it right. It's very important that we show as much activity as we can. My dream every night with hat document is to give a huge stack of clips with a lot of screen shots showing that no matter what the outlet was, no matter that they devoted space in the broadcast or in the print to our message. That is essential. It is essential that the people above us in the Clinton campaign know what we are doing. We also want to make it look like we know what we are doing and that we're doing a good job.

At 4:00 PV Journalist: You want all the information that is in print or on TV that has to do with the bracketing put into a single document so that the campaign and Hillary and you guys all know what's going on.

Eric Walker, DNC: Exactly. It's mostly important for the folks in Brooklyn but it's also important so if one of us here at the DNC misses one of the calls because some of us will be out on the road on the bus tour, sometimes we're stuck in a meeting and we can't get out of there you know, it's essential for us to know what's going on as well.

FNOJ0694_20150904024023

At 2:30 PV Journalist: So I know with the call a week or so ago they were talking about how some of the people holding our signs were like kind of unruly, were interrupting stuff and were a little bit violent. Do we want to include that stuff?

Jenna Price, DNC: No, so if you find any coverage about a protest gone wrong leave that out. Because this document goes. So it goes from us to Bob and then to the HFA and then

apparently the candidate sees it. So

PV Journalist: Do you think she actually does?

Jenna Price, DNC: I've heard that she does, but.

PV Journalist: Oh that's cool.

Jenna Price, DNC: I don't know how true that is. So we definitely want to represent ourselves in the best light. So we want to have as many clips in here as we can and we want them to be positive.

PV Journalist: Okay so leave that stuff out.

Jenna Price, DNC: Yeah definitely.

At 8:00 Jenna Price, DNC: We're actually launching a bus tour. It's kind of a secret so don't tell anybody about it. Bob is aware of it, but I don't know how much he knows about it so I wouldn't bring it up to him either, but we're going to have two buses going across the country for three weeks and our team is going to be on the bus. So we're going to be doing stand up pressers and protest at all of these stops around the country.

Ross Terry, DNC intern: Wait, you guys are doing it?

Jenna Price, DNC: Yeah.

PV Journalist: Oh you're going on it? Why is it a secret?

Jenna Price, DNC: It hasn't been announced yet. It's information that a lot of people would want to know whether it's stakeholders or press. So it's hush hush.

PV Journalist: Until you guys go?

Jenna Price, DNC: Yeah.

Ross Terry, DNC intern: See I heard people talking about it I didn't know it was confidential at all.

Jenna Price, DNC: Yeah it's top secret.

At 10:04 PV Journalist: So you're going to be like the ones like in these pictures that we take.

Jenna Price, DNC: No I shouldn't be in the pictures. It should be like local supporters and we're going to have like celebrities and people of congress and people who are doing all these things.

At 20:50 Jenna Price, DNC: We kind of divvy up responsibilities. So sometimes it will be like

campaign owned. So sometimes you will see that they adised something, or they are taking credit for things. So like we aren't taking credit for the duck anymore that's like random ally groups. But it's still something that we're involved in.

PV Journalist: Why aren't you taking credit?

Jenna Price, DNC: Just cause there were issues. It's like a whole long story ask Bob about it.

Ross Terry, DNC intern: intro party politics.

Jenna Price, DNC: No it wasn't party politics, but we just have to be careful about these things and the way we talk about them and who knows about certain things, but you guys are. I trust that it will all be fine.

At 21:54 PV Journalist: Usually everything they do is collaborative?

Jenna Price, DNC: Usually. You'll hear on the calls they'll say the state party did this. Sometimes we'll pitch in and we'll help make the pitch calls or we'll send out the advisory because we'll have a more extensive national list than they do. But we're all in this together.

PV Journalist: What I've noticed on the calls is they make sure that everything that Bob or Democracy Partners does or everything that the DNC is involved in like HFA has to know and approve it.

Jenna Price, DNC: Yeah yeah. There's definitely like a chain of command.