UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DEMOCRACY PARTNERS, LLC, et al.,    )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )   Civil Action No. 17-1047 (PLF)
                                    )
PROJECT VERITAS ACTION FUND, et al.,)
                                    )
         Defendants.                )
_____)

ORDER

On June 22, 2022, the Court set oral argument on the five pending motions in limine for July 14, 2022, beginning at 1:00 p.m. See Order [Dkt. No. 155] at 1. The Court directed the parties to meet and confer and submit a joint status report regarding procedures for oral argument, including: (1) whether the parties would prefer to present oral argument virtually or in-person; (2) how much time should be allocated to each motion; and (3) whether the parties wish to present any video exhibits to the Court during oral argument. Id. In the parties' joint status report submitted on June 27, 2022, the parties indicated that they "would prefer to hold the oral argument in-person," and requested that the Court set aside time to allow defendants to present video exhibits during oral argument. Joint Status Report ("JSR") [Dkt. No. 156] at ¶¶ 1, 3. The parties also included a chart with a proposed timetable for the five motions, and reiterated that defendants' Motion in Limine to Exclude Plaintiffs' Proposed Trial Exhibit 121 [Dkt. No. 128] was filed under seal. See id. at 2, 2 n.1. The Court grants the parties' requests and sets procedures and a schedule for argument. Accordingly, it is hereby

ORDERED that the Court will hear oral argument on the five pending motions <u>in limine</u> on July 14, 2022, beginning at 1:00 p.m., in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that defendants may present video exhibits to the Court during oral argument on three of the pending motions: Plaintiffs' Motions <u>in</u> <u>Limine</u> to Exclude the Testimony of Aaron Black [Dkt. No. 118]; Plaintiffs' Motions <u>in</u> <u>Limine</u> to Exclude Undercurrent Videos [Dkt. No. 119]; and Plaintiffs' Motions <u>in</u> <u>Limine</u> to Exclude Evidence Related to Exposure of Defendant Alison Maass' Subsequent Attempt to Secretly Record Another Organization [Dkt. No. 120]. The parties have agreed to "allow additional time during [defendants'] opposition arguments for the presentation of the video exhibits." JSR at ¶ 3. That additional time is reflected in the schedule below; it is

FURTHER ORDERED that the portion of the hearing regarding defendants' sealed Motion <u>in</u> <u>Limine</u> to Exclude Plaintiffs' Proposed Trial Exhibit 121 [Dkt. No. 128] shall be sealed, with no public phone line or other means of public access, and that participants and observers shall be limited to attorneys representing parties in this case, paralegals working with attorneys on this case, the parties, and Court personnel; and it is

FURTHER ORDERED that the following schedule will govern oral argument:

| Approximate Time | Motion | Movants' Time | Respondents' Time | Rebuttal Time |
|---|---|---|---|---|
| 1:00 p.m. to 1:40 p.m. | Plaintiffs' Motion in Limine to Exclude Undercurrent Videos [Dkt. No. 119] | 10 minutes | 20 minutes | 7 minutes |
| 1:40 p.m. to 2:20 p.m. | Plaintiffs' Motion in Limine to Exclude Evidence Related to Exposure of Defendant Alison Maass' Subsequent Attempt to Secretly Record Another Organization [Dkt. No. 120] | 10 minutes | 20 minutes | 7 minutes |

2:20 p.m. to 2:40 p.m. – Break

| Approximate Time | Motion | Movants' Time | Respondents' Time | Rebuttal Time |
|---|---|---|---|---|
| 2:40 p.m. to 3:20 p.m. | Plaintiffs' Motion in Limine to Exclude the Testimony of Aaron Black [Dkt. No. 118] | 10 minutes | 20 minutes | 7 minutes |
| 3:20 p.m. to 3:45 p.m. | Plaintiffs' Motion in Limine to Preclude Defendants from Making any Argument or Introducing Evidence for Purpose of Asserting a Journalism Defense [Dkt. No. 117] | 10 minutes | 10 minutes | 5 minutes |
| 3:45 p.m. to 4:10 p.m. | **SEALED** Defendants' Motion in Limine to Exclude Plaintiffs' Proposed Trial Exhibit 121 [Dkt. No. 128] | 10 minutes | 10 minutes | 3 minutes |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 29, 2022