UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,                          CASE NO.: 1:17-CV-1047-PLF
et al.,

       Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

       Defendants.
_____/

## UNOPPOSED MOTION TO AUTHORIZE RELEASE OF SEALED TRANSCRIPTS TO DEFENDANTS PROJECT VERITAS PARTIES

On July 14, 2022, this Court held hearings on motions *in limine* in this matter, which included a sealed hearing on the Project Veritas Parties' motion to exclude Plaintiffs' Exhibit 121. [D.E. 128]. The Court sealed the transcript to protect the Project Veritas Parties' equities. Counsel for the Project Veritas Parties have ordered a copy of the complete transcript for each hearing, including the hearing to exclude Plaintiffs' Exhibit 121, which is sealed.

The Project Veritas Parties hereby move for an order authorizing the court reporter to provide a transcript of this sealed hearing to counsel for the Project Veritas Parties. Counsel will expeditiously review the transcript to determine if they believe any portion of it should remain under seal.

Counsel have conferred with opposing counsel over this motion, and it is unopposed.

1

Respectfully submitted,

/s/ Stephen Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

/s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on July 18, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.


*/s/ Stephen Klein*
Stephen R. Klein