UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, *et al.*,

       Plaintiffs,

       v.

PROJECT VERITAS ACTION FUND, LLC, *et al.*,

       Defendants.

Civ. No. 1:17-cv-1047-PLF

**PLAINTIFFS' STATUS REPORT RE PLAINTIFFS' MOTION
*IN LIMINE* TO PRECLUDE DEFENDANTS FROM
MAKING ANY ARGUMENT OR INTRODUCING ANY EVIDENCE FOR
PURPOSES OF ASSERTING A JOURNALISM DEFENSE**

On July 14, 2022, the Court heard oral argument from the parties on five pending motions *in limine*. See Minute Entry for July 14, 2022. One of those motions was Plaintiffs' Motion *in Limine* to Preclude Defendants from Making Any Argument or Introducing Any Evidence for Purposes of Asserting a Journalism Defense. Dkt. No. 117.

That Motion was based in large part on the Court's Opinion and Order issued on October 14, 2021 [Dkt. No. 114], granting in part and denying in part a prior motion filed by the Project Veritas Defendants, entitled Motion in Limine to Exclude Plaintiffs' Politically Motivated Efforts to Introduce Irrelevant Evidence [Dkt. No. 100].

Based on statements at the hearing by the Court and counsel for Defendants, Plaintiffs have the following understanding:

    1. The Court ruled that, "If defendants at trial make arguments, offer evidence or elicit testimony concerning their status as 'investigative journalists,' Def. Mot. at 1, engaged in 'truthful reporting, id. at 8, plaintiffs in turn will be entitled to present additional arguments,

introduce rebuttal evidence or cross-examine witnesses on this subject to 'prevent the jury from forming the erroneous impression that the proper characterization of [defendants' journalistic status i]s undisputed.'"  Oct. 14, 2021 Order, Dkt. 114 at 13 (quotation omitted; brackets in original).

2. It is the Plaintiffs' expectation and understanding that the Defendants at trial will "open the door," that is, will make arguments, offer evidence and/or elicit testimony concerning their status as investigative journalists, and will be permitted to do so for any relevant purpose.

3. Accordingly, Plaintiffs in turn ""will be entitled to present additional arguments, introduce rebuttal evidence or cross-examine witnesses on this subject," including without limitation the "evidence suggesting a connection between defendants and Donald Trump more broadly…." Oct. 14, 2021 Order, Dkt. 114 at 13.

4. Nothing in this framework waives any party's right to object to admission of any specific piece of evidence on the grounds that it is not relevant to show journalistic status or purpose, or is not relevant or admissible to establish "tortious purpose" or to rebut Defendants' evidence offered to show journalistic status or purpose, or that even if relevant such evidence should be excluded under Federal Rule of Evidence 403(b). The Plaintiffs understand that the Court will rule on certain of the other pending motions *in limine* on this basis. The parties intend to preserve all of their respective objections to the other side's evidence as set out in the Exhibit Lists attached to the Joint Pretrial Statement [Dkt. No. 138].

5. Plaintiffs' Motion in Limine regarding a journalism defense sought to exclude certain specific documents appearing on Defendants' Exhibit List, consisting of certain newspaper or magazine articles—Defendants Exhibits 171, 172, 173, 174 and 175.  Defendants have informed

Plaintiffs that Defendants are withdrawing those exhibits and will not be offering them into evidence.

   6. Based on the above understanding, Plaintiffs respectfully withdraw their Motion *in Limine*, to Preclude Defendants from Making Any Argument or Introducing Any Evidence for Purposes of Asserting a Journalism Defense [ Dkt. No. 117].

  The undersigned conferred with counsel for Defendants who had no changes or objections to the foregoing language.


Dated: July 21, 2022       /s/ Joseph E. Sandler

              Joseph E. Sandler, D.C. Bar No. 255919
              Christina E. Bustos DC Bar. No. 229699
              SANDLER REIFF LAMB ROSENSTEIN &
              BIRKENSTOCK, P.C.
              1090 Vermont Ave., N.W. Suite 750
              Washington, D.C. 20005
              Tel: 202-479-1111
              Fax: 202-479-1115
              sandler@sandlerreiff.com
              bustos@sandlerreiff.com

              Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing Plaintiffs' Status Report with the Clerk of Court using the CM/ECF system, which will cause a copy to be served on all counsel of record.

/s/ Joseph E. Sandler

Joseph E. Sandler

Counsel for Plaintiffs