UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

## UNOPPOSED MOTION TO REDACT AND UNSEAL TRANSCRIPT

On July 21, 2022, the Court released the transcript of proceedings held on July 14, 2022. D.E. 161. A portion of the hearing was sealed, reflected on pages 73-79 of the transcript. The Project Veritas Parties move that the Court unseal this portion of the transcript but order the redaction of one word at page 76, line 4. The Court ordered this word stricken from the record at page 76, lines 8-9 and page 77, line 10. A proposed order is attached as **Exhibit A**.

The undersigned counsel have conferred with opposing counsel, and this motion is unopposed.

Respectfully submitted,

*/s/ Paul A. Calli*
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

1

*/s/ Benjamin T. Barr*
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

*/s/ Stephen Klein*
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 5, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

<em>/s/ Paul A. Calli</em><br>
Paul A. Calli