UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

## JOINT STATUS REPORT BY THE PLAINTIFFS AND THE DEFENSE

On August 9, 2022, the Court entered a Minute Order granting the Project Veritas parties' Unopposed Motion to Redact and Unseal Transcript. The Court further ordered "that on or before August 10, 2022, the parties shall meet and confer and file a joint status report regarding whether the underlying briefs may be unsealed as well."

Counsel for the parties have conferred. The Plaintiffs and the Defense agree that the underlying briefs may be unsealed.

Respectfully submitted,

*/s/ Paul A. Calli*
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

1

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

/s/ Stephen Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

and

/s/ Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Christina Bustos, D.C. Bar No. 229699
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
sandler@sandlerreiff.com
bustos@sandlerreiff.com

*Counsel for Plaintiffs Democracy Partners, LLC, Strategic Consulting Group, NA, Inc. and Robert Creamer*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on August 10, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                            */s/ Paul A. Calli*
                                            Paul A. Calli