UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,　　　　　　　　CASE NO.: 1:17-CV-1047-PLF
et al.,

　　　　Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

　　　　Defendants.
_____/

### PROJECT VERITAS PARTIES' NOTICE OF FILING FOLLOWING MINUTE ORDER OF AUGUST 11, 2022

On August 11, 2022, the Court entered a Minute Order following the Joint Status Report filed by the Plaintiffs and the Defense [D.E. 163]. Pursuant to the August 11, 2022, Minute Order, the Project Veritas file the attached copies of [D.E. 128] (**Exhibit A)** and [D.E. 150-1] **(Exhibit B)**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Paul A. Calli*
　　　　　　　　　　　　　　　　　　　　Paul A. Calli
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 994121
　　　　　　　　　　　　　　　　　　　　Chas Short
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 70633
　　　　　　　　　　　　　　　　　　　　CALLI LAW, LLC
　　　　　　　　　　　　　　　　　　　　14 NE 1st Ave, Suite 1100
　　　　　　　　　　　　　　　　　　　　Miami, FL 33132
　　　　　　　　　　　　　　　　　　　　Telephone: (786) 504-0911
　　　　　　　　　　　　　　　　　　　　Facsimile (786) 504-0912
　　　　　　　　　　　　　　　　　　　　PCalli@Calli-Law.com
　　　　　　　　　　　　　　　　　　　　CShort@Calli-Law.com
　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice*

*/s/ Benjamin T. Barr*　　　　　　　　　　　*/s/ Stephen Klein*
Benjamin Barr (Pro Hac Vice)　　　　　　　Stephen R. Klein
BARR & KLEIN PLLC　　　　　　　　　　　　Bar No. 177056

1

<div style="column-count:2">

444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

</div>

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

**CERTIFICATE OF SERVICE**

  I CERTIFY that on August 11, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                 */s/ Paul A. Calli*
                 Paul A. Calli