UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,            CIVIL ACTION NO.: 1:17-CV-1047-PLF
et al.,

       Plaintiffs,
v.

PROJECT VERITAS ACTION FUND,
et al.,

       Defendants.
_____/

## COMBINED VOIR DIRE QUESTIONS PROPOSED BY THE PARTIES

The Parties respectfully request the Court allow the following questions to be asked of the potential jurors. The Parties have jointly worked diligently to prepare these proposed questions. However, owing to potential developments prior to jury selection, the Parties jointly request that the Court reserve their right to amend these proposed questions.

The proposed questions numbered 23 and 46 are highlighted in yellow because Plaintiffs object to those questions. With regard to question 23, Plaintiffs object that "the jurors' answers would not be indicative of anything that would be relevant to a juror's ability to render an unbiased verdict." With regard to question 46, Plaintiffs object because they "can't see anyone answering it in the affirmative" and it sounds "as if the Court is affirmatively saying, just because someone has strong political beliefs doesn't mean they can't be considered a journalist." The Project Veritas Parties assert that, in light of Plaintiffs' theory and anticipated evidence, as well as the Court's rulings, the proposed questions are essential to seat jurors who can fairly and impartially evaluate the evidence and render an unbiased verdict.

1.       The Parties request that the Court make inquiry of the panel members' names, addresses, employment and educational backgrounds.

2. The attorneys for the Plaintiffs in this case are Joseph Sandler, Christina Bustos of the law firm Sandler Reiff Lamb Rosenstein & Birkenstock. Do you know the law firm or any of these attorneys, or have you had any dealings of any kind with any of them?

3. The attorneys for the Defendants in this case are Paul Calli and Charles Short of Calli Law, LLC and Stephen Klein of the Klein Barr law firm. Do you know any of these law firms or any of these attorneys, or have you had any dealings of any kind with any of them?

4. Do you feel you have any bias or preference for or against any of the Plaintiffs or for or against any of the Defendants because of the nature of the complaint in this case or otherwise?

5. Do you have set beliefs - religious, moral, ethical, political or otherwise - that would impair your ability to listen to the evidence brought out in this courtroom objectively and decide this case based solely upon the evidence that you year, based upon the instructions that the Court will give the jury?

6. Do you or any member of your family have any personal interest in the outcome of this case?

7. Would you be uncomfortable in making an award of money damages if the Plaintiffs meet their burden of proof on any of their claims?

8. Do you believe that you will be able to follow the Court's instructions even if you disagree with the law?

9. Have you ever worked or received training in any of the following areas, or does any member of your family or household work in any of these areas. The questions includes any organization, whether a for-profit or a non-profit business, or volunteer work.

   a) News media?

    b)  Political campaigning?

    c)  Union administration?

    d)  Consulting?

    e)  Auditing and compliance?

    f)  Regulatory agencies or agencies that oversee elections?

    g)  Human resources

  If yes to any of the above, what did/do you (or your family member) do in that field?

  10. Who has ever owned your own business, started a company of any kind, or been self-employed?

  11. Have you or any of your immediate family served in the military? If yes,

    a)  What branch, when, what was your highest rank, what type of discharge did you receive? If you served overseas, where?

    b)  Have you or any of your immediate family served in the intelligence community? If yes,

    c)  For what agency or military branch?

  12. Do any of you have a website, twitter account, telegram station, facebook page, or parlor account on which you report news or editorialize about news, whether local, state, or national news?

  13. Have you ever done business, or had any interaction with, or do you or a member of your family have any business, financial or employment relationship with any of the following people, businesses or organizations?

    a)  Democracy Partners

    b)  Strategic Consulting Group

    c)  Mobilize Inc.

      d)      American Family Voices

      e)      Project Veritas

      f)      Project Veritas Action Fund

      g)      The Democratic National Committee (DNC)

      h)      The Undercurrent

      i)      American Federation of State, County, and Municipal Employees (AFSCME)

      j)      Americans United for Change (AUFC)

      k)      Georgetown University or its law school

      l)      Voces de la Frontera

      m)      Sinclair Broadcasting

      n)      Robert Creamer

      o)      Allison Maass

      p)      James O'Keefe

14.    Do you know, have you heard of any of the following people, or do you or a family member have any type of relationship with any of the following?

      a)      James O'Keefe

      b)      Allison Maass

      c)      Christian Hartsock

      d)      Robert "Bob" Creamer

      e)      Lauren Windsor

      f)      Aaron Minter a/k/a Black

      g)      Scott Foval

   h)  Scott Frey

   i)  Lee Saunders

   j)  Brad Woodhouse

   k)  Mark Cerebona

   l)  Mike Lux

   m)  Linda Saucedo

   n)  Cheri Whiteman

   o)  Daniel Sandini

   p)  Trevor Kendrick

   q)  Bill Lurye

15. Do you have any familiarity with Project Veritas, Project Veritas Action Fund, or James O'Keefe III or their websites, social media accounts, or YouTube channels?  If so, do you follow or subscribe to any of those social media accounts or YouTube channels of Project Veritas, Project Veritas Action Fund, or James O'Keefe III?

16. Have you heard anything on radio or television or read anything in the media or social media about this case or similar cases? If so, please describe.

   a) As a result of what you have heard or read, have you formed any opinion whatsoever regarding this matter?

   b) Notwithstanding the above, can you follow the Court's instructions and the law as the Court will instruct you, and render a fair and impartial decision based solely upon the evidence presented at trial?

17. Has anyone written a letter to the editor, an opinion letter to any publication whether in print or online, or called in to a talk show to express your opinion?

        a)       If so, what was the issue?

18.     Are you or is someone you are related to a journalist?

19.     Where do you get your news?

        a)       What newspapers and magazines?

        b)       What news shows or tv channels?

        c)       What podcasters and streamers?

        d)       What blogs or substacks?

        e)       What news websites?

        f)       What Radio programs?

        g)       What Twitter media?

        h)       What Telegram media?

20.     Do you communicate about politics on social media?

21.     Have you ever seen a hidden camera investigation on the news? Was it a national news program, a local news program, or an on-line news program?

22.     Do you have favorite podcasts? If so, what are they?

==23.     Were you personally affected by the events of January 6, 2021?==

24.     Do you consider yourself politically active?

25.     Has anyone served as a poll worker during any election?

26.     This case may involve testimony regarding the 2016 Presidential election campaigns of Hillary Clinton and Donald Trump. Would that affect your ability to render an unbiased and impartial verdict?

27.     Are you or anyone in your family involved in politics? How?

        a)       Volunteering? Phone banking? Text banking? Canvassing?

    b)  Are you or your family paid for that work?

  28.  Have you or any member of your immediate family even been employed by a national, state or local political party committee? If so:

    a)  What committee?

    b)  What was the nature of that employment?

    c)  During what time period were you employed?

  29.  Have you or any member of your immediate family even been employed by or volunteered for a political campaign?

    a)  What campaign(s)?

    b)  What was the nature of that employment or volunteer role?

    c)  During what time period were you employed or did you serve as a volunteer?

  30.  Is anyone familiar with the laws involving political campaigning and political contributions?

  31.  Have you followed any legal cases involving political campaigning, political contributions, or voter fraud?

  32.  Has anyone ever filed a complaint with the Federal Election Commission, or any state or county authority that oversees elections?

  33.  Do you know anyone who works in this courthouse? If yes who, and how do you know that person?

    a)  Is anyone a member of a union, or have family members who are?

    b)  What union?

    c)  What role?

    d)  Have you or your family member held a position, such as serving as an officer or a representative?

34. Have you ever been asked to sign a non-disclosure agreement?

35. Are you familiar with or have any specialized knowledge of non-disclosure agreements?

36. Do you work with information that is deemed or defined as confidential by a written non-disclosure or confidentiality agreement?

37. Have you ever had an internship?

38. If so, was it a paid or unpaid internship?

39. Are you responsible for hiring interns?

40. Do you work with interns?

41. Have you ever secretly recorded a conversation or event with your phone or any kind of electronic device? Who did you record? Why?

42. Has anyone ever secretly recorded a conversation they had with you?  Did you know they were recording you? Why were they recording you?

43. Have you or any business or other organization with which you are or have been connected ever been involved in any investigation or lawsuit involving the secret recording of conversations? If so, describe the proceeding and your involvement or that of the business or organization.

44. Have you ever appeared on the news?

45. Does anyone have an opinion regarding undercover journalism that involves secret recordings, such that it would affect your ability to render an unbiased and impartial verdict?

46.   Does anyone believe that a reporter or journalist who has a political position, personally or editorially, is not a journalist?

47.   Have you ever been the defendant in a civil lawsuit?  What were the claims?

48.   Have you ever been the plaintiff in a civil lawsuit?  What were the claims?

49.   Have you ever been a witness in a civil lawsuit? What were the claims?

50.   Have you previously served on a jury?  On how many occasions?

   a)   Was your service in a State (District of Columbia) or Federal case?

   b)   Was the case (or cases) civil or criminal?

   c)   If you were selected for the jury, were you the Foreperson?

   d)   Without telling us the verdict or who you found for, plaintiff or defendant, did you reach a verdict?

   e)   Were you ever called and questioned, like today, but not selected to serve on the jury?

51.   Does anyone think that just because someone has been sued, they must have done something wrong because they didn't settle and elected to go to trial?

52.   In a civil case, it is the plaintiff's burden to prove their case. Does anyone disagree? That is, does anyone think the defense should have to *disprove* the plaintiff's claims?

53.   Please look around the courtroom and raise your hand if you know or recognize any of the other potential jurors.

54.   Have you recognized anyone else that you have seen at the courthouse today?

55.   Based on the questions that you have been asked so far by the Court and the attorneys, is there anything that we *haven't* asked you that you think would be helpful for the Court, the attorneys or the parties to know about you?

56. Do you have any concerns regarding Covid that would make it difficult for you to serve on this jury?

Respectfully submitted,

/s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

*Counsel for Defendants Project Veritas
Action Fund, Project Veritas, James O'Keefe,
and Allison Maass*

/s/ Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Christina E. Bustos DC Bar. No. 229699
SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W.  Suite 750
Washington, D.C.  20005
Tel:  202-479-1111
Fax:  202-479-1115
sandler@sandlerreiff.com
bustos@sandlerreiff.com

Aderson Francois, D.C. Bar No. 798544
GEORGETOWN UNIVERSITY LAW CENTER
Civil Rights Clinic
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Tel: 202-661-6721
aderson.francois@georgetown.edu

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on September 1, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                                          */s/ Paul A. Calli*
                                                          Paul A. Calli, Esq.