UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

      Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

      Defendants.
_____/

CIVIL ACTION NO.: 1:17-CV-1047-PLF

### NOTICE OF FILING JOINT STATEMENT OF THE CASE FOR JURY PANEL

The Parties have conferred and together submit the following Joint Statement of the Case pursuant to the Court's Order Regarding Trial Schedule and Procedures, Dkt. 168, at ¶1:

This is a civil case. The Plaintiffs making the claims are Democracy Partners, Strategic Consulting Group and Robert Creamer. Democracy Partners is an association of political consultants located in Washington, D.C. Mr. Creamer is its founder, and Strategic Consulting is his company and a member of Democracy Partners. In 2016, Strategic's clients included American Federation of State, County and Municipal Employees (abbreviated as AFSCME), and the nonprofit organization Americans United for Change (abbreviated as AUFC).

The Defendants against whom the claims are made are Project Veritas, Project Veritas Action Fund, James O'Keefe III and Allison Maass. Project Veritas and Project Veritas Action Fund are nonprofit organizations that investigate and produce video reports and publish them on the internet. Mr. O'Keefe is the President of both organizations, and Ms. Maass was an employee in 2016.

In April 2016, a Project Veritas employee met a political consultant named Scott Foval, who indicated that he had a twenty-year history of working with and for Mr. Creamer. After learning about Mr. Creamer from Mr. Foval, Project Veritas personnel adopted false identities to meet with members and contractors of Democracy Partners and Strategic, including Mr. Creamer. They recorded these interactions with hidden cameras.

In September 2016, Ms. Maass accepted a part time, unpaid internship with Democracy Partners at their Washington, D.C. office, that lasted three weeks, using the false identity and name "Angela Brandt." Ms. Maass undertook the internship and made hidden camera recordings of her interactions with Mr. Creamer and others.

On October 17, 2016, Project Veritas published its first video release that included segments from hidden camera recordings made of Mr. Foval as well as by Ms. Maass during her internship. After the publication of Project Veritas's video release, AFSCME terminated its relationship with Strategic Consulting Group, Mr. Creamer and AUFC fired Scott Foval, and AFCSME stopped funding AUFC which went out of business.

Plaintiffs claim that Ms. Maass, in conspiracy with Project Veritas and Mr. O'Keefe, violated the federal and D.C. surveillance laws by secretly recording for the purpose of breaching a fiduciary duty that it claims Allison Maass owed to them. They also claim that Ms. Maass, in conspiracy with Project Veritas and Mr. O'Keefe, committed fraudulent misrepresentation. Plaintiffs contend that Defendants were engaged in surveillance for political purposes rather than journalism. Plaintiffs seek damages for the termination of Strategic Consulting's contracts with AFSCME and AUFC, which Plaintiffs contend were caused in part by the infiltration of the Democracy Partners offices.

Defendants respond that they did not make any illegal secret recordings because all of their work was for the sole purpose of newsgathering and journalism and that they had no tortious purpose whatsoever for recording. Defendants further respond that Ms. Maass owed no fiduciary duty to the Plaintiffs. Defendants also respond that they did not commit fraudulent misrepresentation because any injury suffered by Plaintiffs came as a result of the words they spoke and the admissions they made that Defendants published, not as a result of actions taken by Ms. Maass. Defendants contend that any business lost by Plaintiffs following publication of the news report was not caused by any actions for which they can be held liable. Instead, Defendants claim that AFSCME terminated its relationship with Strategic because of the words that came out of the mouths of Scott Foval and Robert Creamer as published by Project Veritas in their news report.

Respectfully submitted,

/s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006

/s/ Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Christina E. Bustos DC Bar. No. 229699
SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005
Tel: 202-479-1111
Fax: 202-479-1115
sandler@sandlerreiff.com
bustos@sandlerreiff.com

Aderson Francois, D.C. Bar No. 798544
GEORGETOWN UNIVERSITY LAW CENTER
Civil Rights Clinic
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Tel: 202-661-6721
aderson.francois@georgetown.edu

*Attorneys for Plaintiffs*

3

Telephone: (202) 804-6676
steve@barrklein.com

Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*

*Counsel for Defendants Project Veritas
Action Fund, Project Veritas, James O'Keefe,
and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 1, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                                    */s/ Paul A. Calli*
                                                    Paul A. Calli, Esq.