# COMPOSITE EXHIBIT B

| | |
|---|---|
| From: | Russell Verney |
| Sent: | Thu, 28 Apr 2016 10:34:07 -0400 (EDT) |
| To: | James O'Keefe III[james@projectveritas.com] |
| Cc: | Joe Halderman[jhalderman@projectveritas.com] |
| Subject: | Fwd: Subtitels |

James
This transcript below refers to Bob Cramer and Democracy Partners.
This news story about a hearing in Congress refers to Robert Creamer of Democracy Partners who is married to the ranking D on the House Select Committee on Infant Lives investigating Planned Parenthood and the selling of fetal tissue. Robert Creamer is a convicted felon.
http://thefederalist.com/2016/04/28/how-the-abortion-industry-bought-off-the-top-democratic-leader-investigating-planned-parenthood/
Russ

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮@projectveritas.com>
**Subject: Re: Subtitels**
**Date:** April 27, 2016 at 8:31:04 PM EDT
**To:** PV Production <production@projectveritas.com>

▮▮▮▮

What is the tiny speck authorization?

--------

**From:** PV Production
**Sent:** Wednesday, April 27, 2016 6:46 PM
**To:** ▮▮▮▮▮▮▮▮
**Subject:** Subtitels

Thanks ▮▮▮
Download link
https://we.tl/A9dE3i3VB

Scott Foval: Deputy National Director, People for the American Way Scott Foval

> **FOVAL: The legality. You can prove conspiracy if there's a bus. If there are cars? It's much harder to prove.**
> **ME: And there's enough money.**
> **FOVAL: If there's enough money, you have people drive their POVs. Or, you have them drive rentals.**
> **ME: Yeah. With Wisconsin license plates.**
> **FOVAL: Absolutely. Well, you can't have them with Wisconsin license plates because rentals here? Most of them don't have Wisconsin license plates.**
> **ME: Oh.FOVAL: But there's this thing called Used Car Auction. M E:Ahhhh....**
>
> **FOVAL: Used Car Auction, the titles belong to some unknown company -- company cars.**
> **ME: And you know these are multiple "employers," these are not all one "employer."**
> **FOVAL: So you use shells. Use shell companies. Cars come from one company, the paychecks come from another. There's no bus involved, so you can't prove that it's en masse, so it doesn't tip people off. That's what I'm saying.**
> **ME: Yeah, okay, yeah.FOVAL: When I do this I think as an investigator first. ME: Yeah, work backwards, yes. That's great.**
> **FOVAL: I used to do the investigations. I think backwards from how they would prosecute if they could, and then build out the method to build that.**
> **ME: So you're saying shell companies, the are–**
> **FOVAL: If the car has a Wisconsin license plate. I mean it's owned by a third entity, then it's much harder to prove that these people drove in from out of state, there's no bus involved so you can't prove conspiracy.**

**FOVAL (CONT'D): I know pretty closely who's advising [my fictitious client whom he thinks he knows] on that. I work with that same person. There is somebody who hatches these ideas to people like him on an ongoing basis to people like him.**
**ME: Who is he?**
**FOVAL: So Bob Cramer comes up with a lot of these ideas. I work with Bob Cramer one to one all the time. I'm the white hat, Democracy Partners is kind of a dark hat. I will probably end up being a partner there at some point, because our philosophy is actually the same. But I know that with regard to your specific connection, and client, that, well, he fucked up when he gave a whole lot of support to Rahm. Now he's understanding what he did. I never would've backed Rahm financially. But I worked for the guy in the 90s. And I can tell you what an asshole he is. I can tell you that he's all about the money. Not about the principles. So the messiah complex that Rahm has, it sucks because his brothers are both really great guys. But your client got sucked in, not only on one side but on the other, bled for two years financially out of pocket, and now with the little operation he's maintaining is giving it back. But when he starts reaching into the stuff**

**Because Bob Cramer is diabolical. And I love him for it. I have learned so much from that man over the last twenty years, I can't even tell you. And he calls me to be his firefighter a lot of the time, because there people who in our movement will not do what it takes to get shit done. And I'm not that person. I'm the one they send when everything has gone to shit. And so he spends a lot of time on the phone with my boss asking me to go places that I don't wish to go. If I were not working for PFTAW, my pattern would be much more recognizable than in other places around the country. Everytime you saw a national candidate, like either Cruz or Trump in Milwaukee, you'd be bombarded with Chicago antics.**
**ME: In what way? What's an example?**
**FOVAL: So one of the things we do is we stage very authentic grassroots protests right in their faces at their events. We infiltrate. And then we get it on tape. And then when our guys get beat up-**

**FOVAL: And some of them are actually just people who have been affiliated with our movement for so long, that you just pick up the phone and go Hey do you got a few guys? This is my idea, do you have a few guys? They're like, Fuck yeah! Let's fuckin' do this! You give them money, you buy them dinner and you buy them beers orwhatever, and it happens.**

## FOVAL: No, I'm saying we have mentally ill people, that we pay to do shit, make no mistake. Over the last twenty years? I've paid off a few homeless guys to do some crazy stuff, and I've also taken them for dinner, and I've also made sure they had a hotel, and a shower, and I put them in a program. Like I've done that. But the reality is, a lot of people, especially, our union guys? A lot of union guys? They'll do whateeeevvverrr you want. They're rock 'n roll.

| | |
|---|---|
| **From:** | James O'Keefe III |
| **Sent:** | Fri, 29 Apr 2016 18:25:46 -0400 (EDT) |
| **To:** | Russell Verney[rverney@projectveritas.com] |
| **Cc:** | Joe Halderman[jhalderman@projectveritas.com]; Christian Hartsock [chartsock@projectveritas.com] |
| **Subject:** | Re: Subtitels |

Ccing Christian Hartsock

James O'Keefe
Project Veritas
Office: 914.908.2300
Cell: 201.637.0564
On Apr 28, 2016, at 10:34 AM, Russell Verney <rverney@projectveritas.com> wrote:

> James
> This transcript below refers to Bob Cramer and Democracy Partners.
> This news story about a hearing in Congress refers to Robert Creamer of Democracy Partners who is married to the ranking D on the House Select Committee on Infant Lives investigating Planned Parenthood and the selling of fetal tissue. Robert Creamer is a convicted felon.
> http://thefederalist.com/2016/04/28/how-the-abortion-industry-bought-off-the-top-democratic-leader-investigating-planned-parenthood/
> Russ
>
> Begin forwarded message:
>
> **From:** ▮▮▮▮▮ <▮▮▮▮▮@projectveritas.com>
> **Subject: Re: Subtitels**
> **Date:** April 27, 2016 at 8:31:04 PM EDT
> **To:** PV Production <production@projectveritas.com>
>
> ▮▮▮▮
>
> What is the tiny speck authorization?

**From:** PV Production
**Sent:** Wednesday, April 27, 2016 6:46 PM
**To:** ▮▮▮▮▮
**Subject:** Subtitels

Thanks ▮▮▮
Download link
https://we.tl/A9xKSlSVZi

**Scott Foval: Deputy National Director, People for the American Way Scott Foval**

FOVAL: The legality. You can prove conspiracy if there's a bus. If there are cars? It's much harder to prove.
ME: And there's enough money.
FOVAL: If there's enough money, you have people drive their POVs. Or, you have them drive rentals.
ME: Yeah. With Wisconsin license plates.
FOVAL: Absolutely. Well, you can't have them with Wisconsin license plates because rentals here? Most of them don't have Wisconsin license plates.
ME: Oh. FOVAL: But there's this thing called Used Car Auction. M E:Ahhhh....

FOVAL: Used Car Auction, the titles belong to some unknown company -- company cars.
ME: And you know these are multiple "employers," these are not all one "employer."
FOVAL: So you use shells. Use shell companies. Cars come from one company, the paychecks come from another. There's no bus involved, so you can't prove that it's en masse, so it doesn't tip people off. That's what I'm saying.
ME: Yeah, okay, yeah. FOVAL: When I do this I think as an investigator first. ME: Yeah, work backwards, yes. That's great.
FOVAL: I used to do the investigations. I think backwards from how they would prosecute if they could, and then build out the method to build that.
ME: So you're saying shell companies, the are-
FOVAL: If the car has a Wisconsin license plate. I mean it's owned by a third entity, then it's much harder to prove that these people drove in from out of state, there's no bus involved so you can't prove conspiracy.


FOVAL (CONT'D): I know pretty closely who's advising [my fictitious client whom he thinks he knows] on that. I work with that same person. There is somebody who hatches these ideas to people like him on an ongoing basis to people like him.
ME: Who is he?

**FOVAL: So Bob Cramer comes up with a lot of these ideas. I work with Bob Cramer one to one all the time. I'm the white hat, Democracy Partners is kind of a dark hat. I will probably end up being a partner there at some point, because our philosophy is actually the same. But I know that with regard to your specific connection, and client, that, well, he fucked up when he gave a whole lot of support to Rahm. Now he's understanding what he did. I never would've backed Rahm financially. But I worked for the guy in the 90s. And I can tell you what an asshole he is. I can tell you that he's all about the money. Not about the principles. So the messiah complex that Rahm has, it sucks because his brothers are both really great guys. But your client got sucked in, not only on one side but on the other, bled for two years financially out of pocket, and now with the little operation he's maintaining is giving it back. But when he starts reaching into the stuff**

**Because Bob Cramer is diabolical. And I love him for it. I have learned so much from that man over the last twenty years, I can't even tell you. And he calls me to be his firefighter a lot of the time, because there people who in our movement will not do what it takes to get shit done. And I'm not that person. I'm the one they send when everything has gone to shit. And so he spends a lot of time on the phone with my boss asking me to go places that I don't wish to go. If I were not working for PFTAW, my pattern would be much more recognizable than in other places around the country. Everytime you saw a national candidate, like either Cruz or Trump in Milwaukee, you'd be bombarded with Chicago antics.**
**ME: In what way? What's an example?**
**FOVAL: So one of the things we do is we stage very authentic grassroots protests right in their faces at their events. We infiltrate. And then we get it on tape. And then when our guys get beat up-**

**FOVAL: And some of them are actually just people who have been affiliated with our movement for so long, that you just pick up the phone and go Hey do you got a few guys? This is my idea, do you have a few guys? They're like, Fuck yeah! Let's fuckin' do this! You give them money, you buy them dinner and you buy them beers orwhatever, and it happens.**

FOVAL: No, I'm saying we have mentally ill people, that we pay to do shit, make no mistake. Over the last twenty years? I've paid off a few homeless guys to do some crazy stuff, and I've also taken them for dinner, and I've also made sure they had a hotel, and a shower, and I put them in a program. Like I've done that. But the reality is, a lot of people, especially, our union guys? A lot of union guys? They'll do whateeeevvverrr you want. They're rock 'n roll.