UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Democracy Partners, LLC et al

vs.

Project Veritas Action Fund et al

Civil/Criminal No. 17-1047 (PLF)

NOTE FROM JURY

Are we able to read Lauren Windsors stipulation?

Date: 9/22/22

Time: 12:25

FOREPERSON

#1

CO-109A