UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Democracy Partners, LLC, et al )
)
vs. )
Project Veritas Action Fund )
et al )

Civil/Criminal No. 17-1047

NOTE FROM JURY

We have come to a verdict.

Date: 9/27/22

Time: 4:15

FOREPERSON

#2

CO-109A