UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Democracy Partners, LLC, et al )
)
vs. )   Civil/Criminal No. 17-1047 (PLF)
)
Project Veritas Action Fund, )
et al. )

NOTE FROM JURY

For #6 we left it blank because we could not agree on an amount.

Date: 9/22/22

Time: 5:05

FOREPERSON

#3

CO-109A