UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Democracy Partners, LLC et al )
)
vs. )   Civil/Criminal No. 17-1047(PLF)
Project Veritas Action Fund, )
et al. )

NOTE FROM JURY

We have agreed on an amount for #6

Date: 9/22/22

Time: 6:03

FOREPERSON

#4

CO-109A