AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, et al.,<br>*Plaintiff*<br>v.<br>PROJECT VERITAS ACTION FUND, et al.,<br>*Defendant* | ) ) ) ) ) ) | Case No. 1:17-CV-1047-PLF |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Project Veritas Action Fund, Project Veritas, James O'Keefe, Allison Maas            .

Date:   10/04/2022                                                  /s/ Erik S. Jaffe
                                                                                    *Attorney's signature*

                                                                        Erik S. Jaffe, Bar No. 440112
                                                                        *Printed name and bar number*

                                                                            Schaerr | Jaffe, LLP
                                                                        1717 K Street NW, Suite 900
                                                                        Washington, DC 20006

                                                                                    *Address*

                                                                            ejaffe@schaerr-jaffe.com
                                                                                *E-mail address*

                                                                                (202) 787-1060
                                                                                *Telephone number*

                                                                                (202) 776-0136
                                                                                *FAX number*