UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC,
et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND,
et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

### JOINT STATUS REPORT
### REGARDING PROPOSED BRIEFING SCHEDULE
### FOLLOWING COURT'S RESERVATION OF RULING ON RULE 50 MOTION

    This Court reserved ruling on the Project Veritas Parties' Rule 50(a) Motion for Judgment as a Matter of Law (Dkt. 179). *See* 9/20/22 Minute Entry Reserving Ruling. Following the reservation of its ruling, the Court agreed that the same standard would apply to the renewal of the Rule 50 motion following a verdict and requested additional briefing.

    Pursuant to the Court's instructions, the parties conferred regarding a briefing schedule on Rule 50 issues. The parties believe that none of the issues to be addressed in the Project Veritas Parties' Rule 50(b) Motion invokes the provision of the rule requiring that "if the motion addresses a jury issue not decided by a verdict" it must be filed "no later than 28 days after the jury was discharged." Accordingly, the parties propose the following and jointly request that the Court order the following briefing schedule:

1. The Project Veritas Parties will file their Rule 50(b) Motion on or before November 14, 2022.

2. Plaintiffs will file their response on or before December 12, 2022.

3.  The Project Veritas Parties will file their reply on or before December 30, 2022.

4.  In the interests of efficiency, the parties jointly propose that briefing of any Rule 59 Motion for New Trial be deferred until after the Court has decided the Project Veritas Parties' Rule 50(b) motion.

5.  Because the Court cannot extend the time for a party to move for judgment as a matter of law or to move for a new trial, *see* Fed. R. Civ. P. 6(b)(2), the parties jointly request that the Court defer entry of judgment under Fed. R. Civ. P. 58 until after the Court has issued decisions on the Rule 50(b) motion and any Rule 59 motion.

Respectfully submitted,

By:   /s/ Paul A. Calli
Paul A. Calli
Florida Bar No. 994121
Chas Short
Florida Bar No. 70633
CALLI LAW, LLC
14 NE 1st Ave, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile (786) 504-0912
PCalli@Calli-Law.com
CShort@Calli-Law.com
*Admitted pro hac vice*

/s/ Erik Scott Jaffe
Erik Scott Jaffe
SCHAERR JAFFE LLP
Bar No. 440112
1717 K Street, NW
Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
ejaffe@schaerr-jaffe.com

/s/ Stephen R. Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

/s/ Benjamin T. Barr
Benjamin Barr (Pro Hac Vice)
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com
*Admitted pro hac vice*


*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

and


/s/ Joseph E. Sandler
Joseph E. Sandler, D.C. Bar No. 255919
Christina Bustos, D.C. Bar No. 229699
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1090 Vermont Ave., N.W. Suite 750
Washington, D.C. 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
sandler@sandlerreiff.com
bustos@sandlerreiff.com

*Counsel for Plaintiffs Democracy Partners, LLC, Strategic Consulting Group, NA, Inc. and Robert Creamer*

## CERTIFICATE OF SERVICE

I CERTIFY that on October 6, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

/s/ Paul A. Calli
Paul A. Calli, Esq