UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,

    Plaintiffs,

v.

PROJECT VERITAS ACTION FUND, et al.,

    Defendants.
_____/

CASE NO.: 1:17-CV-1047-PLF

## PAUL A. CALLI, ESQ., CHARLES P. SHORT, ESQ., AND CALLI LAW, LLC'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Paul A. Calli, Esq., Charles P. Short, Esq., and Calli Law, LLC move to withdraw as Counsel of record for Defendants, Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass. All Defendant's remain represented with no lapse in representation. All Defendants are represented by Erik Jaffe, Esq., Brian Field, Esq., and Stephen Klein, Esq. Mr. Klein has been counsel of record for all Defendants since inception of the litigation and was present for the entire trial. The undersigned represent that all Defendants consent to this motion.

WHEREFORE, the undersigned respectfully request that this Honorable Court grant this motion to withdraw.

Respectfully submitted this 16th day of December, 2022.

    By:   /s/ Paul A. Calli
           Paul A. Calli
           Florida Bar No. 994121
           Charles P. Short
           Florida Bar No. 70633
           CALLI LAW, LLC
           14 NE 1st Ave, Suite 1100
           Miami, FL 33132
           Telephone: (786) 504-0911

                                          Facsimile (786) 504-0912
                                          pcalli@calli-law.com
                                          cshort@calli-law.com
                                          *Admitted pro hac vice*

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

## CERTIFICATE OF SERVICE

I CERTIFY that on December 16th, 2022, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

                                          */s/ Paul A. Calli*
                                          Paul A. Calli, Esq.