# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, *et al.*,

    *Plaintiffs,*

   v.

PROJECT VERITAS ACTION FUND, LLC, *et al.*,

    *Defendants*.

Civil Action No.: 17-1047 (PLF)

## INDEX OF EXHIBITS

A.  Trial Transcript (Sept. 16, 2022) (excerpts)

B.  Trial Transcript (Sept. 19, 2022) (excerpts)

C.  Defendants' Trial Exhibit 117

D.  Defendants' Trial Exhibit 124-3

E.  Defendants' Trial Exhibit 124-7

F.  Trial Transcript (Sept. 15, 2022) (excerpts)

G.  Trial Transcript (Sept. 20, 2022) (excerpts)

H.  Trial Transcript (Sept. 22, 2022) (excerpts)