# EXHIBIT A

```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3    DEMOCRACY PARTNERS, LLC,         .
      et al.,                          .
 4                                     .  Case Number 17-cv-1047
              Plaintiffs,              .
 5                                     .
          vs.                          .
 6                                     .
      PROJECT VERITAS ACTION FUND,     .  Washington, D.C.
 7    et al.,                          .  September 16, 2022
                                       .  10:13 a.m.
 8            Defendants.              .
      - - - - - - - - - - - - - - - - -
 9

10                 TRANSCRIPT OF JURY TRIAL, DAY 4
                 BEFORE THE HONORABLE PAUL L. FRIEDMAN
11                    UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    For the Plaintiffs:          JOSEPH SANDLER, ESQ.
                                   CHRISTINA BUSTOS, ESQ.
15                                 Sandler, Reiff, Lamb, Rosenstein &
                                      Birkenstock, P.C.
16                                 1090 Vermont Avenue Northwest
                                   Suite 750
17                                 Washington, D.C. 20005

18    For the Defendants:          PAUL CALLI, ESQ.
                                   CHARLES SHORT, ESQ.
19                                 Calli Law, LLC
                                   14 Northeast First Avenue
20                                 Suite 1100
                                   Miami, Florida 33132
21

22                     -- continued --

23

24

25
```

```
 1     APPEARANCES (CONTINUED):

 2                                 STEPHEN KLEIN, ESQ.
                                   Barr & Klein PLLC
 3                                 1629 K Street Northwest
                                   Suite 300
 4                                 Washington, D.C. 20006

 5

 6     Official Court Reporter:    SARA A. WICK, RPR, CRR
                                   United States District Court
 7                                    for the District of Columbia
                                   333 Constitution Avenue Northwest
 8                                 Room 4704-B
                                   Washington, D.C. 20001
 9                                 202-354-3284

10     Proceedings recorded by stenotype shorthand.
       Transcript produced by computer-aided transcription.
11
```

1    Q.   Was the recording device turned on and recording
2    continuously during each day of your internship at Democracy
3    Partners?
4    A.   Yes, I recorded everything.
5    Q.   And were you asked to prepare regular written reports of
6    your activities during your internship?
7    A.   Yes.
8    Q.   And how often did you prepare those?
9    A.   Yes.  Every day I was in the field, I would put together a
10   report afterwards of what I learned that day, just kind of like
11   a reporter's notebook.
12   Q.   Okay. And that was every day that you were an intern at --
13   of your internship at Democracy Partners?
14   A.   Yes.
15   Q.   And who were those reports sent to?
16   A.   Yes.  Everybody at Project Veritas.
17   Q.   Okay.
18            THE COURT:  Say that again.
19            THE WITNESS:  Everybody at Project Veritas.
20            THE COURT:  Now, these are written reports; right?
21            THE WITNESS:  Yes.
22            THE COURT:  Every day?
23            THE WITNESS:  Yes.  At the end of the day -- it's kind
24   of like a reporter's notebook.  I'd go out in the field, and I'd
25   come back, and I'd write down everything that I learned and

```
 1   remembered that day, just like a lot of journalists do.
 2              THE COURT:  Were the videos shared on a daily basis as
 3   well?
 4              THE WITNESS:  And the videos.  I had videos to back up
 5   everything.
 6              MR. SANDLER:  Thank you, Your Honor.
 7              BY MR. SANDLER:
 8   Q.   In addition to the written reports, did you report orally
 9   to your superiors at Project Veritas about what you did and
10   observed on your internship?
11   A.   Yes.  I would talk to them about the developments of the
12   story.
13   Q.   Was that on the phone?  Did you have meetings?
14   A.   Yes, on the phone, sometimes in person.
15   Q.   Okay.  And the first day of your internship at Democracy
16   Partners was when, approximately?
17   A.   I think it was September 21st.
18   Q.   Okay.  Could we ask -- could I ask that Exhibit 130 be --
19              THE COURT:  Maybe I'm confused.  Can somebody clarify,
20   either the witness or lawyers by agreement, she just said
21   September 21st was her first day.  What is the September 16th
22   date we've heard so much about?
23              MR. SANDLER:  I'm not sure, Your Honor.  The first day
24   was September 21st of her internship.
25              MR. CALLI:  My confusion was that the release of the
```

1    first video is October 17th.  I mixed metaphors.  I apologize to
2    you and the jury.
3         The first day of her internship, as Mr. Sandler says, was
4    Wednesday, and as I said in opening, was Wednesday,
5    September 21st.  Her last day was Friday, October 14th.
6         When I said in my last exam September 17th, I was thinking
7    of the date of the release of the video the next month.  Sorry.
8              THE COURT:  Thanks for the clarification, and know
9    that neither you nor Mr. Sandler nor I, none of us want the jury
10   to be confused on the chronology and the relevant dates.
11             MR. SANDLER:  Indeed, Your Honor.  Thank you.
12             THE COURT:  What are we looking at now?
13             MR. SANDLER:  Plaintiffs' Exhibit 130.
14             MR. CALLI:  If it's not already in evidence, I have no
15   objection.
16             MR. SANDLER:  I move to admit it into evidence, Your
17   Honor, without objection.
18             THE COURT:  130 is called "Video Summary Form," and it
19   will be admitted and shown to the jury without objection.
20        (Plaintiffs' Exhibit 130 received into evidence.)
21             BY MR. SANDLER:
22   Q.   Ms. Maass, if I could ask you to look at Plaintiffs'
23   Exhibit 130 on the screen, is this one of the daily reports you
24   were talking about?
25   A.   Yes.

```
 1   Q.   Is this the daily report for the first day of your
 2   internship at Democracy Partners?
 3   A.   Yes.
 4   Q.   If I could ask you to go down to the text under "PV Video
 5   Summary Form," it says, "This was my first day at Democracy
 6   Partners as an intern.  There is only four people who work in
 7   the office, Bob, Aaron Black, Mike Lux" --
 8            THE COURT:  Slow down a little bit.
 9            MR. SANDLER:  "Bob, Aaron Black, Mike Lux, and Lauren
10   Windsor."
11            THE COURT:  You can't see?
12            JUROR:  Our screen isn't working.
13            THE COURT:  Do some of you have a screen?
14            COURTROOM DEPUTY:  I will turn it off and turn it back
15   on.
16            THE COURT:  If you don't mind moving down a bit.  Has
17   everybody got something to look at now?  Okay.  Thanks for
18   raising your hand.
19       Okay.  So we're at Plaintiffs' Exhibit 130, video summary
20   form.  Go ahead.
21            BY MR. SANDLER:
22   Q.   And it says, continuing, "Bob and Lauren do the bracketing
23   program, and Aaron said he works for the DNC."
24       Do you see that?
25       And then it says, "I wasn't asked for any information, but
```

1   at the end of the day, Bob said Lauren would be giving me an NDA
2   to sign."
3       That's what you put in this report; right?
4   A.  Yes.
5   Q.  And what did you understand the initials "NDA" to mean?
6   A.  A nondisclosure agreement. Bob did specifically say a
7   nondisclosure.
8   Q.  Okay. And what was your understanding of what a
9   nondisclosure agreement is?
10  A.  A nondisclosure agreement is usually a written document
11  agreement outlining what you can and cannot disclose.
12  Q.  Okay. And was it your understanding that it would preclude
13  you from -- if you had a nondisclosure agreement -- if you
14  signed a nondisclosure agreement, it would preclude you from
15  revealing like nonpublic information that you learned on your
16  job?
17  A.  I don't -- I never saw a nondisclosure agreement. I think
18  they're all different.
19  Q.  Okay. You are saying you've never --
20  A.  I never saw this nondisclosure agreement. So I don't know
21  what this one would have said.
22  Q.  But you've seen other nondisclosure agreements?
23  A.  Yes.
24  Q.  Without asking you about the names of the employers, what
25  are those nondisclosure agreements --

1   bracketing?
2              THE WITNESS:  Yes.
3              THE COURT:  He said those words?
4              THE WITNESS:  That they were these planned protests,
5   yes.
6              BY MR. SANDLER:
7   Q.   What was the nature of your work regarding the bracketing
8   program?
9   A.   Sorry.  Can you repeat that question?
10  Q.   Sure.  I'm sorry.  What was the nature of your work
11  regarding the bracketing program?
12  A.   I was to clip these protests that appeared on local news,
13  to have the clips for a report that was put together about all
14  of the media that covered these protests.
15  Q.   Okay.  And what was the purpose of those reports that your
16  clips went into?
17  A.   I was told they wanted to track these protestors, which
18  ones were covered in the media, so that they could report it
19  back to the campaign and Hillary.
20  Q.   And in fact, you were told that Hillary Clinton herself
21  looked at these reports; correct?
22  A.   Yes.
23             MR. SANDLER:  Okay.  Could I ask that plaintiffs'
24  exhibit 104 be brought up, and I move it into evidence if
25  there's no objection.

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3          I, Sara A. Wick, certify that the foregoing is a
 4   correct transcript from the record of proceedings in the
 5   above-entitled matter.
 6
 7
 8   /s/ Sara A. Wick                     October 5, 2022
 9   SIGNATURE OF COURT REPORTER          DATE
```