# EXHIBIT C

PVA00013183 at 00-25_to_07-36

1     CREAMER:  Hello?
2     MAASS:  Hi.  Bob?
3     CREAMER:  Angela?
4     MAASS:  Yes.
5     CREAMER:  How are you?  Yes.
6     MAASS:  Good.  Good.  How are you?
7     CREAMER:  Sure.  I'm glad you called.  Let me
8  ask you this:  Here's an opportunity that -- and I
9  can -- it may or may not meet your needs and
10 interests, if you would like, we actually have
11 kind of an open internship role here with our firm
12 in Washington, our Washington office, that would
13 involve a (inaudible) within some (inaudible)
14 working with me, actually, on various events and
15 things as they bounce and the cycle goes on.
16    MAASS:  Okay.  Wow.
17    CREAMER:  So I don't know if that's of interest
18 to you --
19    MAASS:  Oh, my gosh.
20    CREAMER:  -- but it's Washington-based.  It's
21 not kind of on the campaign trail someplace.  All
22 right.  And that's a very different kind of
23 environment than a -- than, you know, being in a
24 battleground state or whatever.
25    I'm guessing that most of what you would

```
 1   find in most of the -- on the (inaudible) places,
 2   it's going to be, you know, good stuff.
 3           MAASS:  Uh-huh.
 4           CREAMER:  And the -- I am a huge fan of the
 5   field stuff myself, it sounds like you were
 6   looking for something in (inaudible).  And -- so,
 7   you know, I can -- I can -- I'm sure I can find
 8   some places for you -- it's going to be a
 9   full-time volunteer, essentially, for a field
10   operation; like one of the state for the
11   presidential or for one of the other campaigns, if
12   you would prefer to do that.
13           Anyway, what are your thoughts?
14           MAASS:  I mean, the -- I -- I -- the
15   internship sounds great, not at all what I was
16   expecting, but that -- that sounds awesome.
17           And can you tell me a little bit more like
18   what I would be doing?
19           CREAMER:  Well, it's -- you would be working on
20   a lot of our -- helping -- helping with some of
21   our bracketing events; our events which involve --
22   you know, going after Trump and Pence --
23           MAASS:  Uh-huh.
24           CREAMER:  -- when (inaudible) I coordinate all
25   the stuff for the purpose of the Clinton Campaign
```

1  on -- on -- on -- we call our bracketing program,
2  we're -- the -- wherever they go, we do press
3  events before and after, or whatever, to frame up
4  the response.
5       Like for instance, we have the -- the head
6  (inaudible) presidents in Phoenix yesterday and --
7  or a big turnout event (inaudible.)
8       Now -- now -- and then every day there are
9  multiple events that we help coordinate.
10      The -- you know, most of what would be
11 involved here would be working here in the
12 Washington office.  You know, it may be that --
13 you know, the case can present itself for you to
14 go one or more of these locations and do things,
15 (inaudible) in Washington a couple of times,
16 you're going to work on some Washington-based
17 events (inaudible).
18      MAASS:  Awesome.
19      CREAMER:  But -- you know, I think it's
20 something you're -- you're interested in.  I'm --
21 I will just tell you that I -- you know, I -- I
22 just don't know how the situation would
23 (inaudible), but I mean there's -- there may be
24 some periods of -- of less activity and then
25 suddenly a lot of fanatic activity, right?

1        I mean, you may be doing phone calls for
2   turnout on things.  You may be doing -- you know,
3   helping organize data on something.
4        And if you would like, actually, to talk to
5   a guy who did the same role for like three months
6   earlier in the year --
7        MAASS:  Uh-huh.
8        CREAMER:  -- I can put you in touch with him
9   and you can ask him.  I think that may be the
10  easiest thing to do, from his point of view, what
11  -- all the things he did and what he thought about
12  it.
13       Do you want do that?
14       MAASS:  I mean, yes, I would love to talk
15  to him.  I almost don't know what to say.  That
16  sounds -- as of right now, I think that sounds
17  great.
18       CREAMER:  Why don't you -- I think that's
19  actually a good idea for you; before you say, yes,
20  talk to somebody who did exactly what I'm
21  suggesting and see if that sounds right for you.
22  Okay?
23       MAASS:  Okay.
24       CREAMER:  The guy -- the guy's name Nick
25  Guzman.  Hang on for a second, I'll give you his

```
 1   phone number.
 2           Nick's number is 310-923-6123.
 3           MAASS:  Okay.
 4           CREAMER:  Now, just to be clear about this, I
 5   can -- I can -- I can probably provide -- I can
 6   provide you some money for transit fare, but
 7   that's it.
 8           I mean, so it's not a -- there's not a
 9   lot -- unless, you know, you decided you're going
10   to go someplace, in this case (inaudible.)
11           MAASS:  You -- yeah.  Like -- like I said,
12   like I -- I really just want to help out, and like
13   I understand that this is already like such a huge
14   favor for you to even allow me to do it.
15           So like I don't want that to be like a, you
16   know --
17           CREAMER:  Okay.  I just want you to understand
18   the terms.  That's all.
19           MAASS:  Yeah.
20           CREAMER:  And I -- and we're very sensitive to
21   -- we try not to make people feel like they're
22   being exploited --
23           MAASS:  Oh.
24           CREAMER:  -- on this stuff.
25           MAASS:  I get that.  Yeah.
```

```
 1          CREAMER:  So -- yeah.  Where are you based now?
 2   I forget.  You told me, I think, but --
 3          MAASS:  Yeah.  I live in New York.
 4          CREAMER:  In New York City?
 5          MAASS:  Yeah.
 6          CREAMER:  And I -- well, I mean, I'll leave it
 7   to you to figure out if you -- the financial
 8   logistics.
 9          Why don't you call Guzman, chat with him,
10   if it sounds right for you and call me back.
11          MAASS:  Okay.  Yeah.  That's --
12          CREAMER:  Okay?
13          MAASS:  That sounds great.  I'll
14   definitely give him a call.
15          CREAMER:  Okay.  I'll talk to you soon then.
16   Okay.  Bye-bye.
17          MAASS:  Bye.
18          (End of the recording.)
19
20
21
22
23
24
25
```

1         C E R T I F I C A T E
2
3         I, JACKIE MENTECKY, do hereby certify that
4  I was authorized to transcribe the foregoing recorded
5  proceeding, and that the transcript is a true and
6  accurate transcription of my shorthand notes to the best
7  of my ability taken while listening to the provided
8  recording.
9
10 Dated this 31st of August, 2022.
11
12
13
14                              _____
15
16                              JACKIE MENTECKY
17
18
19
20
21
22
23
24
25

TVA00291835 at 00-25 00/27/36

1

**2**

**2022** 8:10

**3**

**310-923-6123**
  6:2
**31st** 8:10

**A**

**ability** 8:7
**accurate** 8:6
**activity**
  4:24,25
**Angela** 2:3
**August** 8:10
**authorized**
  8:4
**awesome** 3:16
  4:18

**B**

**back** 7:10
**based** 7:1
**battleground**
  2:24
**big** 4:7
**bit** 3:17
**Bob** 2:2
**bounce** 2:15
**bracketing**
  3:21 4:1
**Bye** 7:17
**Bye-bye** 7:16

**C**

**call** 4:1 7:9,
  10,14
**called** 2:7
**calls** 5:1

**campaign** 2:21
  3:25
**campaigns**
  3:11
**case** 4:13
  6:10
**certify** 8:3
**chat** 7:9
**City** 7:4
**clear** 6:4
**Clinton** 3:25
**coordinate**
  3:24 4:9
**couple** 4:15
**CREAMER** 2:1,
  3,5,7,17,20
  3:4,19,24
  4:19 5:8,18,
  24 6:4,17,20,
  24 7:1,4,6,
  12,15
**cycle** 2:15

**D**

**data** 5:3
**Dated** 8:10
**day** 4:8
**decided** 6:9

**E**

**earlier** 5:6
**easiest** 5:10
**end** 7:18
**environment**
  2:23
**essentially**
  3:9
**event** 4:7
**events** 2:14
  3:21 4:3,9,17
**expecting**
  3:16
**exploited**
  6:22

**F**

**fan** 3:4
**fanatic** 4:25
**fare** 6:6
**favor** 6:14
**feel** 6:21
**field** 3:5,9
**figure** 7:7
**financial** 7:7
**find** 3:1,7
**firm** 2:11
**foregoing** 8:4
**forget** 7:2
**frame** 4:3
**full-time** 3:9

**G**

**give** 5:25
  7:14
**glad** 2:7
**good** 2:6 3:2
  5:19
**gosh** 2:19
**great** 3:15
  5:17 7:13
**guessing** 2:25
**guy** 5:5,24
**guy's** 5:24
**Guzman** 5:25
  7:9

**H**

**Hang** 5:25
**head** 4:5
**helping** 3:20
  5:3
**huge** 3:4 6:13

**I**

**idea** 5:19

**inaudible**
  2:13 3:1,6,24
  4:6,7,15,17,
  23 6:10
**instance** 4:5
**interest** 2:17
**interested**
  4:20
**interests**
  2:10
**internship**
  2:11 3:15
**involve** 2:13
  3:21
**involved** 4:11

**J**

**JACKIE** 8:3,16

**K**

**kind** 2:11,21,
  22

**L**

**leave** 7:6
**listening** 8:7
**live** 7:3
**locations**
  4:14
**logistics** 7:8
**lot** 3:20 4:25
  6:9
**love** 5:14

**M**

**MAASS** 2:2,4,
  6,16,19 3:3,
  14,23 4:18
  5:7,14,23
  6:3,11,19,23,
  25 7:3,5,11,
  13,17

| | | |
|---|---|---|
| make 6:21 | provide 6:5,6 | touch 5:8 |
| meet 2:9 | provided 8:7 | trail 2:21 |
| **MENTECKY** 8:3, 16 | purpose 3:25 | transcribe 8:4 |
| money 6:6 | put 5:8 | transcript 8:5 |
| months 5:5 | **R** | transcription 8:6 |
| multiple 4:9 | recorded 8:4 | transit 6:6 |
| **N** | recording 7:18 8:8 | true 8:5 |
| Nick 5:24 | response 4:4 | Trump 3:22 |
| Nick's 6:2 | role 2:11 5:5 | turnout 4:7 5:2 |
| notes 8:6 | **S** | **U** |
| number 6:1,2 | sensitive 6:20 | Uh-huh 3:3,23 5:7 |
| **O** | shorthand 8:6 | understand 6:13,17 |
| office 2:12 4:12 | situation 4:22 | **V** |
| open 2:11 | someplace 2:21 6:10 | view 5:10 |
| operation 3:10 | sounds 3:5, 15,16 5:16,21 7:10,13 | volunteer 3:9 |
| opportunity 2:8 | state 2:24 3:10 | **W** |
| organize 5:3 | stuff 3:2,5, 25 6:24 | Washington 2:12 4:12,15 |
| **P** | suddenly 4:25 | Washington-based 2:20 4:16 |
| Pence 3:22 | suggesting 5:21 | work 4:16 |
| people 6:21 | **T** | working 2:14 3:19 4:11 |
| periods 4:24 | talk 5:4,14, 20 7:15 | Wow 2:16 |
| Phoenix 4:6 | terms 6:18 | **Y** |
| phone 5:1 6:1 | thing 5:10 | year 5:6 |
| places 3:1,8 | things 2:15 4:14 5:2,11 | yesterday 4:6 |
| point 5:10 | thought 5:11 | York 7:3,4 |
| prefer 3:12 | thoughts 3:13 | |
| present 4:13 | times 4:15 | |
| presidential 3:11 | told 7:2 | |
| presidents 4:6 | | |
| press 4:2 | | |
| proceeding 8:5 | | |
| program 4:1 | | |