# EXHIBIT D

PVA00013196 at 13-15_to_19-35

```
1          BLACK:  So I'm going to head over to the
2    DNC in a couple of hours.  We got a bunch of these
3    signs that we have at all of these protests that
4    Bob was telling you about, and we need to do an
5    inventory of them.
6          MAASS:  Okay.
7          BLACK:  I just -- do you want to just take
8    a walk down the hall, I'll show you what it is?
9          MAASS:  Yeah.  Sure.
10         BLACK:  And we just need to take inventory
11   of like what we have, because we ship these all
12   over the country.
13         MAASS:  Uh-huh.
14         BLACK:  And, obviously, if we're turning a
15   bunch of people out to say fuck you to this guy,
16   we need signages, signages -- signs to express our
17   feelings --
18         MAASS:  Yeah.
19         BLACK:  -- rather than some of the anarco
20   stuff that some of the local folks tend to
21   turnout, like the comparing Trump to Hitler and
22   stuff like that; that doesn't help our cause.
23         MAASS:  Yeah, people don't like that?
24         BLACK:  No.
25         MAASS:  Okay.
```

```
 1          BLACK:  But when you have a couple
 2   hundred of these, it sort of frames a narrative?
 3          BLACK:  Uh-huh.
 4          MAASS:  And I like to call the bar room
 5   technique, because if you can't hear what they're
 6   saying, you want to be able to see what they're
 7   talking about.
 8          MAASS:  Okay.  Yeah.
 9          BLACK:  And usually with protests, if
10   there's any violence or property destruction -- I
11   love these things --
12          MAASS:  They're fun.
13          BLACK:  -- they tend to just cover the --
14   the messaging.  If you have a presser beforehand,
15   obviously, that frames a narrative.  But if you
16   don't, it's all in the signage.  So wherever
17   Donald Trump goes, we have people on the ground,
18   because pundits just aren't believable anymore;
19   especially not this election cycle.
20          MAASS:  Uh-huh.
21          BLACK:  They're kind of a joke.  So it's --
22   you know, idea is to get regular folks on TV --
23          MAASS:  Okay.
24          BLACK:  -- and trending digitally, you
25   know?
```

```
 1            MAASS:  Yeah.
 2            BLACK:  This sort of thing.
 3            MAASS:  Uh-huh.
 4            BLACK:  So I'll -- I'll turn you into an
 5   organizer before -- before this election is over.
 6   What else do we got here?  There are all these
 7   two-sided.  This bothers me.
 8            MAASS:  Why?
 9            BLACK:  Because there's -- there -- it's
10   like two issues.  There's the racism and then
11   there's the economic.
12            MAASS:  Uh-huh.
13            BLACK:  It's better if you've got two
14   economic messages.  Trump, you need -- defraud you
15   -- Dicke Cheney was not happy with us when we said
16   hello to him a while ago.  And this was from the
17   pope rally.
18            MAASS:  That's really fun.
19            BLACK:  These tend to stand out in a crowd.
20            MAASS:  Uh-huh.
21            BLACK:  So, yeah.  Just --
22            MAASS:  You just want to know like how
23   many you have of each of something?
24            BLACK:  Or just a rough estimate, I don't
25   want you like counting --
```

```
 1              MAASS:  Counting.
 2              BLACK:  -- one by one.  You know, that's
 3    not cool.  Trump U Defrauds U.  Definition of
 4    racism.  Damn it.  Yeah.  Outsourcer in.
 5    Donald Trump -- these are the ones we want.
 6              MAASS:  Yeah.  Okay.
 7              BLACK:  Donald Trump's a fraud, he sends
 8    our jobs abroad.  I want 500 of these in
 9    Pittsburgh tomorrow.  Oh, this is good, too.
10    Outsourcer in chief.  Yeah.
11              MAASS:  Uh-huh.
12              BLACK:  Yeah.  These are what I need.
13              MAASS:  So you want that many there,
14    because that's where he's going to be tomorrow?
15              BLACK:  Yeah.  But I think we need to
16    figure out how many we're going to be -- like --
17    figure how many we need to order from Chicago.
18    This is great, too.
19              MAASS:  That's the same message, so.
20              BLACK:  Yeah.  Yeah.
21              MAASS:  It's good.
22              BLACK:  I just don't think we have any more
23    of these.  Here -- yeah, we'll just go down to the
24    DNC together, and I'll introduce you to all comm's
25    team --
```

```
 1            MAASS:  Okay.
 2            BLACK:  -- get them acquainted with you.  I
 3    imagine you'll be spending a lot of time over
 4    there --
 5            MAASS:  Uh-huh.
 6            BLACK:  -- with me.
 7            MAASS:  Okay.
 8            BLACK:  And --
 9            MAASS:  That's who you guys work with
10    or --
11            BLACK:  Yeah.  So I'm basically deputy
12    rapid response director for the DNC for all
13    things Trump on the ground.
14            MAASS:  Okay.  That's real --
15            BLACK:  So the Chicago --
16            MAASS:  That's a fun job.
17            BLACK:  -- protest, when they shut all
18    that, that was us.  It was more him than me, but
19    none of this --
20            MAASS:  Okay.
21            BLACK:  -- is supposed to come back to us,
22    because we want it coming from people, we don't
23    want it to come from the party.  So if we do a
24    protest, and it's brand -- oh, DNC protest, right
25    away press is going to say partisan.
```

1          But if I'm in there coordinating with all
2     the groups on the ground and sort of playing field
3     general, but they're the ones talking to the
4     cameras, then it's -- then it's actually people.
5     But if we send out press advisories with DNC on
6     them and -- and Clinton campaign, it just -- it
7     doesn't have the same effect.
8          MAASS:  Oh, people just don't like -- they
9     don't think it's -- work like as --
10         BLACK:  Well, I mean, if you're watching
11    the news and they say, well, meanwhile the Clinton
12    Campaign had protestors out.
13         MAASS:  Yeah.
14         BLACK:  You know, now if I'm out there
15    protesting like stuff -- or protesting -- getting
16    people to protest stuff, like from different
17    community groups, different organizations, they
18    brand it themselves and then we say:  Look, this
19    came across our desk; or look, you know, you guys
20    should be out there because these folks in the
21    community are doing this.  Then it has more of a
22    legitimate -- this is coming from voters, it's not
23    necessarily coming -- I mean, it is coming from
24    voters, I just happen to be the person stirring it
25    up.

```
 1          MAASS:  Organizing it, giving them the --
 2   the signs and --
 3          BLACK:  Uh-huh.
 4          MAASS:  -- telling them what to do?
 5          BLACK:  Yeah.  And nobody is really
 6   supposed to know about me.
 7          MAASS:  Well, I didn't know about you.
 8          BLACK:  Yeah.
 9          (End of the recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2

 3              I, JACKIE MENTECKY, do hereby certify that

 4    I was authorized to transcribe the foregoing recorded

 5    proceeding, and that the transcript is a true and

 6    accurate transcription of my shorthand notes to the best

 7    of my ability taken while listening to the provided

 8    recording.

 9

10    Dated this 2th of September, 2022.

11

12

13

14

15                              _____

16                                    JACKIE MENTECKY

17

18

19

20

21

22

23

24

25
```

TVA0029196 at 13-15 of 35

1

**2**

2022 9:10
2th 9:10

**5**

500 5:8

**A**

ability 9:7
abroad 5:8
accurate 9:6
acquainted 6:2
advisories 7:5
anarco 2:19
anymore 3:18
authorized 9:4

**B**

back 6:21
bar 3:4
basically 6:11
believable 3:18
BLACK 2:1,7,
  10,14,19,24
  3:1,3,9,13,
  21,24 4:2,4,
  9,13,19,21,24
  5:2,7,12,15,
  20,22 6:2,6,
  8,11,15,17,21
  7:10,14 8:3,
  5,8
Bob 2:4
bothers 4:7
brand 6:24
  7:18

bunch 2:2,15

**C**

call 3:4
cameras 7:4
campaign 7:6,
  12
certify 9:3
Cheney 4:15
Chicago 5:17
  6:15
chief 5:10
Clinton 7:6,
  11
comm's 5:24
community
  7:17,21
comparing
  2:21
cool 5:3
coordinating
  7:1
counting 4:25
  5:1
country 2:12
couple 2:2
  3:1
cover 3:13
crowd 4:19
cycle 3:19

**D**

Damn 5:4
Dated 9:10
Definition
  5:3
defraud 4:14
Defrauds 5:3
deputy 6:11
desk 7:19
destruction
  3:10
Dicke 4:15

digitally
  3:24
director 6:12
DNC 2:2 5:24
  6:12,24 7:5
Donald 3:17
  5:5,7

**E**

economic
  4:11,14
effect 7:7
election 3:19
  4:5
end 8:9
estimate 4:24
express 2:16

**F**

feelings 2:17
field 7:2
figure 5:16,
  17
folks 2:20
  3:22 7:20
foregoing 9:4
frames 3:2,15
fraud 5:7
fuck 2:15
fun 3:12 4:18
  6:16

**G**

general 7:3
giving 8:1
good 5:9,21
great 5:18
ground 3:17
  6:13 7:2
groups 7:2,17
guy 2:15
guys 6:9 7:19

**H**

hall 2:8
happen 7:24
happy 4:15
head 2:1
hear 3:5
Hitler 2:21
hours 2:2
hundred 3:2

**I**

idea 3:22
imagine 6:3
introduce
  5:24
inventory
  2:5,10
issues 4:10

**J**

JACKIE 9:3,16
job 6:16
jobs 5:8
joke 3:21

**K**

kind 3:21

**L**

legitimate
  7:22
listening 9:7
local 2:20
lot 6:3
love 3:11

**M**

MAASS 2:6,9,

13,18,23,25
  3:4,8,12,20,
  23  4:1,3,8,
  12,18,20,22
  5:1,6,11,13,
  19,21  6:1,5,
  7,9,14,16,20
  7:8,13  8:1,4,
  7
MENTECKY   9:3,
  16
message   5:19
messages   4:14
messaging
  3:14

**N**

narrative
  3:2,15
necessarily
  7:23
news   7:11
notes   9:6

**O**

order   5:17
organizations
  7:17
organizer   4:5
Organizing
  8:1
Outsourcer
  5:4,10

**P**

partisan   6:25
party   6:23
people   2:15,
  23  3:17  6:22
  7:4,8,16
person   7:24
Pittsburgh
  5:9

playing   7:2
pope   4:17
press   6:25
  7:5
presser   3:14
proceeding
  9:5
property   3:10
protest   6:17,
  24  7:16
protesting
  7:15
protestors
  7:12
protests   2:3
  3:9
provided   9:7
pundits   3:18

**R**

racism   4:10
  5:4
rally   4:17
rapid   6:12
real   6:14
recorded   9:4
recording   8:9
  9:8
regular   3:22
response   6:12
room   3:4
rough   4:24

**S**

send   7:5
sends   5:7
September
  9:10
ship   2:11
shorthand   9:6
show   2:8
shut   6:17
signage   3:16

signages   2:16
signs   2:3,16
  8:2
sort   3:2  4:2
  7:2
spending   6:3
stand   4:19
stirring   7:24
stuff   2:20,22
  7:15,16
supposed   6:21
  8:6

**T**

talking   3:7
  7:3
team   5:25
technique   3:5
telling   2:4
  8:4
tend   2:20
  3:13  4:19
thing   4:2
things   3:11
  6:13
time   6:3
tomorrow   5:9,
  14
transcribe
  9:4
transcript
  9:5
transcription
  9:6
trending   3:24
true   9:5
Trump   2:21
  3:17  4:14
  5:3,5  6:13
Trump's   5:7
turn   4:4
turning   2:14
turnout   2:21
TV   3:22

two-sided   4:7

**U**

Uh-huh   2:13
  3:3,20  4:3,
  12,20  5:11
  6:5  8:3

**V**

violence   3:10
voters   7:22,
  24

**W**

walk   2:8
watching   7:10
work   6:9  7:9