# EXHIBIT E

PVA00013211 at 02-15 to 02-40

```
 1
 2
 3
 4   PVA00013211 at 02-15_to_02-40
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          CREAMER:  By the way, what is your e-mail?
 2   Lauren is going to get you -- give you a card --
 3          MAASS:  Okay.
 4          CREAMER:  -- (inaudible) card, and she has
 5   some kind of a non-disclosure agreement to sign or
 6   something.
 7          MAASS:  Okay.
 8          CREAMER:  Okay.
 9          MAASS:  Sounds good.
10          CREAMER:  Thanks. (Inaudible).
11          (End of the recording.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3              I, JACKIE MENTECKY, do hereby certify that
 4    I was authorized to transcribe the foregoing recorded
 5    proceeding, and that the transcript is a true and
 6    accurate transcription of my shorthand notes to the best
 7    of my ability taken while listening to the provided
 8    recording.
 9
10    Dated this 26th of August, 2022.
11
12
13
14                              _____
15
16                              JACKIE MENTECKY
17
18
19
20
21
22
23
24
25
```

1

|   |   |   |
|---|---|---|
| **2** | **J** | **T** |
| 2022  3:10 | JACKIE  3:3,16 | transcribe  3:4 |
| 26th  3:10 |   | transcript  3:5 |
| **A** | **K** | transcription  3:6 |
| ability  3:7 | kind  2:5 | true  3:5 |
| accurate  3:6 |   |   |
| agreement  2:5 | **L** |   |
| August  3:10 | Lauren  2:2 |   |
| authorized  3:4 | listening  3:7 |   |
| **C** | **M** |   |
| card  2:2,4 | MAASS  2:3,7,9 |   |
| certify  3:3 | MENTECKY  3:3,16 |   |
| CREAMER  2:1,4,8,10 |   |   |
| **D** | **N** |   |
| Dated  3:10 | non-disclosure  2:5 |   |
|   | notes  3:6 |   |
| **E** | **P** |   |
| e-mail  2:1 | proceeding  3:5 |   |
| end  2:11 | provided  3:7 |   |
| **F** | **R** |   |
| foregoing  3:4 | recorded  3:4 |   |
|   | recording  2:11 3:8 |   |
| **G** |   |   |
| give  2:2 | **S** |   |
| good  2:9 | shorthand  3:6 |   |
|   | sign  2:5 |   |
| **I** | Sounds  2:9 |   |
| inaudible  2:4,10 |   |   |