# EXHIBIT H

```
 1              BEFORE THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   DEMOCRACY PARTNERS, LLC,       .
     et al.,                        .
 4                                  .  Case Number 17-cv-1047
            Plaintiffs,             .
 5                                  .
         vs.                        .
 6                                  .
     PROJECT VERITAS ACTION FUND,   .  Washington, D.C.
 7   et al.,                        .  September 22, 2022
                                    .  1:50 p.m.
 8          Defendants.             .
     - - - - - - - - - - - - - - - -
 9

10              TRANSCRIPT OF JURY TRIAL, DAY 8
               BEFORE THE HONORABLE PAUL L. FRIEDMAN
11                UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiffs:         JOSEPH SANDLER, ESQ.
                                 CHRISTINA BUSTOS, ESQ.
15                               Sandler, Reiff, Lamb, Rosenstein &
                                    Birkenstock, P.C.
16                               1090 Vermont Avenue Northwest
                                 Suite 750
17                               Washington, D.C. 20005

18   For the Defendants:         PAUL CALLI, ESQ.
                                 CHARLES SHORT, ESQ.
19                               Calli Law, LLC
                                 14 Northeast First Avenue
20                               Suite 1100
                                 Miami, Florida 33132
21

22                  -- continued --

23

24

25
```

```
 1    APPEARANCES (CONTINUED):

 2                                STEPHEN KLEIN, ESQ.
                                  Barr & Klein PLLC
 3                                1629 K Street Northwest
                                  Suite 300
 4                                Washington, D.C. 20006

 5

 6    Official Court Reporter:    SARA A. WICK, RPR, CRR
                                  United States District Court
 7                                   for the District of Columbia
                                  333 Constitution Avenue Northwest
 8                                Room 4704-B
                                  Washington, D.C. 20001
 9                                202-354-3284

10    Proceedings recorded by stenotype shorthand.
      Transcript produced by computer-aided transcription.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1     refuses to deliberate.  They said yes, Your Honor, we have
2     understood your confusion, and we will answer it.
3              THE COURT:  Mr. Sandler, what do you want to say?
4              MR. SANDLER:  I don't really have anything more to
5     say.  To be honest, the statement from the jury itself, "we
6     could not agree on an amount," I just don't know.
7              THE COURT:  Okay.  Here's what I'm going to do, over
8     the defendants' vehement objections.  Assuming that "otherwise
9     leave the line below blank" means exactly what Mr. Calli said it
10    means, I'm not sure that any -- I'm not sure that that fact
11    changes the fact that this is an incomplete verdict form and
12    that they have not -- they have found for the plaintiff on the
13    claim.  If they can unanimously find for the plaintiff on the
14    claim, they should be able to unanimously find for the plaintiff
15    a certain amount.
16         And a zero amount, in my mind, wouldn't make sense,
17    although Mr. Calli has presented some arguments as to why it
18    might.  But that's not what they're saying.  They're saying that
19    they couldn't agree, which meant some people may have thought
20    zero for the reason Mr. Calli suggested, some people may have
21    thought $1, some people may have thought more, and they couldn't
22    reach a number.  Some may have argued what Mr. Calli is arguing,
23    speculative damages.  Some may have argued what Mr. Calli is
24    arguing, the evidence doesn't support damages, they haven't
25    proved it, it's speculative.

```
 1            I'm going to give them one more chance to answer the
 2    question.  And if they come back with the same answer, it's
 3    over, and if they come back with a number -- if they come back
 4    with zero, it's over, and if they come back with another number,
 5    this is a big issue on appeal and maybe for a renewed Rule 50.
 6    That's what I'm going to do.
 7            MR. CALLI:  You seem to be tying -- the Court seems to
 8    be tying this question to the finding of the jury on liability,
 9    the prior question.
10            THE COURT:  Yes.  I know you have arguments of why
11    they could come up with zero.
12            MR. CALLI:  I'm trying to understand.  It may be trial
13    weariness.
14            THE COURT:  If somebody finds that you are wrong and
15    he is right by clear and convincing evidence, why do you find
16    liability and no damages?  And they didn't say we didn't find --
17    they didn't say we found zero damages.  They said some of us
18    found damages and some of us didn't.  That's like some of us
19    finding that the defendant in a criminal case, you know, did
20    throw the gun in the bushes and some of them said no, even
21    though they saw the same evidence.  Well, try a little harder
22    before you give up.
23            MR. CALLI:  I would object.  Thank you.  I know you've
24    heard my arguments.
25            THE COURT:  And Mr. Calli, I think you've made a very
```