# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRACY PARTNERS, LLC,** *et al.*,<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**PROJECT VERITAS ACTION FUND,** *et al.*,<br><br>　　　　**Defendants**. | Case No. 1:17-01047-PLF |

## NOTICE OF SUBSTITUTION OF COUNSEL

　　The Clerk shall please enter the appearance of Assistant Attorney General Brendan Heath and withdraw the appearance of Assistant Attorney General Micah Bluming as counsel for the District of Columbia in the above-captioned matter.

Dated: February 10, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Brendan Heath*
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, NW, Suite 10100
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

2

*Counsel for the District of Columbia*