UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:17-cv-01047-PLF |
| PROJECT VERITAS ACTION FUND, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT**

This Joint Status Report is filed pursuant to the Court's Minute Order of March 1, 2024.

Defendants indicated a desire to file a supplemental brief of no more than five pages to call the Court's attention to a recent case bearing on the constitutionality of a wiretapping statute. Plaintiffs have no objection and would want an opportunity to respond with a brief of equal length. The District of Columbia indicated they would also want an opportunity to respond.

Accordingly, the parties respectfully request that the Court enter an order:

(1) Granting Defendants leave to file supplemental briefing of no more than five pages on or before March 29, 2024;

(2) Granting Plaintiffs and the District of Columbia each leave to file a responsive brief of no more than five pages on or before April 12, 2024; and

(3) Granting leave to Defendants to file a reply of no more than three pages on or before April 19, 2024.

| | |
|---|---|
| March 13, 2024 | Respectfully submitted, |

/s/ Joseph E. Sandler  
Joseph E. Sandler, D.C. Bar No. 255919  
Christina Bustos, D.C. Bar No. 229699  
SANDLER REIFF LAMB ROSENSTEIN &  
BIRKENSTOCK, P.C.  
1090 Vermont Ave., N.W. Suite 750  
Washington, D.C. 20005  
Telephone: (202) 479-1111  
Fax: (202) 479-1115  
sandler@sandlerreiff.com  
bustos@sandlerreiff.com  

*Counsel for Plaintiffs Democracy Partners, LLC, Strategic Consulting Group, NA, Inc. and Robert Creamer*

/s/ Stephen R. Klein  
Stephen R. Klein  
D.C. Bar No. 177056  
BARR & KLEIN, PLLC  
1629 K Street NW  
Suite 300  
Washington, DC 20006  
Telephone: (202) 804-6676  
steve@barrklein.com  

*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass*

# CERTIFICATE OF SERVICE

I CERTIFY that on this 13th day of March, 2024, I served the foregoing Joint Status Report through the Court's electronic filing system which served a copy on all counsel of record.

/s/ Joseph E. Sandler  
Joseph E. Sandler  
Counsel for Plaintiffs