UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, et al.,  )
      Plaintiffs,  )
   v.  )   Civil Action No. 17-1047 (PLF)
PROJECT VERITAS ACTION FUND, et al.,  )
      Defendants.  )

ORDER

On March 13, 2024, the parties in the above-captioned case filed a joint status report requesting leave to file supplemental briefing to update the Court about any new case law or other authority that may affect the legal arguments previously briefed. It is hereby

ORDERED that defendants shall file supplemental briefing of no more than five pages on or before March 29, 2024; it is further

ORDERED that plaintiffs and the District of Columbia shall each file a responsive brief of no more than five pages on or before April 12, 2024; and it is further

ORDERED that defendants shall file a reply of no more than three pages on or before April 19, 2024.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3/13/24