UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY PARTNERS, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROJECT VERITAS ACTION FUND, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 17-1047 (PLF) |

## ORDER

This case was tried before a jury for five days in September 2022. During the trial, after the close of the plaintiffs' case, the defendants moved for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure. See Project Veritas Parties' Rule 50(a) Motion for Judgment as a Matter of Law [Dkt. No. 179]. The Court reserved ruling on the motion. See Trial Transcript September 20, 2022 [Dkt. No. 199] at 148:12-13. The jury returned a verdict for plaintiffs on the two claims before it: (1) violations of the federal and District of Columbia wiretapping statutes and (2) fraudulent misrepresentation. The jury awarded plaintiff Strategic Consulting Group $120,000 on the fraudulent misrepresentation claim.

Thereafter, defendants filed a motion for judgment as a matter of law under Rule 50(b) of the Federal Rules of Civil Procedure, arguing that plaintiffs had failed to demonstrate a legally sufficient evidentiary basis for a reasonable jury to find for plaintiffs on any of the claims they had asserted. See Project Veritas Parties' Rule 50(b) Motion for Judgment as a Matter of Law [Dkt. No. 196]. Plaintiffs filed an opposition to defendants' Rule 50(b) motion. See Plaintiffs' Memorandum of Points and Authorities in Opposition to Project Veritas Parties'

Rule 50(b) Motion for Judgment as a Matter of Law [Dkt. No. 203]. Defendants filed a Reply. See Defendants' Reply in Support of Rule 50(b) Motion for Judgment as a Matter of Law [Dkt. No. 208]. In the spring of 2024, the parties filed a number of supplemental briefs. See Defendants' Supplemental Briefing in Support of Previous Arguments [Dkt. No. 212]; Plaintiffs' Response to Defendants' Supplemental Briefing [Dkt. No. 213]; District of Columbia's Response to Defendants' Supplemental Briefing in Support of Previous Arguments [Dkt. No. 214]; Defendants' Reply in Support of Supplemental Briefing in Support of Previous Arguments [Dkt. No. 215]; and Plaintiffs' Response to Defendants' Argument re First Amendment Requires Court to Review Jury's Verdict Closely and Cabin Overbroad Elements of State Law Torts [Dkt. No. 216].

Having carefully considered the arguments of the parties, the Court will deny the defendants' motions. An opinion explaining the reasoning underlying this order will be issued in due course. Accordingly, it is hereby

ORDERED that defendants' Rule 50(a) Motion for Judgment as a Matter of Law [Dkt. No. 179] and defendants' Rule 50(b) Motion for Judgment as a Matter of Law [Dkt. 196] are DENIED.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 3/26/25