UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, et al., | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 17-1047 (PLF) |
| PROJECT VERITAS ACTION FUND, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

ORDER

This case was tried before a jury for five days in September 2022. The jury returned a verdict for plaintiffs on the two claims before it: (1) violations of the federal and District of Columbia wiretapping statutes and (2) fraudulent misrepresentation. The jury awarded plaintiff Strategic Consulting Group $120,000 on the fraudulent misrepresentation claim but was not asked to return a verdict on damages related to violations of the federal and District of Columbia wiretapping statutes; that issue remains for the Court's consideration and decision.

At the close of the plaintiffs' case and after the jury's verdict, defendants filed motions for judgment as a matter of law under Rule 50(a) and Rule 50(b) of the Federal Rules of Civil Procedure. See Rule 50(a) Motion for Judgment as a Matter of Law [Dkt. No. 179] and Rule 50(b) Motion for Judgment as a Matter of Law [Dkt. No. 196]. The Court denied the defendants' motions on March 26, 2025, see Order [Dkt. No. 217], and explained its reasoning in an opinion on April 11, 2025 [Dkt. No. 218]. Now that those motions have been resolved, the Court is prepared to consider the issue of damages related to the wiretapping statutes.

Accordingly, it is hereby

ORDERED that the parties shall confer and file a joint status report on or before April 30, 2025, advising the Court of the proposed briefing schedule for the issue of wiretapping damages and for any other remaining issues in the case.

SO ORDERED.

*[signature]*
PAUL L. FRIEDMAN
United States District Judge

DATE: 4/16/25