UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY PARTNERS, LLC, )
*et al.*, )
 )
 )
    Plaintiffs, )
v. ) Case No. 1:17-cv-01047-PLF
 )
PROJECT VERITAS ACTION FUND, )
*et al.*, )
 )
    Defendants. )
 )

## JOINT STATUS REPORT

This Joint Status Report is filed pursuant to the Court's Order of April 16, 2025 [Dkt. No. 219].

(1) The parties agree that the appropriate amount of damages for the violations of the federal and District of Columbia wiretapping statutes is $10,000, the maximum statutory amount set forth in 18 U.S.C. §2520(c)(2).

(2) In a Joint Status Report filed on October 6, 2022 [Dkt. No. 195], the parties proposed (i) that briefing of any Rule 59 Motion for New Trial be deferred until after the Court decided the Project Veritas Parties' Rule 50(b) motion and (ii) that the Court defer entry of judgment under Fed. R. Civ. P. 58 "until after the Court has issued decisions on the Rule 50(b) motion and any Rule 59 motion."

(3) The Project Veritas Parties have determined that they will not be filing any Motion for New Trial pursuant to Fed. R. Civ. P. 59.

(4) Accordingly, the parties respectfully request that the Court now enter judgment, pursuant to Fed. R. Civ. P. 58, in favor of Plaintiffs for:

1

(a) $120,000 on the fraudulent misrepresentation count; and

(b) $10,000 on the counts based on the wiretapping statutes.

(5) Plaintiffs intend to file a motion, pursuant to Fed. R. Civ. P. 54(d), to recover attorneys' fees and nontaxable costs pursuant to the federal wiretapping statute, 18 U.S.C. §2520(b)(3).

(6) The Project Veritas Parties intend to file an appeal of the judgment with the U.S. Court of Appeals for the District of Columbia Circuit.

(7) The parties agree that, within the meaning of LCvR 54.2(b), "in the interest of justice, the fee issues…should be . . . held in abeyance pending the outcome of the appeal."

(8) Therefore, the parties respectfully request that the Court issue an order, pursuant to Fed. R. Civ. P. 54(d)(2) and LCvR 54.2(b), that the issue of a fee award be held in abeyance pending the outcome of the appeal; and that, if the judgment on the wiretapping counts is affirmed, Plaintiffs shall have leave to file a motion to claim attorneys fees and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d)(2) within 14 days after the mandate of the Court of Appeals is issued.

April 28, 2025                                                                                          Respectfully submitted,

| | |
|---|---|
| /s/ Joseph E. Sandler<br>Joseph E. Sandler, D.C. Bar No. 255919<br>Christina Bustos, D.C. Bar No. 229699<br>SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.<br>1620 Eye Street NW<br>Suite 900<br>Washington, D.C. 20006<br>Telephone: (202) 479-1111<br>Fax: (202) 479-1115<br>sandler@sandlerreiff.com<br>bustos@sandlerreiff.com<br><br>*Counsel for Plaintiffs Democracy Partners, LLC, Strategic Consulting Group, NA, Inc. and Robert Creamer* | /s/ Stephen R. Klein<br>Stephen R. Klein<br>D.C. Bar No. 177056<br>BARR & KLEIN, PLLC<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006<br>Telephone: (202) 804-6676<br>steve@barrklein.com<br><br>*Counsel for Defendants Project Veritas Action Fund, Project Veritas, James O'Keefe, and Allison Maass* |

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 28th day of April 2025, I served the foregoing Joint Status Report through the Court's electronic filing system which served a copy on all counsel of record.

/s/ Joseph E. Sandler
Joseph E. Sandler
Counsel for Plaintiffs

3