UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, et al., | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 17-1047 (PLF) |
| PROJECT VERITAS ACTION FUND, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

This case was tried before a jury for five days in September 2022. During the trial, after the close of the plaintiffs' case, the defendants moved for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure. See Project Veritas Parties' Rule 50(a) Motion for Judgment as a Matter of Law [Dkt. No. 179]. The Court reserved ruling on the motion. See Trial Transcript September 20, 2022 [Dkt. No. 199] at 148:12-13. The jury returned a verdict for the plaintiffs on the two claims before it: (1) violations of the federal and District of Columbia wiretapping statutes and (2) fraudulent misrepresentation. The jury was not asked to determine damages for the federal and D.C. wiretapping violations but awarded plaintiff Strategic Consulting Group $120,000 on the fraudulent misrepresentation claim.

By Order of March 26, 2025, the Court denied the defendants' Rule 50(a) and 50(b) motions, issuing an opinion explaining its reasoning on April 11, 2025. See Order of March 26, 2025 [Dkt. No. 217]; Opinion of April 11, 2025 [Dkt. No. 218]. The Court then directed the parties to file a joint status report advising the Court of how the case should

proceed.  See Minute Order of April 16, 2025.  In the joint status report filed April 28, 2025, the parties agreed that the appropriate amount of damages for the violations of the federal and District of Columbia wiretapping statutes is $10,000 and informed the Court that the Project Veritas parties do not intend to file a motion for new trial pursuant to Fed. R. Civ. P. 59.  See Joint Status Report ("JSR") [Dkt. No. 220] at 1.  The parties now request that the Court enter judgment in plaintiffs' favor in the amount of $130,000:  $120,000 awarded by the jury on the fraudulent misrepresentation claim and $10,000 on the wiretapping count.  Thereafter, plaintiffs intend to file a motion pursuant to Fed. R. Civ. P. 54(d) to recover attorneys' fees.  Defendants intend to file an appeal of this Court's judgment, and the parties agree that this Court should hold in abeyance the plaintiffs' motion for attorneys' fees pending the outcome of that appeal.  See JSR at 2.  Accordingly, it is hereby

        ORDERED that the Clerk of Court enter a final judgment in favor of plaintiffs in the amount of $130,000, consisting of $120,000 in fraudulent misrepresentation damages plus $10,000 in damages based on federal and District of Columbia wiretapping violations.

        SO ORDERED.

Date: 2025.04.30 10:50:06 -04'00'

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 30, 2025