**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY PARTNERS, LLC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PROJECT VERITAS ACTION FUND, *et al.*,<br><br>*Defendants.* | Civil Action No.: 17-CV-1047 (PLF) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Project Veritas, Project Veritas Action Fund, James O'Keefe and Allison Maass appeal to the United States Court of Appeals for the District of Columbia Circuit from (1) this Court's March 31, 2020 Order and Memorandum Opinion denying, in part, Defendants' motion for summary judgment (ECF Nos. 82, 83); (2) this Court's August 27, 2020 Memorandum Opinion denying Defendants' motion for reconsideration of its denial of summary judgment (ECF No. 95); (3) this Court's March 26, 2025 Order and April 11, 2025 Memorandum Opinion denying Defendants' renewed motion for judgment as a matter of law (ECF Nos. 217, 218); and (4) Final Judgment on the verdict for Plaintiffs Democracy Partners, Strategic Consulting Group and Robert Creamer (ECF Nos. 221, 222).

[Remainder of this page intentionally left blank]

May 28, 2025

Respectfully submitted,

/s/ *Stephen Klein*
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

Benjamin Barr
*Pro hac vice*
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I CERTIFY that on May 28, 2025 I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

*/s/ Stephen Klein*
Stephen R. Klein