UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRACY PARTNERS, LLC, et al., Plaintiffs, v. PROJECT VERITAS ACTION FUND, et al., Defendants. | ) | Civil Action No. 17-1047 (PLF) |

ORDER

Pending before the Court is Defendants James O'Keee and Allison Maass's Unopposed Motion for Judgment as a Matter of Law ("Mot.") [Dkt. No. 229]. Defendants filed timely motions for judgment as a matter of law before and after the jury's verdict in this case. See Dkt. Nos. 179, 196. This Court denied those motions and entered judgment in this matter on April 30, 2025. See Dkt. Nos. 217, 218. Defendants O'Keefe and Maass timely appealed to the D.C. Circuit. See Dkt. No. 224. On August 21, 2026, the D.C. Circuit reversed this Court's judgment. See Democracy Partners, LLC v. O'Keefe, 188 F.4th 433 (D.C. Cir. 2026). The D.C. Circuit issued its mandate on September 28, 2026. See Dkt. No. 226.

Pursuant to Rule 50(e) of the Federal Rules of Civil Procedure, "[i]f the appellate court reverses the judgment, it may order a new trial, direct the trial court to determine whether a new trial should be granted, or direct the entry of judgment." FED. R. CIV. P. 50(e). The D.C. Circuit concluded that, as a matter of law, the plaintiffs' damages for the defendants' fraudulent misrepresentations were unconstitutional under the First Amendment. See Democracy Partners LLC v. O'Keefe, 188 F.4th at 447-50. The court of appeals also concluded that Allison Maass was

not a fiduciary as a matter of law, negating any tortious purpose that would provide an exception to one-party consent under the federal and D.C. wiretapping statutes. Id. at 450-53. Because this Court's order denying the motions for judgment as a matter of law has been reversed, it is hereby

ORDERED that Defendants James O'Keefe and Allison Maass's Unopposed Motion for Judgment as a Matter of Law [Dkt. No. 229] is GRANTED. The Clerk of Court is directed to enter judgment dismissing this action on the merits as to defendants James O'Keefe and Allison Maass and indicating that plaintiffs recover nothing. The Court reserves judgment as to Project Veritas and Project Veritas Action Fund.

SO ORDERED.

Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/21/26